# Exhibit 4

# Menominee Indian Tribe of Wisconsin

**Mission** - The mission of the Omaeqnomenewak (People of the Wild Rice) is to promote, protect, and preserve our rights, resources, and culture by utilizing responsible leadership and judicious exercise of our sovereign powers.

**Vision** - We envision the Omaeqnome-newak (People of the Wild Rice) as strong healthy, and proud nation living in accordance with its culture and beliefs, and processing the resources necessary to be successful in achieving our goals.



**Value** - As Omaeqnome-newak (People of the Wild Rice), we value our children, elders and each other, preserving our language, tradition, history and culture.

# Annual Report 2023

# Annual General Council Meeting Agenda
**Saturday, January 20, 2024 at 9:00 a.m.**
**Menominee Casino Resort – Convention Center & Virtual Conferencing via Zoom**
**Keshena, WI 54135**
*TRIBAL ATTENDANCE IS ENCOURAGED - LUNCH WILL BE SERVED*

1. **Grant Entry/Presentation of Colors**
2. **Flag Song**
3. **Menominee Prayer**
4. **Posting of Colors**
5. **Call to Order-Roll Call**
6. **Election of Chairperson for the meeting**
7. **Election of Sergeant-at-Arms**
8. **Election of Tellers**
9. **State of the Menominee Nation – Tribal Chairwoman Gena Kakkak**
10. **Drug Intervention Team Update**
11. **ARPA (American Rescue Plan Act) Funds Update**
12. **Legislative Committee Reports:**

- Agriculture and Forestry Committee
- Budget and Finance
  - Financial Reports
- Community Development
- Education & Training
- Governmental Affairs
- Health and Family
- Housing
- Law Enforcement

13. **Action Taken per Annual General Council motions dated January 28, 2023**
14. **Other Business**
15. **Retiring of the Colors**
16. **Travel Song/Adjournment**

## *** Important Dates to Remember in 2024 ***

| Tribe's Annual Events | |
|---|---|
| *Annual Events* | *Important Dates & Timelines* |
| Annual General Council Meeting | Saturday, January 20, 2024 |
| Main Tribal Elections — Neopit | Wednesday, January 17, 2024 |
| Main Tribal Elections — Keshena | Thursday, January 18, 2024 |
| Annual Swearing-In Ceremony | Friday, February 9, 2024 |
| Menominee Indian High School Graduation | TBD |
| Menominee Veterans Pow-wow | TBD |
| Memorial Day Parade | Monday, May 27, 2024 |
| Menominee Nation Contest Pow-wow | August 2-4, 2024 |

| Holidays Observed by the Tribe | | | |
|---|---|---|---|
| *Holiday* | *Date* | *Holiday* | *Date* |
| Martin Luther King Jr. | Monday Jan. 15, 2024 | Veteran's Day | Friday Nov. 11, 2024 |
| President's Day | Monday Feb. 19, 2024 | Thanksgiving Day | Thursday Nov. 28, 2024 |
| Good Friday | Friday March 29, 2024 | Day After Thanksgiving | Friday Nov. 29, 2024 |
| Memorial Day | Monday May 27, 2024 | Restoration Day | Monday Dec. 23, 2024 |
| Juneteenth Day (obs.) | Wednesday June 19, 2024 | Christmas Eve (obs.) | Tuesday Dec. 24, 2024 |
| Independence Day | Thursday July 4, 2024 | Christmas Day (obs.) | Wednesday Dec. 25, 2024 |
| Labor Day | Monday Sep. 2, 2024 | New Year's Eve (obs.) | Tuesday Dec. 31, 2024 |
| Indigenous People's Day | Monday Oct. 14, 2024 | New Year's Day (obs.) | Wednesday Jan. 1, 2025 |



# MENOMINEE INDIAN TRIBE OF WISCONSIN
P.O. Box 910
Keshena, WI  54135-0910

January 3, 2024

Posoh Tribal Membership!

Every January, we publish an Annual Report celebrating success of the past year.  The plan includes updates from tribal departments within the Menominee Indian Tribe of Wisconsin.  I invite you to read the report on the important work we have been engaged in to keep our mission and vision of honoring our traditional values.

It is important for us to acknowledge the hard work and dedication of current and past Legislative Members, Committee Members, Directors, Supervisors, Staff, Partners, and Community that have contributed to this year's Annual Report.

Our defined Mission, Vision and Values have guided us in our endeavors.  The report exemplifies tireless efforts by all.  As we celebrate our 50th Anniversary of Restoration as a Tribe, we continue to demonstrate resiliency and continued growth and development.  The national, state, and tribal partnerships continue to demonstrate respect and recognition of a sovereign nation.

As amazing as our growth of our infrastructure and services, we know that our greatest asset is our tribal membership.  The information provided is a report is with best intentions to communicate the vast array of infrastructure and services available to the Tribe.


*Annmarie F. Johnson,* **EMBA**
Tribal Administrator

**MENOMINEE INDIAN TRIBE OF WISCONSIN**

## TABLE OF CONTENTS

TRIBAL LEGISLATURE DIRECTORY ............................................................... 4

COMMITTEES OF THE LEGISLATURE ............................................................ 5

COMMITTEES AND BOARDS ........................................................................... 6

ADMINISTRATION ............................................................................................. 2

ADVOCACY SUPPORT SERVICES ..................................................................12

AGING AND LONG-TERM CARE ....................................................................13

AGRICULTURE AND FOOD SYSTEMS ........................................................ 22

CHILD SUPPORT ............................................................................................. 24

CLINIC.................................................................................................................. 27

COLLEGE OF MENOMINEE NATION ......................................................... 67

COMMUNITY DEVELOPMENT & TRIBAL UTILITIES ............................ 79

COMMUNITY RESOURCES............................................................................ 86

CONSERVATION............................................................................................... 90

DETENTION CENTER ..................................................................................... 94

EARLY CHILDHOOD SERVICES ................................................................... 95

EDUCATION ................................................................................................... 103

ELECTION COMMISSION .............................................................................107

EMERGENCY MANAGEMENT ................................................................... 108

ENVIRONMENTAL SERVICES ................................................................... 109

FACILITIES..................................................................................................... 111

FAMILY SERVICES ....................................................................................... 112

FOOD DISTRIBUTION ................................................................................. 114

GAMING COMMISSION ............................................................................... 116

HISTORIC PRESERVATION/LOGGING MUSEUM ................................. 117

HOUSING ....................................................................................................... 120

HUMAN RESOURCES ...................................................................................125

INFORMATION TECHNOLOGY ................................................................. 130

INTERNAL AUDIT ........................................................................................ 131

JUDICIARY......................................................................................................134

LAND MANAGEMENT ................................................................................. 137

**LANGUAGE AND CULTURE**......................................................**138**

**LEGAL DIVISION (FORMERLY DEPARTMENT OF LEGAL SERVICES)** ...................**140**

**LENDING & TRIBAL TAX**........................................................**141**

**LICENSE AND MEMBER SERVICES  (FORMERLY ENROLLMENT/LICENSE & PERMITS)**........................................................**144**

**MAEHNOWESEKIYAH WELLNESS CENTER**.............................**146**

**COMMUNICATIONS** ...........................................................**149**

**OPERATION OF TRIBAL GOVERNMENT**...............................**152**

**PROBATION/PAROLE** .........................................................**153**

**PROSECUTOR'S OFFICE**......................................................**154**

**PUBLIC DEFENDER'S OFFICE**...............................................**157**

**TRANSIT SERVICES** ..........................................................**158**

**TRIBAL SCHOOL** ..............................................................**163**

**YOUTH SERVICES** ............................................................**165**

**APPENDIX A: FINANCIAL REPORT**.......................................**167**

**APPENDIX B: ADMINISTRATIVE FLOWCHART** ........................**175**

**APPENDIX C: COMMITTEE FLOWCHART**................................**176**

# Tribal Legislature Directory

GENA KAKKAK - Chairwoman            TERM-26            (715)853-6019 - CELL
N1251 LODGE POLE CT                                     (715)853-5377 - CELL
KESHENA, WI 54135
Chairman@mitw.org

DANA M. WAUBANASCUM– Vice Chairwoman  TERM-25          (715)584-1933 – CELL
PO BOX 732
KESHENA, WI 54135
MTLdmwaubanascum@mitw.org

SPENCER GAUTHIER – Secretary        TERM-26            (716)378-9503 – CELL
N1250 STATE HWY 47
NEOPIT, WI 54150
MTLsgauthier@mitw.org

DOUGLAS COX                         TERM-24            (715)799-5019 – WORK
PO BOX 1301                                            (715)853-8053 – CELL
KESHENA, WI 54135
MTLdcox@mitw.org

DAYNELL GRIGNON                     TERM-26            (715)851-4634 – CELL
W1534 BRAVE ISLAND PATH
KESHENA, WI 54135
MTLdalgrignon@mitw.org

JOEY AWONOHOPAY – Secretary         TERM-24            (715)799-4849 – WORK
N4460 CEREMONIAL RD
NEOPIT, WI 54150
jawonohopay@mitw.org

MYRNA WARRINGTON                    TERM-24            (715)799-5600 – WORK
PO BOX 244                                             (715)851-0607 – CELL
KESHENA, WI 54135
mwarrington@menominee.edu

RACHEL FERNANDEZ                    TERM-24            (715)444-0570 – WORK
W5124 WEKOPEMEH
NEOPIT, WI 54150
MTLrfernandez@mitw.org

REBECCA BRUNETTE                    TERM-25            (715)853-2241 – CELL
N5763 COUNTY ROAD AA
SURING, WI 54174
MTLrmbrunette@mitw.org

# Committees of the Legislature

## Budget & Finance:

- Joey Awonohopay, Chairperson
- Rachel Fernandez, Legislator
- Dana Waubanascum, Legislator
- Jamie Smith, Community Member
- Dory LaTender, Community Member
- Stephanie Awonohopay, Finance Manager
- Eva Johnson, Lending & Taxes
- Annmarie Johnson, Tribal Administrator

## Labor, Education & Training:

- Spencer Gauthier, Chairperson
- Rebecca Brunette, Legislator
- Dory LaTender, Community Member
- Ma-Sha-Quit McPherson – Community Member
- LuAnn Warrington, Comm. Resource Center
- Candace Waupekenay, Early Childhood Serv.
- Lori Corn, Tribal School
- Joyce Wayka, Youth Services
- Shannon Chapman, Tribal Education

## Governmental Affairs:

- Rachel Fernandez, Chairperson
- Douglas Cox, Legislator
- Jamie Smith, Community Member
- Ma-Sha-Quit McPherson, Community Member
- John Kaquatosh, IT Department
- Antoine Chevalier, Human Resources
- Annmarie Johnson, Tribal Administrator
- Stephanie Awonohopay, Finance Manager

## Enforcement & Resource Protection:

- Rachel Fernandez, Chairperson
- Dana Waubanascum, Legislator
- John LaTender, Community Member
- Franny Kitson – Community Member
- Keith Tourtillott Sr., Police Department
- Sharon Sullivan, Prosecutor's Office
- Maniyan Pyawasay, Conservation
- Not applicable, Probation/Parole
- Jeremy Pyatskowit, Environmental Serv.
- Jerrit O'Kimosh, Detention

## Health & Family:

- Myrna Warrington, Chairperson
- Daynell Grignon, Legislator
- Geradette Richmond, Community Member
- Ma-Sha-Quit McPherson, Community Member
- Addie Caldwell, Maehnowesekiyah
- Mary James, Family Services
- Jerry Waukau, Tribal Clinic
- Lynette Maskewit, Aging & Long Term Care

## Community Development:

- Rebecca Brunette, Chairperson
- Daynell Grignon, Legislator
- Dale Kakkak, Community Member
- Desirae Wilber, Community Member
- Douglas Cox, Land Management
- Natasha Chevalier/Carmella Waupoose, Comm. Dev. Director
- David Grignon, Historic Preservation
- Jeremy Pyatskowit, Environmental Serv.
- Wayne Wilber, Tribal Housing
- Gary Pyawasay, Dept. of Transit Services

## Agriculture & Forestry:

- Douglas Cox, Chairperson
- Joey Awonohopay, Legislator
- Ronald Waukau, MTE Member
- John M. LaTender, Community Member
- Darryl Pyawasay, Community Member
- Jeremy Pyatskowit, Environmental Serv.
- Maniyan Pyawasay, Conservation
- David Grignon, Historic Preservation
- Gary Besaw, Dept. of Agri. & Food Systems

## Housing:

- Rebecca Brunette, Chairperson
- Dana Waubanascum, Legislator
- Ronnann Guzman, Community Member
- Dale Kakkak, Community Member
- Wayne Wilber, Housing
- Darryl Pyawasay, Utilities
- Douglas Cox, Land Management

# Committees and Boards

## Pow-Wow Board:

- Myrna Warrington, Chairperson
- Spencer Gauthier, Legislator
- Daynell Grignon, Legislator
- Joey Awonohopay, Language & Culture

- Jayne Blacker, Community Member
- Monty Beauprey Sr, Community Member
- Michael Fish Sr., Community Member
- Leslie Peters, Community Member

## Kenosha Gaming Authority:

- Joey Awonohopay
- Gary Besaw
- Spencer Gauthier

- Dana Waubanascum
- John Teller Sr.

## 50th Anniversary MRA Planning:

- Myrna Warrington, Chairman
- Joey Awonohopay, Legislator

- Rachel Fernandez, Legislator

# Community Committees

## Zoar:
- Joey Awonohopay, Chairperson
- Rachel Fernandez, Legislator
- Daynell Grignon, Legislator

## South Branch:
- Dana Waubanascum, Chairperson
- Rebecca Brunette, Legislator
- Douglas Cox, Legislator

## Middle Village:
- Rachel Fernandez, Chairperson
- Joey Awonohopay, Legislator
- Myrna Warrington, Legislator

## Neopit:
- Daynell Grignon, Chairperson
- Spencer Gauthier, Legislator
- Myrna Warrington, Legislator

## Keshena:
- Douglas Cox, Chairperson
- Rachel Fernandez, Legislator
- Rebecca Brunette, Legislator

## Chicago/Milwaukee:
- Gena Kakkak, Chairperson
- Dana Waubanascum, Vice Chairperson
- Spencer Gauthier, Legislator

# Administration

Annmarie Johnson, Tribal Administrator
Patricia Peters, Assistant Tribal Administrator
Dr. Joshua Pyatskowit, Assistant Tribal Administrator
Desirae Wilber, Assistant Tribal Administrator-Trainee

Tribal Administration staff also include:  Marci Hawpetoss, Grants Manager, Brianne Tepiew, Grant Writer, Melissa Besaw, Grant Writer, Menominee Hawpetoss, Contracts/Grants Monitor, Sharon Waukau, Economic Recovery Coordinator, Ashlee Kaquatosh., Office Manager, Brenda Tomow, Planner, Monea Warrington, Tribal Archivist, and Support Staff Assistants: Mary Isham, Maliyah Waupoose, and Marlee Waupoose.

It is the mission of Tribal Administration to:
- Promote and maintain a positive and cooperative working environment among all tribal programs and departments.
- Ensure that tribal members are able to access the services they need, when they need them, without unnecessary barriers
- Lead by example with professionalism, timeliness, friendliness and follow through.

The Department of Administration provides the Menominee Tribal Legislature with administrative services, technical advice and assistance on matters relating to the administration of tribal government.

Administration is the primary link between the Menominee Tribal Legislature and the day to day functions of tribal programs, departments and agencies.  Administration coordinates, directs and manages:

• The annual tribal budget process
• The development and submission of grant applications
• The compliance with requirements of grants, contracts, inter-governmental agreements and other agreements
• The implementation and compliance with tribal policies and initiatives of the Menominee Tribal Legislature
• The directors of departments who report to Administration as listed in the Tribal Government Plan – Chapter 98 of the Tribal Code
• The delivery of technical assistance to other departments and tribal agencies
• A variety of special projects of the tribal government

The staff in the Department of Administration led many projects initiated by the Menominee Tribal Legislature.  The following is not an entire listing of projects but rather a brief overview of significant projects led by this department this past year.  They are:

- Strategic Planning
- Communication Planning
- USDA Rural Partners Network (Maple Syrup Project, Roads Infrastructure, Sturgeon Coming Home Place Park, Wolf River Development Company, MenominioU, Workforce Development)
- MITW Broadband Expansion
- Juvenile Systems Mapping
- Economic Resiliency Planning
- American Rescue Plan Act (ARPA) Projects

As part of the strategic planning process retreats were held to enlighten staff who previously were involved in the development of the original strategic plan of September 25, 2007 as approved by the Menominee Tribal Legislature.  This process was held off sight of normal working environments so the attendees have the ability to focus on the work outlined, without interruption from their usual

responsibilities.  Introduction were provided on the seven visionary areas of Culture, Economic Development, Education, Health, Justice, Natural Resources and Social which are all related to the social (community) issues.  A SWOT Analysis Process was created to identify the Strengths, Weaknesses, Opportunities and Threats which identified the NOW and FUTURE stories of the Tribe and its members.



Participants were separated into breakout sessions and they came back together in a large room to present information discussed and to do a report-out to the large group.

This provided the next steps in the process by asking participants to choose what areas they were interested in or were a part of based on their departments and followed these next steps:

Retreats were held for Directors, Administration and Menominee Tribal Legislators and each Retreat had an evaluation completed at the end of the sessions; The following are the responses to the trainings:

Participants were asked to rate the meeting for the aspects they found valuable. The responses are outlined as follows:



With this in mind, participants also gave their feedback on the Benefits of Collaboration and consistent messaging to the Departments and Community as it relates to the development and implementation of the MITW 2023 Strategic Plan:

- Strategic planning is not a new concept for the Menominee.  Ancestors knew strategy.
- This plan is a continuation of an existing process that has been updated for current concerns.
- Making time to evaluate the organization is critical to its success.
- Share reasons why strategic planning is important. Planning reduces chaos.
- Without strategic planning you do not know the current state of the Tribal Organization.
- The planning process should be shared to gain more community support.
- It is difficult for the Tribe to show change/improvement that is small scale over longer periods of time.  This is a positive method for sharing success and reflection.
- Strategic planning creates a roadmap for an organization that enables us to track progress through established goals.
- Strategic planning created the framework to complete specific goals in a timely, realistic way.
- Community: This is how you can hold leadership accountable; it is an opportunity to guarantee you are heard.
- Create a visual dashboard for reporting to the community on the progress being made to implement the plan.
- Planning provides the tools, such as training, mentoring, and education that will lead to success.
- The more we work together, the less everyone must carry.
- Provide comparisons of before and after completion of goals/objectives.

## How to be Impactful Leaders for MITW

The group determined the three most important characteristics for leadership to keep in mind when implementing the MITW 2023 Strategic Plan, and how to apply them, were:

### Communication

- Create dashboards to share progress towards completion of goals and objectives.
- Add Special Edition or Section in Tribal News to communication on the process/updates.
- Provide electronic communication on a members-only site.
- Create a section in the Director's monthly reports for providing updates on objectives assigned to their department.
- Provide hard copies of the plan for distribution.
- Conduct Talking Circles and expand community and seasonal gatherings.

### Empowering Participation

- Create how-to videos.
- Use podcasts.
- Create and release educational materials.
- Use family representatives for positive reinforcement of information on the Plan.
- Be accessible.

### Managing Change

- Find ways NOT to say "NO".
- Provide education and support.
- Define the forum for addressing change.
- Acknowledge the need for change.
- Be responsible for your own mistakes.
- POSITIVE, ACTIVE LISTENING: listen first, then validate, asking questions to clarify.
- Address trauma and recovery: create safe space.
- Address fear of change.

This led to a group discussion on the roles and responsibilities of MTL and ADMIN for the implementation of the Plan.

With this in mind, the Menominee Tribal Legislature began developing their goals and objectives which are posted on the MITW website, under Government>Initiatives>Strategic Planning which provides all of the workgroup notes, number of meetings and persons involved in developing the revised 2023 Strategic Plan that was approved on September 7, 2023 by the Menominee Tribal Legislature.

The Strategic Planning Policy, Communication Plan with the new and revised CEW (Community Engagement Workshop) will continue with the 90 Day Plans training held in October and November 2023

provides the relationship between MITW 2023 Strategic Plan and implementation process.



Objectives were assigned to primary and secondary department that will lead the planning effort.  A workgroup comprised of departments, organizations, community, Legislators, and administrators will review primary and secondary departments and create 90 day plans.  The assignments and plans will be presented at community engagement workshops where other community members and departments will be kept informed on the progress being made toward the completion of the objectives.  Once objectives have been completed, the primary department will create a sustainability plan to ensure the work continues beyond the original objective.

Within the 2023 MITW Strategic Plan there is as section labeled Post-Planning.  It provides an overview of each entities responsibilities; Community, Legislature, Workgroups, Administration and Directors to implement, monitor, budget for, and evaluate the performance of departments as they progress through the strategic plan.  The framework provided through these goals and objectives will help to ensure follow-through as leadership positions, committee assignments, department personnel, and administration staff change.

**Homeless Initiative**
MTL passed a motion on November 16, 2023 to assign a Homeless Task Force which included the Chairwoman Kakkak, Legislators Brunette and Cox, designee from Tribal Administration and the Housing Director.  The goal is to find potential placed for people to live; prioritizing elders and families with young children as well as finding resource for homelessness.

**Neopit Store**
Crystal Chapman-Chevalier, WRDC CEO coordinated a Work Group on December 16, 2023 to discuss a Neopit Store.  The Work Group met discussing a Planning Process.  Members that attended were: Annmarie Johnson, Tribal Administrator, Gary Besaw, AG & Food Systems Director, Gary Pyawasay, Transit Director, Jeremy Pyatskowit, ESD Director, and Sharon Waukau, EDA Coordinator.   Doug Cox, Land Management, Director provided written input prior to the meeting.  WRDC will inquire with a business that has previously expressed interested in having a presence on the reservation.  A Draft Survey will also be developed to determine community needs.  Desirae Wilber, Assistant Tribal Administrator will assist with planned distribution preferably at General Council in January.  The Work Group will meet again in February 2024 and should have all relevant data to complete the decision matrix for chosen options and provide a recommendation back to MTL.

**MENOMINEE ECONOMIC RESILIENCY PROJECT**
Sharon Waukau, Economic Recovery Coordinator

Economic Development Administration (EDA):

This is the first grant the tribe has received from the EDA and we are navigating and developing this new relationship.  We participate regularly in meetings with EDA and the rest of the tribes in the state, plus we have ongoing discussions including, reporting and compliance.  The grant was awarded in late June of 2021 with an end date of 12-31-23.  We are expecting a year's extension, as the Coordinator position was filled 11 months into the grant, in May of 2022.

Advisory Team:

The grant was designed to engage a team of professional advisors in the development of a strategy for economic resiliency.  The Advisory Team meets monthly and is building the foundation for economic development activities.  Being able to convene dedicated professionals from our community working to create economic resiliency is extremely valuable and one of the successful outcomes of the project.  The team is very thoughtful, engaged and brings their hearts and minds to work together with a common purpose.  The meetings not only provide a forum for discussion on this project, but it also creates a space for networking, information sharing and relationship building among the partners.

With technical support from the Great Lakes Inter Tribal Council, Economic Development Director, who facilitates our strategic planning, the Team has identified the following 10 (ten) priority areas as key to economic resiliency for our community:

| | |
|---|---|
| Community Wellness | Investing in Leadership |
| Building Youth Leadership | Data Informed Decision Making |
| Personal Financial Wellness | Sustainable Food Systems |
| Forest Product Diversification | Supportive Small Business Environment |
| Housing Strategy | Tribal Workforce Development |

We continue to form strategies around these priority areas and work towards directing resources to them.

Economic Development Network and Partnerships:

The project funded through the US Department of Commerce, Economic Development Administration (EDA), Economic Adjustment Assistance and CARES Act was awarded to assist the Tribe in creating strategies for economic resiliency.  EDA channels funding and support throughout the country to established Economic Development Districts.  They confer the Economic Development District designation to organizations that develop a Comprehensive Economic Development Strategy or CEDS. Seven of Wisconsin's nine Regional Planning Commissions have a CEDS and are designated Economic Development Districts.  The Great Lakes Inter Tribal Council which serves the 11 tribes in the state is also a designated Economic Development District. The Menominee Tribe and County are in the East Central Wisconsin Regional Planning Commission's Economic Development District and CEDS along with the Great Lakes Inter Tribal Council.  This network connects EDA funding to regional planning efforts which helps build, support and enhance economic development activities.  Involvement and participation in the network is critical to realize and receive any of the benefits in addition to the funding from the EDA. The staff from the ECWRPC have been involved with the project from its inception and are members of the project Advisory Team.   At the end of this year, East Central Wisconsin Regional Planning Commission will finalize their CEDS 5-year update, which includes the work of the Advisory Team.

The grant has a unique and specific partnership component with Menominee Tribal Enterprises.  MITW and MTE joined together to pursue this funding opportunity with the EDA as a response to the COVID pandemic.  At the time of the application, at the end of 2020, EDA and CARES Act funding was open only to Native American Tribal Governments and did not include for-profit tribal entities.  That changed in March of 2021, when the American Rescue Plan Act (ARPA) was amended and eligibility opened up to tribal owned business entities.  EDA incorporated this update in September of 2021 and established the Indigenous Communities Program dedicating $100 million to this effort to tribes across the country.  MTE took advantage of this opportunity and was successful in receiving funding for the replacement of critical pieces in the value added production process - the stacker and the stacker building.

To continue with the partnership and to channel funds dedicated to MTE under this grant, the Tribe and MTE entered into a Memorandum of Agreement (MOA) in November of 2022, solidifying the partnership. MTE has the opportunity to utilize the funds to assist in their forest based product development operations as well as exploring new opportunities such as maple syrup.  They utilized a portion of the grant funding to develop a strategic plan to guide them in their operations.  Discussions continue on the maple syrup project with additional support of professionals and agencies through the USDA – Greater Menominee Community Rural Partners Network.

At the heart of economic development activities at all levels; locally, regionally, state wide, nationally and inter-tribally, is relationships. A concept that translates easy for native people.  We are developing and growing in our ability to capitalize on and participate in the vast, highly structured and functioning economic development network where resources are leveraged and maximized.  Our own model or network is being established with the help of the Advisory Team who brings a unique and holistic view to this project.  Our involvement in the larger network outside of our community is critical.  Historically, we did not fully establish and capitalize on the larger network either by choice, or because were not afforded the opportunity or because we operate in silos without a reason to work together recognizing a common purpose.  This grant is giving us that opportunity to build an economic development network and establish relationships that hopefully remain after the grant is over.  It will be up to us to participate, establish, strengthen, and commit to carry forward with the relationships, the work and the strategies that will help to improve the quality of life for our tribal members and community.

In closing, is the feedback provided to EDA in our most recent 6-month progress summary report.  They ask to "*Outline any areas where EDA assistance is needed to support the project or any other key information that would be helpful for your EDA Project Office to know."*  This is the information provided:

- Work towards strengthening relationship with Tribes. Engagement is critical.
- Tribes are missing in important conversations that determine policies.
- There is a need to create and foster an environment of partnership, understanding and trust.

- Recognize, respect and support holistic solutions that are necessary in tribal communities.
- External models/solutions do not always fit in tribal communities.
- Assist in building capacity.
- Relevant economic development information in native communities (not all inclusive):
  - Longstanding funding shortfalls presented in the 2018 Briefing report by the U.S. Commission on Civil Rights, Broken Promises:  Continuing Federal Funding Shortfalls for Native Americans.
  - Recognize the social determinants of health and quality of life measures form the basis of the tribal economy.
  - Data gaps and the need for accurate and representative data.
  - Increase awareness, participation and presence by tribes on national, state, regional, and local levels on matters that impact tribal communities and affect the quality of life of tribal members.
  - Strengthen and utilize the Office of Native American Business Development to assist tribal communities.
  - Further the understanding, implementation and utilization of the Indian Community Economic Enhancement Act of 2020.
- In response to the COVID pandemic, many federal agencies, including the EDA, began assisting historically underserved areas, which includes the Menominee Indian Tribe as well as other tribes across the state and nation. As a result, the voice and presence of tribes is evolving within the economic development community.  The EDA investment gave us legitimacy, as stated by an economic development professional familiar with our project.  We have a reason to be in discussions.  Many of the opening discussions since the project began starts with "we received a grant from the EDA".  Historically we failed or were unable to keep a presence and remain established within the local, regional, state, national and inter-tribal economic development networks.  Thus, hampering our ability to create a resilient community and economy.  Tribes lacking sound strategies, projects, capacity or capital to target appropriate funding sources remains, however.  Those who do, compete for limited funding and are often denied and unable to progress and move forward.  It is important that we build capacity on all levels and acknowledge how we got here and vow to make improvements so the investments provide returns that improve the quality of life for our people.  That will take creativity and a commitment to do things different, by all partners.

**Welcome New Directors:**

**Joyce Wayka, Youth Services Director.**
Joyce is an enrolled member of the Menominee Indian Tribe. Her Menominee name is Awaesesaeh meaning Bear Women. She has five children and one amazing grandbaby. Joyce graduated from the College of Menominee Nation with two associate's degrees, and a Bachelor's degree. She also graduated from the University of Wisconsin Oshkosh with a Master's Degree in Public Administration with an emphasis in Nonprofit Management and Leadership.  She is excited to start her position and continue the department's success.

**Kristah Warrington, Aging and Long Term Care Director.**
Kristah Warrington is an enrolled member of the Menominee Indian Tribe.  Her Menominee name is, Netapaniakiw (Loving/Caring Woman). She is the daughter of Myrna "Tudy Peters" and the late Marshall Warrington. Kristah has lived and went to school (Kindergarten to my Bachelor's) on the Menominee reservation her entire life. She is a College of Menominee Nation Alumni C/O 2013 and 2019, earning both her Associate's and Bachelor's in Business Administration. She went on to earn a Master's of Business Administration, with a concentration in Healthcare Management from Lakeland University in Plymouth, WI, 2021. Kristah has been working within the Menominee Tribe for nine years, starting as a Hotel Clerk for Menominee Casino Resort to previously working as the MITW Property Management and Acquisitions Coordinator. She has held many different positions within the Tribe from Accounting positions to Grant Management. She hopes to improve areas of our Elder Community and bring in more resources. She looks forward to working with her fellow MITW Directors and other community entities.

**Natasha Chevalier, Community Development Director.**
Natasha is a member of the Crow Nation and is married to a member of the Menominee Indian Tribe. Natasha is a highly talented and solutions-driven manager with 10+ years' experience in building and leading new projects that have a meaningful impact.  She has a successful track record in developing an effective collegial environment, while collaborating and creating long term relationships with private, public sector to expand infrastructure.  Natasha got her start in project management through nonprofit management and realized she had a niche for fast-paced, work environment while meeting deadlines and objectives. Former key positions are Transitional Jobs Regional Director of UMOS and Director of the Menominee Job Center.

**James Corn, Facility Director**
James Corn is an enrolled member of the Menominee Tribe. Jim's Menominee name is Espaycupawaynechiwit meaning Stands Tall in the Storm. Jim has worked the last 6 ½ years at Menominee Casino Resort as the Facilities Director. His parents are the late Arnold and Joyce Corn of Neopit. Jim's education includes a degree is in HVAC Refrigeration and Electrical.  James is a certified Electrician and has over thirty years of experience. Jim looks forward to working with everyone.

**Rebecca McCann, Detention Administrator**
Rebecca McCann has been hired as the Detention Administrator.  Her first day will be June 5, 2023. Jerrit Okimosh, former Detention Administrators resigned in April and his last day was May 31, 2023.

**Dr. Joshua Pyatskowit, Assistant Tribal Administrator**
Tribal Administration welcomes Joshua Pyatskowit to the Department as the new Assistant Tribal Administrator.  Joshua has worked within the Tribe for over 15 years within the Environmental Services Department. Joshua's start date is January 10, 2023.

**Desirae Wilber, Assistant Tribal Administrator**
Desirae Wilber is the new Assistant Tribal Administrator-Trainee.  Desirae started on August 21, 2023. Desirae held the former position of Contracts/Grants Monitor position within Tribal Administration. Desirae has been very active in providing coaching in training and assistance with Directors and Supervisors on grant and fund management.

**Monae Warrington, Tribal Archivist**
Administration welcomes Monae Warrington as the Tribal Archivist.  Monea is an enrolled member of the Three Affiliated Tribes of North Dakota and a descendant member of the Menominee Tribe. She is the daughter of Ben Warrington and Julie O'Kimosh. Monea is an alumni of the College of Menominee Nation receiving an Associates in Liberal Studies and Social Sciences in 2013. She received a Bachelor's of Arts in Anthropology from the University of Wisconsin- Milwaukee in 2016 and is currently working on her thesis for her Master's Degree in Anthropology with an emphasis in Archaeology and a Museum Studies Certificate. She intends to graduate with her Masters in 2024.

Monea has lived and worked on the Menominee Reservation her whole life. She is excited at the opportunity to work with the Tribal Archives and will work to create an archiving system that continues to strengthen the collective memory of the Tribe and its members.

**FY2023 GRANT ACTIVITY**
**Marci Hawpetoss, Grants Manager**

The MITW Grants Team is situated at the Department of Administration. The team consists of Marci Hawpetoss, Grants Manager, Brianne Tepiew, Grantswriter, Melissa Besaw, Grantswriter, and Menomin Hawpetoss, Grants/Contracts Monitor. Desirae Wilber served as the Grants/Contracts Monitor through August 2023. Each team member is strongly connected to the Menominee language, culture, land, and

people. The team understands the responsibilities that it carries, having these strong connections. Our team shows up every day and works hard to ensure critical services can continue, new and innovative ideas can be brought to life, and barriers and challenges can be navigated.  The grants team has a unique opportunity to tell our stories as Omaeqnomenewak, with each submittal, and often reminds the various federal agencies about their trust responsibilities to our nation. Our goal is to help take care if our community.

Overall, the MITW Grants Team had an approval rate of 85% in fiscal year 2023 and brought in $21,900,714 in funding as revenue. Here are *some* highlights of FY 2023 awards:

- MITW has been awarded a grant through the Health Resources and Services Administration (HRSA) for RCORP Neonatal Abstinence Syndrome (NAS) in the amount of $1,000,000 for three years. Neonatal Abstinence Syndrome (also called NAS) is a group of conditions caused when a baby withdraws from certain drugs he's exposed to in the womb before birth. NAS is most often caused when a woman takes drugs called opioids during pregnancy. The goal is to build a bridge program between the Menominee Tribal Clinic and Thedacare to mitigate the risk of NAS- by working with pregnant moms and babies. This collaboration requires official commitment and agreements, which our team is helping the partners to navigate with support from Legal Services.
- MITW has been awarded the Coordinated Tribal Assistance Solicitation (Purpose Area 3) in an amount of $900,000 for five years. This Department of Justice award will enhance the current programming at the Menominee Public Defender's Office. This assures the continuation of this critical piece of the Tribal Justice System, supporting due process. To further solidify this service, MITW approved the department's tribal budget request.
- MITW has been awarded the Coordinated Tribal Assistance Solicitation (Purpose Area 1) in an amount of $768,170. This Department of Justice award will be used to hire, train, and equip an additional Conservation Officer.
- USDA Local Food Purchase Assistance Cooperative Agreement Program (LFPA) and an LFPA + award of additional funds, for a total of $3,761,508. The Menominee Nation will coordinate the procurement of indigenous foods on behalf of the Wisconsin Tribes and an Urban Indian Community (Milwaukee's Gerald L. Ignace Center) for the Tribal Elder Food Box Program. This program is also the basis for establishing an Intertribal Food System for the Great Lakes Region, which is in process.
- The MITW was awarded a Department of Justice (DOJ) Comprehensive Opioid, Stimulant, and Substance Use Program (COSSUP) grant in the amount of $1,000,000. The Menominee Tribal Detention Facility (MTDF), Maehnowesekiyah Wellness Center, Menominee Tribal Clinic, and Menominee Tribal Emergency Management will partner to create a program at the MTDF providing MAT, counseling, and recovery support services to individuals upon arrest, during custody, and post-release. The goal of the program is to reduce the impact of the use and misuse of opioids, stimulants, and other substances by increasing access and availability to evidence-based substance use disorder treatment. Grant funded staff will include a Correctional Nurse (FT), Recovery Coach (FT), and Correctional Officer (PT).
- An application for SSBCI Technical Assistance is also in process and will support small business development and loan readiness, which will support entrepreneurs with business plan development, accounting services, legal services, and other technical supports. This will be done in collaboration with the Wisconsin Indigenous Economic Development Corporation. This funding is pending approval for an amount of $197,000.
- The team has successfully secured $1,290,200 in grant funds to support broadband expansion on the Menominee Indian Reservation from the National Telecommunications and Information Administration and the Public Service Commission of. The broadband expansion will occur North of Keshena to Neopit and North of Neopit to Zoar, to complete the final phase(s) of the MITW broadband expansion plan.
- The team secured $8.5M through the USDA Farm Service Agency's Increasing Land, Capital, and Market Access Program. The goals for this aim to 1) Support successful emerging intertribal food system efforts, 2) Establish an Equity Capital Fund, and 3) Targeted technical assistance. In partnership with a coalition of regional Tribes, the Menominee Indian Tribe of Wisconsin intends

to focus on a combination of land, capital, and market access issues under the third tier of effort, regional projects to test innovations in design. Coordinated strategies to address land, capital, and market access related to food production offer a tremendous opportunity to encourage expanded food production with positive impacts on reducing food insecurity by increasing access to healthy and culturally appropriate foods while promoting sustainable economic development on Tribal lands and surrounding rural areas.

- The team secured $1,212,211 in grant funds through a sub-award, in partnership with Michigan State University, from the USDA Regional Business Center. MITW will can provide leadership for the project, including bringing together the Tribal nations to discuss an implementation strategy and encouraging Tribal nations to have a leadership role for the coordination of and the management of the regional business centers within this Great Lakes Tribal Nations Coalition. Regions for Tribes, for the purposes of this application, include 1) Minnesota 2) Wisconsin and Iowa, and 3) Michigan and Ohio.

- The MITW Grants Team has worked with the Department of Agriculture and Menīkānaehkem, Inc. to secure funding from the Intertribal Buffalo Council to support the buffalo herd for the Menominee Buffalo Initiative. It is an honor to be a small part of a great effort to reconnect the Menominee people with the buffalo.

The following table summarizes the FY2023 grant activity:

**FY23**

| Months | Submitted | Total | # Submitted | Awarded Amounts | # of Awards | Denied Amounts | # of Denied |
|---|---|---|---|---|---|---|---|
| 10/1/22 | $ 2,508,223 | $ 2,508,223 | 5 | $ 1,187,194 | 5 | $ - | 0 |
| 11/1/22 | $ 9,311,909 | $ 9,311,909 | 7 | $ 2,755,277 | 7 | $ 200,000 | 1 |
| 12/1/22 | $ 139,449 | $ 139,449 | 5 | $ 1,368,673 | 8 | $ 25,000 | 1 |
| 1/1/23 | $ 9,958,050 | $ 10,720,456 | 10 | $ 688,062 | 3 | $ 208,930 | 1 |
| 2/1/23 | $ 1,675,578 | $ 1,675,578 | 7 | $ 387,131 | 6 | $ 177,000 | 2 |
| 3/1/23 | $ 4,984,003 | $ 5,001,604 | 6 | $ 309,390 | 1 | $ - | 0 |
| 4/1/23 | $ 13,689,683 | $ 14,665,488 | 11 | $ 818,323 | 3 | $ - | 0 |
| 5/1/23 | $ 5,862,694 | $ 5,862,694 | 7 | $ 779,640 | 7 | $ - | 0 |
| 6/1/23 | $ 2,706,266 | $ 2,706,266 | 7 | $ 2,273,104 | 7 | $ 5,000,000 | 1 |
| 7/1/23 | $ 4,931,482 | $ 4,942,860 | 7 | $ 79,315 | 2 | $ 1,085,000 | 3 |
| 8/1/23 | $ 3,982,427 | $ 3,982,427 | 8 | $ 5,794,810 | 7 | $ 750,000 | 1 |
| 9/1/23 | $ 1,059,679 | $ 1,174,778 | 5 | $ 5,459,795 | 10 | $ - | 0 |
| **Ytd Totals** | **$ 60,809,443** | **$ 62,691,732** | **85** | **$ 21,900,714** | **66** | **$ 7,445,930** | **10** |

# Advocacy Support Services

## Heather Wilber, Interim Director

Department of Advocacy Support Services goal is to provide victim focused, comprehensive case management for clients by building strong partnerships that remain responsive to client needs. Advocacy Support will find strategic and supportive ways to engage with the client, while keeping the focus of Oskeh- Waepeqtah services and the Crime Victims programming intact. The Advocacy Support Services Department is funded by a number of grants which allows services to be provided.

The Domestic Violence shelter (Oskeh Waepeqtah) is a secure location that has 2 apartments, and the main shelter which has 6 rooms which accommodate both single and family residents. In emergency, when there is no room at shelter, a hotel is provided for victims. Services provided by the Oskeh-Waepeqtah

(Domestic Violence Shelter) include crisis intervention, assessment, individual counseling and group sessions, referrals to outside agencies, outreach services, case management, and wraparound services for clients and their families.  The staff at Oskeh-Waepeqtah also participate in many collaborative meetings with other departments and Domestic Violence Shelters.

The Domestic Violence Shelter of the Advocacy and Support Services Department employees eleven positions through grant funding.  The positions include:  one Program Assistant, one Domestic Violence Counselor, one Sexual Assault Counselor, an Outreach Specialist/Advocate, one Children's Advocate and a Program Assistant and six shelter aids.

The Advocacy Support and Services Department also includes Crime Victim's Services that provides service assistance and information to victims of crimes, victim advocate services, and also responds to crisis calls for domestic violence and sexual assault victims.  The Crime Victim's Services employs 4 staff: two Crime Victim Specialists, one Crime Victim II Specialist and a Sexual Assault Victim Specialist.   The Advocacy and Support Services Department oversight and management, grant management and reporting is led by the Director of Advocacy Support and Services.

The Advocacy and Support Services Department strives for collaboration which is an important part of expanding the services that the department is able to provide. Brochures and posters allow the program to develop public awareness of the program, as well as participating in collaborative events to allow the public to engage and gain information and insight into the program services.  The department s works in collaboration with other departments to provide wraparound, trauma responsive co-case management.  The ability of the collaborative agencies working together, extending resources and providing services is in the best interest of the community.

# Aging and Long-Term Care

Kristah Warrington, Director

**Department of Aging, Long Term Care, WR CBRF, and Senior Meal Centers**
The Division of Aging has many facets of community services within its scope of services.
Our Aging and Long Term Care department's over all mission is to respect and honor the traditions of our elders by providing services that promote independent living and enhance quality of life. In this division of services, the director is under the direct supervision of Tribal Administration and oversees the vast array of programs and services for the elders and reports to the Health and Family Committee.  The Commission on Aging acts in an advisory capacity whose members serve to represent the views, interests, and concerns of the elder population.  In addition, a Nutrition Advisory Committee is a separate advising body that provides input on matters related to the delivery of nutrition and nutritional supportive services.

Our department has been very busy in FY22. We are very open to collaborating with many entities throughout the reservation to promote healthy living and protect the health and safety of those we serve. It is this collaboration that will make us successful as a community. Each year we improve different aspects of our program so that we can expand the services that provide. The COVID pandemic has definitely affected the way we do business. The pandemic has taught us to creatively modify our processes to deliver our services virtually or distribute the information on paper instead of in person. The population that we serve is very vulnerable during this time and it is very important that we do what we can to keep them safe. Our team is very dedicated to serving the elders of the community and make a difference in their lives every day.

**Wolf River Community Based Residential Facility (CBRF)**

The CBRF's mission is threefold: to provide a safe, secure and comfortable home-like atmosphere for our elderly residents. To maintain and encourage the highest possible level of independence that is consistent with each resident's ability. To provide a level of assistance with activities of daily living that will optimize each resident's physical and mental well-being.
Wolf River CBRF's goal is to fulfill the needs of individuals 60 and older, with or without dementia, who are still relatively independent, but require some assistance and support with the activities of daily living, through a loving, caring, safe and secure environment.  We will provide a level of care consistent with the residents' needs and abilities to maintain his or her highest-level of functioning, maximize his or her strengths, maintain or increase independence, and minimize decline.  We will treat our elders with dignity and respect their rights as residents.  We are dedicated to employing staff who are compassionate, qualified and with a desire to serve the elderly. Our facility staff have so much to be proud of. Due to our safety precautions and the diligence of our staff, we were one of the only facilities in the state that did not encounter a COVID outbreak among our residents during the pandemic.

The Wolf River CBRF is licensed through the State of Wisconsin and regulated by the Wisconsin Administrative Code DHS 83. The CBRF receives funding from the following sources: Tribal funding, resident income contributions, the Tribal clinic and through Federal reimbursement for residents who qualify for the Third party agreement.  The CBRF administrator oversees the overall function of the facility, a registered nurse who supervises all medical needs of residents, training and continuing education of our certified nurse aides and residential aides. They are those who provide assistance with the Activities of Daily Living such as bathing, personal hygiene, dressing, eating, and toileting of the residents of the facility. Two cooks assist with the cooking, a maintenance worker, and shared staff with the Department of Aging and Long Term Care including the director and administrative staff. Staffing has definitely been a challenge for the department. Working in healthcare is challenging due to all of the regulations that we have to comply with. Our staff are here 24/7/365 no matter what the circumstances are; they are very dedicated to taking great care of our residents. We continually advertise the positions to create a flexible team so staff have work-life balance because they are challenging roles.
While using DHS 83 as a guideline, the staff continue to perform the hard work of creating and reviewing policies, providing required training, scheduling residents' health maintenance appointments, facility modifications, and ensuring there was proper documentation and follow through. The resident agreement states that transportation in the immediate area is available, this refers to our collaboration with Transit. During COVID the CBRF has gone over and above by providing transportation for the residents with staff to accompany them. This is not a service that is sustainable due to funding and staff limitations.
Through the pandemic, we have prepared our facility and staff to take all measures possible to keep our residents safe and prevent infection and spread of the COVID virus. We have followed the strict guidelines of the CDC, Incident Command and DHS to prevent infections with in the facility. We realize that it is difficult on family members to not be able to have contact with their loved ones so we have made accommodations with options for window visits and the use of iPads to have that virtual up close contact with them. Due to how contagious this virus is, we have not taken the chance of it spreading throughout the facility. It would be devastating to our vulnerable residents. The year began with 11 and ended with 8 residents. Each resident has a private room and receives assistive services that include personal care, medication management, organization and scheduling of medical, dental and optometry, scheduling and transportation to appointments, meals and snacks, planned activities and outings, and housekeeping and laundry service.

In 2023, staff assisted residents in participation in many activities throughout the year. With limited staff and assistance from Aging Administration staff, activities were limited this year. However, staff still committed to doing arts and crafts with residents. Having physical activity time as much as possible. This past year we were able to have some children from the surrounding schools stop by to sing or provide the residents with gifts. We hope to do more activities like this that keep the residents safe but they are still able to enjoy the company and visits.

Respite services are also available for community members.  The goal of Respite Care is to provide temporary placement for no more than 28 consecutive days for care, treatment, or services so that the

primary caregiver can have a break from their caregiving duties.  When there is available access, this program is a fee-for-service that provides an affordable alternative for elderly persons who may require some assistance while their primary caregiver is away from the home during the day or otherwise unavailable to provide care.   Unlike the Adult Day Services, elders participating in Respite Care remain at the facility around the clock during their stay.  The rate for these services is based on the elder's income and participating persons must be age 60 or over.  For both services, a screening assessment is completed to determine if the services will meet the elder's needs.

**Home and Community Based Services (HCBS)**
The Tribe through the Department Long Term Care, converted their Community Based waiver program to Family Care in 2018.  This allowed us to provide critically needed services to Tribal members in their own homes and community.  The Family Care model allows the Tribe to provide long-term care services to functionally and financially eligible individuals in the community, thereby creating an important alternative to institutional care.  An individual must be both functionally and financially eligible to participate in the program and the program currently serves the frail elder population age 65 and over, and the physically and disabled population age 18 and over.

The Long-Term Care Manager and Director serve on a Long Term Care Study Workgroup along with the Department of Health Services and representatives from the other Tribes within the state.  The work of the group is focused on laying the groundwork for other tribes to use Menominee as a model when setting up their fees for services provided.

**Case Management**
The Department of Aging and Long Term Care is unique among other county or Tribal aging units statewide as the Menominee Tribe administers the only Tribal Aging Unit in the State. The Tribe is managing our Tribal members of the program. We completed our transition of fiscal agents that will be able to better support our members. We authorize representative payee functions for those members that request it.  We began the FY23 with 123 participants in the program and ended with 116. The balance is based on staffing due to caseloads of each case manager that ensures the health and safety of the community members. Our case management team currently consists of eight staff. The team consists of the Long-Term Care Program Manager, Functional Screener, two Case Managers, two RN's, and an Office Assistant. Each team member cares deeply for the community members that we serve, which contributes to strength of our program. This department has been evolving through many critical growth transitions which has been stressful with the added threat of the pandemic. By following the recommendations of DHS and Incident Command, this team made all of necessary modifications to convert all of their work to remote and virtual. The Long term care team were deemed essential and continued working and providing all of their services throughout the pandemic except for entering the homes of the participants. We do not want to contribute to the exposure of the community members or staff, to the virus. Our staff care deeply for the members that they serve. They have worked tirelessly throughout the pandemic.

There is no greater cultural competence than a Tribe caring for its own community rather than Tribal members needing to go to search out services with an outside agency.  Economic stability is created in our community when our members' families can get paid for the care that they are giving their family members. Generally, every eligible Family Care member has at least one supportive home care worker. Tribal departments that provide the same Medicaid allowable and billable services can be reimbursed for those services provided to eligible members thereby stretching their department funds to serve additional persons.

**Title VI and Title III Grants**
The use of Title VI funds is directed toward Native Americans age 55 and over, and Title III funding is provided for individuals who are age 60 and older in accordance with the Older Americans Act. The Administration on Aging (AoA), located in the U.S. Department of Health and Human Services, is the federal agency responsible for programs authorized under the Older Americans Act of 1965.  A portion of the aging services are funded through the federal Title VI Grant for Native Americans and by Title III

funding through the Greater Wisconsin Agency on Aging Resources (GWAAR).  Typical aging programs funded by Titles VI and III are the Nutrition program operation, Elder Benefit Specialist program, Alzheimer's, Family Caregiver program, Preventative Health, and Supportive Services that include personal care, homemaker, chore services, case management, assisted transportation, information and assistance, outreach, and temporary respite. In 2023, we focused on growing our caregiver program. We participated in the Back to School Night with an information booth.

The Menominee Tribal/County 3-Year Aging Unit Plan (Title III) was created four our next 3-year plan which included the years of 2023-2024.The future plan was approved by the Commission on Aging, Health and Family Committee and submitted to GWAAR. We look forward to expanding our services to incorporate more collaboration throughout the agencies that serve the reservation. The required focus areas within this plan include:  Involvement of Older People in Aging Related Program Development and Planning, The Elder Nutrition program, Services in Support of Caregivers, Services to people with dementia and Healthy Aging.

**Native American Community Caregiver Program Title VI Part C**



The Native American Community Caregiver Program serves person's age 55 and older. The program is staffed by two full time Elder Support Service Providers, who are Certified Nursing Assistants and a grant Coordinator/ Monitor. The Caregiver Program primarily assists the family caregiver of an elder who may be chronically ill or have disabilities.  The services provided include assistance, current information on available resources, case management, outreach, health and wellness promotion, transportation, chore services, in-home services such as personal care assisting with activities of daily living, and other supportive services that contribute to the welfare of the elders.

As you can see from the pie graphs there was a decrease from last year by over 50%. In-home services were limited due to staffing. Also, the Dementia Care Specialist position is vacant, and this position also assisted client with in-home services. There are currently two Elder Support Specialists who assist with all in-home services, so time is split between each client throughout the week. Over all the number of elders that received in-home services for FY2022 was 353 and for FY2023 it is 121, which is a 34% decrease from the previous year.

**Alzheimer's Family Caregiver Support Program (AFCSP)**
The purpose of the Alzheimer's Family Caregiver Support Program is to provide information and education to persons with Alzheimer's disease and family caregivers; this will prevent or delays institutionalization and improves the quality of life for people with dementia.  The Department of Aging and Long Term Care partners with the Wolf River Dementia and Caregiver Network to collaborate efforts and provide our community members with education, support and screenings. Here is an example of our Caregiver training that we provide the community. Our training that we offer is called Powerful Tools for Caregivers. Our staff taught the 6-week class. Each week the class focused on something that could help a caregiver with things such as stress, how to talk with their family for help, activities to do, etc.

The Dementia Care Specialist has been vacant for 2023, and no data has been gathered during that time. The Aging department is going to be more proactive in getting the community to get their family members screened for Alzheimer's. The program can only be applied if the client is medically diagnosed with the disease.

**Tribal Dementia Care Specialist Program (TDCS)**
The Dementia Care Specialist has been vacant for 2023, and no data has been gathered during that time. The Aging department is going to be more proactive in getting the community to get their family members screened for Dementia. The program can only be applied if the client is medically diagnosed with the disease.

Currently there are two active clients for 2023 that have been medically diagnosed with Dementia. The program recognized that there is a need for dementia resources and screening needs to be done. We hope to bring specialist in soon so that this program does not go on unattended anymore.

**Elder Benefit Specialist Program (EBS)**



The purpose of the Elder Benefit Specialist (EBS) Program is to provide access to benefits, entitlements, and legal rights for older persons.  Our EBS provides information, advice, referral and assistance to older individuals regarding eligibility and issues related to public benefits and services, health care financing, insurance, housing and other financial and consumer concerns.  Referrals are made for individuals in need of legal representation to the private bar or Wisconsin Judicare. During FY 2023 program services were provided to an unduplicated number of 267 which is lower than last year of 336 Native Americans. The elder population is encouraged to contact our Elder Benefit Specialist for assistance or inquiry

regarding public benefits.  Legal assistance to complete a Living Will/Last Will and Testament is available by Judicare and for your convenience, the Judicare attorney travels to the reservation; simply contact our EBS to arrange an appointment.
During the pandemic, all services were provided over the phone or in person by appointment. The EBS used social media and live streaming to continue to get information out to the public.
The Elder Benefit Specialist works with community members and the families and residents of the Wolf River Community Based Residential Facility (CBRF) on issues related to Medicare and other benefits issues, and to secure the CBRF as the residents' representative payee for Social Security benefits.  Our EBS is available to meet with Elders in their homes, in office, at the clinic, at the senior centers, or wherever is most convenient for the Elder. Wisconsin Judicare serves as the legal backup provider accepting referrals from the Elder Benefit Specialist when legal representation is necessary.  The Elder Benefit Specialist is a member of the Wisconsin Association of Benefit Specialists and attends ongoing required training to remain current with updates in public benefits.

The Department's Social Security Administration (SSA) 's computer program called The Video Service Delivery Project (VSD) has not been used throughout the pandemic since the SSA department has been closed and the staff have worked remotely.

In addition, our Elder Benefit Specialist manages our loan closet, CSBG, CFM, and is responsible to prepare and distribute our department's monthly newsletter, the Moccasin Prints.  In FY2023 there were 3,555 newsletters distributed throughout the community.

**Loan Closet**



Durable medical equipment is loaned on a temporary basis to Elders who are in need of such items due to illness, injury, surgery, etc.  During the FY 2023, 27 items which is lower than the 35 items in FY 2022. The items that were loaned out that included; Wheelchairs, Walkers, Hospital Beds, Commodes, Shower Chairs, Bedside table, Toilet Risers, Space heater, and Grab Bars.  A signed agreement is required and is available at the Aging and Long Term Care department.  Loan closet items are being picked up from our office and larger items are delivered and set up by our general maintenance worker.

**Nutrition Program**



The Nutrition Advisory Committee is the body within the County and Tribe that represents the nutritional views, interests and concerns of the elders in the community. It is responsible for identifying and promoting healthy eating, in which during 2023, the Nutrition Advisory Board is made of The Cooks from the meal sites, the Director of Aging and LTC, the Menominee Tribal Clinic Nutritionist, a UW-Extension representative, and members of the community >55yrs old. This Advisory Committee works collaboratively with the senior center/home delivered meals, activities, and programming available at the senior centers.  The nutrition program provides hot, nutritious meals to homebound elders and pick up meals not congregate due to the pandemic at the Senior Centers.

The centers serve meals Monday through Friday 10:30am until 1pm with the exception of Holidays and weekends.  Funded by Tribal, State, and Federal funds, our meals are designed to provide elders a nutritious meal daily. The menus are created with input from the cooks and clinic dietician and reviewed by the Nutritional Advisory Committee.  Each center is staffed with a full time Head Cook and part time Assistant Cook and when available by individuals through the Curative Connections program, and volunteers.  Our centers serve to provide much more than just a meal.  Before the pandemic elders used the centers as an opportunity to socialize and do activities such as playing cards, bingo, working puzzles, scheduled events during the year, and ultimately the opportunity for visiting and enjoying the company of others. The senior sites also act as warming/resource centers during times of community disasters. Informational and emergency messages and materials on nutrition and other topics of interest and community events have been distributed through the meal program. The meal sites have been very successful as communication distribution sites during this time of pandemic. While the facilities were closed in 2021 to congregate meal service, we replaced some of their equipment that was well over due for replacing. We replaced their dishwashers, sinks, garbage disposals, grease traps and warming tables at both sites.

The nutrition program is regulated by the Wisconsin Aging Network Manual of Policies and Procedures and by tribal law. Persons eligible for congregate meals must be age 55 or older, any spouse who attends the dining center with their spouse who is age 55 or older, and disabled individuals who reside at home with an eligible elder participating in the program.  Persons eligible for home delivered meals must be age 55 and older, frail and essentially homebound.  Other criteria include that the individual must be unable to participate in the congregate meal program, that there is no spouse or other adult living in the home who is willing to prepare meals, that any special dietary needs can be met, that the individual is able to feed themselves or have someone available to assist with dining, the individual is unable, physically and emotionally, to obtain food and prepare adequate meals, and that the person agrees to be home when the meals are delivered.  Each person applying for home delivered meals will receive an assessment in their home to determine the individuals' level of need for this service.  Reassessment of the continued need for home delivered meals will be done in the home of the participant every six to twelve months.

## Emergency Assistance

Emergency assistance in 2023 was provided utilizing mainly the Community Services Block Grant (CSBG) to address the needs of low-income elders with utility assistance to avoid disconnection, with heating problems particularly in weather related emergencies, to avoid eviction from their homes, and other emergencies that jeopardize the elders' health, safety and welfare.  In FY 2023, we spent $57,465.01 which is an increase from FY 2022 at $42,016.11. With this funding, we were able to assist 90 community members in need. This financial assistance was provided for: Propane, Fuel Oil, Lifeline, Septic, Appliances, Home Improvements, Heating/Furnaces, and Electric. The emergency assistance funds are limited and in an effort to provide financial assistance to a greater number of Elders in need, assistance is provided on a one-time basis per individual and one time per household during the fiscal year October 1 through September 30.   Eligibility criteria include that the applicant must reside within the boundaries of the reservation and income must not exceed the federal poverty guideline of 125% for use of CSBG funds. This year we did not receive any Casino Found Money funds, these funds were used towards any assistance for elders that exceeded the income guidelines.

## Good Neighbor Certificates

This is a program sponsored by Goodwill to provide community organizations with a limited number of certificates valued at $25.00 for distribution to elders in need. These vouchers are very appreciated in times of need. Certificates may be used to select $25.00 worth of merchandise at any Goodwill store. In

2023, Over 26 vouchers were distributed in the last fiscal year. Aging has reapplied for the program and Goodwill was willing to provide as many certificates we needed based on our requests. We hope to keep this assistance available and more known to those in need of clothing assistance.

**Lifeline Medical Alert**
Limited financial assistance is provided for elders to obtain the Lifeline Medical Alert, a secure personal medical alert emergency response service designed to help seniors live with greater independence. To determine eligibility, you must be at income at or below 100% of the Federal Poverty Level, have a medical problem or physical disability, have a prescription from your physician, have a land line telephone, and have 3 relatives, friends, or neighbors who live within 15 minutes of your home, who have access to a key for your house, and who will come to assist you if needed.

**Maintenance**
The maintenance department is staffed by one full time employee that is responsible for the general/routine and preventative maintenance on the facilities including the Wolf River CBRF (in accordance with DHS regulations), the Aging and Long Term Care departments, and shared oversight of the maintenance at the Neopit and Keshena Senior Centers. Additionally, this role provides assistance with the snowplowing, air conditioner installation, some firewood delivery, delivery or assistance of durable medical equipment, and minor home repairs.

**Snowplowing**
In 2023, Aging and Long Term Care coordinated routes with local contractors. They plowed 138 driveways plowed with each snowfall accumulation of 3 inches or more, with a total of 966 snow removals. For FY2023 $36.860.00 was spent on snow plow removal. The purpose of the snowplow service is to ensure access for medical transportation, nutritional meals, and other aspects of functional living. Driveways must be free of obstructions such as vehicles, campers, bicycles, etc. During the upcoming winter season please remember that every effort is made to meet the snow plowing demand as quickly and as safely as possible; however, because not every snow event is the same, during heavier snow falls it will take longer to clear all driveways. Unpredictable weather, hazardous driving conditions, and limited resources make it impossible to plow as quickly as many people would like. Our drivers maintain a specific route, and to insure their safety, we ask that you remain patient.

**Lawn mowing**
Long Term Care provide 28 elderly residences with Lawn Mowing. These clients received between 1 to 4 lawn mowing depending on the need and request.

**Firewood**
In 2021, a new project was introduced. The Department of Aging developed an agreement with Wolf River Development to devise a safer, more sustainable process to assist elders with their need for a source of wood for heat. For elders between 55-65yrs old the distribution is limited to one truckload per household. Applications are required annually and are available at Wolf River Development.
The 4 Directions wood project, that a group of elders created, was concluded due to complaints received concerning the cutting areas not being kept clean after use and unauthorized use of the wood supply and safety concerns. The Wolf River Development program is a wonderful new resource to the community. For FY2022 48 elders were supplied with a face cord of wood, FY2023 78 elders were provided with a face cord of wood. This assistance is paid with Title VI funding.

**Air Conditioner Installation**
Due to the safety concern for elders' health in extreme high temperatures, heat indexes and high levels of humidity, the Aging department loans out air conditioning units to reduce and prevent health dangers. A priority in lending is given to those persons who are the most vulnerable focusing on the frailest and disabled. Elders age 65 and over, and for Elders who have medically documented health conditions that warrant the need for an A/C unit. Eligibility includes that you must be an enrolled Menominee and must reside within the boundaries of the reservation. Only one Air Conditioning unit is loaned per household. In 2023 there were 19 air conditioning units delivered and installed which is a 54% decrease over last year.

**Activities**

August 2023, Grandparents that are caregivers to their relatives under the age of 18 were provided school supplies. There was a total of 50 Grandparents and 10 grandchildren. The Aging department put on the Annual Elder Picnic, this is a MIPPA sponsored event. At this event we encourage elders that are or approaching 65 years of age to look into Medicare. We provide informational booths on related topics and benefits. There were 180 participants, Aging had planned for 300 participants.

Aging has planned for the 2023 Elders' Christmas Party, it is set for December 15, 2023 at the Menominee Casino Resort.

**We thank all of the members of the community that served on advisory groups (past and present) for the Department of Aging and Long Term Care. We appreciate the support and collaboration of Tribal departments and partner agencies as we strive to meet the needs and goals of our community. Our staff serve to provide efficient services to the elders of the community and we welcome your input.**

**Assistance on any current or proposed services that you feel would be important for our elder population.  Please feel free to contact us with any questions or requests for service at the contact information provided below:**

*Contact Information*
**Department of Aging and Long-Term Care**         715-799-5240
**Kay Ann Dixon, Receptionist**
     **kadixon@mitw.org**
**Fax Number**                                                        715-799-5278
**Kristah Warrington, Director**                            715-799-5897
     **kmwarrington@mitw.org**
*Senior Center*
**Keshena Senior Center**                                   715-799-3964
     **Jana Caldwell Head Cook –Keshena**       715-799-3964

**Neopit Senior Center**                                     715-756-2290
     **Karen Caldwell Head Cook-Neopit**          715-756-2290
*Aging*
**Carla Al-Jame, Business Manager**              715-994-1368
     **caaljame@mitw.org**
**Lynnette Maskewit, Elder Benefit Specialist**    715-799-5688
     **lmaskewit@mitw.org**
**VACANT, Tribal Dementia Care Specialist**      715-799-5270
     **@mitw.org**
**LuAnn Richmond, Elder Support Service Provider**    715-799-3238
     **lrichmond@mitw.org**
**Tichanel Waupoose, Elder Support Service Provider** 715-799-5929
     **twaupoose@mitw.org**
**Kelly Theis, Grant Coordinator/Monitor**        715-799-5272
     **ktheis@mitw.org**

*CBRF*
**Kristah Warrington, CBRF Administrator**       715-994-1452
     **kmwarrington@mitw.org**
**Carrie Corn-Skenandore, R.N., Nursing Coordinator**  715-799-5275
     **ccornskenandore@mitw.org**

*Long Term Care*

**Dacey Peters, Long-Term Care Program Manager**     **715-799-5992**
        dklaeser@mitw.org

    **Functional Screen Coordinator**
        **Tammy Latender**                    **715-799-5271**
    **Case Managers**
        **Casey Arrowood**                    **715-991-1371**
        **Jessica Henderson**               **715-994-1369**
        **Susan Golding**                      **715-799-3224**
        **Ray Creapeau**                       **715-799-5888**
    **RN's**
        **Pam Nelson**                           **715-799-4246**
        **Bridgette Gauthier**               **715-799-5253**
        **Amy Jones**                            **715-799-5240**

# Agriculture and Food Systems

Gary Besaw, Director

**Great Lakes Intertribal Food Coalition**
There are several partners working together to make the Tribal Elder Food Box Program happen for Wisconsin's Tribal Elders from June through December each year. Partners include; All eleven Wisconsin tribes, Feeding Wisconsin, Intertribal Agriculture Council, Feeding America Eastern Wisconsin, Second Harvest Northern Lakes Food Bank, Wisconsin Food Hub Cooperative, Wisconsin Department of Agriculture, Trade, and Consumer Protection, UW-Madison, and healthTIDE.

In 2023, these partners formed the Great Lakes Intertribal Food Coalition (GLIFC). GLIFC continues to work together to distribute food boxes and are working on an indigenous food strategy for the entire Great Lakes region. DAFS is the lead on many of these efforts.



June 15– Governor Evers visited the Menominee Food Distribution Center to help distribute Tribal Elder Food Boxes.



Great Lakes Intertribal Food Coalition new logo. Go to https://greatlakesintertribalfood.org/ for more information



Bonnie Mckeirnan is the first Menominee tribal member to produce food for the Tribal Elder Food Boxes. Bonnie and her team harvested bergamot for tea. They supplied 2,000 units



*Many of the GLIFC partners participated in the Governor's visit in June.*

**Food Distribution Program on Indian Reservations (FDPIR) 638 Demonstration Project**
In 2021, the Menominee Tribe received this funding. The application was unique in that Menominee and Oneida applied as joint applicants.  The total grant award is $275,958. This unprecedented project allows FDPIR's to contract with indigenous food vendors to replace food items that the USDA typically provides. In FY21, both tribes worked together to develop an MOU, garner tribal leadership support, and set the project up. The indigenous vendors are; Oneida Nation beef and buffalo, Oneida Nation apples, Red Cliff Fish Company fish, and Spirit Lake wild rice. This project is one of only seven that were awarded throughout the U.S. In FY22, we were awarded additional funding and a one-year extension. During FY23, our activities continued, and we also continue to encourage the USDA to make this a permanent program.

**Menominee Community Kitchen Project**
Much has happened on this project. As of December 2023, DAFS is close to having a completed kitchen. Once completed, community members will be able to use this kitchen to develop food businesses, process food for their families, and learn more about processing (canning, dehydrating, pickling, freezing, etc.), gardening, small-scale livestock, and other food sovereignty topics. We will have a Kitchen Manager who will work with people on scheduling kitchen dates and times. DAFS will host an open house for community members when the work is complete.





*Progress of the Menominee Community Kitchen L–R: ventilation system, oven and range, tilt and steam kettles, and a washing machine for hulling corn. Four compartment sink and dishwasher. A walk in freezer and cooler with 9' ceilings.*

**Plant & Seed Giveaway**
The annual plant giveaway was held in May. Over 2,000 plants were given away.





*Drone Shot of Floring Property*

**Floring Property**
DAFS continues to work on developing a demonstration farm at the Floring Property. The pasture has been planted, a winter waterer has been installed, and much of the fencing has been completed. DAFS plans to raise grass fed beef at this location for the community.

**Looking Ahead**
DAFS will continue its work with GLIFC.  One of our goals is secure funding for an indigenous food cooperative that would serve all indigenous producers in the Great Lakes Region. In 2024, DAFS will be hiring several new staff members including a Farm Technician, Outreach staff, and a Wild Rice Specialist.

**DAFS Staff:**
Gary Besaw, Director
Lisa Caldwell, Administrative Secretary
Jen Falck, WPP Coordinator
Kaya DeerInWater, Tribal Food Sovereignty Coordinator


# Child Support
## Heather Wilber, IV-D/Child Support Program Director

The Mission Statement of the Menominee Tribal Child Support is to enhance the well-being of our children by assuring assistance and support through healthy, friendly, positive atmosphere that promotes and preserves our families.  The vision is to empower our families and community by providing for our children.

The Menominee Tribal Child Support's primary responsibility is to enforce orders issued by the Menominee Tribal Court, along with providing services for Paternity Establishment, Support Establishment and Enforcement, locating absent parents, Inter-jurisdictional Establishment and enforcement and case management.

The Menominee Tribal Child Support employed 8 staff in FY2023, comprised of five (5) Child Support Specialist.  Two of these Specialists are responsible for the monitoring and case management of Paternity/Intergovernmental cases and the other Kinship/Foster Care cases.  Management and

Administrative Staff include a Child Support Manager, a Financial Specialist and an Administrative Assistant.  The agency also shares a part-time Attorney with Tribal Family Services.

The child support system involves very extensive networking with community resources, other tribes, states and counties, as well as employers, employment resources and federal and local agencies.  The Menominee Tribal Child Support Agency also has access to many resources in order to locate parents, verify employment and income. Referrals and applications are received from and made to these resources on a continuous basis through the year.  The agency also provides information to participants regarding job training, employment opportunities, and other community resources available.

For the Menominee Tribal Child Support Agency, income withholding is by far the most effective tool available for the collection of financial court ordered obligations.  Constant case management and monitoring is key.  The Agency also accepts and enforces orders issued by other jurisdictions, including Wisconsin Counties, other States and Tribes.  Our agency also asks for assistance from other Wisconsin Counties, other States and Tribes to enforce our Menominee Tribal Court Orders if the non-custodial person lives in their jurisdiction.  Inter-jurisdictional enforcement is another tool used for the collection of child support. Additional enforcement tools used for the collection of child support for our children and their families include interception of unemployment benefits, workman's compensation and Federal/State Tax refunds.

There are economic conditions and other factors that prove difficult in collecting child support obligations. Factors affecting collections include but are not limited to incarceration, unemployment, transportation issues, and barriers to employment such as job training/skills and education. One other factor is the Intergovernmental Enforcement for MTCSA cases by other Tribes, and the unallowable intercept of per-capita and other disbursements to be applied to MTCSA's cases.

The Menominee Tribal Child Support Agency monitors and reviews cases and ensures support obligation are appropriate based on the income of payers, as well as monitoring Tribal Court Orders for Child Support for compliance by the non-custodial parents (payers).  Paternity Establishment is an important services of the Menominee Child Support as it provides our children with a sense of identity and belonging, and opens the door for enrollment with the Menominee Tribe and the benefits that come along with that status.  Paternity Establishment is the process of determining the legal father of a child and may be established through genetic testing and/or court order through the services provided by the agency. There are instances where parents who are unmarried establish paternity through filing the Wisconsin Voluntary Paternity Acknowledgement (VPA) form themselves to the Office of Vital Records.  Under Wisconsin Law, this fully establishes legal paternity and the father's name is added to the birth certificate, however the VPA does not give the father any legal rights or physical placement and individuals must file motion in Court on their own to gain/change legal rights, placement and/or visitation.     The practice of the Menominee Tribal Child Support Agency and Paternity/Child Support Specialist when a case is referred for paternity establishment is to encourage participants to utilize the services offered by our agency to obtain a court order to establish a legal father, however, some parents do choose to complete the Voluntary Paternity Acknowledgements on their own.

The Agency's enforcement and establishment of financial obligation of children reduces poverty and financial strain on the custodial parents, reduces the participation of welfare programs of single-parents and most importantly, child support collections yield positive outcomes on family relationships and increases the involvement of non-custodial parents in their children's lives.

As of September 30, 2023, the child support agency has a total of 1,777 open, active cases, of which 135 are Inter-jurisdictional cases, 250 are Kinship/Substitute Care Cases, and the remaining 1,392 are regular child support/paternity cases.

Below is a snapshot of the historical child support data for FY2021 and FY2022.  As you can see, the amount collected in FY2023 has decreased compared to FY2022.  It is hard to pin point the reason for

the decrease in the collections.  There are many open positions within the Reservation boundaries, in Shawano County, and neighboring Tribes, however, quite a number non-custodial parents in our Tribal Case are remain unemployed.

FY2023 Child Support Data is as follows:



| FISCAL YEAR | CURRENT CHILD SUPPORT DUE | CURRENT CHILD SUPPORT COLLECTED | ARREARS COLLECTED | TOTAL COLLECTED |
|---|---|---|---|---|
| 2021 | $ 1,162,998.34 | $ 507,851.93 | $ 597,896.87 | $1,105,748.80 |
| 2022 | $ 1,111,508.25 | $ 491,199.54 | $ 391,409.15 | $882,609.69 |

The chart below shows the cost of operations for the Menominee Tribal Child Support Department for FY2023.

| Category Description | TRIBAL | Federal | State | Other | TOTALS |
|---|---|---|---|---|---|
| Personnel Costs | $   94,319 | $  377,274 | $ - | $ - | $    471,593 |
| Fringe Benefits | $   45,658 | $  182,631 | | | $    228,289 |
| Travel/Training/Mileage | $    2,901 | $   11,604 | | | $     14,505 |
| Office Supplies | $    4,670 | $   18,680 | | | $     23,350 |
| Contractual | $    6,183 | $   24,732 | | | $     30,916 |
| Space Lease/Rental | $    4,681 | $   18,724 | | | $     23,405 |
| Indirect Costs | $   35,134 | $  140,536 | | | $    175,670 |
| Other Costs: (list below) | | | | | |
| Legal Notices | $    2,034 | $    8,136 | | | $     10,170 |
| MTCSA Association Dues | $      305 | $    1,220 | | | $      1,525 |
| Process Service (Off-Reservation) | $    1,750 | $    7,000 | | | $      8,750 |
| Tribal Court-Photo Copy Fees | $       40 | $      160 | | | $        200 |
| Fax Line | $      120 | $      480 | | | $        600 |
| Employee Incentives | $      135 | $      540 | | | $        675 |
| Totals ▶ | $  197,930 | $  791,717 | $ - | $ - | $    989,647 |
| Fund/Totals Ratio: | 20.00% | 80.00% | N/A | N/A | |

As we move into Fiscal Year 2024, our goal is to continue to ensure financial stability for the children and families served by our program and the staff of the Menominee Tribal Child Support Agency.  MTCSA looks forward to the new Fiscal Year as we work to support, strengthen and encourage families to provide a safe, nurturing and stable environment.

| PROGRAM INCOME/REVENUE | FY2023 Amounts Generated |
|---|---|
| Administrative Fees | $ 11,844.87 |
| CS Court Costs | $ 1,353.30 |
| DNA Testing | $ 1,769.74 |
| Process Service | $ 934.18 |
| **Totals** | **$ 15,902.09** |

# Clinic

Jerry Waukau, Administrator

**Mission Statement:** The mission of Menominee Tribal Clinic is to provide quality, accessible and Mission Statement: The mission of Menominee Tribal Clinic is to provide quality, accessible and comprehensive health care in the areas of medical, dental and community health services. The Clinic employs **158** full-time employees, **16** part-time employees **17** PRN, and **12** Contracted provider consultants.

The Clinic has remained financially stable over the years, guided by our Business Operation Plan.  We are facing continued pressures with staff recruitment and retention issues, along with opioid addiction opportunities.  We must continue to expand care coordination and integration plans with our agency partners in the community, along with alignment of our health work objectives to the Tribe's Strategic Plan.

**MTC CONTROLLED SUBSTANCE AND MONITORING ACTIVITIES REPORT**
In the summer of 2022 Clinic Leadership established the Clinic Addiction Workgroup.  This group integrates with the Tribe's Drug Addiction Intervention Team (DAIT).  This workgroup meets every other month or as needed to work on established objectives and review progress toward these goals.

**Medication-Assisted Treatment (MAT) Program:**
Continue to support and expand existing services.  Provide MAT to patients struggling with opioid addiction.  The existing program has been serving patients since 2018 and continues to expand.

**Behavioral Health Services:**
Improve access to behavioral health service to the community.
1. BHS continued to work on improving access to services through changes to the intake process.
2. Changes to the intake process were communicated utilizing various mass media and community event announcements.
3. The team continued to make reminder calls to help decrease the no-show rate.

**EMS Grant – Narcan:**
EMS continues to administer a grant that promotes the distribution of Narcan in the community.  The grant continues to expand access throughout the Menominee community to this vital medication that helps to save lives.

**Medical Provider prescribing:**
Clinic Leadership continues to report physician prescribing data to the Health and Family committee.

The downward trends in opioid prescribing, as demonstrated by the data, shows that MTC Medical, Behavioral Health and Dental providers have altered their prescribing behaviors since the wide spread use of the Wisconsin Drug Monitoring Program (ePDMP) in 2018.

The attached graph shows prescribing trends for controlled substances from 2018 through the 3rd quarter 2023.  The sharp increase in per capita prescribing in 2021 in all Wisconsin counties corresponds to the addition of Gabapentin monitoring, a medication often utilized in pain management.



**Summary - FY 2023 Clinic - Expenses Paid by Funding Source - 10/1/2022 through 9/30/2023**
**Based on Preliminary September Reports as of 10/30/2023**

| Clinic Operating Expenses | Clinic 3rd Party Funds (Tribal) | Federal Funds | State Funds | Other Funds | Covid Funds | Grand Total |
|---|---|---|---|---|---|---|
| Salaries | 4,387,392.80 | 6,205,380.18 | 121,595.09 | 8,096.55 | 1,009,640.97 | 11,732,105.59 |
| Fringe Benefits | 1,429,568.40 | 1,874,638.02 | 65,358.08 | 4,090.56 | 269,344.52 | 3,642,999.58 |
| Program Supplies | 1,315,523.51 | 3,042,716.54 | 31,944.30 | 33,451.88 | 143,968.19 | 4,567,604.42 |
| 340-B Pharmacy Supplies | 154,333.02 | 0.00 | 0.00 | 0.00 | 0.00 | 154,333.02 |
| Contractual Services | 777,133.49 | 989,856.54 | 0.00 | 48,640.66 | 135,321.90 | 1,950,952.59 |
| Equipment | 23,713.00 | 73,131.35 | 0.00 | 0.00 | 0.00 | 96,844.35 |
| Indirect Costs | 1,311,079.86 | 1,823,267.72 | 49,783.09 | 2,748.20 | 278,671.74 | 3,465,550.61 |
| Contract Health - CHS Referrals | 679,278.58 | 1,849,142.23 | 0.00 | 0.00 | 48,010.04 | 2,576,430.85 |
| Other Expenses | 890,936.09 | 425,763.92 | 106,340.96 | 110,835.95 | 4,619.91 | 1,538,496.83 |
| Building Maintenance | 0.00 | 57,544.24 | 0.00 | 0.00 | 1,500.00 | 59,044.24 |
| Total - Clinic Operating Expenses | 10,968,958.75 | 16,341,440.74 | 375,021.52 | 207,863.80 | 1,891,077.27 | 29,784,362.08 |
| ***NON Clinic Operating Expenses** | | | | | | |
| CBRF | 716,230.37 | 0.00 | 0.00 | 0.00 | 0.00 | 716,230.37 |
| Aging | 457,163.18 | 0.00 | 0.00 | 0.00 | 0.00 | 457,163.18 |
| Family Services | 973,834.08 | 0.00 | 0.00 | 0.00 | 0.00 | 973,834.08 |
| Food Distribution | 103,092.93 | 0.00 | 0.00 | 0.00 | 0.00 | 103,092.93 |
| Total - NON Clinic Operating Expenses | 2,250,320.56 | 0.00 | 0.00 | 0.00 | 0.00 | 2,250,320.56 |
| Grand Total All Expenses | 13,219,279.31 | 16,341,440.74 | 375,021.52 | 207,863.80 | 1,891,077.27 | 32,034,682.64 |

**NOTES:**

Clinic Operating Expenses are updated through September, 2023 as preliminary only at time of this report.

Non Clinic Operating Expenses are charged to Clinic 3rd Party Revenue per MTL Tribal Budget Ordinance FY23 and updated through August, 2023 only at time of this report.

Available Covid Funds offset using the full approved allocation of 3rd Party Clinic Funds for eligible expenses.

**QUALITY MANAGER**
The position of Quality Manager was not covered from February 2023 through the end of April 2023.  I, Mario Rivera Jr., started back as Quality Manager on May 1, 2023.  I worked as the Accreditation Coordinator from 2004 to 2012.  So, I was able to come in and hit the ground running.  My first couple of weeks were spent catching up on the current AAAHC Standards and policy and procedure manuals for the Clinic.

**AAAHC Activities**
When I arrived, there were a total of six (6) corrective actions that needed to be completed as a result of the AAAHC Survey Findings from August of 2022.  My main goal was to make sure that these corrective actions were completed and documented.  No response was required by AAAHC, we will just need to make sure that we have the required documentation ready at the next survey in 2025, if needed.  The clinic achieved another 3-year term of accreditation.

**Quality Improvement Projects**
The Performance Improvement Committee determined that the Quality Improvement Focus for the Clinic in 2023 will be the Opioid Crisis and Care Coordination.  Working with the Clinic Addiction Workgroup, we came up with a quality improvement project to Improve Care Coordination for Opioid Use Disorder (OUD) or Substance Use Disorder (SUD) patients seen at MTC.

Out of a total of 139 patients seen (during May 2023 through September 2023), 76 received at least an attempt for care coordination.  Care coordination is designated for patients needing help with connecting with services and resources that are not available here at MTC.

Case Management was designated for those patients that are already part of our M.A.T. Program (31 patients).  Initially, we aimed for a goal of 100%.  But we quickly found out that there was a number of patients that we could not get in contact with.  Either Patient Registration info was not updated, or patients had "WIFI Only" phones with no phone service.  So, when possible, Davey Boyd (MAT Case Manager) would leave a message in their MyChart.  As there were repeat patients, we would only contact the patient initially.

We were able to reach out to 76.98% of all these patients.  The problem now is that we need a dedicated Care Coordinator to take up this on-going responsibility.



I also worked as a collaborator/advisor on a QI Project to Improve Production from Billing Specialists and Reduce the Request for Review Backlog.  This project is still on-going, but has made progress in reducing the backlog by $1.2 million in the first month.

**Root Cause Analysis (RCA) Activity**

During my first five (5) months, I have completed four (4) Root Cause Analysis for issues/incidents that have happened at the Clinic within the past year.  These incidents required a more thorough review and analysis to identify the root causes of faults or problems.  This is done to prevent or minimalize the chances of similar incidents from happening again.  The following four (4) RCA's were completed by the Quality Manager, with recommended changes, and presented to the PI Committee for review and approval:

- RCA: Threatening Individual in Behavioral Health
  - To help address this type of situation a Panic Button (ROAR System) has been implemented.  A policy and procedure have been developed, and was approved by the PI Committee and is in the approval process.
- RCA: Non-Life-Threatening Medication Error in Medical Services
  - The recommendation is that we increase staff to help with overflow.  Re-train/remind staff that the Five R's of medication administration needs to be checked for every patient (right patient, right drug, right dose, right route, and right time).
- RCA: Contaminated Syringe Used on Patient in Dental Services
  - Dentist will verify that the blue cap on the syringe is secure before use on patient.  If not secured, a reset of procedures with new syringe will be completed.  Dental assistant will not hand to the Dentist but set it down on the tray for the Dentist to grab.
- RCA: Patient Suicide While in Recent Outpatient Care with Behavioral Health
  - No means for improving the quality of service were identified as all conditions (causes) were addressed in an urgent manner by Clinic staff.

**Other Clinic Activities**

Quality management threads its way through every aspect of clinic operation. As an important part of any monitoring or improvement process it is a responsibility to make sure quality is considered in as many decisions as possible. The following list is a reporting of some of the more significant accomplishments of the last year.

- Received training from the Tribe's Strategic Planning collaboration.  Joined the Clinic's Strategic Planning Work Group.  We are working to address some of the goals and objectives identified by the Tribe's Strategic Plan with concerns to healthcare.
- Working with Jordan Coe, RN on an electronic incident reporting system.  Receiving weekly training on setting up and using the system developed by HSI (Health & Safety Institute).  The electronic reporting system is being set up to make it easier for employees to report incidents.  The electronic system will make it easier for risk management and root cause analysis activity.
- Worked with the Security Work Group to set up the new ROAR panic button system for employees.  The panic buttons will help with rude and abusive patient situations or active shooter situations or any other safety/emergency situation that may occur and immediate response to a specific area by security or law enforcement is needed.
- Put together a Clinic-wide In-service training in July 2023.  I reviewed the Quality Improvement process with all employees.  We also reviewed the Incident Reporting process to encourage the reporting of incidents.  We know that incidents are happening but not being reported.  We also covered CPR (Hands-off) training and Opioid use in Menominee County.
- Joined a Tribal Collaboration of Quality Managers.  The group includes: Peter Christensen Health Center (Lac Du Flambeau), Ho Chunk Nation (Black River Falls), Lac Vieux Desert Health Center, Bad River Health & Wellness Center, and the Nimkee Memorial Wellness Center (Saginaw Chippewa Indian Tribe). The first meeting was held at Peter Christensen and we discussed AAAHC and other processes like dealing with governance, credentialing & privileging, policy and procedures, etc.

Other duties included providing data from the EPIC system for a wide variety of clinic functions including monthly reports, improvement projects and compliance measures.

**BEHAVIORAL HEALTH SERVICES**

The Behavioral Health Services Department (BHSD) is certified by the WI Department of Safety and Professional Services as a DHS 35 Outpatient Mental Health Clinic.  Last certification was approved in May 2023 for a 2-year period.

The department offers outpatient mental health services such as evaluations, assessments and counseling using a range of treatment modalities.  Individuals requesting mental health services are seen for individual, couple, or group counseling.  Some of the reasons individuals seek services in the BHSD include depression, anxiety, grief, family difficulties, relationship problems, trauma, parent-child difficulties, school difficulties, and court ordered services. A referral system has been implemented with many of the community agencies and schools with most referrals being seen within 2 weeks of referral. Referrals from psychiatric inpatient hospitals are completed within a day or two following discharge.

The BHSD is currently fully staffed.  The present staff consists of seven (7) Master's level Psychotherapists including three (3) Licensed Professional Counselors, two (2) Licensed Clinical Social Workers, one (1) Advanced Practice Social Worker, and one (1) Licensed Professional Counselor In-Training; one (1) BH Case Manager; one (1) consulting Psychiatrist, two (2) consulting Psychiatric Mental Health Nurse Practitioners, one (1) Registered Nurse and two (2) support staff.   All clinical providers are certified by the State of Wisconsin Department of Safety and Professional Services for providing mental health services.  All providers are certified for third party billing purposes.

Staff is involved in clinic committee work in the areas of Performance Improvement, Accreditation, Medical Staff, Service Unit Management Team, Security Workgroup, Addiction Workgroup and Credentialing and Privileging.  The staff is also involved in outside contacts and meetings including Tribe/County meetings, Coordinated Services Team, Wolf River Region Wi NAMI Affiliate Meeting and Mental Health Workgroup.

The BHSD continues to offer scheduled intakes, same-day intakes and Thursday walk-in intakes.

To identify strengths and areas for improvement specific to psychiatry and therapy services, surveys were distributed for both provider types. Between October 1, 2022 and February 28, 2023, a total of 149 surveys were completed (109 Therapy and 40 Psychiatric).  Space for comments/feedback was provided in both versions of the survey.

This year's survey asked respondents to indicate the type of Intake they completed (scheduled, same-day, or walk-in).  Of the 72 responses received, 56 indicated that they completed a scheduled Intake, eight (8) completed a same-day Intake, and eight (8) utilized the Thursday afternoon walk-in option.

**Access to Behavioral Health Services:**



96.55% of the respondents indicated they were able to complete an Intake within 2 weeks of requesting one. This is a **6.45%** increase from the previous year.

99.09% of respondents indicated they were able to schedule therapy appointments in the timeframe agreed upon in their treatment plan. This is a **5.86%** increase from the previous year.

100% of respondents indicated they were seen for a psychiatric evaluation within 1-month of intake or referral. This is a **16.67%** increase from the previous year.

100% of respondents indicated they were able to schedule psychiatry follow-up appointments within the timeframe their provider recommends. This is a **5.6%** increase from the previous year.

100% of therapy and psychiatric respondents indicated they would recommend services from this department.

Below are the number of patient contacts for FY 2019 through FY 2023.



**BILLING**

The Billing Department is responsible for billing patient services and posting payments for all billable departments within the Menominee Tribal Clinic by utilizing computerized billing/accounts receivable software that is tied to the Clinic electronic health record systems that are used throughout the facility. The department also serves as the central cashier by collecting and receipting personal payments on patient accounts, date of service fees, eyewear, contacts and selling over the counter (OTC) medications. The patient registration component of the department is responsible for registering all new and existing patients accessing clinic services by verifying tribal enrollment and updating any changes to address, phone number, and health insurance coverage each time a patient utilizes the clinic.  The staffing plan of the department includes the Billing Office Manager, Billing Office Technician, Cashier/Accounts Receivable Technician, four (4) Billing Specialists, four (4) Coding Specialist and four (4) Patient Registration Specialists.

Patient Registration registered a total of 90,936 patients during the reporting period of October 1, 2022 through September 30, 2023.  Compared to the previous year there were 9,769 less patients registered this year despite the continued COVID pandemic.

For the reporting period the billing staff processed $29,218,948 in gross charges which is an increase from the previous year of $3,286,011; these charges reflect those that are billable to a 3rd party source and those that are not.  For the reporting period 88% of the charges had a billable 3rd party source (insurance) and 12% did not which resulted in an automatic write-off for Indian Health Service (I.H.S.) eligible patients.  After claim adjudication by the payer, our collection rate for the reporting period was 56 % leaving us with an adjustment rate of 26% as we do not balance bill amounts not paid by insurance to our I.H.S. eligible patients.  Both our collection rate and adjust rate increased when compared to the previous year; these two rates are impacted by changes to insurance plans, contractual obligations under any agreements, and what is covered under a particular plan.

Our staff had several issues that happened throughout the year that kept them from staying current with all three (3) billing systems. One of these issues was the Covid order being lifted in May which resulted in an increase of patients through the door.  We also seen increases in fees and staff turnover.  Staff turnover resulted in low production that caused the department to fall further behind in unposted payments.  In September the department was approved to increase production by assigning overtime to the Billing Specialist employees to basically work on posting payments two (2) hours a day for four (4) weeks. During this time, we seen an increase in our progress. Also, during this time, we lost two (2) Billing Specialist and have just recently hired two (2) replacements. Our goal for 2024 is to continue to increase our production in payment posting, training new hires and decrease our overall AR balance.  The accounts receivable ending balance as of September 30, 2023 was $16,954,868 and is a combination of all three (3) practice management systems.  Our accounts receivable balance increased greatly when compared to the previous year.  Cash receipts collected for services totaled $14,059,964 and represents an increase from the previous year.  The Clinic generates revenue from billing for services for patients who have Medicare, Medicaid, insurance through their employer, self-pay patients, eyewear, contacts and OTC sales.

**COMMUNITY HEALTH NURSING**

The Community Health Nursing Service provides a variety of services within the clinic and out in the community. The full-time staff comprises of four (4) BSN RN's, one (1) program assistant, and one (1) receptionist.

Community Health Nurses Provide nursing services in patient's homes. Referrals for these services come from MTC doctors and outside hospitals and clinics. Requests also come from patients and family and are assessed for what is needed. Collaboration with other agencies and programs are utilized when needs indicate.  RN's case manages the skilled nursing visits and on average assist 70-80 individual clients a month, having made a total of 4,026 visits this past year.

The Immunization Program oversees vaccine use within the clinic. Vaccine used to immunize children primarily comes from the state of Wisconsin's Vaccine for Children's (VFC) Program. A small inventory of vaccine is purchased by the clinic to immunize children who are not eligible to receive VFC vaccine. Adult Vaccine is purchased by the Clinic. Vaccines given are documented in the clinic record and onto the Wisconsin Immunization Registry. Walk-in services for Immunizations have been increasing throughout the year as we continue to transition from Covid 19 restrictions. A total of 6,509 non-covid vaccines were given to patients through the clinic, 1,627 of those were influenza vaccines. Covid 19 vaccines remained available through the summer, giving a total of 1,655. Staff are preparing for the administration of the most current Covid vaccine, and the new RSV products.

Medication management for patients with Chronic Mental Illness is provided in Collaboration with Menominee County Health and Human Services, Community Support Program Staff and MTC CSP staff. We are presently assisting 12 clients with this weekly.

Skilled nursing services are provided to Menominee Tribal Jail as requested. Inmate's needs are evaluated and appointments made when indicated. A total of 114 inmates have been assisted with health concerns. Covid vaccines were given to the inmates and jail staff that requested them.

CHN nurses assist Head Start staff with tracking immunizations, TB screening of staff, hearing screens on children, and answer questions on communicable diseases.

Community Health nurses are responsible to follow-up on communicable diseases reported by Menominee Tribal Clinic Physicians and in Menominee County. Contact Tracing for Covid 19 was the primary disease follow up activity done the past year. There were 246 positive covid cases reported that fell under the jurisdiction of the Menominee Tribal Clinic. MTC tested additional positive patients that live in outside public health jurisdictions. MTC CHNS nurses worked cooperatively with the Shawano/Menominee County Public Health to ensure proper follow up of Communicable Diseases Occurs.



HIV/AIDS Prevention and treatment services are provided using state grant funds.  Quarterly meetings are held virtually with other tribal coordinators.  HIV/AIDS/STD presentations were held at community

sites on prevention of the disease and treatment. This past year three (3) patients have been assisted with case management services, linking them to resources and infectious disease doctors through the AIDS Resource Center of Wisconsin.

The Program Assistant takes care of the purchasing for the Department as well as for AIDS, Health Promotion/Disease Prevention, and Immunization Program.  She assists with the car seat distribution when car seats are available, manages the loan closet supplies and helps staff with community events.

A car seat grant has been recently received by the tribe. Car seats will be available in the near future; anticipating being able to order a supply within the next month when the budget is set up. This will be a 3-year grant. This service is to provide car and booster seats to children newborn to 8 years' old who meet the criteria of Menominee or descendent and that live within the Contract Health Service Delivery area.

Rural Infant Health worker attempts to visit high risk newborns on the Reservation. Information is presented on baby safety, car seats, and immunizations; well-baby visits, and feeding habits. Weight checks are done. High Risk infants are discussed with the doctors and RN's and are referred to the Birth to Three programs at Menominee County Health and Human Services. If respite care is needed they are referred to MCHS. Post-natal questionnaires are performed on mothers; those with issues are referred to MTC Behavioral Health Department.

## CONTRACT HEALTH SERVICES

**Program Eligibility:** Eligibility for CHS is based on requirements according to established Federal Guidelines 42 CFR 36.23.  Effective October 1, 2008, Contract Health now requires paperwork, such as enrollment verification and proof of residency within the Contract Health Service Delivery Area, to be on file before eligibility or payments can be authorized.

The Menominee Indian Tribe requires individuals to participate in employee health insurance if insurance is available.  By not taking insurance from work, patients make themselves and their families ineligible for Contract Health Services.

CHS is a payer of last resort as defined under 42 CFR 36.61 and is used when there are no other resources available.  The CHS program is not an insurance program, nor should it be used in place of one.

Every year, the availability of funding for the Contract Health Program, determines the level of medical and dental care that can be provided.  Contract Health Services has been able to provide Payment for Priority I: Emergent/Acutely Urgent Care Services and Priority II: Preventive Care Services.  The medical priority is determined by clinical information such as condition of patient, rate of deterioration, potential morbidity of the patient, and expected outcome from treatment.  Priority levels are:

## CONTRACT HEALTH PRIORITY LEVELS:

**PRIORITY I:   EMERGENT OR ACUTELY URGENT CARE SERVICES:**  Diagnosis and treatment required to prevent immediate Death or serious impairment of health.  Diagnosis and treatment of injuries or medical conditions, if left untreated, would result in uncertain but potentially grave outcomes.
**Examples:**  Heart Attack, Fractures, Cancer Chemo and Radiation Therapy, Sepsis, Cancer
**PRIORITY II:   PREVENTIVE SERVICES**:  Primary health care that is aimed at the prevention of disease or disability.  This includes services proven effective in avoiding the occurrence of a disease and services proven effective in mitigating the consequences of an illness or condition.  **Examples:**  Cardiac Stress Test, Diabetes maintenance, Medications not available at Clinic, routine mammography, PAP tests and colonoscopy.

**PRIORITY III:  PRIMARY AND SECONDARY CARE**:  Inpatient and outpatient care services that involve treatment of prevalent illnesses or conditions that have a significant impact on morbidity and mortality. **Examples:** Cataracts, Rheumatology, Neurology, Dermatology, Cholecystectomy, Endocrinology. **PRIORITY IV:  CHRONIC TERTIARY CARE AND EXTENDED CARE SERVICES**:  Treatment of chronic conditions that have a less impact on morbidity and mortality.  Treatment is elective and high cost. **Examples**:  Hip and Knee replacements, Pain programs, Neurosurgery. **PRIORITY V:  EXCLUDED SERVICES:**  Services and procedures that are considered cosmetic, experimental, or have no proven medical benefits.  **Examples:**  Services not covered by Medicare/Medicaid, Orthodontist, Lasik surgery, extended nursing home care and bariatric surgery.

**Patients, who meet the eligibility criteria, but the Medical/Dental Care are not within the current CHS Medical Priority, may proceed with referral and assume responsibility for paymen**t.

**Deferred Care:**  Contract Health received $560,000 for Deferred Medical Care and $140,000 for Deferred Dental Care. Three hundred ninety-five (395) patients were helped under deferred care in 2023. Deferred Care are those services, which requested by referral from MTC physician, but Contract Health is unable to fund payment because it is not within Medical Priority.  To be eligible for Deferred care funding you must be Menominee.

Examples of deferred referrals are:  Allergy, ENT, Ophthalmology (cataract), Orthopedics, Pulmonology, Radiology (MRI, CT), Rheumatology, Pain Clinic, Dermatology and Hearing aids.

**Medicare Like Rates:**  The Medicare Modernization Act of 2003 included a provision (Section 506) requiring hospitals that participate in Medicare to accept Medicare Like Rates as payment in full when providing services to individuals under Contract Health Services Programs.  We can use Medicare Like Rates on all Hospital Claims for the 76 patients we served with no insurance.  CHS submitted 479 claims to Forest County Potawatomi Insurance Department for repricing.



**Medicaid Eligibility Changes:**  On April 1, 2014 Medicaid was opened to the large population of childless adults.  CHS continues to screen individuals who use the MTC for their primary care.  In a joint effort with Menominee Tribal Community Resource Center we were able to get 50 childless adults on active Medicaid this year.

**Audiology:**  CHS is responsible for scheduling patients for hearing tests and hearing aids at ENT Specialists of Wi in Appleton.  This service is being provided under Deferred care funds which means only Menominee's are eligible for this service. One hundred twenty-seven (127) referrals were written and 77 approved by CHS; 33 patients have received hearing aids this year.  We have coordinated patient transportation with Menominee Transit.   Hearing aids that patients receive should last for five (5) years.

**Pediatric Dental:**  CHS helped 128 children with pediatric dental care in hospital setting.  These children were sent to Dental Haven $474,647 and Thedacare Medical Center (Dr. Kwarciany' s patients) – Shawano $11,203.28 = $485,850.28.  The addition of Thedacare Medical Center – Shawano is a new location for CHS patients; MTC pediatric dentist, Dr. Kwarciany is providing this service.  This is a cost savings for CHS because we do not have to pay doctor fees because Dr. Kwarciany is an employee of MTC.

**Tribal Health Sponsorship:**  The Affordable Care Act allows tribes, tribal organizations and urban Indian Health organizations to pay for health coverage premiums on behalf of American Indians.  The Menominee Tribal Clinic has agreed to pay for Marketplace health insurance premiums for individuals meeting criteria.  Due to the lack of in-network plans available in Menominee County CHS did not sponsor any patients in 2023.  For 2023 we will have Security Health Plan as an option which will have Menominee Tribal Clinic and Thedacare in network.

**Benefit Specialist:**   The Benefit Specialists process all referrals created by our Medical, Optical and Dental providers.  We average 422 referrals per month in CHS office along with screening our patients for eligibility; the Benefit Specialists also assist patients with finding alternate resources of payment for medical bills.  Examples of these programs include:  Medicaid, Family Planning, Wisconsin Well Women's and Medicare programs.  Medicaid applications are now filled out with CHS staff and taken to CRC for processing, we work together with CRC to make sure these patients are activated and backdated whenever possible.

The Benefit Specialists assisted 108 elders with filling out the SeniorCare applications and renewals.  Contract Health paid the $30 annual application fee for all enrollees.  SeniorCare is a state program designed to assist elders with prescription drugs.

The Benefit Specialists assisted 0 patients with filling out applications for Patient Assistance Drug Program for expensive medications not available through our pharmacy.  Twenty-nine (29) referrals were made to the Tribal Elder Benefit Specialist to assist with Medicare Part A, B & D issues. Three (3) referrals were made to Social Security Disability.  Eight (8) patients were sent upstairs to Well Women's Program.

We also work with the Great Lakes Tribal Benefit Specialist as we identify patients who may be eligible for Disability programs.  The Benefit Specialist is now located in the Menominee Indian Tribe of Wisconsin – Tribal Office in Keshena.

Med Data/Elevate is in Thedacare facilities and help our patients sign up for Badgercare while in-patient at the hospitals.  These applications are faxed directly to Menominee CRC.

**Insurance Programs and Contract Health**:  We also refer Employees to their employee sponsored Insurance programs.  Some employees elect to drop insurance or not participate because of the cost.  Their perception is that the Tribal Clinic will take care of all their medical bills, oblivious to the fact that by not taking the insurance, they will be ineligible for Contract Health Services.  Benefit Specialists assist with Insurance questionnaires so medical bills can be paid.  Contract Health will not pay medical bills if insurance denied payment because patient failed to return questionnaire.

**Remember! Please call Contract Health Services with all appointments, scheduled surgeries, rehab orders, medical equipment, or anything pertaining to the approved referral.  Each approved referral is for a certain provider and number of visits, so it is important to keep our department informed, as it may be necessary to get another referral.  Bring all bills and statements you receive to Contract Health, so we can follow up on payment.   Call ER visits in within 72 hours for consideration of payment.  Elders are allowed 30 days to contact CHS for ER visits.**

**DENTAL CLINIC**

The Dental clinic provides a full range of dental services: cleanings, fillings, crowns, bridges, extraction, dentures, and a variety of other services.  We have a full-service dental laboratory.   We have three (3) general Dentists including the Program Director, one (1) full-time Pediatric Dentist, a part-time Endodontist, and a part-time Pediatric Dentist. There are three (3) Dental Hygienists.  We are currently down three (3) full time general dentists, two (2) dental hygienist and six (6) dental assistants.



There were 1,884 no-shows in FY-23 and 2,408 walk-in patients.

In light of the pandemic and dental staff shortage we continue to rebuild our school prevention program and continue to collaborate with school staff in getting proper consents signed along with contacting parents to schedule the appropriate follow up care that is needed.



For our small children with a severe number of cavities we have expanded our ability to provide hospital operating room treatment, Dr. Don Kwarciany is seeing patients at Thedacare - Shawano. We have additional services from Dr. Hernandez.

Each year we provide screenings for Head Start and Daycare children.  The children get fluoride varnish treatments at the centers four (4) times a year and are provided follow up care at the clinic. In 2001 the untreated decay rate was 53%, with oral health education and prevention we have dropped to 19% untreated decay which is below the I.H.S. and national average.



The Dental Clinic had 1,004 patient encounters in the 0-5-year-old age group in FY-23. The Medical Department offers fluoride varnish treatments at well-child visits and the WIC department offers oral health education to mothers and assists them with scheduling appointments for infants.  Oral health education is provided to a variety of groups in the community including local schools, Head Start, health fairs and the annual diabetes conferences.

We continue to re-organize our school prevention programs and continue with outreach programs that promote oral health awareness and show improved outcomes.  We will continue to collaborate with the community, the schools, medical, WIC and Diabetes programs to provide effective preventive programs

The Dental department works with the Diabetic program to provide oral health education and treatment to diabetic patients.  In FY-23 we had 1,170 diabetic patient visits.



Patient satisfaction survey in 2023 continues to show that patients are satisfied with the care they receive in dental.



**Since 2015 we have worked to decrease the number of opioids we prescribe.**

- Use the Wisconsin PDMP to monitor patient use.
- Prescribe more NSAIDS (e.g. Ibuprofen) for patients who can take them.
- Prescribe fewer opioids in each prescription.



**80% Drop in the rate of pills prescribed since 2015**.  We will continue to work to decrease the amount of opioids prescribed through a combination of patient/provider education and preventive programs.

**SPECIAL DIABETES PROGRAM FOR INDIANS, 2023**

The Diabetes Program at Menominee Tribal Clinic provides a variety of services to the Menominee Community. These services are offered to all tribal members, their families and tribal employees. The services include physical activity events, educational conferences, nutrition counseling, cooking classes, podiatry services, one-on-one and family appointments as well as group education. We still follow COVID safety precaution measures when needed for the people we serve.

We provide diabetes education and services through appointments in the clinic and through the Medical Department. Telehealth visits through phone calls are done if the patient does not feel comfortable coming into the clinic for an appointment due to their own illness or other health safety reasons. The Diabetes Nurse Educator does spend time in the Medical Department seeing patients while they are waiting for their provider to enter the exam room. This allows easier access for patients who may need assistance with improving their blood sugar control or for referral by a provider if requested.

The "Diabetes Team" at Menominee Tribal Clinic consists of representation from the Clinic's Wellness Team, the Nutrition Department, Community Health, the Optical Department, the Dental Department and the Medical Department.  The Team meets every other month to discuss upcoming events, program planning and problem resolution if need be. The team works collaboratively to maintain a quality Diabetes Program by bringing their own special talents to the table. The Team members have all completed trainings on Trauma Informed Care and Bridges Out of Poverty so they all provide patients with not only the tools patients need to self-manage their diabetes but also provide care in a compassionate and understanding way. The Diabetes program and team, along with the Wellness Department, have been collaborating more with other Tribal entities to work jointly on physical activity events and other community events to provide support and partnership.

There are currently 849 people on the Diabetes Registry with four (4) of those patients being under the age of 18. The Diabetes Nurse Educator, the Health Promotion Specialist and the Diabetes/Wellness Assistant have had 1,522 patient contacts collectively in the last year. The contracted Podiatrist who comes to the clinic two (2) days per month sees on average 17-18 patients each month.



Diabetes Patient Chart Audits are completed annually as part of the Grant reporting process for Indian Health Service. Audit data is used to generate a report for Congress to show how grant funding is helping to reverse or diminish the complications of diabetes so SDPI funding can continue. The Diabetes Team, for continuous program improvement, also reviews the audit results. HgbA1C results from this year were compared with 2022 results. A1Cs in the <8% range (this is a range that is a required key measure for the grant's best practice that we have chosen to work on) have remained constant at 69% (down by 1%). Having A1Cs in the <8% range have shown that complications from diabetes can greatly be reduced. A comparison 2022 audit report that compares Menominee's data with the Bemidji Area's data and Indian Health Service's data as a whole, shows that Menominee's A1C's <8% are higher than the Bemidji Area and IHS. (Bemidji – 56% and IHS – 54%).

A Patient Satisfaction Survey is done yearly to ask random patients what they think about the program and what they feel can be done to improve the care and service they receive from the program. The surveys are distributed at educational classes, the walking program and other community events as well as during their appointment in the Medical department. Some surveys are sent to patients via the US Mail system. Sixty (60) surveys were given out or mailed out, 55 or 92% were returned. Eighty-Four percent (84%) of the respondents gave the Diabetes Program at Menominee Tribal Clinic an overall rating of

excellent while 16% felt the overall rating of the program was good. Suggestions for improvement are always reviewed, considered and implemented if possible.



Since the Diabetes Program needed assistance with accomplishing program activities to support the grant's goals and objectives, a Diabetes/Wellness Program Assistant was hired. The program assistant was sent for training in exercise and physical activity to work with different populations such as elders and people suffering from chronic disease. The assistant has been providing an Elder's Exercise group, a walking group, an after-school physical activity program as well as planning and coordinating community exercise and educational events.  The assistant is working with the youth in the community on diabetes prevention by providing the physical activity after school program and eating lunch with the youth on occasion and talking to them about eating healthy foods.



Some areas of success of the Diabetes Program include rates that are better in comparison to the Bemidji Area and Indian Health Service as a whole, as depicted in the above graph. Our goal is to continue to provide quality patient care.

The Diabetes Program at Menominee Tribal Clinic, through the Special Diabetes Program for Indians Grant, provides testing supplies to community members, podiatry services and optical and dental supplies to assist with patient care in these departments. Group educational events and physical activity events are also sponsored through this grant. This grant funding was awarded for a 5-year budget cycle with re-application each year. This funding will end in December of 2027.

The Diabetes Program in FY2024 will focus on the primary, secondary and tertiary objectives outlined in the SDPI Grant.  The Diabetes Program will also continue working in collaboration with Clinic Wellness Programs, the WIC/Nutrition Program and any other tribal programs that are offering health and wellness activities to assist community members with their path to wellness.

## EMERGENCY MEDICAL SERVICE

The Menominee Tribal Ambulance Service (MTRS) provides Basic and Advanced Life Support level 1 Services. Technicians provide assessment and care of the ill or injured patient. The Advanced Technician provides an advanced level of care as needed. Advanced care includes initiation of IV (intravenous) lines, and administration of specific medications beyond those the EMT Basic is allowed to administer. All of the Emergency Medical Technicians (EMT's) on the MTRS are licensed by the State of Wisconsin and provide service in accordance with State Laws, Rules, Standards and Procedures, and Scope of Practice. Oversight of patient care aspects is provided by Dr. Jennifer Finch, the Service Medical Director and Dr. Keith Mausner, Service Medical Advisor.

The EMS department currently has three (3) EMT Basics (one (1) EMT Basic on LOA) and 17 Advanced EMT's of which four (4) are full time positions, and 17 are part time PRN positions. New Basic EMT's are encouraged to train and upgrade to the Advanced level preferably within two (2) years of employment as schedules and other employment permits. We continue to recruit as needed each year to maintain a good level of staffing. Our total number of EMT's has remained the same as last year with one (1) EMT on a leave of absence. We lost one (1) EMT Basic and hired one (1) EMT Basic this year. We filled one (1) full time position for Advanced EMT and our other full-time position was eliminated and a Care Coordinator position was created but not filled at this time. There is a national shortage of EMS workers and we continue to work to recruit new members from the community. There is one (1) Basic EMT attending Paramedic classes. We are currently sponsoring three (3) students in the EMT Basic class through NWTC.

The basic training received by all EMT's includes the well-being of the EMT, taking care of yourself in order to take care of others, medical/legal and ethical issues, anatomy, lifting and moving patients, airway management, medical and trauma patient assessment, vital signs, communications, documentation, general pharmacology, respiratory emergencies, cardiac emergencies, acute abdominal emergencies, diabetic emergencies, altered mental status, allergic reactions, poisoning and overdose emergencies, environmental emergencies, behavioral emergencies, obstetrics and gynecological emergencies, trauma including bleeding and shock, soft tissue injuries, musculoskeletal injuries, head and spine injuries, age related issues, ambulance operations, access and rescue operations, EMS response to terrorism, basic life support and CPR (Cardio Pulmonary Resuscitation) CCR (Cardio Cerebral Resuscitation), There is a wide range of specific skills learned within each of these areas.

Other ongoing training includes EMT refresher class, CPR refresher, annual advanced skills refreshers, squad meetings, various trainings, conferences and seminars. We have two (2) full time staff members able to teach and recertify employees in CPR. This year EMS brought on a new EMS Medical Director who will be helping to provide support and more training opportunities to our staff.

Our EMT's perform 12-Lead EKG acquisition and data transmission to the hospital as part of our cardiac treatment guidelines. This greatly enhances the ability for the emergency room physician to recognize cardiac issues prior to patient delivery to the hospital and for planning treatment options when the patient arrives at the hospital. Patients receive definitive care in a timelier fashion through use of the cardiac guideline, including diversion directly to a Heart Catheterization Lab when indicated through use of the 12 Lead EKG report.

The following services were offered or performed throughout the year. Services provided to the community include: Ambulance and crew attendance at events such as the Menominee Tribal School end of year fun day where we give tours and answer questions and at other local schools career day events, National Night Out Against Crime planning and staff attendance, the Tribal Daycare Health Fair, St. Michaels Parish Festival where we offered EMS awareness information through a question and answer format and display, the Diabetes Relay, and a Touch a Truck event at the FACE Center and various fitness walks within the community. This year we also attended the Legend Lake Fair with an ambulance and handed out information and gave tours of the ambulance. We provide a second ambulance and crew during the Menominee Nation Pow-Wow. An ambulance and crew are also provided where required such as at high school football games and cross country meets. We try to accommodate with attendance at community related meetings and trainings when requested and as time permits. This year we continued our on-call plan to be able to staff a second standby ambulance at all times to assist with the rise in calls and the possibility of transports to other hospitals and the increase of drug related calls.

We are providing training on the use of Narcan through the Narcan Direct grant and working with other public service departments through Joint Public Safety meetings. Fentanyl test strips continue to be provided through the grant now that they have become legal to dispense. The Narcan Direct grant was automatically renewed through the DHS of Wisconsin this year. EMS also works with the Tribe and is present at the Community Forums regarding opioid/drug issues. The Narcan Direct grant is provided as a "harm reduction" tool and EMS has been providing education on this aspect of drug addiction in the work place and in schools as a preventative measure. EMS also received the EMS Leave behind grant, allowing all EMS staff to leave Narcan and Fentanyl test strips after an EMS call including resources for patients to seek help.  EMS also received the Public Health Vending Machine grant that will allow the public to receive Narcan, fentanyl test strips, and other public health items free of charge. EMS staff is also involved in the Tribe's Drug Addiction Intervention Team and Clinic Intervention Team.

CPR/AED Training is provided to all Clinic employees during classes scheduled quarterly. CPR mask kits/equipment and Automatic External Defibrillators (AED's) are placed throughout the Clinic for use by employees in the event of a cardiac arrest. This year a dose of Narcan has been placed with the AED's in the Clinic and those around the community in public buildings. CPR training or recertification was provided mainly to those who require it for a license or certification needed for credentialing and now has opened up for those Clinic employees who wish to be certified.

An equipment replacement plan is being worked on through the EMS Strategic plan to ensure that older equipment is replaced by or before the time it reaches the normal life expectancy. Some of the items in the plan include ambulances, power cots and power-load systems, stair chairs, and 12 Lead monitor/ defibrillators. EMS wrote for and received $102,015.00 to be used toward the purchase of a new ambulance - this ambulance has been ordered and will arrive in February of 2025. Governor Evers also added additional money for a one-time increase in the Funding Assistance Program through the ARPA Fund; We replaced old minor equipment with this fund.

As far as the replacement plan goes we need to look to the next few years to replace two (2) more ambulances. Cutting our fleet down to two (2) ambulances would not be feasible since we are in the process of taking over the contract with Menominee County, from Shawano Ambulance, to provide ambulance services to Menominee County since we basically do that already. Our most recent ambulance will be nearing 100,000 miles by the time our new ambulance arrives. This also means the major equipment in these older ambulances need replacing as well, as mentioned above.

The power cots and the power-load system as well as the stair chairs and CPR compression device will continue to be of great benefit to our patients as well as our EMS crews. Powered cots and load systems are designed to handle a very heavy load which reduces the frequency of lifting injuries to our EMS crew

and provides greater safety for our patients during handling and transport. Annual preventative and as needed maintenance are performed on this equipment.

The Menominee Tribal Rescue Service responded to 1,179 calls and 644 patients were transported to a medical facility for definitive care. The remaining calls were not transported for reasons including an injury or illness not requiring a hospital emergency room visit, patient refusing medical care or transport, lift assist, calls cancelled or no patients found. Off Duty No Response calls while our ambulances are busy are referred to an outside ambulance service. The statistic of MTRS Back up Ambulance calls was 52. We also responded to five (5) calls outside our service area (we did not include a separate stat on the attached charts) due to neighboring services also being short staffed. Most calls were to the Stockbridge area and only if we had a backup crew available for our area. Outside ambulance services were called upon 47 times for ambulance calls while our service was busy and 27 times for advanced life support Level 2 requiring paramedic services. There were 12 medical helicopter requests. These statistics are illustrated on the graph below.

The following illustration shows an increase in calls responded to/transports. With a standby crew we are able to respond to more of our own calls and we have had an increase in drug/trauma calls.



The following information illustrates a five (5) year history of the number of ambulance calls responded to and the number of ambulance transports to a medical facility for definitive care. The year 2023 shows a significant increase in ambulance calls over the previous four (4) years. This increase is due to having a standby crew and increase in drug/trauma calls.



**IMAGING**

Imaging for 2023 was a good year. We had one of our full-time x-ray techs leave but were lucky to replace them with a full-time x-ray/ultrasound tech which leaves the department fully covered even during vacations so we are never without ultrasound. Echocardiogram numbers have remained stable and a very huge benefit to the Menominee people. X-ray numbers have remained stable. X-ray reports have continued to be available in a very timely fashion which really expedites patient care for the providers and gets patients answers to their health problems very fast. Ultrasound continues to be a huge benefit being on site especially when much of the state is experiencing a huge shortage of ultrasound technologists. Most medical facilities have openings for Sonographers with no applicants in site.



Imaging is staffed by two (2) full-time technologists and two (2) PRN positions. Ultrasound continues to be a huge benefit to the community and is still seeing lots of same day add on patients for both urgent patients and those who need it for convenience of not needing to take off another day for work. Every effort is made to accommodate patients for times that work best for them. We added strain imaging for our echocardiogram studies which is hugely beneficial for patients who are receiving cancer care to

detect any issues starting with the heart from treatments before it actually is visible to the eye. We are still waiting for 4D imaging probe to be approved by FDA to purchase for our main ultrasound machine but we do have 4D available for OB patients on the secondary unit located in medical. The adding of a CT scanner is still being tossed around as that would be the most beneficial to the Menominee People. Mammograms are still in discussion also but have a much higher restriction with licensure and would be much harder to implement.





The Imaging team is very happy to be here to serve the community and looks to provide the best care possible for the community for years to come.

**INFORMATION TECHNOLOGY**
The Clinic Information Technology (IT) Department is an internal services department within the Menominee Tribal Clinic. The IT Department supports all other departments within the Clinic with computer hardware, software, telephone, and data networking needs to help Clinic staff and medical providers provide high-quality medical services to the Menominee Community.

The department currently consists of the following staff: An Information Technology Director, Network Administrator, two (2) PC Tech I, and one (1) PC Tech II.

The Clinic IT Department continues to support, maintain, and upgrade numerous software packages throughout the facility. This includes Electronic Health Record Systems, Pharmacy, Dental, Optical, EMS, Imaging, PACs, VHI Physical Therapy Software, RPMS/IHS, Electronic RX, HVAC Delta Controls, Microsoft Office, Security Camera, Temperature Monitoring, Door Access Control, Point of Sale devices, Fax Server, Cyber Security Monitoring, and telephone support applications. The IT Department also supports several medical devices such as Optos Camera and other optical devices, Ultrasound and Digital X-ray Machines, Pharmacy Robot Dispenser, Laboratory analyzers, Dental 3D PAN and inter-oral scanners, AED Lifenet, and smaller applications and devices for other specific medical and clinic functions.

This year, we continued to maintain support for COVID and Flu Testing and Vaccination as needed, which includes setting up remote access for Clinic staff at various locations within the county when required. This includes patient care, optical, and dental services at the schools and hospital. The Clinic IT staff continues to work closely with each location's IT contacts to gain access to local WIFI networks.

**Clinic-wide upgrades or implementations that were completed during the year:**
- Upgraded Propharm application version and migrated to comply with ePMP State of WI regulations
- Purchased Pharmacy hardware and computers required for PioneerRX
- Installed card access for EMS door security
- Upgraded IDaxxess application to meet industry requirements for using compliant door access controllers
- Implemented Compulink frames data software for Optical
- Installed IMAGEnet for Optical
- Assisted in upgrading two (2) Optical imaging machines
- Implemented HSI incident reporting software for the Clinic
- Implemented ROAR emergency alert system

**IT department projects and upgrades that were implemented this year:**
- Purchased CISCO router for redundancy for EPIC connections
- Signed James Imaging print services contract for Medical Services
- Installed a new EPIC backup point-to-point circuit to Thedacare Green Bay
- Purchased hardware for the ROAR emergency alert system
- Upgraded Propharm Server and SQL version to meet state regulations
- Built and installed a server for Compulink implementation
- Built a new image server to host all Clinic applications requiring image storage
- Built a new LINUX Acronis backup server for backing up data for Clinic servers
- Worked with Tribal IT to implement a new Timecard system and VISTA for Clinic access
- Continued to replace and upgrade printers and computers as per the IT technology plan

With the growing threats and concerns for cybersecurity protection, Darktrace security monitoring and real-time defense hardware and software have been implemented. Darktrace now monitors all data activity throughout the clinic network. This includes all user activity, all device activity, all internet traffic, email security (Figure 1), and suspicious links, as well as port monitoring.

The Threat Score helps security analysts quickly identify and focus on potentially malicious or abnormal activities within the network. When an event or anomaly surpasses a certain Threat Score threshold, it may trigger automated responses or alerts. Security teams can then investigate and take appropriate actions to mitigate potential threats throughout the Clinic's network infrastructure.

The IT Department continues to upgrade and update all Clinic systems to maintain the security and integrity of the systems it supports. In 2024, IT will continue to focus on fine-tuning our security protection to better safeguard the Menominee Tribal Clinic systems.

## LABORATORY

The Menominee Tribal Clinic Laboratory provides timely and reliable diagnostic services to physicians and other healthcare providers for the benefit of their patients.  The laboratory plays a crucial role in the detection, diagnosis and treatment of disease.  The Menominee Tribal Clinic Laboratory provides testing in the areas of Bacteriology, Virology, General Immunology, Routine Chemistry, Urinalysis, Endocrinology, Hematology, and Toxicology. Laboratory staff also processes specimens for referral to outside laboratories for tests not performed in-house.

The laboratory is staffed full-time by a Laboratory Department Manager, two (2) Staff Medical Laboratory Technicians and a Clinical Laboratory Assistant who performs Phlebotomy procedures.

|  | 2022 Actual | 2023 Actual |
|---|---|---|
| PATIENT ENCOUNTERS | 13,756 | 10,101 |
| TESTS PERFORMED IN-HOUSE | 97,043 | 100,681 |
| TEST REFERRED | 8,394 | 8,580 |
| MAT DRUG SCREENS | 2,243 | 2,125 |

The Laboratory Department's Patient Encounters for 2023 was 10,101 which is lower (-26.6%) than last year's total. A total of 100,681 tests were performed In-House on those clients, which is an increase (+3.6%) over 2022.  The Laboratory Department in 2023 referred 8,580 tests to outside laboratories, this is an increase (+2.2%) from the previous year.

The MAT program contributes significantly to the Laboratory Departments test volume, although there was a 5.5% decrease in overall counts compared to 2022.  The MAT drug testing also contributes to the Budgeting expenses of the Lab.

The decrease in patient encounters can be attributed to decreased Covid testing.
In 2022 8,574 Covid tests were performed.  Compared to 1,933 tests in 2023.



Over-all the Laboratory continues to increase its testing numbers.

The Laboratory, in 2023, brought in-house two (2) new tests that were previously sent out to Thedacare Reference Lab. In March of 2023, the BD Affirm test was initiated in-house.  This is a test for Women's Personal Health needs.  The patient receives the results the same day as testing, whereas the patient previously had to wait three (3) days for results and treatment.  This also brings in revenue for the clinic.

The MTC lab also instituted the Xpert-Xpress Streptococcus PCR test.  This is a confirmatory test and more sensitive than our previous Strep test.  Therefore, no confirmatory culture needs to be performed and results are also available the same day.

In early 2023, patient satisfaction surveys were handed out.  A total of 40 surveys were handed out and all were returned.  The survey covers five (5) areas of improvement.  The five (5) areas are: communication, facility questions, staff performance during collection, personal issue questions and finally overall assessment.  Overall, the Laboratory received 88% positive feedback with primarily 93.0%positive results.  One area received 58%. This was on the area of ease of making a Lab appointment.  Laboratory only patients are required to have a lab appointment for us to access the patient's chart.  Many patients are walk-ins and often times there are no orders placed in the chart.  This is frustrating for the patient when they have to wait or come back at a later date.

The Laboratory also performs proficiency testing for our COLA and CLIA certifications provided by the American Proficiency Institute. The Lab must maintain 80% to be considered proficient, which 80% was achieved in all areas.





## MEDICAL RECORDS

In the Medical Records Department, there are currently three (3) technicians. The Lead Medical Records Technician is responsible for the majority of the supervisory duties.  The main duty for Medical Records Technician A is scanning protected health information into the patient's electronic health record with Technician B doing much of the release of information and coordinating document destruction.

Some examples of the services provided by the department are providing accurate and timely disclosure of protected health information, scanning and filing of various reports and documents into patient electronic health records, preparation of statistical reports for several clinical departments on a scheduled monthly basis as well as upon request, consult with Quality Manager / IPC Coordinator as needed regarding workflow in order to generate accurate reports, currently providing support to Contract Health Services sending out referred patient protected health information as needed during their staff shortage. Orientation of department function and access of services to new employees is provided as needed.

We have continued success getting patients to sign-up for MyChart, which allows patients to access much of their own protected health information. The department has also informed patients about the Wisconsin Immunization Registry (WIR) to gain access to their immunization record.  An informational email is sent to patients that need additional assistance. This email includes links to MITW, MyChart sign-up and the Wisconsin Immunization Registry.

The department works diligently as a team to accomplish established goals. We know our department has made a positive impact by several comments' community members have made while interacting with us as patients. We improve the delivery of services to our patients by listening to the diverse needs of each individual release of information in a prompt manner.

Medical Records Technician B has access to the WARDS System in order to obtain Emergency Medical Services Ambulance Reports. Technician B also has access to the Social Security Administration, Ciox and other approved portals upon request, which gives her the ability to electronically upload protected health information quickly and securely.

HIPAA Privacy Law and Wisconsin State Law are followed regarding access to patient health care records as a guide in processing authorization to release protected health information. The department received $4,697.94 for photocopies/disclosure services from sources such as US Social Security Administration, various insurance companies, attorneys, and workers' compensation to name a few. There were 3,180 releases of protected health information completed, this includes 60 chart reviews that

were conducted by various insurance companies. A total of 463 financial, quality and lab reports were completed. Currently there are a total of 2,462 active MyChart users.

## MEDICAL SERVICES

The mission of the Menominee Tribal Clinic Medical Services Department is to provide primary medical care and treatment for patients of the Menominee Tribe.  The Medical Services Department providers consist of six (6) full-time, two (2) part-time, and one (1) PRN Family Medicine Physicians and five (5) full-time Nurse Practitioners.  In the past year we hired an additional full-time Family Practice Physician who will begin serving our community in September 2024. The providers currently care for 11 elders in four (4) local nursing homes. Additionally, there is also a Physician on-call 24/7 who manage medical and obstetrical inpatients at the ThedaCare Medical Center in Shawano.

This year the Medical Services Department providers had an estimated 20,335 patient visits compared to 23,846 patient visits in the previous year. The reason for the large decrease in visits is primarily due to less COVID testing appointments due to decreased COVID activity and more home-tests being performed by patients with symptoms. Patient volumes in 2023 were similar to pre-COVID numbers seen in 2019.



The Medical Department provides Primary Care to patients and broad health services to treat the whole patient.  The Medical Department offers comprehensive primary care services and also includes complementary services of osteopathic medicine, massage therapy, chiropractic care, acupuncture, diabetic podiatry, and wound care. During this fiscal year, chiropractic services began seeing patients three (3) days per week, rather than two (2).

The Medical Department offers the community a Medically Assisted Treatment (MAT Program) for opioid addiction.  A total of three (3) Providers are certified to treat Opioid addiction with Suboxone in the Medical Department.  This program has been available since September of 2017.  To date, 232 patients have been in the program. From October 2021 through September 2023 we have accepted 38 new patients into the MAT program. Currently there are 75 active patients receiving Suboxone. This program includes collaboration with Behavioral Health professionals at MTC and other agencies in the region. The Medical Department offers one (1) MAT Coordinator/Substance Abuse Counselor, one (1) MAT Case Manager Program Assistant, and one (1) Behavioral Healthcare Coordinator, who meet with patients who have anxiety, addiction, depression, domestic violence, or smoking cessation needs.

The Medical Department continues to work closely with MTC's Diabetic Education Program. The medical department also provides a rooming nurse and a certified wound care RN for a Podiatrist to work with on his visits to MTC twice monthly.

Medical continues to employ three (3) physical therapists. One is full-time and the other two are part-time (32 hours per week). A full-time physical therapy assistant is also part of the MTC therapy team. This year Physical Therapy had 3,908 patient visits.  See Patient Visit chart below. We continue to provide broad range of service from birth to geriatric to best serve the community and keep PT care local.



The Medical Services department continues to operate under the IHS program of IPC (Improved Patient Care).  This plan establishes care teams for the patient so there is more consistency and improved care with patients seeing the same provider or care team. The cornerstone of the program is availability of same day appointments to take care of urgent needs. This method of scheduling is to promote decreased patient no-show rates and provides an environment where patients are able to access the care they need when they need it.

During the past year, a focused effort was placed on transitioning away from providing COVID care in the shed to establishing routine conventional delivery care inside the Clinic. Much of this shift was prompted by the decrease in COVID infection rates and patient's difficulty in seeing their own provider for their health needs. In keeping with the principles of IPC, Medical made a concerted effort to increase availability of same day appointments and increased access in the last half of 2023. This was accomplished by creating and adhering to standard appointment lengths by reason for visit and implementing same-day slots available in each provider schedule. We are hopeful that these changes will improve patient's perceptions of being able to get an appointment when they need it with their own provider. We will continue to survey patients in Spring of 2024 to evaluate the effectiveness of these changes.

For the past year, the full-time Infection Control/Employee Health Nurse completed multiple assessments and surveys. In January 2023, a mock infection risk basement was completed with the final assessment being submitted in June 2023. From May thru June 2023, a hand hygiene survey was completed within

the medical department utilizing a six (6)-question survey given to 100 patients. A needle safety survey was also completed via observation within Medical, Community Health and the Dental Department. In July 2023 the annual TB assessment screening form was given to all staff to be completed (98% returned). She also completed and incident reporting training with all staff during the staff in-service in July of 2023

Since October of 2022 to August 2023 the Infection Control/Employee Health Nurse worked with IT to find and choose an electronic incident reporting system and started training with the chosen system (HSI) in September of 2023. This will hopefully go live by the end of 2023 with her being part of the implementation team. In August of 2023 she completed annual fit testing with all staff who were due for reassessment to wear N95s, this also included communication with ThedaCare Employee Health to send completed fit tests for our doctors who work within their facility. She also continues to be a key player in the Flu and COVID vaccine clinics for staff and the community and created competencies for new vaccines for staff to complete this fall. She continues to look for ways to grow and learn in her position to improve work flows and processes in relation to employee health and infection control.

**Medical Services 2023 Patient Satisfaction Survey**



Q1. I have a person who I think of as my personal doctor or nurse practitioner.

Q2. It is easy for me to get medical care at a time that fits my schedule.

Q3. My provider took the time to understand my needs, worries, and stressors.

Q4. The information given to me about my health problems is helpful.

Q5. My provider knows important facts about my medical history.

Q6. Overall, the care I receive from the Menominee Tribal Clinic Medical Services Department meets my needs.

Q7. My provider involved me and my caregiver in decisions about my care and treatment.

**Patient Satisfaction Survey Trend Analysis Summary**

*Note…Due to COVID Response a survey was not completed in 2020.*

The 2023 Patient Experience Survey was completed March 13 to March 30. This year's survey reflects the continued impacts of COVID on patient care delivery since 2020. Compared to 2022, two (2) categories remained the same in 2023. Five (5) categories showed slight decline since 2022. This was not surprising because the approach to manage COVID involved the reassignment of many providers to COVID related care.  This meant that patients needed to see providers other than their primary, which definitely impacts their perception of care. It also impacts availability of appointments for routine care. The only category to remain below the 90% approval rating is *"It is easy for me to get medical care at a time that fits my schedule."*  This too was not an unexpected result because of providers being assigned to manage COVID related care, and providers on medical leave during the survey period. These factors resulted in less availability and access for routine patient care. As mentioned earlier in this annual summary, we recently made essential changes to the delivery of care, consistent with the IPC model. The desired effect of these changes is to keep the patient at the center of care delivery by providing timely patient centered care by the patients' primary provider and care team.

## NUTRITION / W.I.C.

The clinic's Nutritional Services Program is focused on the nutritional wellness of the Menominee Community with an emphasis of decreasing the incidence of diabetes and Pre-diabetes.  This aligns with the tribe's strategic plan to promote and ensure community and individual responsibility toward healthy lifestyles. Good nutrition is vital to healthy growth, development, and wellness throughout the lifespan. Healthy eating reduces the risk of chronic diseases, such as obesity, diabetes, heart disease, and some cancers. Healthy eating means consuming nutrient-dense foods and beverages across all food groups, including traditional foods.

The department's Good Health & Wellness in Indian Country grant aims to improve the community's access to healthy food and fitness/wellness opportunities. Several community agencies are in collaboration on this important opportunity. The department continues to increase outreach to pre-COVID levels to the Menominee community.

We continue to focus on meeting the outpatient needs on the clinic's diabetes and cardiac patients. Gathering of statistics and implementation of Medical Nutrition Therapy have occurred this year as we strive to focus on the elevating rates of obesity and diabetes on the reservation.  We continue to see earlier Type II Diabetes diagnosis and therefore earlier, more successful, treatment of the disease. This year's activities included: Food Prescription Program at the Neopit Food Pantry (including blood pressure monitoring), hands-on cooking demonstrations in collaboration with FDPIR, Native Breastfeeding Week/National Breastfeeding Month in August.  In addition, CSA (Community Supported Agriculture) memberships and the state Senior Farmers' Market Program was offered for the 15th year to the Menominee Reservation.  Successful distribution of vouchers was held although it is a goal to have farmer market vendors that accept vouchers throughout the harvest season.



The number of agency contacts per year has returned to pre-COVID levels this year.  The graph above represents the total number of patients, students, clients and local agency contacts the department has made each year.  The numbers can be linked to two (2) efforts: 1) the departments' obesity prevention efforts along with Collective Impact efforts to work synergistically with local agencies in coordinating policy change related to childhood obesity and 2) the department staff getting out into the community to work with families and individuals through community events and home visits. This is the fourth year we secured funding through the CDC and GLITC for a $500,000 grant centering on chronic disease piloting a program with the Boys & Girls Club.

**<u>WIC DEPARTMENT</u>**
The Women, Infants, and Children (WIC) Program provides valuable nutritional and prenatal counseling to the Menominee Indian Tribe of Wisconsin.  For over the past 2.5 years, the WIC program has received a federal waiver to provide services via-telehealth, thus not seeing the participants in person. WIC has just started seeing participants in person in late summer of 2023. WIC aligns with the strategic plan to promote and ensure community and individual responsibility toward healthy lifestyles, by providing assistance with childbirth classes, breastfeeding classes and consultation, and smoking cessation referrals, all showing a strong commitment to the future generations on the Menominee Nation.

Notable highlights from this year include: With a major focus on childhood obesity, the WIC program is a key partner in setting and administering policies and programming to improve the health status of the Menominee community.  The table below illustrates the immediate impact the WIC Program can have on childhood obesity as we continue to move toward the state average in healthy weight status of our youth. Although the previous federal waiver has prevented the program from obtaining a large enough sample size of BMI data, WIC will continue to return to more in-person visits as we head into CY24.



The Tribe continues to be a leader in the state regarding breastfeeding rates. Breastfeeding Incidence continued trending at or above the state average and duration rates improved over the years which was the local goal of the program. The graph below shows the breastfeeding incidence for moms that are enrolled in the WIC program with Menominee maintaining and improving rates during COVID while the state average decreased.



The focus on improving breastfeeding rates has made it essential to continue local and state funding of the lactation consultants fulltime. The Lactation Station tent was provided at the Menominee Nation Pow wow this summer after prior years' COVID absence.

The graph below shows the percentage of mothers that enroll into the WIC program within the first trimester of pregnancy. Studies have continuously shown that the earlier clients enroll in WIC, the healthier the pregnancy outcomes. Menominee has been consistently ahead of the state average in this category, with the rate in 2023 at 73.3%, almost twice the state average.



Government reports still showed that for every dollar spent on the WIC program, $2 is saved in health care costs related to the WIC population. As per our statistical information, we have shown improvements in the prenatal health of the Menominee Nation.  We currently have 1.0 FTE paid through the State WIC funding, so we have stretched the dollars that we receive to its furthest level.  We have additional local funding for the currently remaining 2.0 FTE, but due to staffing challenges, we have been unable to return to the 4.0 which is vital to our program's existence.  It is important that the department receives adequate funding from the tribe if we wish to continue to address the health and nutritional needs of the population.

**OPTOMETRY**
The Optometry Department consists of (2) two full-time and (1) one part-time Optometrist, one (1) full-time Optometry Technician and (2) two full-time Optometry Assistants. Services provided include comprehensive eye examinations, chronic eye disease care, acute/urgent care, contact lens services, low vision services, pre and post-operative surgical eye care, walk-in clinic, eye glass dispensing and eye glass repair.

PATIENT ENCOUNTERS:  Patient encounters were significantly lower in 2020 due to COVID related shut downs and the resulting limitations on routine patient care in the Clinic.  However, 2021 through 2023 showed a significant increase in patient encounters as access to services was opened to full capacity.  Encounters have not quite approached pre-COVID levels in 2023 primarily due to losing our part-time optometrist to retirement in January 2022 and Dr. Chelberg taking on Acting Clinic Director duties in January 2023. We project that in the coming year patient encounters will continue to increase.



DIABETES CAMERA PROGRAM in Medical Department - Expanded Services: Detecting and monitoring pathology associated with diabetes remains a top priority for the Optometry Department.  The CDC, Indian Health Service and published studies have shown Native Americans are at higher risk of developing diabetic retinopathy, cataracts and glaucoma; all of which can significantly impair vision and even cause permanent blindness.  Therefore, we recommend that our patients with diabetes are seen annually to obtain a dilated eye examination.  Annual eye exams allow us to detect eye related diabetic complications early so we can intervene sooner to prevent vision loss.  Since 2015 when the Diabetes Camera Program was implemented it has raised our diabetic retinopathy screening rates from the historical average of 45% to more than 60%.



The graph above shows the annual diabetic retinopathy screening numbers since 2019.  The year 2020 showed a significant drop-off in the number of patients screened for diabetic retinopathy due to COVID

pandemic shut downs.  This year screening rates were stable from 2022.  As patient encounters for those with diabetes continue to increase our goal is to have screening rates that approach and exceed 70% in the coming years.  The graph shows how tremendously important the Medical Camera Program is in improving our diabetic retinopathy screening rates!   This program will continue to be a vital tool in preventing vision loss and blindness due to diabetes in the Menominee community!

COMMUNITY ENGAGEMENT:  Annual community vision screenings were held at the DKB Head Start Center this past year.  Every child enrolled in this program receive vision screenings annually.  We also provide screenings for students' Pre-K through 3rd grade at KPS and all students that are referred for exams by teachers 4th grade through 12th grade within MISD.   In addition, Menominee Tribal School students are screened annually grades K through 3rd.

Speaking and teaching engagements scheduled with the SPDI Diabetes Program, Aging and CMN occur as requested.

SCHOOL VISION PROGRAM – In October 2018 optometry examination equipment was installed at Keshena Primary School and in 2019 another exam lane was established at Tribal School.  After vision screenings are performed - elementary school students are referred for full eye examination with an MTC Optometrist.  Establishing examination lanes in the school district will allow the doctors to perform vision examinations and provide glasses to children while they are at school.  This increases access to care and gets vision correction to the children much sooner.  Correcting vision early does have a positive impact on a child's ability to learn.  When children are successful in school then communities become stronger!  Both the KPS and Tribal School Vision Programs are operational and will benefit many children within these schools.

Lastly, the Optometry Department is pleased to report that they hired a part-time Optometrist and she has been seeing patients since the Spring of 2023.  An additional doctor on staff will significantly cut down wait times, improve access-to-care and provide steady coverage for the Clinic and the School Vision Program.

## PHARMACY

Menominee Tribal Clinic (MTC) Pharmacy provides medications and pharmaceutical services to Tribal members and other members of the community. The current pharmacy staff consists of six (6) Pharmacists, four (4) Pharmacy Technicians, and two (2) Pharmacy Runners. During FY23, Gary Hanson voluntarily stepped back from the Pharmacy Director role which was subsequently filled by Ted Houston.

During FY23, the pharmacy filled approximately 100,000 prescriptions and had over 61,000 patient encounters. This represents an increase in prescription volume of approximately 7% year over year.

Over the past year, the Pharmacy has implemented a number of policy changes that aimed to improve medication access, communication, and services available through the Pharmacy. The Pharmacy has made significant progress on these initiatives and expects the bulk of them to be implemented by the end of November 2023.

Starting in October of 2022, the Pharmacy worked with the Pharmacy & Therapeutics Committee to add several new medications, dosage forms, and strengths of drug products to the approved list of medications (Formulary). The Pharmacy also implemented a Non-Formulary Policy which enables enhanced access to Non-Formulary medications when certain conditions are satisfied. This means that it is possible, under certain define circumstances, to procure medications outside of the normal formulary. These two policy changes have contributed to a significant increase in drug expenditures relative to the prior year. Throughout this process the Pharmacy has diligently monitored third party reimbursement levels to ensure that we are being good financial stewards and that the service expansion is not harming operations. The results we have seen over the past year demonstrate that carefully considered formulary

expansion and policy modifications create mutually beneficial outcomes for both the community and the Clinic.

In support of the project described above, the Pharmacy has become more data driven and begun using previously untapped data to analyze our operations and provide unique insights. One illustration of this is the new Controlled Substance Monitoring Dashboard which is used to understand the prescribing trends of controlled substances that move through the Pharmacy. In the past, Controlled Substance Monitoring was able to provide high level, summary insights for medications that were prescribed by MTC Providers. With the use of Power BI, we can better understand how patient populations are driving changes in prescribing trends and we can also identify trends of controlled substances entering the community from non-MTC Providers. Aggregated, non-personally identifiable information is provided to leadership tasked with monitoring substance abuse issues within the community.

Analytics is also a cornerstone of the Pharmacy's 340B Program, which allows the Pharmacy to procure drugs at lower prices when certain conditions are met. The Pharmacy has continued to grow the 340B program and we are expecting to see the largest uptick in 340B activity coming in November 2023 when we convert to Pioneer Rx, which will help automate many of the mundane, clerical tasks which are required for compliance. To further support the development of our 340B Program, the Clinic invested in additional 340B and data modeling education. The Pharmacy now has two (2) Apexus Certified 340B Experts (ACEs) on staff. One (1) of our Pharmacists had the opportunity to present on the topic of data analytics in March at a national 340B conference. This plan to continue cultivating our talent pool should help maintain continuity and success of the program as it continues to expand.

The forthcoming change that the Pharmacy is most excited about is the switch to Pioneer Rx. Pioneer Rx will deliver a number of patient safety and patient convenience factors which have not been utilized in the past. On the patient convenience front, our patients will finally be able to get SMS text, phone, or email notifications when their prescriptions are ready. This will help provide transparency so patients and caregivers can know when medications are ready and avoid unnecessary trips to the Pharmacy. Most exciting of all is the RxLocal™ mobile and web application which will allow patients to see their medication history, request refills from the mobile application, look up drug information, and engage in secure two-way messaging with Pharmacy staff. Individuals who serve as caregivers for multiple people will be able to manage refill activity for others, pursuant to the Terms of Use and Conditions of the application.

Another dimension of patient convenience is the outside delivery or curbside pickup. The Pharmacy is pleased to announce that there are no plans to discontinue this service. Our patient satisfaction survey indicated that the overwhelming majority of our patients find this to be a convenient way of receiving their medications. From a pharmacy operations perspective, the ability to serve the needs of multiple patients simultaneously helps create efficiencies which did not exist pre-Covid.

The Pharmacy Satisfaction Survey was also updated this fiscal year to solicit feedback on operational changes and understand the perceptions of our patients. We will continue to modify the contents of the survey over time to help gather patient perspectives and input on current pharmacy operations. We also converted to a more visual format of reporting which helps provide more insight into the composition of the responses. As a result of these changes, there is a discontinuity in the reporting metrics.



**WOMEN'S PERSONAL HEALTH**

The Women's Personal Health (WPH) Department at the Menominee Tribal Clinic provides a number of reproductive health care services for women and men of all ages.  The WPH Department is responsible for providing accessible pregnancy testing, STD testing, contraceptive services and education, initial prenatal assessments, prenatal education, HIV counseling and testing. MTC Syphilis Testing protocol for ages 13 years old and up. Uninsured patients are offered to sign up for BadgerCare Family Planning Only Services to cover the cost of reproductive health services including voluntary sterilizations for those aged 21 or older. Older female patients (45+) are assisted with scheduling mammograms and women's health care screenings. The WPH staff consists of two (2) Registered Nurses and respects the autonomy of the patient to make choices and decisions affecting their reproductive health status.

The WPH program provided 692 client encounters this grant year: 10 Males 682 Females. This is a decrease from 761 last year. The WPH Department provides individual student's pregnancy testing, STD testing, contraceptive supplies or contraceptive administration at the Menominee Indian High School, Student Health Center, and Middle School this year.  The WPH program provides Teenage students at the Menominee Indian High School, the Menominee Student Health Center, and the Menominee Indian Middle School sexual health education and contraceptive counseling to any students looking for information, STD testing or considering contraception.  The funding comes from the Maternal Child Health Women's Health Grant. The WPH program could no longer bring the clinic services on-site at the schools due to changes in the schools' environments made it difficult to maintain patient confidentiality. The School Nurse provides transportation for students to the Clinic.



The WPH program provided service to 128 new OB patients this grant year.  The total number of teen pregnancies was 21, an increase from 18 in 2022. Gift incentives are offered to new mothers when they attend their prenatal medical appointments. Childbirth Classes discontinued in March 2020 due to COVID-19 precautions. Pregnant mothers were given resources for Online Childbirth Courses. WPH Program started in-person Childbirth classes in September 2023 with three (3) mothers and three (3) coaches for participants. Child Birth Classes are every other month.   Funds are from the MCH Women's Health Grant.  The First Breath Program is an incentive program for mothers to quit smoking.  The number of participants for 2023 was 10.



The annual numbers of Menominee Tribal Clinic teen pregnancies have averaged 15 to 25 for the past few years.  This year was an increase in the number of teen pregnancies to 21 from 18 last year. The WPH staff has participated in the Wisconsin DPH Women's Health-Family Planning/Reproductive Health Monthly Zoom Meetings, WI Annual STD Summit Meeting, and the Prenatal Care Coordination Zoom Meetings.



Another service provided is the Wisconsin Well Women's Program.  This is a referral program for women ages 45 to 65 with no insurance or other means of health care payment to be referred for mammograms and cervical cancer screenings free of charge. This year 10 women were referred for mammogram screenings through this program.  This is an increase from last year at nine (9).  October is Breast Cancer Awareness month.  Breast Cancer Awareness information and promotional products on Breast Cancer were made available in the WPH Department reception area during the month of October. Funds are from the WI Well Women's Program Grant.



The Patient Satisfaction Survey for rating the staff indicated the same approval rating in services from last year. Patients rated the WPH Department in the areas of accessibility, confidentiality, and waiting times such as time waiting for tests to be performed, test results, and time in the waiting room.

**WELLNESS**

This year, Tracy Hanneman continued serving as the Menominee Indian Tribe's representative for the Wisconsin Native American Tobacco Network (WNATN). WNATN is comprised of representatives from 11 Wisconsin Tribes and works to provide education and increase awareness of tobacco related issues and concerns, promote cessation, prevent commercial tobacco abuse, and respect the unique cultural and ceremonial use of tobacco. This year, Tracy continued to work along with GLITC, IHS and State and Federal groups and representatives to advocate for continued support in the fight against commercial tobacco addiction. Tracy participated in WNATN's scheduled monthly meetings and submitted the required quarterly and annual reports for 2023. Some of the projects WNATN worked and collaborated on for 2023, in the State of WI, included creating and funding road signs that promote the American Indian Quitline and creating culturally appropriate education and prevention materials. Other areas of focus this year included the increase of vaping in American Indian youth and the environmental impact from the disposal of e-cigarette and vaping material waste. This year, funds from the WNATN grant, were used to purchase materials that allowed youth participants of this year's Culture Camp to make tobacco pouches and ceremonial tobacco offerings prior to their camp activities.

Cessation services within the Clinic and out in the community continued to be provided by MTC's Tobacco Cessation Program. This program includes two (2) Certified Tobacco Treatment Specialists with current certification granted by Mayo Clinic's Nicotine Dependence Treatment Program. Services provided this year included consulting, patient assessment, program evaluation, 1:1 cessation counseling, educational and cessation presentations and activities at Menominee Indian High School, Menominee Indian Middle School and the Student Health Center, as well as treatment planning including the use and management of Nicotine Replacement Products and Cessation Medications. Patient encounters for tobacco cessation specific services for 2023 were 523.

The 2023 annual program satisfaction survey was given out to a total of 45 patients between February 1st and April 7th, with 31 of those being completed and returned. Satisfaction results remained fairly consistent when compared to previous years, with all areas surveyed being majority rated as Excellent and Good.

2023 events that were supported and/or sponsored through wellness services included: The 11th Annual OMO Omaeqnomenew Maeqtekos Otamaskaw Menominee Canoe Journey, Culture Camp, The Woodland Boys & Girls Club Annual Golf Outing, and the 16th Annual Fall Classic Family Golf Tournament.

Wellness continues to support the Clinic's Employee Fitness Room including providing equipment maintenance and repair services, overseeing employee sign-up & access, and assisting with any requests, concerns and inventory needs. The replacement of two (2) treadmills that were no longer operable in MTC's Fitness Room and all necessary duties and requirements needed to do so were also completed this year. The monthly employee wellness newsletter continued to be created, edited and sent out again this year.

# College of Menominee Nation

Christopher Caldwell, President

**Greetings from the President**

Dear Friends,

Welcome to a summary of the College of Menominee Nation's 2022-2023 year. This year was historic for the College as we celebrated 30 years of education through the Restoring Nations Through Education (RNTE) initiative. Aligned with our 30th anniversary, 2023 also marked the 50th anniversary of the Menominee Indian Tribe's Restoration Act, a broader movement of sovereignty and self-determination that the College itself is part of. As we close out 2023, we acknowledge the significance of the Restoration Act. Its intent focused on restoring our Tribes and Tribal communities to the sustainable societies we always had before colonization and assimilation efforts. Building the College of Menominee Nation was an act of sovereignty because it meant we were taking back control of the education of our future.

The College of Menominee Nation received a reaffirmation of accreditation. Accreditation has been a multi-year project for CMN faculty and staff. The College of Menominee Nation (CMN) received a final decision from the Higher Learning Commission (HLC) Institutional Actions Council to reaffirm the accreditation of our college for the next ten years. This decision comes after thoroughly reviewing extensive documents and an onsite visit with employees and students. This approval also comes with no monitoring reports and encourages CMN to find new pathways for continuous improvement.

The accreditation shows that CMN meets quality standards for all higher education institutions. CMN is reviewed on academic and institutional criteria addressing the mission, educational quality, integrity, and compliance with federal regulations. CMN maintains accreditation through a process called Open Pathway. The Open Pathway is a ten-year cycle focused on quality assurance and institutional improvement. This process includes regular monitoring, an assurance review in year four, quality initiative works in years five through nine, and a comprehensive visit in year ten. For more information on accreditation, please visit menominee.edu/about-cmn/accreditation.

CMN has worked diligently to access support for climate change, early childhood services, food, and agriculture in collaboration with USDA, the American Indian College Fund, and the Waverley Foundation.

- The College of Menominee Nation (CMN) received a grant from the Waverley Street Foundation in June 2023. The funding will be paid to the College in two installments annually and will support climate solutions. Waverley Street Foundation (WSF) is a nonprofit organization that supports Indigenous peoples, farmers, students, advocates, and many others by working on resolutions at the intersection of climate change and community priorities.
  - Through CMN's Sustainable Development Institute (SDI), CMN plans to support WSF in exploring a new model for community-driven, BIPOC-led climate solutions: *Climate Hubs*. Climate Hubs are place-based partnerships between minority-serving institutions and community-based organizations that advance equitable climate strategies.
- $500,000 was awarded to CMN through the American Indian College Fund's "Ihduwiyayapi: Advancing Indigenous Early Childhood Education" grant program. This grant supports the Teacher Education Program's Meniken project, meaning, "It grows well. It does well. It is a good thing. It is a good opportunity." The goal of Meniken is to continue to build the capacity of CMN's Teacher Education's Indigenous Early Childhood Education program, improve teacher education students' cultural knowledge through experiential learning and sharing opportunities, and collaborate and engage with community partners in honoring and advancing Indigenous education. Funding will support student internships, stipends, elderly mentors, and materials for monthly talking circles and teachings where students will learn and engage in learning about traditional and contemporary Indigenous topics and handicrafts.
  - Education programs at CMN include an Associate of Arts and Sciences degree in early childhood education, a Bachelor of Arts degree in education, and a Bachelor of Science degree in elementary/middle school.

Beyond the grants received above, CMN's participation in the NEXTGEN Program aims to enable institutions to engage and support students to sustain the next generation of food and agriculture In partnership with Lac Courte Oreilles Ojibwe University (LCOOU), American Indian Higher Education (AIHEC), the University of Wisconsin (UW) Division of Extension, UW-Madison, the Native American Center for Health Professionals (NACHP), and Menominee Tribal Enterprises (MTE).

As we pause to reflect on how far the College has come, it is also a time to envision what will come next and how we will prepare. Our future leaders are walking these hallways, whether students, staff, or faculty.

Eneq (that is all),

Christopher Caldwell
President

## CMN BOARD OF TRUSTEES

CMN's Board of Trustees provides independent board-level oversight of the college. All Trustees are enrolled members of the Menominee Tribe. Trustees are listed here with occupational titles and with higher education institutions where they studied:

**Board Officers 2023-2024**

- Gary L. Frechette, Chairman beginning June 2020 – Programmer Analyst, WEC Business Services, WEC Energy Group –  (B.S., Milwaukee School of Engineering; M.S., Marquette University)
- Sara LaBarge, Vice-Chairwoman beginning June 2021 - Director of Strategic Partnerships at Native Forward Scholars Fund – (B.A., St. Norbert College; M.S., University of Wisconsin-LaCrosse)

**Board Members 2023-2024**

- Crystal Chapman-Chevalier, Chief Executive Office at Wolf River Development Company, MITW - (A.A., College of Menominee Nation; B.S., University of Wisconsin-Green Bay; M.S., University of Wisconsin-Platteville)
- Shannon M. Chapman, Tribal Education Director, MITW – (B.A., St. Norbert College; M.A., Marian College of Fond du Lac)
- Michael Delabrue, Director of Information Technology, Menominee Tribal Clinic – (A.A.S., College of Menominee Nation; B.S., University of Phoenix; M.S., St. Joseph's University)
- Marcus Denny, Principal, Menominee Indian Middle School. – (A.A., A.A., and B.S., College of Menominee Nation; M.A. Metropolitan State University of Denver, pursuing an Educational Doctorate in Educational Leadership, Liberty University)
- Justin Lepscier, Director of Tribal Administrative Services, FS Advisors, Inc. – (B.A., Georgetown University; M.B.A., St. Norbert College)

**Officers of the College during the 2022-2023 FY**

- President Christopher Caldwell (A.A., College of Menominee Nation; B.S., University of Wisconsin-Madison; M.S., University of Wisconsin-Green Bay, current dissertator at University of Wisconsin-Madison; Ph.D. candidate)
- Chief Academic Officer Geraldine Sanapaw (A.A., College of Menominee Nation; B.S., Silver Lake College; M.B.A. Lakeland College)
- Chief Financial Officer George Otradovec (A.A. and B.S., College of Menominee Nation, currently in University of Wisconsin Oshkosh; Executive MBA)
- Chief of Staff Melinda Cook (A.A. and B.S., College of Menominee Nation)


**OVERVIEW OF PROGRAMS, STUDENTS, SERVICES, AND FACILITIES**
The Student Government roster for the 2022-2023 academic year:

*President* — Jeremiah Moses, Jr.
*Vice-President* — Rachelle Katchenago
*Treasurer* — Mary Shawanokasic
*Secretary* — Melissa Wescott
*Co-secretary* — Shawn Pamonicutt, Jr.
*Keshena Campus Representative* — David Kitson, Jr.
*Green Bay/Oneida Campus Representative* — Courtney Behrendt


**Academic Degree and Technical/Trades Diploma Programs**

CMN is an open admission institution through the associate degree level. Open admission means that applicants who meet specific basic requirements can enroll.  Bachelor's degree programs are "selective" because students must apply for program admission after completing the general admission requirements.

**Bachelor's degree (4-year) programs of study**
- Bachelor of Arts in Education
- Bachelor of Arts in Public Administration
- Bachelor of Science in Business Administration
- Bachelor of Science in Elementary/Middle School Education
- Bachelor of Science in Sustainable Agriculture

The bachelor's degree programs provide learning comparable to the degree studies in their respective fields found at most institutions. CMN programs have the added value of addressing issues and needs of tribal communities across the curriculum and focusing on the Menominee value of sustainability.

While the Higher Learning Commission accredits the College, individual programs may require their independent recognition. The Wisconsin Department of Public Instruction approves CMN's Education degrees.

**Associate of Arts and Science Degrees (2-year)**
- Biological and Physical Sciences
- Business Administration
- Digital Media
- Early Childhood Education
- Liberal Studies
- Natural Resources
- Pre-Engineering
- Public Administration

**Associate of Applied Science Degree (2-year)**
- Pre-Engineering Technology
- Substance Abuse Counselor

**Technical Diploma (1 to 2 years)**
- Computer Numeric Control (CNC) Machinist
- Electricity
- Medical Office Technician
- Welding

HLC approved the College to offer the Sustainable Residential Build Program beginning in Spring 2023 as a technical degree program.

**STUDENT DEMOGRAPHICS**

The student headcount enrollment in degree programs in fall 2022 was 281.  Among these students, 253 (90%) were American Indian, with Menominee having the highest representation. During the year, CMN's student population also had strong representation from Oneida Nation. Other tribes represented in the 2022 enrollment were from:

- Bad River Band of Lake Superior Chippewa Indians
- Cheyenne River Sioux
- Chickasaw Nation
- Choctaw Nation of Oklahoma,
- Hannahville Potawatomi Tribe
- Ho-Chunk Nation
- Lac du Flambeau Chippewa
- Lake Superior Band Chippewa
- Minnesota Chippewa Tribe
- Northern Arapaho Tribe
- Ottawa Tribe of Ontario, Canada
- Prairie Band of Potawatomi Nation
- Red Cliff Band of Lake Superior Chippewa
- Rosebud Sicangu
- Stockbridge Munsee Community

64% of CMN's students in fall 2022 were aged 25 or older. Among the youngest enrollees were 27 high school students participating in grant-funded classes through Learn and Earn. The Learn and Earn program enables high school juniors and seniors to accrue credits that can be applied toward College requirements.

**DEPARTMENT OF CONTINUING EDUCATION (DoCE)**

Within the Department of Continuing Education, we seek to provide services to the community and play an active role in ensuring that Tribal members have opportunities to learn and grow culturally, emotionally, and intellectually.

At the heart of these opportunities are programs and grants, a recent example being the "Building Menominee Teen Resilience" program, funded by a five-year grant from the USDA-NIFA Children, Youth, and Families at Risk program (CYFAR). This project - a collaboration with the Menominee Indian School District, Woodland Boys and Girls Club, Maehnowesekiyah, and the UW Division of Extension - enables CMN to work with teens in our community, providing them with the tools and safe environments to not only work on their mental health but also help other teens in need. We will focus on positive youth development, substance abuse, positive decision-making, and Trauma-Informed Care.

DoCE has also been able to foster and cultivate the Menominee Youth Immersion Program, instilling core values focusing on teaching the Menominee Language and Culture via working with Tribal Elders, Menominee Language instructors, and cultural leaders. The teens who participated could continue to work on expanding their Menominee language skills and a better understanding of Menominee history and culture. In addition, they participated in two national cultural exchanges, learning about the Navajo Nation in Albuquerque, NM, and visiting the Seminole Nation in Florida. There, they met with the Seminole Indian Tribe of Florida's Woodland Boys and Girls Clubs. The seven youths, along with their language mentor, Elmer Denny, did a fantastic job presenting their journey over the three years of the Immersion program. They shared traditional dances, showcased some of their Menominee language skills, and highlighted the community events that they participated in. We were honored to visit the Seminole Big Cypress Reservation, Billie Swamp Safari, and a cultural tour of their Ah-Tah-Thi-Ki Museum.

Through our efforts in building youth programs, the College was able to offer the "Menominee Wildcrafting" project. DoCE's Youth Project Director saw a need to not only develop opportunities for teens to learn their language and culture but also develop a better understanding of the resources available within the Menominee forest. Menominee Elder Bonnie McKiernan has worked with Native plants for years to create traditional teas and medicines. In the winter months, she worked in the high school with the teens, and then in the summer, she took them out in the forest to collect edible and medicinal plants. By the end of the project, the student group completed a business plan and began to work to get their product out to the public. They set up a vendor's table at local food farmers' markets to teach and sell their product(s) while working with Feeding America to complete tea for elderly food boxes. These boxes went out to 11 tribes across Wisconsin.

Our goal remains, as always, to ensure that Tribal members can live to their fullest potential.

**S. VERNA FOWLER ACADEMIC LIBRARY AND MENOMINEE PUBLIC LIBRARY**

The College's academic library and the community's public library share facilities on the CMN campus in Keshena. The Menominee Public Library's services include various programs to engage area residents and promote literacy through age-appropriate, family-friendly activities. The College of Menominee Nation, Menominee County, MITW, and other sources provide Public Library funding.

The Public Library's Board of Directors members are as follows:
- Ben Warrington, Menominee County
- Miranda Gollnow, CMN
- Dory LaTender-Lyons, Menominee Indian Tribe of Wisconsin.

Over the past few years, the Library has been on a journey to return to our regular foot traffic. Foot traffic has been steadily improving, as seen in our daily patron counts below.

- As of 8/31/22, over 250 more patrons are visiting the Library in 2022 compared to the end count in 2021.
  - At the end of 2021, we had **1,341** patrons.
  - As of 8/31/2022, we had a total of **1,593** patrons.
  - As of 8/31/2023, we have had a total of **2,021** patrons.
- Each month, around 200 to 300 patrons come into the Library.

Libraries all over are finding a difference in program participation post-COVID. Realizing this new trend, the CMN Library has been adding kits to our regular offerings and maintaining online programming through our Facebook channel.

In 2021-2022, the Library's main goal was to support the shift in staff, open up safely to the public, and provide programming that met a variety of interests. One of our successful goals was to increase the number of people signed up for our Summer Reading Program. In 2023, we continued our focus on our Summer Reading Program, focusing on both generating initial interest and returning patrons.

We also sought to continue programs that worked, revamp or change programs that needed tweaking, and cancel programs that no longer met our goals. The ongoing task of tracking these programs is done through attendance statistics and talking with attendees. Our programming utilizes virtual and in-person formats, providing options for patrons who work for them and their schedules. We are currently developing new programs due to patron interest and comments.

**Collaboration with Other Tribal Departments**
The Library developed many programs in partnership with several tribal departments and other agencies. CMN works with FoodWise and Menominee Food Distribution for a twice-a-month program on food nutrition and cooking demonstrations. We also collaborate with UW-Extension on a healthy snack initiative, where participants receive a kit to make the snack together on Zoom.

**Special Collections**
The Library is home to the Special Collections, an archive featuring local cultural and historical donations of essential documents, photographs, newspapers, and other materials. This collection provides students and the community with primary resources for important information on the Menominee Tribe of Wisconsin and the College of Menominee Nation's past. Over 200 items have been digitized and can be found in our digital collection or Recollection Wisconsin and the Digital Public Library of America. The Special Collections continues to be a source of interest for our college community and the public community. These materials will be further developed and maintained for future scholars and life-long learners as we foster an interest in learning from our past to better our future.

*The Library is open Monday through Thursday, 9 a.m. to 6 p.m., and closed Friday through Sunday.*

**SUSTAINABLE DEVELOPMENT INSTITUTE (SDI)**

The Sustainable Development Institute at the College of Menominee Nation continues to promote sustainable values on campus, in the community, and beyond the borders of the Menominee Indian Reservation. Our core focus areas include Indigenous food sovereignty, energy sovereignty, climate change adaptation, and research foundations. The Sustainable Development Institute Model guides our work, and both Menominee and Indigenous knowledge are core to our projects, planning, and operations.

**Following is a high-level summary of significant projects SDI led in this past year:**

**Internship Programs**: SDI offers internships reflective of our focus areas throughout the regular school year and in the summer. These internships are designed to introduce CMN and other college students to research, to connect them with academics and practitioners in their interest areas, and to provide both hands-on and lecture-type learning. In this past year, SDI interns traveled domestically and internationally

to other Indigenous communities and research institutions and stations within Wisconsin. Their internship experience culminated in a community report where students shared their research and findings.

**Media Relations**: SDI engages with our Menominee Community via digital networks. Our social media outreach includes YouTube videos (14 uploaded videos about SDI conferences, intern presentations, solar grid installation, and more), Facebook (9 live streams, one focused on SDI content), and an exploration of a TikTok presence. In addition to social media, we created educational materials, newsletters, and promotional materials.

**Research & Sustainable Agriculture Program:** SDI continues to research and learn about Menominee agriculture, inspired by the archaeological work conducted by the Menominee Indian Tribe of Wisconsin's Historic Preservation Department with Dr. Overstreet. SDI's research project focuses on different soil amendments and measures how they affect the growth of Bear Island Flint Corn. Dr. Frank Kutka leads research with internship opportunities developed for CMN students. Dr. Kutka is also leading the development of a Sustainable Agriculture Program. Coursework continues to grow and evolve.

**Community Outreach:** Throughout the year, SDI is engaged with community outreach events. These events seek to share the Menominee Theoretical Model while connecting to SDI focus areas. Some community events SDI hosts include the Winter Farmers Markets, food processing workshops, Community Report Outs, and Eat and Greets, which are Indigenous food-tasting experiences paired with an introduction to entrepreneurship.

**Climate Change Adaptation Projects:** Liaisons work with midwestern tribes on climate resilience and planning. Work done by liaisons builds capacity within the Tribes, identifying needs and funding to support climate adaptation work. In this past year, liaisons have administered three workshops focused on Tribal adaptation, assisted with one Tribal adaptation plan and one Tribal hazard mitigation program, conducted five site visits with Tribal technical staff to discuss climate change, attended dozens of local and regional meetings and community events, gave ten presentations on Tribal adaptation and lead a session on traditional perspectives on the environment. Our climate liaisons are recognized as content experts for the Midwest region (Wisconsin, Minnesota, Michigan, and Iowa). The liaisons also lead the Climate Resilience Network, a cross-regional network and database. Our work related to this includes providing tools and resources for Tribal Nations and those working with Tribes.

**On-Site Visits:** SDI is recognized throughout the country for its approach to sustainability. The department regularly hosts visitors from tribal departments, elected officials, universities, non-profits, school districts throughout the state, and even international visitors. A science class at the Menominee Indian High School has integrated site visits into their curricula.

**Events:** While SDI hosts some events, the following highlights significant events. These are different from community outreach in scope and size:
  A. **Earth Week:** This was a week-long awareness campaign hosted on the College of Menominee Nation campus as a part of the broader Restoring Nations Through Education initiative. Events included:
    a. Recyclemania, where waste and recycled material were weighed and measured as part of our greenhouse gas assessment.
    b. A campus-wide clean-up was hosted.
    c. A community screening of an Indigenous film took place.

  B. **Solar Energy Workshop:** SDI facilitated a solar energy workshop with content experts and local community members to help install a large solar array, intending to assess savings, build local capacity, and assess feasibility for other organizations.
  C. **Second Nature Gathering**: SDI hosted the Second Nature Gathering this fall. This gathering aimed to foster reciprocal relationships for climate action with education on race and gender. This diverse gathering included representation from Tribal colleges, other land grant institutions, non-profit organizations, and governmental agencies.

D. **Collaborating Our Model in Contemporary Sequential Arts:** In collaboration with the College of Menominee Nation's S. Verna Fowler Library, SDI created a comic book about the Menominee Theoretical Model of Sustainability titled "RECESSIVE." The project provided the community with opportunities to learn more about comic art and writing instructional programming from well-known individuals like Dr. Lee Francis IV, aka "The Indiginerd": A Laguna Pueblo Comic Creator from Red Planet Comics, Native Realities, and A Tribe Called Geek Press fame; Chad "Lil Coyote" Yellowjohn: A Shoshone-Bannock/Spokane artist known for his indigenized pop culture illustrations; Justin "Jud" Gauthier: Menominee Actor and Writer whose appeared in the 1491's "Between Two Knees" as "Larry" and "Reservation Dogs" as "Vinny the Funeral Director." He also wrote the script for "RECESSIVE"; Jacob Schwitzer, Menominee Video Game Programmer for PBS' Nebraska Public Media, created "RECESSIVE - The Video Game"; and Nicholas Schwitzer, Menominee Artist and SDI's Media Specialist who created the art for both the "RECESSIVE" Comic Book and Video Game as well as the music for the video game.

**Waewaenen for your service:** The SDI team would like to thank Thomas Kenote Jr. for his time at the Sustainable Development Institute. He provided leadership and built partnerships that continue at SDI. We also want to thank Megan Smith for her contributions as the Administrative Assistant. Lastly, maec waewaenen to Tatjana Farjadi, our AmeriCorps Volunteers in Service to America, who did outstanding work for SDI.

**Welcome to SDI:**
- The Sustainable Development Institute welcomed Jennifer K. Gauthier as Director on September 11, 2023. Jennifer has a background in political science, public administration, and food sovereignty. She also brings a unique perspective to SDI by integrating Menominee language and cultural values. Her vision for SDI is to continue building the team's great work and to grow the next generation of Indigenous researchers.
- Lacota Dickenson started as the Administrative Assistant on August 14, 2023. Lacota is excited about being more involved in SDI events and goals.  She can't wait to see the whole picture of what the department can do.
- Allison Scott is our Deputy Midwest Tribal Resilience Liaison and, in a short time, has built relationships with Tribal Nations and partners within the region.

## STUDENT HIGHLIGHTS

### *Melissa Wescott*

Melissa Wescott was chosen as the College of Menominee Nation's Student of the Year. She is a first-generation college student studying for a degree in Substance Abuse Counseling. Wescott, a mother of five children, has navigated personal adversities as a student at CMN, including difficulties finding childcare and time for her school work. She remains focused and is an activist in the Menominee community, working with "Woodland Women," a local non-profit group, and in her community's 4-H group.

Wescott says, "My education is my honor and pride. Not only for myself, but for my children, my family, my community, and my Tribe." She aims to become an AODA counselor to help individuals in her community. After obtaining her associate degree from CMN, she plans to continue her educational journey to complete her master's in social work.  CMN's Student of the Year received a $1,200 scholarship and joined those from other accredited tribal colleges and universities honored annually through AIHEC.

### *Catishe Grignon*

During the Summer of 2023, Catishe Grignon participated in the Tiny Earth Summer Research Course (TESRC), a 10-week, paid research experience that offers students enrolled in a two-year and tribal college an opportunity to conduct original research at a land grant university. Catishe took the Tiny Earth Course at the College of Menominee Nation and was selected to spend the summer in the Tiny Earth

Chemistry Hub at the University of Wisconsin-Madison, part of Tiny Earth founder Dr. Jo Handelsman's lab. Through TESRC, Catishe received hands-on mentoring, weekly professional development training, and opportunities to practice science communication and engage with the larger scientific community and the public.  The TESRC outcomes included Tiny Earth content and concepts, such as the nature of the soil and how antimicrobial agents kill microorganisms, data analysis, communication skills, written reports, posters, and scientific talks.

## FACULTY RECOGNITION

CMN is proud to honor Jennifer Morris, this year's Faculty of the Year selection.

Morris works collaboratively with students and faculty here at CMN. A Social Science faculty member working with the Teacher Education Department, Jennifer has also served as the STEM Resource/Demonstration Coordinator for CMN. She sees her job as doing whatever is necessary to help students achieve their goals. Jennifer's philosophy is "all about you, your community, your organization, your needs, and your success." Jennifer helps students identify and focus on their strengths and enhance the areas where they excel, allowing them to determine what works best through group work and activities. She has been instrumental in implementing many initiatives, like Project Success, and becoming a champion of Carnegie Math Pathways.

Jennifer serves on many committees at CMN, including the HLC Writing teams, the Committee on Academic Quality, and the Wisconsin Space Grant Consortium Advisory Board. She helps her department with CMN program review, DPI accountability reporting, and Education student advising. Jennifer has served on grant and scholarship projects like the First Nations Launch Rocket Team and NCCER Instructor Trainer Certification. She continues to further her education and professional development through ACUE Micro-credential courses, earning badges in Curriculum and Course best practices and Diversity, Equity, and Inclusion best practices.

## CMN INDIGENOUS WELLNESS INITIATIVE

With the hiring of Beth Waukechon in 2022 as CMN's Indigenous Wellness Director, the College has entrusted her to promote Indigenous wellness practices within the College, support students with mental health resources, spiritual resources, physical well-being, and emotional support options, and provide training and workshops based on Indigenous wellness topics.

**Events and Classes:**
The College has hosted numerous workshops, classes, and seminars on various topics. Highlights include:

- Yoga and Zumba classes to encourage physical wellness
- Moccasin Games during the winter months
- Traditional art workshops - finger weaving, beading, and painting - to encourage mental wellness
- Generalized support groups to encourage open and honest conversation among peers

**Conference Attendance:**
Beth helped to plan and attend the W.E.S.T Training Conference and the Fall Quill Workshop, as well as helped coordinate events relating to awareness around the Missing and Murdered Indigenous Women project.

**General Wellness Updates:**
Across the College, we have endeavored to make wellness a central and consistent focus and consideration. We have added massage chairs to both campuses and offer smudging on Monday mornings and as needed while regularly connecting students, staff, and faculty to in-person and telehealth counseling services.

**CLASS OF 2023**

In the following list of the graduating class of 2023 from CMN, *** signifies highest honors, ** signifies high integrity, and * signifies benefits:

**Bachelor of Science Degree:**
- **Business Administration**
  - Morgan Fregien*
  - Dylana Kinepoway*
  - Rita Reiter
  - Martina Thomas**
  - Rayna Tucker*
- **Early Childhood/Middle Childhood Education**
  - Teniesha Cole**
  - Jenna Corn
- **Elementary/Middle School Education**
  - Tina Driscoll**
  - Ramona Lyons

**Associate of Arts and Sciences Degree:**
- **Business Administration**
  - Claude Sanapaw**
- **Early Childhood Education**
  - Gerald Danforth*
  - Schuylar Davids
  - Tatum DePerry***
  - Sonya Franklin
  - Kelsey Kitson**
  - Warren Miller
  - Marisa Munoz
  - Kayla Stefanski*
  - Chenoa Webster**
  - Alicia Wilke**
- **Liberal Studies (Humanities)**
  - Rachel Otradovec
- **Liberal Studies (Social Science)**
  - Thomas Seidler
  - Nicole White
- **Natural Resources**
  - Sharissa Jeff
  - Dulce Moeller*

**Associate of Applied Science Degree:**
- **Substance Abuse Counselor**
  - Courtney Behrendt

**Technical Diploma:**
- **CNC Machinist**
  - John Heczko IV
- **Welding**
  - John Metoxen*
  - Calvin Waukau**
  - Chad Wilber**

**STATEMENT OF FINANCIAL HEALTH**

Evidence of the College's commitment to maintaining financial stability, providing vital financial support for students, and persisting as a debt-free institution was demonstrated on several fronts in 2022-2023. The ongoing distribution of COVID relief funds directly to students continued through the 2022-2023 Academic Year. CMN also received grant funding to promote and enhance our focus on sustainability, including installing a solar panel array that will help offset some electricity costs and help CMN create a small carbon footprint. Proactive tools to assure stability include a greater focus on analysis and forecasting and continued attention to transparency. Refinements to financial policies and systems were ongoing during the fiscal year to strengthen internal controls. Oversight includes CMN's broadly based budget team of trustees, administrators, and managers. Reviews of financial policies and procedures adhere to CFR 200, the Uniform Administrative Requirements, Cost Principles, and audit requirements for Federal Awards.

Corroboration for the firm footing came with CMN's last audit, which included an improved net position and investment earnings. Federal awards and private funding from foundations, organizations, and private donors comprise CMN's endowment portfolio. 2022-2023 saw the endowment portfolio increase by 9.9% from its 2021-2022 low caused by the market downturn in the previous year. Made up of original contributions and accumulated investment earnings, endowment categories are legally restricted for the development and delivery of academic programs and other designated purposes, such as student scholarships. Among the financial support categories detailed on the Scholarships and Student Aid chart are endowed scholarships that have provided tens of thousands of dollars to CMN students over the years.







**\*Note: The College of Menominee Nation is not a governmental or business unit of the Tribe. It receives a small grant from the Tribe and is entitled to submit an annual report.**

# Community Development & Tribal Utilities

Natasha Chevalier, Director

Community Development and Tribal Utilities provide technical and management services to the Tribe and its members in the development of the community through infrastructure, planning, water, wastewater, electric, transportation safety and construction management. The Community Development Department provides community services through the management and implementation of six program areas Project/Construction Management, Community Park/Cemetery Management, Road Maintenance, Solid Waste Management, Utilities and Renewable Energy Management. The overall goal of all these programs is to protect the resources of the Menominee Nation, while simultaneously developing its infrastructure and associated processes in an effort to better serve the Menominee Community.

**Project Management**

Project Management: In accordance with Chapter 98 the Community Development Department manages most of the tribal department construction projects. These services are provided through a senior project manager and three project managers who help plan, facilitate, and manage projects through an interdepartmental agreement that allows the managers to work under requesting projects.

For FY23, project management staff managed the following design, engineering, and construction projects: The design and engineer projects include Charter Expansion phase 3 and 4, Community Resource Center, Neopit Boys and Girls Club parking lot, Community Kitchen parking lot, Duquaine Road Project, Camp 23 bridge and road washout, Trailer Court Safe Room project, Adult Detox Facility, Tribal School kitchen, Maehnowesekiyah upper and lower parking lot, CBRF Upper & Lower Level Parking Lot

The construction projects consisted of the Community Kitchen Renovation, Transitional House Maehnowesekiyah basement, Daycare and DKB HeadStart addition, & CBRF addition and remodel, MV Tower Road, Sidewalk repair/replacement/new in Keshena Middle Village and through UW Extension grant repaired the Fairgrounds Road Bridge sidewalk. Middle Village Resource site and West Branch had a new fence, gate, and wayfinding signs installed, including cameras. All Alliant-owned street lights have been converted to LED. Worked with the UW Kemamaceqtaq Grant on upgrades to various Neopit and Keshena Parks were completed.

In addition to the construction, project managers also worked with various stakeholders to research and plan for projects that have not occurred in FY23. We were awarded a 5-year grant through UW-Ext CDC High Obesity Program to support community-based strategies that increase healthy food access and availability and opportunities for physical activity. Alliant Energy Foundation Trees Forever awarded Community Development a $10,500 grant from Trees Forever. We planted over 85 trees in Neopit and Middle Village parks. We are submitting for the RAISE Grant to expedite the design and engineering phase for Hwy 47/55 infrastructure including several sidewalk projects for Neopit and Keshena. Within the MITW-Community Development page website, the Long Range Transportation Plan for the next 5-year project and activities are provided for all community members to view.
Future and On-going Projects

Community Development will continue to develop the following RFP's for Engineering/Design Services for Road Safety Audit (RSA) $48,315, Boys and Girls Club Facility Parking Lot design, Duquaine Road drainage issues design recommendations, Community Kitchen & MLCC Parking Lot design, Keshena Communication Tower Road design, BIA Bridge #F905 (Bridge Replacement Design) $75,000, BIA Bridge #F906 (Bridge Replacement Design) $75,000, Sidewalks Neopit (Various Locations), Sidewalk Keshena, (Various Locations)Lakeview Housing to STH 47/55, BIA Bridge (New Bridge Design on Camp 16 Road to replace the existing Culverts),BIA Bridge (New Bridge Design on Camp 18 Road to replace the existing Culverts); STH 55 and CTH M intersection will start in 2025 and the funds are coming from HSIP funds, The Menominee County Board of Directors wrote a letter requesting MITW to seek bridge funding for Bear Trap Falls and West Branch Bridge through the Tribal Transportation Program (TTP). The bridges are going through NEPA and Environmental stage under MCHD.

**Labor & Road Maintenance**

Roads/Labor: The Roads and Labor division consists of one Lead Labor, two full-time Laborers, and one seasonal worker.  The division is responsible for the beautification and maintenance of tribal properties consisting of five (5) parks, three (3) baseball fields, four (4) public beaches, the Woodland Bowl, and the Transfer Site. Each site requires a systematic and consistent approach to ensure these areas remain safe and enjoyable for community members. The labor division continually seeks opportunities to enhance the park settings and maximize recreational opportunities. They strive to provide services and leisure opportunities that will contribute significantly toward the community's physical, social, and emotional well-being. We acknowledge and appreciate the hard work and dedication of the labor staff in making our communities clean and safe.  Our goal is to create a Parks & Recreational Master plan to establish a plan of action for future growth and opportunities for the community members.

Road Maintenance: In accordance with Road Maintenance contracts/agreements the department administers all internal function of roadway maintenance through Community Development Labor staff and road maintenance contractors. Annual Road Maintenance contracts occurs with both Menominee County Highway Department (MCHD) and Menominee Tribal Enterprise (MTE) as sub-contractors to the Tribe. Their responsibilities include providing all labor, services, equipment, tools, supplies, and materials to perform maintenance on roads, bridges, and appurtenances for official Indian Reservation Roads (IRR) open to public service.

Road Construction: The Road Construction program occurs across the reservation in accordance with the Tribal Transportation Program, Road maintenance contracts/agreements, and TTP agreement. This includes but is not limited to program administration, preparation of report data, budget analysis, proposal development, Road Work group facilitation, program analysis and research, working with Land Management in maintaining rights-of-way/easements, if required coordinate and review permit use requests of natural resources with other departments, and any other duties as directed by the Tribal Chairperson, Tribal Administrator, and Tribal Legislature.

**Solid Waste Management**

Keshena Transfer Site: The Keshena Transfer Site continues to serve Menominee Tribal members through the offerings of household solid waste disposal, and recycling services covering paper products, aluminum, plastics, batteries, appliances, electronics, and waste oil. The site is operated by on full time operator and supplemented by the labor staff allowing the Keshena Transfer Site to offer hours 6 days a week on a seasonal schedule.

West Branch Brush Pit: Community Development operates the west branch dump pit location, which offers an open area dumping site receiving brush, stumps, leaves, and other natural plant wastes from tribal members only.

Middle Village Earth & Materials Resource Site is used for road construction materials: clean concrete, unclean concrete, gravel, black dirt, sand and area for decking logs.

Camp 16 Pit: This is a gravel pit run site that allows tribal members and Tribal/County Road Contractors access to this resource for extraction and dumping of gravel waste. The pit is maintained by the Menominee Tribal Enterprises Roads Department.

Harter's Waste Management Contract: Community Development facilitates the reservation wide waste management contract which includes the residential curbside pickup of waste and recyclables, commercial collection by container, Keshena Transfer Site, and the annual Spring Cleanup.

**Tribal Utilities Dept**

The Tribal Utilities Department is responsible for providing sewer, water, electrical, and septic service to the Menominee Reservation/County communities. The Utility offices are located at N700 Go Around Road at the Keshena Wastewater Treatment Facility. The Utility maintains and operates systems and facilities used in the delivery of these services as featured in the table below:

| Service Location | Residential Water | Commercial Water | Residential Wastewater | Commercial Wastewater | Residential Electric | Commercial Electric |
|---|---|---|---|---|---|---|
| Keshena | 314 | 62 | 314 | 62 | - | - |
| Mid. Village | 72 | 7 | 72 | 7 | 81 | 7 |
| Neopit | 210 | 19 | 210 | 19 | - | - |
| Red Wing | 21 | - | - | - | - | - |
| Trail. Courts | 19 | - | - | - | - | - |
| Zoar | 23 | - | - | - | - | - |
| Totals: | 657 | 88 | 596 | 88 | 81 | 7 |

**Critical Improvements**

The following is a list of Critical Improvements completed by Menominee Tribal Utilities Department in 2023.

**Red Wing Pump House:**
- Started an Iron removal project by completing additional lab tests and IHS is contracting for a Pilot study.

**Trailer Court Pump House:**
- Repaired broken water main(s) W1768, N1093 and W1065
- Start installation of water lines for the community safe house.
- Installation of water meters at homes.

**Keshena Pump House:**
- Serviced chemical feed pumps.
- Annual emergency generator service completed.

**Keshena Water System:**
- Flushed water mains.
- Flushed Fire Hydrants.
- Over flowed the two water towers (Schoolview & CMN)
- Replaced Fire Hydrant on Highway 47
- Repaired broken water mains on N850 and N898 Lyons Rd.

**Keshena Wastewater Treatment Plant (Oxidation Ditch)**
- Cleaned the Sludge Storage Tank/Silo
- Serviced the Ultraviolet light disinfection system.
- Cleaned and serviced the Clarifier and Clarifier feed line.
- Cleaned the Digester
- Cleaned the 2 Air Relief Valve on Force Main(s)
- Outfall upgrades install new discharge lines ARPA $100,000 Project.
- Tested the 2 RPZ's (backflow preventers)
- Started the replacement of the old fine screen and installation of a grit and grease removal system this was a joint project with IHS and ARPA funds.
- Annual emergency generator service completed.
- Started the construction of a new garage for storage of new vehicles, ARPA project.
- Repair sludge pump at WWTP
- Replace RAS pump 1 motor and VFD.

- Replace the old Ferric Chloride tank.

**Keshena Lift Station(s):**
- Cleaned and serviced Pine Meadows, Pine Ridge, High School, Tribal, Co-Op And Lakeview Lift Station pumps and wet wells.
- Rehabilitation on High School lift station ARPA funds $350,000.
- Hydro vacuum grease and debris from Pine Meadows, Pine Ridge, High School, Tribal, Co-Op and Lakeview Lift Station wet wells.
- Performed calibration testing.
- Annual emergency generator service completed.

**Middle Village Pump House:**

- Added new well to the well house.
- Complete rehabilitation of the well house with SCADA controls.

**Middle Village Water System:**
- Flushed water mains.
- Flushed Fire Hydrants.
- Over flowed the water tower

**Middle Village Sewage Treatment Plant (Sequencing Batch Reactor)**
- Tested the 2 RPZ's (Backflow Preventers).
- Completed construction a new wastewater treatment plant.

**Middle Village Lift Station:**
- Hydro vacuumed grease and debris Middle Village Lift Station wet well.
- Cleaned and serviced Lift Station pumps and wet well.
- Performed calibration testing.
- Annual emergency generator service completed.

**Middle Village Electric:**
- Completed annual Weed spraying at the electric substation.
- Installed missing markers on transformers.

**Neopit Pump House:**
- Serviced chemical Treatment pumps
- Install cellular upgrades to improve SCADA communication.
- Annual emergency generator service completed.

**Neopit Water System:**
- Flushed water mains.
- Flushed Fire Hydrants.
- Over flowed the two water towers (Cottage Avenue & Park Avenue).
- Repaired Water mains on at W6600 James St. N3620 N 1stAve, and W6775 Shawpokasic.
- New water valve installed at 1st Ave and McCall St.

**Neopit Wastewater Treatment Plant (Aerated Lagoons)**
- Cleaned treatment ponds of cattails and duckweed.
- Cleaned and churned seepage cells per IHS recommendation
- Cleaned and serviced the air blowers.
- Exercised all lagoon valves.
- Annual emergency generator service completed.

**Neopit Lift Station(s):**
- Cleaned and serviced Highway 47 and Riverview Lift Station pumps and wet wells.
- Hydro vacced grease and debris Highway 47 and Riverview (Main) Lift Station wet wells.
- Performed calibration testing.
- Annual emergency generator service completed.

**Neopit Sewer System**
- Replace sewer gravity lines and rehab White City, Dog Town, and the North end of HWY 47

**Zoar Pump House & Water System:**
- Flushed Hydraulic holding tank.
- Serviced chlorine feed pump
- Completed the IHS water line replacements community wide.
- Flushed water mains & Flushing Hydrants.
- Annual emergency generator service completed.

**Community Fire Hydrant Operations and Maintenance**
- 5 of 5 fire Hydrants were flushed and tested in the Red Wing Water System.
- 8 of 8 Fire Hydrant were flushed and tested in the Zoar Water System.
- 96 of 97 Fire Hydrants were flushed and tested in the Keshena Water System.
- 28 of 28 Fire Hydrants were flushed and tested in the Middle Village Water System.
- 43 of 45 Fire Hydrants were flushed and tested in the Neopit Water System.

**Emergency Response Plans:**
- Updated Emergency Response Plans for Keshena, Middle Village, Neopit, Zoar, Trailer Court, Red Wing waters systems – updated annually and on file at the Utilities Office.

**American Rescue Plan Act Funding**
- Purchased water meters for all six communities and installed at Trailer Courts Community.
- Rehabilitation of High School lift station.
- Purchase of large dry prime pump for emergency by-pass.
- New garage construction at KWWTP.
- Joint KWWTP fine screen and grit removal project.

**Completed Projects**
The following is a list of projects completed with program income and Indian Health Service/EPA funding by the Menominee Tribal Utilities Department in 2023,

**Keshena High School Lift Station (BE-22-M88)**
- Replace lift station and modify incoming sewer main.
- Replace electronic controls and make compatible to function on Utilities SCADA System.

**Keshena Wastewater Treatment Plant (BE-20-K97).**
- Improvements to include running additional new piping from the head of the lagoons to the outfall eliminating the several hundred foot trench

**Zoar Water System Improvements (BE-17-K14)**
- Improvements to include connecting the ends of the dead ends of the existing water mains with new 6 inch water main to provide redundancy and replacement of the AC main.

**Keshena Sewer Main (BE-18-K40)**
- Completion of Keshena sewer project consisting of manhole repairs CIPP lining of sewer lines along Hwy 47

**Future and On-going Projects**

The following is a list of future improvement projects funded by EPA and IHS funds to be undertaken in 2023 by the Menominee Tribal Utilities Department,

**Red Wing Pump House and Iron Treatment Planning Project (BE-22-M88)**
- Construct new Pump House and controls.
- Install new chemical treatment for water and iron control.

**Keshena Wastewater Treatment Plant (BE-21-M31).**
- Replace the existing fine screen and add grit removal system to improve treatment process.

**Keshena Sewer Improvement (Tribal Office Basin and Lift Station, COOP Basin, and Pine Meadows Basin (BE-22-M60)**
- Replace Tribal Office Lift Station.
- Modify incoming sewer mains to Lift Station.
- Improvements include sewer lines and manholes lined with CIPP lining to decrease infiltration and improve flows.

**Keshena Wastewater Treatment Plant 2nd Clarifier Project (BE-22-M86)**
- Installation of new 2nd Clarifier to prepare for user growth.

**Middle Village Water Pump House (BE-19-K61)**
- Addition of new well pump for redundancy and install new chemical feed room and generator to existing Pump House.
- Installation of new pump and chemical monitoring controls too make the system controls compatible to Utilities SCADA System.

**Neopit Dog town (BE-18-K44)**
- Improvements to include sewer lines and manholes lined with CIPP lining to decrease infiltration and improve flows.

**Neopit White City Sewer (BE-20-K86)**
- Improvements to include sewer lines and manholes lined with CIPP lining to decrease infiltration and improve flows.

**Zoar Water System Improvements (BE-17-K14)**
- Improvements to include connecting the ends of the dead ends of the existing water mains with new 6 inch water main to provide redundancy and replacement of the AC main.

**Community Wide (project # not assigned yet)**
- Installation of new water meters at all residences to monitor water usage

**Renewable Energy Dept.**

The Renewable Energy's goal is to be energy resilient, sustainable and independent. The renewable energy assessment, will assist the Tribe in creating a culturally reflective and solid roadmap to achieve this goal. In this process, the Menominee Tribe seeks to respect the environment by reducing our carbon footprint and responsibly managing our expansive forest (219,000 acres), which we have continually done through environmentally sound projects, initiatives, and practices.

**Services**
Our department is dedicated to creating opportunities in Green Energy through the utilization of naturally replenishing sources, with a focus on electrical solar generation, space heating and cooling, water heating,

and transportation. We are actively involved in energy efficiency modeling and solar energy projects for both commercial and residential tribal members.

**Success Stories:**
We've successfully implemented a renewable energy initiatives plan for solar panel installations with battery backup units on homes of elders requiring at-home medical equipment. This ensures continuous power during outages, reducing stress for those individuals. The installation phase will be conducted in FY24. We aim to expand this service to create Microgrid systems benefiting all tribal members, enhancing energy resilience, and lowering costs.

**Trauma-Informed Service Delivery:**
To address trauma, we're actively researching funding opportunities and have hired a grant-writing firm that specializes in renewable energy to expedite funding processes. We are creating job opportunities in renewable and electrical fields, working towards energy sovereignty, and implementing Advanced Metering Infrastructure (AMI) systems for grid resiliency and accurate accounting.

**Service Accessibility Improvements:**
We've introduced Energy Assessments and inspections to streamline the installation process. Our department collaborates with educational institutions to enhance knowledge about renewable energy systems, fostering awareness and collaboration across tribal departments.

**New Programming and Expansion:**
Ongoing training for Weatherization and Energy Efficiency Assessments, participation in webinars for funding and equipment procurement, and partnerships with educational institutions to train a local workforce for efficient technology installation are part of our efforts to expand services.

**Community Health and Collaboration:**
Our initiatives aim to improve public health by reducing reliance on fossil and wood fuels, lessening the Tribe's carbon footprint, and creating jobs and economic benefits. We strive for collaboration and community engagement to achieve these goals.

**Strategic Plan Integration:**
Every installation aligns with our goal of achieving Energy Independence. The planned Community-Based Microgrids contribute to shared economic benefits, educational opportunities, and a standardized operating procedure for future projects, saving time and effort.

**Concern Resolution:**
We communicate through flyers and one-on-one meetings, actively involving tribal members in the process. Volunteers and interns assist in promoting services, ensuring transparent communication, and addressing concerns effectively. We remain committed to advancing the well-being of our community through sustainable energy practices and continuous improvement in service delivery.

**Benchmarks**
In our ongoing efforts to advance sustainable energy practices, here are some notable statistics and achievements that we believe are important to share with the general membership:

**Middle Village Feasibility Study**: Completed a comprehensive feasibility study for the installation of solar energy in the Middle Village Community. This study is a crucial step in our commitment to expanding solar initiatives across different tribal areas.

**Native Contractors Selection:** Proudly selected Native contractors for current solar installations, fostering economic empowerment within the community and supporting local businesses.
Solar for All Grant Consortiums: Successfully entered multiple "Solar for All" grant consortiums, demonstrating our dedication to securing funding for continued solar installations and expanding renewable energy accessibility.

**Elders Pilot Program**: Initiated a pilot program installing solar panels and battery backups for five elders with at-home medical equipment. This program ensures uninterrupted power for vulnerable community members during outages, enhancing their quality of life.

Partnership with College of Menominee Nation: Established a partnership program with the College of Menominee Nation to involve interns and trade students in our initiatives. Funding provided by the College supports the development of a skilled local workforce.

Energy Efficiency Training with Tribal Facilities Department: Collaborating with the Tribal Facilities Department to attend energy efficiency training sessions. This initiative is a precursor to conducting Weatherization Training scheduled for next March, contributing to a more resilient and energy-efficient community.

Partnerships with Tribal Groups: Forged partnerships with other tribal groups such as MTERA, Indigenized Energy, and various organizations. These collaborations provide platforms to share experiences, explore opportunities, and pool resources, strengthening our collective impact in the renewable energy sector.

These achievements reflect our commitment to sustainable energy, community engagement, and fostering partnerships that contribute to the overall well-being and energy sovereignty of our tribe. We look forward to continued progress and collaboration in the coming months.

# Community Resources

Sue Blodgett, Director

The mission of the Community Resource Center (CRC) is to provide high quality job training, employment, labor market information, and income maintenance services.  In FY23 the Community Resource Center operated the Income Maintenance Program, Food Share Employment and Training (FSET), Child Care SHARES, Tribal Temporary Assistance for Needy Families (TANF), Tribal ADRS and Public Law 102-477 Job Training programs.  Staff consisted of fifteen (15) employees.  These positions included:  Community Resource Director, Assistant Director/FSET Case Worker, two (2) Job Counselors, two (2) TANF Case Workers, three (3) Income Maintenance Case Workers, Recruitment and Training Coordinator, two (3) Administrative Assistants, Maintenance/Housekeeper, Aging and Disability Resource Specialist.

**Income Maintenance/ FSET/ ADRS:**
The Income Maintenance consist of: Food Share, Child Care, Badger Care, Medicaid, Long Term Care, Family Planning Waiver and other smaller subsets of the Health Care programs.  These services reach out to all of Menominee County within our service area to include Native and Non-Native applicants.  Enrolled tribal members living in neighboring communities (Shawano, Oconto, Langlade) can request for their eligibility to be issued through our office as well. The Income Maintenance program currently has over 1602 cases serving community members and their families.

With Covid unwinding our doors opened back up to clients to meet face to face.  We still keep our forms outside to be available after hours or for no contact pick up and a drop box is available to deliver forms and documents needed.  This has been a well-used addition to the program.

Collaborative efforts take place with the Menominee Tribal Clinic, Menominee Tribal Family Services, Wolf River ADRC, Menominee Aging Department, Lakeland Care, Care Wisconsin, as well as local and out of the area medical and nursing home facilities to assure community member's eligibility needs are being met.  Our Lead IM Case Worker and Director continue to work collaboratively with Menominee Aging Care Managers and the ADRS on a regular basis to assure eligibility is determined accurately and all resources are accounted for.

The FSET program is a voluntary program to assist Food Share clients, between the ages of 18-50 that are not employed, an opportunity to seek employment and receive support from a Case Worker throughout the process.  Due to residing on a reservation and the opportunity for employment are lower the Tribal members have been exempted from having to participate in this program as a contingency to continue to receive their Food Share benefits uninterrupted.

The Tribal Aging and Disability Resource Specialist (ADRS) worker continues to attend community events and provide outreach efforts to share information about the program and the services she can offer.  She provides information and counseling to area disabled and elder individuals and assists them to access the services they are eligible for.  She completes the initial Long Term Screen to determine physical eligibility as well as assisting them in completing needed application and documents for submission to the Income Maintenance program for financial eligibility as needed.  Once these are determined she offers them the options for service providers and the client is in charge of making the decision for a care provider that meets their needs and wants.  The ADRS works closely with the Wolf River ADRC and the Tribal Disability Benefits Specialist Program through Great Lakes Intertribal for client assistance in application and approval.

This past fiscal year the Tribal ADRS provided the following services:
- Completed 13 Functional Screens
- Provided outreach education over the phone to 27 elders
- Attended the Disability Walk, Transitional Fair and the Boys and Girls Club to share information about the program.
- Attended Quarterly meetings and weekly call ins with state and other Tribal ADRS staff.
- The ARPA funding program to assist elders who are enrolled in Long Term Care and have a cost share for their services continued throughout the year.  Elders are eligible to apply for up to $200 per month for a maximum of $2,400 to assist with these expenses. Applications have been made available to the Managed Care Organizations and Menominee Tribal Aging to assist their clients who qualify with application.  To date we have assisted 4 elders with up to the maximum benefit reimbursement.  This program will continue through December of 2023.

We have received a supplement of $240,000 to assist the program from the state as this program is typically underfunded.  A budget was developed and approved to utilize this supplemental funding to assist with staff costs, advertising, marketing, a storage facility and non-durable medical equipment to be on a loan program to elders in need.  We are working with Community Development on the building project to be completed by September 2024.  We are collaborating with Long Term Care and Aging in the development of the storage facility and non-durable medical equipment needed.

**TANF**:
The Tribal TANF program is designed to assist low income families work towards self-sufficiency.  This program is similar to the State W2 program but is tailored specifically to meet the needs of our community members.  This process includes overcoming barriers to employment, gaining job readiness skills, job training and in some cases work experience placements.

The TANF program service area has been limited to the geographical boundaries of the Menominee Reservation and Menominee County including Middle Village.  We are waiting on final approval from ACF to expand our service area to a 15-mile radius from the corners of the reservation to be better able to serve our Tribal members. This service is will apply to enrolled Tribal members only.  Due to limited housing members sometimes have to move off reservation which would cause their case to close.  This will be eliminated once approved and we will be able to provide continuity of services.  Eligibility for TANF benefits are based on the Department of Health and Human Service Poverty Guidelines at or below 185% FPL for eligibility and is available to Native and Non-Native individuals residing within our service area for the last 30 days.

Each client is assigned to a Case Worker who works one on one with the client to create an individual plan.  This plan includes client driven goals that will assist them with the final goal of securing employment and becoming self-sufficient for their family.  Client orientation is held to explain the dynamics of the program to

the new clients and plans are developed to meet the individual needs of each family to remain flexible as well as ongoing meetings.

Monthly cash benefits were provided totaling $165,556 and an additional $34,568 in supportive services provided to these families this past year.  Supportive services are provided to assist families with various needs during their time on TANF to allow them to concentrate on goals being worked on while keeping their basic needs met.  Our case load has continued to increase through the past year and we have added an additional TANF Case Worker to our staff that will begin training in FY24.

Diversionary assistance in the amount of $8,636.31 was expended this year to 9 working families. This assistance is designed to help working families that are at or below the 185% of Federal Poverty Level. When working part time or at low wages it makes it difficult to make ends meet sometimes especially when the unexpected happens such as car repairs or medical issues. This program is open for use by individuals one time in a twelve-month period and for a total of five times (5 years).  This program has been a valuable resource for many working families and allows them to continue with their employment and get through some hard times without quitting work and becoming totally dependent on economic supports.

Thirty (30) clients gained employment throughout the year that exceeded the TANF income guidelines. These families are offered to be kept on as clients for up to the next 12 months as Transitional Clients to assist with job transition and supportive services to keep them employed.

Our TANF families continue to be challenged this year by the lack of available child care in the community as well as housing shortages.  Many families have had to be exempt from participation due to not being able to obtain acceptable child care for their children. We do require all clients to be on the waiting list at the Tribal Child Care and Head Start.

Increased mental health concerns have also played a role this year in families being able to move forward to self-sufficiency.  We have made referrals to the Tribal Clinic for assistance for these families and search for resources for them to deal with their limitations to participation.  This and lack of child care has affected our Work Participation Rate to some extent.

A few highlights from the TANF Program this year include:

- 30 clients gained employment either part time or full time and were supported with case management and supportive services to be successful.
- 2 clients completed AODA assessments and continued on with recommendations.
- 2 clients actively attending college level courses.
- 2 clients completed their GED.
- 2 clients completed Work Experience Contracts

**Public Law 102-477**:
The Menominee Indian Tribe's Public Law 102-477 Plan includes the Workforce Investment and Opportunity Act (WIOA), Adult and Youth Comprehensive and Native Employment Works (NEW) funding. Services are designated for youth and adults, including individuals that have been recently placed on lay-off.

Eligibility for Public Law 102-477 services requires the individual to be "Native American" or "American Indian".  The 477 Program has established a definition of this to be anyone who is: (1) an enrolled member of the Menominee Indian Tribe (2) an enrolled member of a federally-recognized Indian Tribe or (3) ¼ or more of Indian, Alaska Native or Native Hawaiian descent; or (4) a direct descendant of an enrolled Menominee member or an enrolled member of any other Federally recognized Tribe.  Additional eligibility requirements include that the participant must also be: (1) economically disadvantaged; or (2) unemployed; or (3) under-employed.  Adult applicants must be age 18 or older, while youth applicants can be between the ages of 14-24 years.  All eligible applicants must reside within the service area of on or near the Menominee Indian Reservation.  Off reservation eligibility is open to Menominee Indian Tribe enrolled members or 1st descendants only.

The Job Counselors had an average case load of 47 clients a month this fiscal year.  Clients meet with their Job Counselor to complete an Employability Plan, which is a client driven plan, outlining activities for them to complete to work towards their goal of education and/or employment.  Milestones are reached and achieved along the way and new goals are set.  This program is a voluntary program that offers no monthly benefit but does offer supportive services that are employment or education related, to overcome barriers.  These requests range from bus passes, gas cards, AODA assessment, minor car repairs, tire replacement, driver's license fees, car registration, post-secondary education fees, professional license fees, minor tools/equipment and interview/work clothes and shoes.  Clients were assisted with over $29,000 of supportive service needs.

A few of our highlighted successes of the 477 program this year include:

- 46 clients became successfully employed.  Most that are newly employed are assisted with any needed work clothes, shoes, hygiene products and gas cards to assure they are prepared for the first few weeks.
- 2 clients completed Home Health Aid Training at College of Menominee Nation.
- 1 client completed her AODA requirements, gained full time employment, housing and the return of her children to her care full time.
- The Tribe hosted a Temp Hire event where people could get placed temporarily for 3-6 months at 36 hours a week and $18 per hour.  At the end of their successful completion they would receive a $500 bonus.  We had two clients take part in this event and gained employment.
- Client obtained high honors for both the Fall 2022 and Spring 2023 semesters at UW-Madison and successfully completed the on line Tribal Health Experiential Student Internship Seminar. She was also selected to participate in a research poster showcase at the Centers for Disease Control in Atlanta, GA and was a participant in the Summer Youth College Intern Program this year.

The need for additional full time employment opportunities for our clients is great.  Part time and on-call wages while beneficial for work experience training are not sufficient to allow our clients to earn a livable wage.  Transportation remains an ongoing issue for clients as well as having a workable phone to receive messages for possible job offers and follow through.  We collaborated with Tribal Administration to offer the Temporary Hire event and over 30 individuals were hired to work temporarily to fill jobs that have been left unfilled.  Many of these individuals were hired on as a result of this program.  The Community Resource Center hired on an Administrative Assistant from this pool of employees.

**Summer Work Experience**
Summer Work Experience services are available to youth between the ages of 14 to 24 who are "Native American" or "American Indian" and economically disadvantaged.  Services to youth typically include: paid work experiences, educational trainings, assistance with resume creation, and leadership development.

With Covid restrictions lifting we went back to a work program this year for the youth and College Interns. We collaborated with the Johnson O'Malley Program through Youth Services and provided work placements for a total of 40 youth and 6 college interns this program year.  Weekly trainings were completed with a variety of topics of interest to the youth including: Human Trafficking, Restorative Healing, The Original Games, Question/Persuade/Respond, and Medicine Fish.

Youth assisted with the Youth Olympics and Night Out Against Crime events.

Youth were provided with any safety gear needed for their positions as well as bus passes and gas cards to be sure they could make it to their work sites.

5 of the College Interns returned to their respective universities for another year of classes.

A wrap up meeting was held with staff to begin planning and make changes for the coming year.

**Strategic Planning**
Staff took part in the Director's Retreat and weekly meetings to provide input to the new Strategic Plan. We are working cooperatively with other Tribal Departments to create 90 day plans to address some of the shortfalls discovered and shared.  We are dedicated to continue to participate and do our part to address the issues of the community and assist members in moving forward in a positive way.

# Conservation

Maniyan Pyawasay, Director

St Staffing includes one (1) Director, one (1) Senior Conservation Warden, three (3) Conservation Wardens, and (1) Administrative Secretary.

**GOAL:**
This program will achieve the objectives listed in the Statement of Work as provided in the Rights Protection Contract. Those objectives specifically include administrative duties, Conservation Law Enforcement, Outreach and Education; provide assistance with the Fish and Wildlife Management and Environmental Quality Services. These shall be carried out by means of patrol, investigation of complaints, and issuance of citations, educational presentations, and in-service training.

**Administrative:** During the pandemic, our agency adapted in different aspects on how we performed our job. We made accommodations for our tag distribution by installing a drop box outside of our office so community members could pick-up their tags at their convenience that included after business hours, holidays, and weekends.

Administratively, the Conservation Department provides service to the public by issuing a total of 5,269 game tags to enrolled members, descendants, and spouses in FY2023. A total of 5,090 tags were issued to enrolled members, 137 to descendants, and 42 to spouses of enrolled members.

We also expanded our hours to assist with tag distribution and harvest registrations. We continue to see an increase in Tribal members, descendants and spouses utilizing the online harvest registration feature on the Tribe's website.

**GAME HARVEST REGISTRATIONS**

|  | 2022 | 2021 | 2020 |
|---|---|---|---|
| White tail Deer Bucks | 356 | 338 | 324 |
| White tail Deer Does | 192 | 137 | 175 |
| Black Bear | 23 | 6 | 11 |
| Spring Turkey | 22 | 1 | 9 |
| Fall Turkey | 6 | 24 | 6 |
| Fisher | 0 | 2 | 8 |
| Bobcat | 0 | 5 | 8 |
| Otter | 14 | 7 | 10 |
| Sturgeon | 0 | 2 | 2 |

**Enforcement:**
Enforcement duties include patrol of approximately 235,000-forested acres of sustained yield land, including an estimated 80 named lakes, and roughly 300 miles of trout streams. The primary focus is to enforce treaty rights and provide protection of Tribal natural resources. Conservation Officers enforce Federal Laws and Tribal Codes to provide protection of resources and encroachment from outside

threats. Wardens also assist the Menominee Tribal Police and Menominee County Sheriff's Office when necessary. Other collaborative agencies include the U.S. Fish and Wildlife Service, U.S. Forest Service, Wisconsin Department of Natural Resources, and the Raptor Education Group Inc.

**CONSERVATION LAW ENFORCEMENT STATISTICS**

|  | **2023** | **2022** | **2021** |
|---|---|---|---|
| Reportable Incidents | 2985 | 2340 | 2466 |
| Citations Issued | 95 | 79 | 72 |
| Warnings Issued | 22 | 40 | 49 |
| Complaints Received | 451 | 417 | 502 |
| Interagency Assists | 138 | 142 | 187 |
| In-service Hours | 374 | 254 | 242 |
| Permit/ID checks | 1662 | 1160 | 1219 |
| Investigations | 27 | 20 | 27 |
| Court Appearances | 62 | 58 | 90 |
| Meetings Attended | 109 | 86 | 54 |

**Ginseng:**
The cultural and historical aspect of ginseng was the Menominee Indian Tribe is important with past and present generations. In 2012, the Menominee Indian Tribe of Wisconsin (MITW) applied for a Department of the Interior U.S. Fish and Wildlife Service Federal Fish and Wildlife Permit Application Form OMB No. 1018-0093 (CITES) and received acceptance from the United States Fish and Wildlife Service. The MITW regulates the harvest, sale and purchase of wild ginseng in the Tribe.

During Program Year 2022, the Harvest Season for Wild Ginseng was between September 1st and November 1st. There was a total of fifty-five (55) Ginseng Harvester Licenses that were issued by the MITW Member Services Department. Out of those licenses, eight (8) were Dealer Licenses. The Department completed twenty-four (24) certificates of origin with a total of 43.35 pounds of Ginseng that was certified.

**Training:**
Throughout the year, the Menominee Tribal Conservation Department has enhanced their law enforcement services for the community. A main component of this includes protecting the Menominee Tribe's natural resources. We have better trained and educated Wardens to understand and address the demands of the changes in the community.

Conservation Warden In-Service Training FY2023
- ➢ Down Power line Training with Town of Menominee Fire Department
- ➢ MITW Finance Abila & Microix training
- ➢ MITW Emergency Services Tabletop Exercise
- ➢ Taser Recertification
- ➢ Ice Water Rescue Training
- ➢ Train the Trainers for Trauma & Secondary Traumatic Stress – Part I & II
- ➢ Native American Fish & Wildlife Society (NAFWS) – Waterfowl Identification training
- ➢ Wildland Fire Refresher Training RT-130
- ➢ MITW Director's Retreat
- ➢ Firearms Training – close quarter draw & firing movements
- ➢ Community Policing in Indian Country training
- ➢ Semi-Annual Firearms qualification
- ➢ Chainsaw Safety training
- ➢ Drug Endangered Children training
- ➢ Physical Efficiency Battery testing
- ➢ NAFWS Great Lakes Regional Conference

- ➢ MTE Logger Rescue Training
- ➢ Multiple Squad meetings
- ➢ Multiple Shawano/Menominee Dive training sessions – Standard Line procedures and body recovery practices

**Outreach & Education:**
The Department does their best to provide information to the general public on safety, hunting, fishing, trapping and gathering regulations, program functions, and other laws relating to the natural resources. Our entire staff remains actively involved in providing different aspects of safety, outreach and educational events.

This year was the 29th year that the Department hosted the Hunter Education class. Over 500 students have completed the course since it was initiated in 1993. We had eighteen (18) students successfully complete their certification. Hunter education is statistically proven to save lives and prevent accidents.

The Department provided two (2) ATV/UTV Safety Courses that were held during June and September. ATV Education is a key tool to promote safe and responsible operation, and to reduce the potential for accidents, injuries and fatalities. A total of ten (10) students obtained their ATV safety certification.

Community Related Activities & Outreach Events:
- ➢ Menominee Early Childhood Kiddie Crime March
- ➢ Omaeqnomenewak Wetohkatikamek Halloween Safety & Flag Football Event
- ➢ MITW Community Resource Center Haunted Trail/Hayride
- ➢ Nicianak Club Halloween Event
- ➢ Menominee Early Childhood Services Trunk or Treat Event
- ➢ College of Menominee Nation (CMN) Trunk or Treat Event
- ➢ MITW Education's Native Pathway Event
- ➢ Fur Presentation to Kaehkenawapahtaeq Charter School students
- ➢ Educational presentation to Menominee Indian Middle School (MIMS) 6th, 7th & 8th grade Culture & Science classes
- ➢ CMN's Fall Hunter's Event
- ➢ Omaeqnomenewak Wetohkatikamek monthly events with Law Enforcement, Fire & EMS
- ➢ Coffee with a Cop with Shawano Police Department, Shawano Sheriff Department, Menominee County Sheriff's Office, & Menominee Tribal Police Department
- ➢ Self-Care Event at Omaeqnomenewak Wetohkatikamek
- ➢ Moccasin Games at Culture Building
- ➢ Winter Roundhouse Events
- ➢ Menominee Tribal School Ice Fishing Event on Neopit Mill Pond
- ➢ Menominee Indian High School Hunter Education Course
- ➢ MIMS Fur Identification presentation
- ➢ Menominee Tribal Education - Trades & Public Safety Careers Exploration event
- ➢ MenominiYou Community Healing games
- ➢ WDNR Boater Safety Course – 20 graduates
- ➢ ATV Safety Courses – 10 graduates
- ➢ CMN Summer Transportation Institute Program – ATV Safety
- ➢ Educational Presentation at Culture Camp
- ➢ National Night Out Against Crime – Menominee & Shawano
- ➢ CMN Youth Group – educational presentation
- ➢ Shawano Cone with a Cop
- ➢ MITW Big Truck event
- ➢ MITW Cone with a Cop
- ➢ MITW Youth Services Color Run Event
- ➢ Hunter Education – 18 graduates

**Fish and Wildlife:**
Conservation staff assists Environmental Services with fish and wildlife surveys and data collection. The department also assists with conducting ice measurements on many of the Tribal lakes and providing that information to the public in addition to responding to nuisance animal calls; especially during the spring and summer black bear calls and complaints.

Fish and Wildlife Surveys & Calls:
> ➢ CWD Sampling
> ➢ Wolf Track Surveys
> ➢ White-Tailed Deer Pellet Count
> ➢ Ruffed Grouse
> ➢ Sandhill Crane
> ➢ Lake Sturgeon Management
> ➢ Assist with Nuisance Animal Calls & Complaints
> ➢ Beaver Management & Population Control

The Menominee Indian Tribe of Wisconsin (MITW) has been sponsoring the beaver subsidy program for over 30 years. The subsidy program allows trappers to be paid for the removal of beaver from reservation waters. The Conservation Department manages the subsidy program for MITW.

Over the years, the Department has partnered with the Menominee Tribal Enterprises (MTE) to attempt to combat the damage created by the larger beaver population within the Menominee Reservation boundaries. Beaver can cause huge problems to our lakes, streams, forest, and road systems.  Extra measures need to be taken to remove problem beaver due to road flooding or other concerns. Some beaver creates problems by jamming road culverts causing flooding and erosion, washing out roadways, making forest management and travel difficult, if not impossible. MTE Roads Maintenance staff spend a great amount of time and effort unplugging culverts so logging and public travel can continue. The Conservation Department works closely with MTE to minimize the burdens caused by nuisance beaver.

The beaver subsidy program is a 50/50 shared partnership.  For FY2023, MITW allocated $3,820 and MTE provided $1,540 for a combined budget of $5,360. There were a total of thirteen (13) contracted beaver trappers. A grand total of one hundred sixteen (116) beavers were harvested during the trapping season with twenty-six (26) of those being problem beaver.

**Environmental Quality:**
Efforts are ongoing to protect our Tribal forest, lakes, and streams. It has become more and more evident, the need for recognition and attention for efforts in environmental enforcement and protection of our natural resources.

Department staff worked with Community Development and Land Management in reference to junk mobile homes, junk vehicle, and solid waste/illegal dumping violations. Multiple citations were issued accordingly, and we will continue to work diligently on this collaborative effort.

Environmental Enforcement and Protection Efforts:
> ➢ Issue Citations for Tribal Code Violations
> ➢ Investigate and Enforce Surface Water Code Violations
> ➢ Investigate and Enforce Solid Waste Violations
> ➢ Work with the Agriculture & Forestry Committee, Enforcement & Resource Protection Committee, and Menominee Conservation Commission to Develop Stronger Codes and Regulations
> ➢ Provide Education and Public Outreach

**Updates:**
The Department is ensuring Wardens have up to date equipment and supplies to meet today's technology.  The Department purchased Panasonic Toughbook's which are installed in all of our patrol

trucks. We worked with MITW IT Department to get internet access installed in our trucks. We were able to purchase Central Square (Zuercher) mobile. This currently allows Wardens to have on-scene access to Central Square (Zuercher mobile), a GIS mapping System, and the Conservation Database which provides tag and hunting/fishing license information. This allows Wardens to remain in the field and be visible to the public.

# Detention Center

Rebecca McCann, Detention Facility Administrator

The Detention Facility is a 54 bed capacity center that houses Indigenous people who are arrested and/or sentenced for violating the Menominee Tribal Codes. The current facility has been in operation since 1984 with a staff that comprises of one Administrator, one Compliance Officer, four Corporals, eight Correctional Officers and one Cook. There are two additional staff members who are under a CTAS Grant which consists of one Program Coordinator and one Training and Resource Officer (vacant).

A change in Jail Administration took place in June 2023. The approach to a more effective form of rehabilitation will still move forward that will include more programming for inmates with the implementation of cultural components and Trauma Informed Care. These components are necessary for reduction in recidivism leading to more productive community members. The facility does have a program and resource room in which inmates have access to the Law Library, program presentations, laptops to complete their GED, written driver's tests, resume writing, one on ones with Recovery Coaches, assistance with AODA Assessment Pre-Registrations, UMOS, Vocational Rehabilitation and work search. Additional programming will include College enrollment, women and men's support groups, AA and NA, language classes, cultural oral storytelling and crafts and other incentive activities. We implemented daily smudging and have been incorporating more traditional meals into the food menu. These program offers have shown the population to be more apt to developing more positive goals and living a healthier lifestyle once released. Individuals work with the Program Coordinator and Training and Resource Officer to develop a personal plan based on their needs. These plans are developed through networking and collaboration with local programs.

Reviews and training in many areas of the program and facility has been increased in the year. This includes more involvement in community events not only for inclusion but for staff to gain more knowledge of available resource information to be shared with the jail population. This is one of many ways of effective communication the facility is building upon in order to help reduce recidivism. Training opportunities include certifications through the Indian Police Academy in Artesia, New Mexico, Supervisor, Jail Administrator and Policy training, etc. besides the mandatory annual trainings.

Through committee involvement the Jail Administrator is involved with proposed changes or creation in tribal codes, department policies and inmate/participant reviews. These committees include Law Enforcement Committee, Zero Suicide Project, Kakaecec, Multidisciplinary Team (MDT) and the Business Service Committee.

Through increased and implementation of training and knowledge the correctional staff has been utilizing the learning tools and techniques they have acquired to de-escalate situations, provide support services, build rapport and effectively communicate with the inmate population. Using trauma informed approaches has also helped to minimized negative behaviors and continues to destigmatizing the image of incarceration and a positive approach to rehabilitation.  With the collaborative efforts and effective programming, the Menominee Tribal Detention Facility continues to strive towards providing not only a safer facility for the inmates and staff but also for a safer environment for our community.

# Early Childhood Services

## Joyce Waupekenay, Director

Early Childhood Services continues to provide early education services and a host of other services to children and families living on the Menominee Reservation and surrounding areas. The program is in a continual stage of improvement as we strive to provide the best possible services and resources to our youngest community members and their families. Early Childhood Services does not provide these services alone and relies on community partnerships with many Tribal and non-Tribal agencies in efforts to give children a comprehensive early education experience that focuses on the whole child and their family. The programs located within our department are Head Start, Early Head Start, Day Care and Pregnant Mothers.

### Day Care
Mission: Menominee Early Childhood Services-Daycare's mission is to provide nurturing care and guidance to our children and families while revitalizing our culture and language. The purpose of Early Childhood Services-Day Care is to provide Day Care Services with preschool activities along with a specialized program for families in need of Respite Care.

| | |
|---|---|
| Service Area: | There is currently no specific designated service area where children and families must reside in order to receive services. |
| Ages Served: | Six weeks through 12 years |
| Eligibility: | There are no specific eligibility requirements to receive services. However, in order to receive a childcare subsidy there are certain eligibility requirements that must be met, specific to each funding source. The program available to Day Care clients is the Child Care Development Funds grant. |

### FY23 Services:
During Fiscal Year 23, the Day Care program went above and beyond in serving the community. By offering daily early education and childcare services, the program provided services to 106 children from 80 families. Furthermore, the program also provided Menominee Language instruction, thus promoting cultural diversity and preserving the community's heritage. In addition to these services, the program hosted several events throughout the year in an effort to increase parent and community involvement. The Trunk or Treat event provided children with a fun and safe environment for collecting candies. This event was held in collaboration with Head Start/Early Head Start. The Annual Safety Fair was organized to educate parents and children on a variety of safety related matters. The Fatherhood Breakfast offered and opportunity for fathers to bond and connect with their children, other fathers and other families in the program. Additionally, our annual Cookie Social provided an opportunity for families to come together to spend time in their child's classroom and share their cultural traditions. Finally, the Santa visit brought joy and excitement to the children in the program.

**Health Screenings:** Children enrolled in full-day services receive an annual dental screening through our collaborated efforts of the annual interagency agreement with the Menominee Tribal Clinic department's dental hygienist. The goal for the 2023-24 program year is to complete the Daycare dental screens in January 2024 on the same date as the Menominee Early Childhood Early Head Start/Head start children.

**Physicals/WCC's:** All enrolled children shall have an up-to-date age appropriate EPSDT/WCC and immunization record on file prior to the first day of enrollment and updated every six months thereafter.

**Respite Care:** The Tribal Day Care has an agreement with Tribal Social Services and Maehnowesekiyah Domestic Violence Shelter to work in collaboration to provide family based child welfare services to support families who have experienced domestic violence related trauma and to prevent and treat child abuse/neglect through crisis respite childcare services. This is achieved by providing education, outreach and supportive services for families who have experienced violence and trauma in their lives. Supportive services are provided and there is correspondence as needed between Tribal Social Services and Family Services at the Day Care. The number of children who received services was 7 for the FY23.

**Social Emotional/Screener:** The Day Care continued providing mental health screenings to children receiving full-day services. Teachers worked with parents to complete the Ages and Stages: Social/Emotional (ASQ-SE-2) screener, which is used to assess each child's mental health. The DC ASQ:SE-2 was administered by the teaching staff in January 2023.The ASQ:SE-2 is a Parent–Completed Child Monitoring System for Social-Emotional Behaviors. Young children's ability to successfully regulate their emotions and interact with others in positive ways is critical for their well-being and school readiness.

**Developmental Screener:** A staff training was held on December 11, 2023 for the implementation of the ASQ-3, a Parent-Completed Child Monitoring System. Each questionnaire contains 30 developmental items that are written in simple, straight-forward language. The items are organized into five categories: Communication, Gross Motor, Fine Motor, Problem Solving and Personal-Social. The Daycare teachers will implement the ASQ-3 in January 2024.

**Trauma Smart Training:** In FY23, the Day Care used its in-service days, half days, and closure time to provide multiple training opportunities. Included in the trainings was the Trauma Smart model that has been adopted by the Head Start/Early Head Start, Day Care Center, Menominee Indian School District, and Menominee Tribal School to provide trauma-responsive services to children and families of our community. Our Family Service Manager, Zoie Fossum, is certified to provide these trainings and has been instrumental in ensuring all trainings and booster sessions are made available to all ECS employees. A total of 11 Daycare employees received at least one training during FY23.

**Curriculum**: Due to turnover in staffing, curriculum implementation did not occur as planned.  The new Daycare Center Director has begun researching and exploring several options for a curriculum that best fits our Mission, Vision and Values as well as our overall goals while still aligning with our current software. There are meetings scheduled to discuss which curriculum will best serve our program and we are moving to implement the new curriculum in FY 24.

**Total amount of public and private funds received and the amount from each source as well as what was expended for the life of the grant/budget.** (This info is from the grant specific FY23 which for some differ from the Tribal Fiscal year of October 1 to September 30).

- Department of Health and Human Services, Administration for Children and Families Coronavirus Response and Relief Supplemental Act (CRRSA). Awarded: $634,255.00; Expended $572,562.95
- Department of Health and Human Services, Administration for Children and Families American Rescue Plan Stabilization Funds (ARP). Awarded: $1,016,114.00 Expended $857,543.17
- Department of Health and Human Services, Administration for Children and Families American Rescue Plan Discretionary Funds (ARPA). Awarded: $687.179.00; Expended $623,149.63

**Head Start/Early Head Start**
Mission: Our mission is to provide our diverse families and children a foundational education for school readiness while nurturing cultural identity in a safe and supportive environment.

| | |
|---|---|
| Service Area: | Head Start/Early Head Start may only serve children in its service area, which includes Menominee Indian Reservation/County and surrounding communities including the city of Shawano, Gresham, Suring, Cecil, and Middle Village. There may be instances where the program can serve children in areas outside this service area pending approval of Head Start programs in that area and the Office of Head Start. |
| Ages Served: | Six weeks through five years of age and expectant mothers |
| Eligibility: | While Head Start is designed to serve low-income children and families, the Head Start Performance Standards allow Tribal programs to serve up to 49% over-income children and families.  Head Start/Early Head Start ensures that children who are from low-income families and children with disabilities receive priority in enrollment as per federal regulations. |
| Funded Enrollment: | 179 Head Start children (ages 3-5) 52 Early Head Start children (age six weeks to three years) 14 Pregnant Mothers (pre-natal and post-natal services for expectant mothers) |

As per the Head Start Act (as amended December 12, 2007), the following is being reported for Program Year 2022/23:

1. **Total amount of public and private funds received and the amount from each source as well as what was expended for the life of the grant/budget.** (This info is from the grant specific FY23 which for some differ from the Tribal Fiscal year of October 1 to September 30).
   - Department of Health and Human Services, Administration for Children and Families, Head Start/Early Head Start Grant. Awarded: $2,322,759.00; Expended $2,322,759.00
   - Bureau of Indian Affairs Part B.  Awarded: $64,700; Expended $64,700
   - Bureau of Indian Affairs Part C. Awarded: $7,500.; Expended $7,500
   - Wisconsin Department of Public Instruction Head Start Grant. Awarded: $58,711.00; Expended $58,710.64
   - Wisconsin Department of Public Instruction Child and Adult Care Food Program.   Awarded: $458,325.99; Expended $407,598.46
   - Menominee Indian Tribe of Wisconsin. $1,459,850.00; Expended $1,341,128.33
   - Wisconsin Health and Human Services Tribal Birth to Three Grant:  Awarded:  $10,000 Expended: $5,176.18
   - Wisconsin Department of Public Instruction Language Revitalization: Awarded:  $16,500 Expended:  $16,493.87

2. **An explanation of budgetary expenditures and proposed budget for the fiscal year**
   - Department of Health and Human Services, Administration for Children and Families, Head Start/Early Head Start Grant. This is the main source of funding and is spent according to an approved budget.  The budget is approved by the Policy Council and includes expenses for salaries, fringe benefits, supplies, direct operational costs, and indirect costs. This funding runs out in the months of April/May each program year at which point, supplemental funding from the Tribe assists with maintaining the program. FY23 award:  $2,322,759.00
   - Bureau of Indian Affairs Part B: This funding is for age groups 3-5 years and is used to provide free and appropriate public instruction for children with disabilities. Expenses include salaries and fringe benefits. FY23 award: $64,700
   - Bureau of Indian Affairs Part C: This funding is for age groups birth to 3 years for the early identification of infants and toddlers who are at risk of developmental delay if early intervention services are not provided. Expenses include salaries and fringe benefits.  FY23 award: $7,500
   - Wisconsin Department of Public Instruction Head Start Grant: This supplemental grant provided experience to preschool children who would otherwise be on waiting lists to receive

the federal Head Start program.  Expenses include salaries, fringe, transportation services and classroom supplies. FY23 award:  $58,711

- <u>Wisconsin Department of Public Instruction Child and Adult Care Food Program:</u> This funding provided reimbursement for breakfast, lunch, and a snack for every child enrolled in the program.  Expenses include personnel, fringe, administrative, supplies, and indirect cost. This funding is shared with the Tribal Day Care.  FY23 award:  $458,325.99
- <u>Menominee Indian Tribe of Wisconsin:</u> This is supplemental funding to assist the program in service delivery.  Expenses include personnel, fringe, supplies, operating costs, contractual food services cash match and indirect costs.  FY23 award:  $1,459,850.00
- <u>Wisconsin Department of Health Services Birth to Three Tribal Grant Funding:</u>  This funding is used to increase awareness, access, and use of early intervention services for American Indian children with developmental delays and their families in Tribal communities.  The funding will be used to purchase developmental slide charts for parents, purchase incentives for Child Find events, and salary and fringe for planning/coordination of these events.  This funding is shared with the Tribal Day Care.  FY23 award:  $10,000
- <u>Wisconsin Department of Public Instruction Language Revitalization:</u>  This funding is used for language activities related to providing instruction in our Menominee language as curricular or co-curricular offerings including, but not limited to, curriculum design, creation of appropriate assessment instruments, professional development activities, language-focused parent and community engagement activities, instructional delivery, and program evaluation. Specific plans for these funds are Menominee language curriculum development, storytelling events, pow-wows, round dances, digital Menominee language signage, and further development of the web-based site for classroom and parent use by adding additional audio and video clips in our Menominee language.  FY23 award:  $16,500

3. **The total number of children and family services provided by the program.**
<u>Early Head Start in 2022/23</u>
Total number of children served:  71
Total number of pregnant women served:  35
Total number of families served:  85

<u>Head Start in 2022/23</u>
Total number of children served:  179
Total number of families served:  169

Supportive services units of 499 were provided to families in the form of Goodwill clothing vouchers and/or gas cards. In addition, Family Services directly provided and/or referred out 66 EHS families and 145 HS families to other services that promote family well-being, such as meeting immediate needs for food, clothing, or shelter, housing application assistance, and/or asset building services. Other services were provided directly to children and families through day-to-day programming.

4. **Federal Grant update: Office of Head Start**
On December 7th, 2023, the program was informed of the upcoming CLASS review that will occur between January 24th, 2023 and March 12th, 2023. The review will be completed by doing video recordings of classrooms and sent to the Head Start Enterprise System website.

5. **Information about parent involvement activities**
Parent involvement activities in the program included participation in Parent Committee meetings and Policy Council meetings. Other program activities that parents participated in included: Open House, health component screenings, picture day, National Walk/Bike to School Day, our Kiddie Krime Stoppers March, field trips, MECS Trunk or Treat, Santa visits, cookie socials, Round Dances, and Menominee Language Luncheons. Furthermore, MECS holds several events annually that parents/guardians had an opportunity to participate in and those included our Winter Feast & Storytelling event, our Head Start Powwow, Menominee Language luncheons, our Head Start promotion ceremonies, Enrollment Extravaganza, and the Daycare Safety Fair. In addition to these

activities, parents, high school students, and community members continued to volunteer their time in the classrooms and at the centers throughout the year.

Monthly classroom family activities held at each center included the following activities/topics: holiday-themed activities/parties, Grandparents Breakfast, Spirit Weeks, National Aunt and Uncle's Day, Dr. Seuss Week, National School Breakfast Week, Native Food Experiences, Week of the Young Child, National Volunteer Week, Mother's Day, and Father's Day.

Monthly father/father figure activities and mother/mother figure activities held at each center included the following activities: Pumpkin Carving, Build-a-Buck Contest, Breakfast with Dad, DIY Mother's Day Gifts, DIY Father's Day Gifts, Mother's Day Luncheon, Snowshoeing, and Father Daughter Take a Walk Together Day.

Monthly Family Night activities held at each center included the following topics: MyPlate nutrition education, fitness, Native American Heritage, Menominee Language, and literacy. Each month, we strive to incorporate other activities into Family Night that promote imaginary play and language development, literacy, color knowledge, and other educational and holiday-themed activities.

Pregnant Mothers meetings were also held monthly and included the following topics: Car Seat Safety, Substance Misuse during Pregnancy, Childbirth, Infant Massages, Infant Care & Safe Sleep Practices, Breastfeeding, Self-Care, Oral Health, WIC Services, and Well Child Checks & Immunization Requirements.

6. **The agency's efforts to prepare children for kindergarten**
   MECS has been utilizing the Head Start approved Creative Curriculum for all pre-kindergarten classrooms. All classrooms utilize our own in-house pre-kindergarten assessment to gauge where children are at academically, which is done in the beginning of the year and done again one to two months prior to the school year ending. All pre-kindergarten classrooms have also been utilizing the Heggerty Phonemic Awareness books on a daily basis during their circle times. Partnering with Local Educational Agencies on an annual basis, Menominee Tribal School and Keshena Primary School, both Elementary schools hosted Kindergarten Field Trips to further expose MECS Pre-Kindergarten children to Kindergarten environments and lessons, to which parents are invited.

7. **Other Head Start/Early Head Start program highlights include:**
   **Disabilities/Early Exceptional Needs:** In program year 2022-2023, the program served 22 Head Start children and 4 Early Head Start children with EEN Services. MECS continues to provide EEN services to children with disabilities- ages six weeks to five years old. Each child, once found to be in need of special education services through a documented Individual Family Service Plan (IFSP)/Individual Education Plan (IEP), receives their services at the center to help them succeed and grow along with their peers in the regular classroom setting to the maximum extent possible. Paperwork for the internal referral process for disability services was revised and updated in FY22. Also, an organizational chart was created to help the teachers through the disability service process. Over the years, MECS has enjoyed an outstanding working relationship with community partners to meet the needs of children with disabilities and provide a smooth transition process between programs for children with disabilities and their families. ECS collaborates with the Menominee Indian and Shawano Community School Districts through Memorandum of Understanding, as well as both the Menominee and Shawano County Birth to Three Programs through an interagency agreement between Menominee County Birth to Three, ECS, and MISD. The agreements among these community resources detail the responsibilities of each program in regard to Child Find. Child Find is the process to identify potential children with special needs along with the process to provide those services and supports to ensure that each child with a disability is able to grow and learn in their least restrictive environment along with their peers. For the past six years, the program has received Birth

to Three Tribal Community funding from the Wisconsin Department of Health Services that it uses to increase/improve activities and materials and strengthen relationships with the community through recruitment/Child Find efforts. MECS also had the opportunity to collaborate with Shawano and Menominee County Birth to Three to provide Birth to Three evaluations during Enrollment Extravaganza. Lastly, Shawano and Menominee County Birth to Three staff were available during Open House to answer any questions that families had regarding services and evaluations.

8. **Health and Safety**

   **The percentage of enrolled children that received medical and dental exams**
   - 100% of children enrolled in the program received Early and Periodic Screening, Diagnostic and Treatment (EPSDT) and/or a medical exam.
   - 100% of children enrolled in the program received preventative dental care.


   - <u>Health Screenings</u>:  Per Head Start Performance Standards, all health screenings are to be completed within the first 45 days of the child's entry into the program. All follow-up treatment must be completed by the start of the next program year by the parents and documented. All failed screening results are sent to the families via mail with instructions on getting any necessary follow-up treatment. All available health screening results were shared at the parent/teacher conferences in the fall.

   - <u>Height/Weights</u>: The Menominee Tribal Clinic provides height/weight assessments for all children at each center in the fall and spring of each program year. This year we were at 100% completion for the spring heights/weights in March 2023. The Nutritionist completed an individual assessment including the BMI, Hemoglobin/Hematocrit, and the Anthropometric screening along with the WIC dietary assessment. The height/weight is measured by age and sex against the national average.

   - <u>Visions</u>: All vision screenings are done at the centers by the Menominee Tribal Clinic Optical Department. We coordinate screenings four times per program year. 89% of all vision screenings were completed.

   - <u>Hearings</u>: All hearing screenings are done at the centers by the Community Health Nurse and Health/Nutrition/Safety Manager. We use the Welch Allyn Optoacoustic Emissions (OAE) Screener for children ages birth to three years old. The Menominee Tribal Clinic Community Health program nurses assisted with the four-year-old children by using an Audiometer.  All children that test as a "Refer" are further assessed with an Otoscope check of the ear canal for wax/fluid and we determine if a referral is needed for further medical treatment. No children were found to need to been seen by a physician in 2023.

   - <u>Dental</u>: All Head Start/Early Head Start children receive an oral screening and preventative care at the centers by the Menominee Tribal Clinic Dental Hygienist four times per program year. MECS along with the Menominee Tribal Clinic's Dental department, sends referral letters notifying parents/guardians if their child needs further treatment services.  This Spring, we expanded services to our families with additional collaborative efforts with the Menominee Tribal Clinic's Pediatric Dental services. We teamed up with phone contacts to provide parents with a September, October, November and December dates set aside for the Pediatric dentist. We continue to collaborate our efforts to assist our families with the process according to each family's Insurance, tribal enrollment and patient registration situation along with assisting family's to navigate the MTC contract health referral system.

   - <u>Physical/Immunizations</u>: All enrolled children shall have an up to date age appropriate EPSDT/WCC and immunization record on file prior to the first day of enrollment and updated every at every age appropriate intervals according to the state of Wisconsin Periodicity Schedule

American Academy of Pediatrics, "Bright Future" along with the AAP Recommended Immunization schedule. All pre-Kindergarten children have the option of receiving their required vaccinations here at the centers or by the Menominee Tribal Clinic's Community Health department

- Mental Health:  Head Start/Early Head Start uses the Ages and Stages Social Emotional (ASQ-SE-2) screening tool to assess each child's mental health, per the Head Start Performance Standard requirement. All parents/guardians complete the age-appropriate ASQ-SE-2 questionnaire for their child within the first 45 days of the child's enrollment date which is primarily done at the first home visit.  Program staff review each child's questionnaire score. All children with a score in the referral category are reviewed by the Health/Nutrition/Safety Manager and our Mental Health Consultant from the Tribal Clinic's Behavioral Health Department. All children that score above the cut-off are re-screened and monitored. At the suggestion of our Mental Health Consultant or when a parent/guardian has expressed any concerns regarding their child's development, the program holds an in-person special conference meeting with the parents/guardians to discuss recommendations on how to proceed. In FY23, 3 children were discussed with the mental health consultant and two of the children required direct services from the mental health consultant.

- Nutrition Education Staff, Families and children: MECS continues to collaborate with the MITW-Menominee Wellness Initiative group. In addition, we maintain partnerships with the UW-Extension Nutrition Education Programs which provide our children and families with Nutrition education topics.  We are currently working on implementing the "Turtle Island Tales" nutrition curriculum in FY24. This curriculum, through 12 separate wellness lessons, uses home-based materials that promote family wellness for American Indian families with young children and is based on the seven grandfather teachings and the wisdom of our many grandmother advisers. We held an introduction session with our teaching staff in January 2023 and held an updated hand on presentation at our staff Pre-service in August 2023.

9. **Trauma Responsive Practices:**   In FY23, all ECS centers continued their journey in becoming improved trauma-responsive service providers though the continued implementation of the Trauma Smart Model.  As a part of the overall training model, ECS and the Keshena Primary School maintained their partnership to provide Smart Connections training to the parents/guardians of the community throughout the 2022-2023 school year. Smart Connections is the parent training component of Trauma Smart that teaches parents the same principles and techniques that program staff receive in the Trauma Smart training modules. In FY23, 89 parents/guardians attended Smart Connections trainings. In addition, our Family Services Manager, Zoie Fossum, became certified to be a Trauma Smart Staff Training Facilitator in 2019 and continued the new hire trainings for FY23. A total of 43 HS/EHS employees received the booster training and 24 employees received at least one additional training.

10. **Transportation:**  All program transportation needs continue to be coordinated with the Menominee Department of Transit Services. They provide transportation for our field trips, transporting children to and from school, and provide buses and staff when we do our bus evacuations. The Department of Transit Services provided transportation for 155 children who utilized bus routes for either the morning, afternoon, or both.

11. **Local Education Agency (LEA's) Partnerships**: MECS staff have been in contact with Local Education Agencies (LEA's) on the Menominee Reservation to receive pre-kindergarten educational ideas and resources to utilize in pre-kindergarten classrooms. Staff trainings have been held throughout the school year in partnership with the Keshena Primary School for an understanding of the lasting effects of COVID on children's development. MECS also has a partnership with LEA's for Early Exceptional Needs such as Menominee and Shawano County departments for Birth to Three Services and IEP/IFSP needs, where staff do come to the center and provide services to children and

staff. MECS also meets with LEA's to plan annual "Kindergarten Visits" to local schools to introduce children to their potential new upcoming school environments.

12. **College of Menominee Nation Teacher Education Department**: Currently, 3 teachers are enrolled in the CMN Bachelor's degree program. 6 teachers are enrolled part-time working to complete their Associates degree in Early Childhood Education at CMN.  19 teachers are enrolled in CMN to complete to obtain their CDA credential.

13. **Menominee Language Immersion Classrooms:** MECS continued to provide Menominee language immersion services during the 2022-2023 program year with the help of eight Menominee Language Immersion teachers. We had one infant classroom with children ages 6 weeks to two years old, one toddler classroom with children ages 2-3 years old, and one classroom with children ages 3-4 years old. In 2022-2023, we serviced 9 children in the infant classroom, 10 children in the toddler classroom, and 17 children in the 3-4-year-old classroom. These classrooms continued to garner a significant amount of interest with numerous Tribes and state/federal officials working with the Menominee Language and Culture Commission to visit the rooms and hear the story of how these rooms came to be. Classrooms utilized a slightly modified Creative Curriculum throughout the year, with a heavier emphasis on Menominee Language and culture. Throughout the year, all Menominee Language classrooms maintained a partnership with the Menominee Language Culture Commission to receive language trainings and cultural exposure in the form of meetings, trainings, and field trips, which included the children.

14. **Menominee Language:**  The Menominee Language and Culture Teacher continued with weekly visits to all ECS classrooms to provide direct language education to the children along with monthly teacher training sessions in FY23.  Also, in FY23, ECS was awarded the Wisconsin Department of Public Instruction Language Revitalization grant for $16,500 to support program language efforts. Funding was used to hold cultural events such as:
- Pow-wows and round dances for children, along with gifts provided
- Menominee Language Luncheon for all MECS Staff and community members
- Menominee Language Conference for parents and community members
- A cultural story telling event
- A maple sugar boiling showcase field trip for children
- Indigenous books purchased for the centers and children
- Curriculum training for all Menominee Immersion staff.


**Items for FY24**

**Focus Area Monitoring:** During the next fiscal year, the Office of Head Start will continue with its five-year monitoring schedule. Monitoring protocols will be held virtually for Focus Area 1 which evaluates our program design, management and governance structure. Focus Area 2 will be conducted using a hybrid model which combines on-site and virtual monitoring. FA2 reviews allow our program to demonstrate our effectiveness in implementing a high-quality program to promote positive outcomes and school readiness for children and families. For FY24, an updated process will be used to conduct CLASS reviews. Grant recipients that are scheduled for a CLASS review will have the option to self-record and submit their own videos for their monitoring review.

# Education

Shannon Chapman, Director

***The mission of the Tribal Education Department is to cooperatively provide assistance and support to Menominee and community residents who are in need of preparation to advance in the workforce or pursue higher educational opportunities.***

With this mission statement, the Menominee Tribal Education department is one of many community resources that work together to support the overall vision statement of the Menominee Tribe:  *We envision the Omaeqnomenewak (People of the Wild Rice) as a strong, healthy, and proud nation living in accordance with its culture and beliefs, and possessing the resources necessary to be successful in achieving our goals.* The Education department supports this vision statement through allocation of resources and providing ongoing support to Menominee tribal members so that they may achieve their educational and professional development goals.

Tribal Education Department staff are:

| | |
|---|---|
| Shannon Chapman | Director |
| Julie Schultz | Adult Education Coordinator/Instructor |
| Carey Wayka | Student Success Coordinator |

### Higher Education and Job Training Programs

- ❖ Adult Vocational Training:  Students seeking a technical certificate/degree
- ❖ Higher Education:  Students seeking a bachelor's degree
- ❖ Adult Education:  Work-related development and training

There are also resources through tribal supplemental funds which assist individuals who are pursuing masters and doctoral degrees.  There are also numerous scholarships, resources, and educational opportunities available to support tribal members in their educational endeavors.  The Tribal Education staff work closely with college and university financial aid departments, local high schools, and community programs, serving as advocates for students who are pursuing their educational goals.  The Tribal Education office provides support to students through email, telephone, social media, and both in person and virtual meetings.

Menominee students who successfully complete their education programs have benefitted the Tribe, their families, and their communities through employment.  They have done this by working in and administering programs that address health, education, and social issues.

2022-2023 Menominee graduates:  45 students received their respective degrees

- ❖ 5 Masters Degrees
- ❖ 20 Bachelor Degrees
- ❖ 13 Associates Degrees
- ❖ 7 Technical Diplomas

The varying fields of study include:  CNC Machinist; Welding; Carpentry; Outdoor Power Equipment Technician; Emergency Medical Technician; Heating, Ventilation, Air Conditioning, & Refrigeration Technology; Autism Spectrum Disorder; Business Administration; Early Childhood Education; Liberal Studies; Natural Resources; Business Analyst; Criminal Justice; Human Resources; Liberal Arts; Cyber Security; Early Childhood & Middle Childhood Education; Elementary & Middle School Education; Public Administration; Communication; Psychology; Chemical Engineering; Environmental Studies; Political Science; American Indian Studies; Social Work; Human Resource Management; Middle Eastern, South Asian, and African Studies; Nursing; Marketing; Educational Leadership; Sports Medicine; and Counseling.

Graduate information is provided to the Menominee Tribal Human Resource department annually in order to inform their outreach and recruitment to fill positions within the tribal organization.

<u>Successful graduates from 1976 to 2022</u>: To date, Menominee students have received **1,372** degrees!

The following indicate the total numbers of completions on record in the Education Department.  These are confirmed completions; many more may have completed but have not notified our office.

- ❖ 137 Advanced Degrees (10 Doctorate, 7 Juris Doctorate, 120 Master's Degrees)
- ❖ 723 Bachelor/Associate Degrees
- ❖ 512 Technical Degrees/Certificates

### Adult Education & GED

Under the direction of the Adult Education Coordinator/Instructor, learners in the program benefit in the following ways:

GED/HSED classes
- Students who did not finish high school work toward the alternative to their high school diploma, studying the same subjects taught in high schools.
- After attending a student orientation and taking a skills assessment, GED/HSED students work independently on their goals, at a pace that is comfortable for them, with support from the instructor.
- Vouchers and supportive resources are provided through our partners in adult education, so students are able to take the practice tests and official tests free-of-charge.

Adult Basic Education (ABE)
- Students work toward increasing their basic academic skills, improving their life skills, and ensuring they are ready to join the workforce.
- Students who already have a diploma/GED, but still want to improve their basic skills and/or workplace skills can take adult education courses in computer basics, reading, writing, and math.

Personalized Learning
- This year, the HSED pathway was expanded, and now includes a wider set of ways to achieve the credential.  HSED candidates can now count prior credit from high school, passing scores from practice/official GED tests, and HSED coursework as contributing toward their HSED credential.
- Flexible structures and methods with Northcentral Technical College help keep students engaged, since content is tailored to each student's unique needs.  Strategies include: online, blended learning, or other hybrid environments, tutoring devices, software applications, and educational websites.
- Students have the option of working on a GED/HSED and a technical certificate simultaneously, by working with an Academic Transition Specialist to enroll in the dual-certification option.

Open Entry/Open Exit
- Students are enrolled on a rolling basis throughout the program year.  They work through the course material at their own pace, and exit of their own accord, when they gain employment, or complete/suspend their goals.
- A flexible approach allows students to move through a program at their own pace, obtain needed skills, and move on to their next goal (job/technical program/college/university/etc.).

| Adult Education Participant(s) receiving instruction | |
|---|---|
| **General Education Diploma (GED)** | |
| 1.  Number enrolled in GED preparation | 46 |
| 2.  Number who received GED certification | 3 |
| 3.  Number enrolled that did not complete program | 43 |
| 4.  Number who entered college as a result of GED program | 2 |
| 5.  Number who gained employment as a result of the GED program | 1 |
| **Adult Basic Education (ABE)** | |
| 1.  Number of courses offered | 9 |
| 2.  Number enrolled in ABE coursework | 34 |
| 3.  Number enrolled who completed ABE coursework | 1 |
| 4.  Number enrolled who did NOT complete ABE coursework | 33 |
| 5.  Number enrolled who will continue on for a GED certificate, training or employment | 1 |
| **Services Provided to Participants** | |
| 1.  Number of adults who received employment counseling | 1 |
| 2.  Number referred to other service organizations (such as Employment Assistance, Social Services, etc.) | 4 |
| 3.  Number who received Education counseling | 80 |

Community Engagement

**Campus visits:**  A group of 20 Menominee students in grades 9 through 12 traveled to Albuquerque and Santa Fe, New Mexico in October 2022. The students were a part of two College of Menominee Nation summer programs: The Sustainability Leadership Cohort and the Wild Crafting group. The College of Menominee Nation provided the airfare, Tribal Education provided the hotel and meals, and the rest of the travel monies were raised by the families.  The main purpose in traveling to the southwest was to attend the FALCON conference. FALCON stands for First Americans Land-Grant Consortium. This annual conference provides an opportunity for Tribal College and University (TCU) students to share their research. Our students had a chance to hear CMN students present their research and findings, as well as hear a keynote address from Carrie Billy, the President of the American Indian Higher Education Consortium, where she shared the history and impact of TCUs. While in New Mexico, the students were also provided an opportunity to visit two Tribal Colleges: The Southwestern Indian Polytechnic Institute (SIPI) and the Institute of American Indian Arts (IAIA). These visits allowed them to learn about a variety of STEM-related majors and arts-related majors. They also had a chance to learn about the Construction Management Bachelor's Degree program at Arizona State University.  The students' experience included extracurricular activities such as visiting Old Town Albuquerque and the Santa Fe Plaza, hiking through the Bandelier National Monument, and taking the Sandia Peak Tramway to the top of the Sandia Mountains where they got a panoramic view of the Albuquerque area. They also visited Meow Wolf Santa Fe for an immersive art experience and went on a fun ghost tour of Old Town Albuquerque. They experienced the foods of the southwest, eating at the Indian Pueblo Kitchen, Laguna Burger, the Downtown Grower's Market, and a variety of other restaurants serving southwestern-style menus. For many students, this was a trip of firsts: first time flying on an airplane, first time visiting New Mexico, first time visiting a college campus, and first time trying some new foods like the blue corn chicken enchiladas. Overall, the trip was a great success, and the students were very grateful for the opportunity.

**College Readiness Workshops**:  With resources provided by a grant from the American Indian College Fund Higher Pathways program, Tribal Education and the Community Engagement Higher

Education Workgroup collaborated to host the annual College Night event and a Scholarship Writing Workshop during the winter of 2022-2023.  These events were very well attended, and helped our students to understand the college admissions process, types of colleges and degrees, finding the right college, campus life, campus resources, financial aid, and how to write a successful scholarship application.

**Careers in the Trades Event**:  In the spring, the team also hosted a Trades and Public Safety Career Exploration Event at the Menominee Indian High School.  This event was well attended by both vendors and students, alike. The goal was to allow the experts in the Trades and Public Safety fields to provide hands on experiences for the students to learn about different careers.  We had 93+ students and members of the public attend the event.  We had 7 expert trades panelist/speakers from Menominee and Oneida Nations to share their experience and answer direct questions from the audience. 25 vendors/tables which included higher education institutes, union representatives, and local resources. On display were logging trucks, a forwarder, a processer, a utility truck, an EMS ambulance, Conservation vehicles, Tribal and County Police vehicles, the K-9 unit and drone demonstrations, plus trades simulators where students could virtually operate heavy equipment machinery, electric equipment, etc.  We plan to make this an annual event, as well.

**Celebrating our Menominee Graduates**:  To recognize the accomplishments of our Menominee graduates, the department hosted the first annual celebration event in the summer of 2020.  While the first event was planned because graduation events were being cancelled due to the Covid pandemic, this (socially distanced) event was very well received by the community and is now an annual event. The 2023 event was held at the Family & Community Engagement Center in Keshena, and the theme was "50 Years Menominee Strong."  This year those who have earned their GED and HSED credentials through the Tribal Education Department were also included in the celebration event.

Tribal Education has a small staff and we have been very fortunate to partner with an energetic group of volunteers to form the Community Education Higher Education Workgroup.  This year's group included Crystal Lepscier from UW-Green Bay, Patricia Post from the College of Menominee Nation, Jamie Loudbear Wayka from Menominee Indian High School, Michelle Frechette from the Department of Advocacy Support Services, and Camay Lyons & Ra'el Wilber from Youth Services.  This team works together to plan and carry out all of the above mentioned events.

### American Rescue Plan Act Funding

The American Rescue Plan Act (ARPA) provided additional funding to the Menominee Tribal Education Department.  The funds were used to create a Student Relief Fund which assists Menominee tribal members who are pursuing their post-secondary educational goals.

The Student Relief Fund:
1. Provides assistance to students who are seeking to re-enroll in school but need help paying their old college bills.
2. Provide general welfare assistance to college students who successfully complete each fall and spring semester that they are enrolled at least half-time or more, from spring 2022 through fall 2024.

Applications can be obtained at the Menominee Tribal Education office, located in the College of Menominee Nation Cultural Learning Center or by calling 715-799-5118.  Student Relief Funding is available from spring 2022 through fall 2024.

# Election Commission

Sarah Miller (Lyons), Chairperson

Election Commission

The Election Commission was established by Article VI, section 5, sub-section (A) of the Menominee Tribal Constitution.  The commission is composed of three members of the Menominee Indian Tribe who are appointed by the Chief Justice of Menominee Tribal Court.  Each commissioner must be an eligible voter in the Menominee Indian Tribe.

The current commission members are:

Sarah Miller (Lyons) – sslyons@mitw.org, Election Commission Chairperson

Michele Wilber – miwilber@mitw.org, Commission Member

Brianne L. Tepiew – btepiew@mitw.org, Commission Member

Elections Office

The Elections Office is located in room 136 of the Wilmer J. Peters Sr. Judicial Center.  The office operates only during the annual election season, which is August to February of each year.  The Administrative Assistant manages the Elections office during the election season and regular hours of operation are 8:00 A.M to 4:30 P.M., Monday through Friday, except tribal holidays.  The Administrative Assistant can be reached at 715-799-3446, any questions for the commissioners can be sent to their elections e-mail address as noted above.

The Election Commission meets every first Monday of the month in the Wilmer J. Peters Sr. Judicial Center.  Meeting notices and agendas are posted on the MITW website through the Chairpersons Office.

The Commission members have assigned lap tops to be used for election duties and to appear on-line for any meetings if they cannot appear in person.

The Election Commission completed reviews of all submitted documents, signatures and results of background reports for the Tribal Members who submitted election packets by the prescribed deadline.  Based upon Menominee Tribal Elections Code, the Commission determined there was not enough candidates to hold a primary for November 2023 and certified the following:

**The "On Reservation" candidates on the ballot**
Joey Awonohopay Sr.
Randal Chevalier
Joan Delabreau
Rachel Fernandez


**"Off Reservation" candidates on the ballot**
Michael Fish Jr.


**Candidates Not Certified and will not appear on the ballot**
Michelle Pocan-Gonzalez – did not submit required amount of signatures

**Equipment**

In May of 2023 the Election Commission upgraded the voting machines for the new election season. The old voting machines would no longer be supported by the company that provided the maintenance. The old voting machines were obsolete and needed to be replaced.

# Emergency Management
## Benjamin Warrington, Emergency Management Coordinator

Mission - The mission of MITW Emergency Management is to Prepare, Respond, Recover and Mitigate potential effects of disasters or emergencies affecting the Menominee Indian Tribe and residents of the Menominee Reservation.

The Menominee Tribal Emergency Management Department ensures that resources and protocols are in place to prepare for and manage emergency events affecting the Tribe and residents of the Menominee Reservation. This is achieved by following the National Emergency Management Model of Prepare, Respond, Recover and Mitigate. In the event of an emergency or disaster, Menominee Emergency Management works cooperatively with many Tribal Departments in responding to the needs of the communities affected.  The most common emergencies that may occur in our area include Power Outages, Wildland Fires, and Severe Weather such as High winds, Tornadoes and Winter Storms as well as flooding in low lying areas.

Menominee Tribal Emergency Management is available 24 hours a day/7 days a week. The department is comprised of the Emergency Management Coordinator. A new position of Safety Specialist was added in FY2023. Brenda Beyer, a long time tribal employee was selected to fill the Safety Specialist Position in June 2023. Brenda will work closely with the Tribes Insurance Department on worker's compensation claims, workplace safety issues and safety training for all tribal employees.

Emergency Management attended a Logger Rescue Chainsaw Training offered by Menominee Tribal Enterprises. This is very good training that is offered to area logging contractors and emergency services. Dana Hinkley from Belin, New Hampshire is the contractor that provides this training. Emergency Management will provide support to MTE, Law Enforcement and EMS during any type of logger rescues in the Menominee forest.

COVID-19 continued to affect many people in our community during FY23. Emergency Management provided testing supplies, masks, hand sanitizer and sanitizing wipes to Tribal Departments and community members as needed. The Menominee Tribal Clinic provided COVID-19 testing throughout the year as well as administering vaccinations for COVID-19. Menominee Tribe will continue to follow the guidelines of the Center for Disease Control and the Department of Health Services. The COVID-19 Emergency Declaration was officially terminated by the Menominee Tribal Legislature on September 1, 2022.

Emergency Management assisted with the annual Veterans and Menominee Nation Contest POW Wows, Lumberjack Breakfast, Culture Camp, and other local events during 2022. During Culture Camp this year, severe weather came through the area which forced all the campers to be relocated from Wayka Falls to the Logging Camp for 1 night. This relocation is part of the Emergency Preparedness actions in place to keep our youth and counselors safe in the event of severe weather.

Tribal Administration and Emergency Management worked diligently in applying for FEMA grant funding to construct a Tornado Safe Room at the Trailer Court on Highway VV and emergency backup generators for six (6) Tribal Facilities. We were notified of grant award and the projects are moving forward. Due to national material shortages, there is about a one-year delay in receiving the generators. All other work will be completed so when generators arrive they can be installed with minimal interruption at each facility.

We recently were awarded a grant to install a backup generator at the Standing Pines Convenience store. This store is listed as a "critical facility" due to operating as a gas station, convenience store and is used by the community during power outages. During power outages, the community needs to have the ability to get basic needs such as fuel and minor grocery items. Menominee Tribal Transit Department uses this facility to purchase diesel fuel for vehicles to continue to provide transportation to community members.

Emergency Management was awarded grant funding through the Department of Justice Community Oriented Policing Services to purchase an off road utility vehicle. This vehicle will enable Emergency Management to assist Law Enforcement, Conservation, EMS and Fire departments with on scene operations.

The Menominee Tribal Legislature enacted a State of Emergency on April 21, 2023 in response to the continued Opioid crisis affecting the Menominee Community. Local partners identified and working as a team are: Menominee School District, Menominee County Sheriff, Menominee County Human Services, Menominee County Emergency Management, College of Menominee Nation, Menominee Tribal Housing, Menominee Tribal Police, Menominee Tribal Clinic, Menominee Tribal School, Maehnowesekiyah and Menominee Tribal Emergency Management. The team meets monthly to review the opioid situation and find ways to continue providing resources to those affected by opioid overdoses.

Menominee Tribal IT Department and Emergency Management continued additional security upgrades to Tribal Facilities. Door access devices, intruder alarms, fire alarms and video surveillance upgrades have been completed throughout the year. Tribal IT Department and Emergency Management were notified of funding available to upgrade the Tribes Cybersecurity infrastructure. Tribal IT Department has been reviewing the critical needs to protect our computer systems from potential cyberattacks.

# Environmental Services

Jeremy Pyatskowit, Director

Managing the natural resources continues to be the top priority for the Environmental Services Department (ESD).  Monitoring efforts range from water quality testing throughout the reservation to white-tail deer population surveys.    The ESD continues to be a resource to other tribal departments and outside agencies whenever information relating to the Tribe's resources is needed.

**Invasive Species Control, Prevention and Outreach**
The Environmental Services Department technicians treated 168.58 acres of terrestrial invasive species throughout the year of 2023. The invasive species treated included Eurasian Honeysuckle (10.5 acres), Garlic Mustard (45.41 acres), Spotted Knapweed (78.7 acres), Buckthorn (10.46 acres), Japanese Knotweed (.18 acres), Japanese Barberry (3.85 acres), Wild Parsnip (19.18 acres), and Phragmites (.28 acres). Previous year treatments along with successful fall treatments have positive impact with less dense areas to fully exterminating invasives from previous spots. The technicians assisted Menominee County Land Conservation/Forest/Zoning staff with the release of beetles for biocontrol on purple loosestrife along the lower Wolf River. These locations on the river were located near the lower part of Menominee County and just off the reservation. ESD technicians surveyed and mapped other parts of the Wolf River, smaller streams, and Little Sand Lake for purple loosestrife. ESD staff assisted Menominee County Land Conservation/Forest/Zoning staff with phragmites treatments on County VV West and Rainbow Road. The invasive species technicians assisted WTCAC intern with collecting Emerald Ash

Borer (EAB) samples by hanging purple prism traps in fifteen different locations. A total of five green multi-funnel traps were hung for Oak Ambrosia Beetle (OAB). Multiple samples of possible EAB were collected throughout the summer of 2023 and sent in for verification. Aquatic samples were taken from the eastern side of Keshena Lake to identify Eurasian Watermilfoil. The ESD staff encourages tribal members through Facebook outreach to be aware of invasive species and to limit their spread. The invasive species technicians participated in the fall community outreach event at the College of Menominee Nation with a both showing how to identify different invasive species and how to prevent the spread of invasive species.

**Water Resources**
The ESD continues to monitor water quality on the reservation waters as part of their annual workload. Annual sampling in the summer and winter in both lake and stream water bodies was completed this year. No adverse events occurred that required any extra sampling efforts this last year. The continual sampling done has not shown any issues with water quality on the reservation.  The ESD will continue to monitor reservation waters to ensure tribal members can use the resources available.

**Fish and Wildlife**
The ESD conducted fyke net surveys on Big Sand, Keshena, Fredenberg, Pine 9 and Labelle Lake. We conducted both day and night time electrofishing surveys on Big Sand, Little Sand, Burney, Upper Bass, Crowell, Moshawquit, Elma, Legend and the Wolf River to gather fishery information including size structure, species abundance and age/growth information. A high number of quality size black crappie were sampled in Big Sand, Little Sand and Keshena Lake. Different year classes of previously stocked walleye were sampled in Burney, Elma and Moshawquit Lake. More detailed reports will get generated on theses bodies of water once all data has been analyzed including fish age data on gamefish and panfish.

ESD conducted stream health surveys, looking at population estimates of brook and brown trout, stream health and presence/absence of trout and other fish species. Streams surveyed include Chickney, Oshkosh, Miller, Rabe, Kinepoway, Camp 2, Elma, West Branch and Little West Branch of Wolf, Little West Branch Creek, Elton, Creek and the Red, Evergreen and Oconto River.

ESD raised walleye in four 1 acre rearing ponds throughout the summer and harvested them from the ponds and stocked them into 6 Menominee county lakes in September. Lakes that received walleye with the numbers stocked were: Legend Lake-7,500, Moshawquit-3,000, Crowell-700, Burney-600 and Elma-600. The average size of the walleye stocked was 6.5 inches. Staff continue to make adjustments and improvements to the rearing ponds and harvest protocol.

This was the second year of our Lake Sturgeon telemetry project focusing on adult and juvenile lake sturgeon in the Red River and Wolf River. We worked with WDNR and tagged 25 adult sturgeon and stocked them in the Red River in spring and 25 juveniles (Age-0) into the Wolf River in the fall. Objectives include how far upstream adults go during spawning and which habitat they prefer and how long the juveniles remain above the balsam row dam and habitat preference. We manually and passively tracked the sturgeon using a hydrophone and acoustic receivers. We've tracked several juvenile sturgeon upstream of the Balsam Row dam several weeks after stocked at Chickney Creek.

The ESD conducted habitat improvement projects including adding woody debris to the near-shore areas of lakes by dropping trees in the winter in Legend, Moshawquit and Elma Lake. We also made trout stream habitat improvements in Elton and Chickney Creek. These projects will improve fish health in the lakes and provide a better stream fishing opportunity for tribal members.

Fishery outreach events included Legend Lake Fair, stream surveys with APHIS and CMN students and several Facebook posts describing different projects done in 2023.

The ESD continues to monitor the wildlife present on the reservation.  Wildlife Survey Reports are intended to provide current wildlife survey information, harvest data, which will be used to make educated management decisions.  Thus, the reports provide current data with interpretation to understand the results.  Through completing all these surveys, the ESD obtains a large amount of information on each

species and provide harvest data, survey data, and review to the Menominee Conservation Commission. The ESD provided management recommendations to the Conservation Commission for the hunting and fishing regulations.  Fish and wildlife reports are available on the member's only portal on the tribal website.

**Chronic Wasting Disease**
In 2017, Chronic Wasting Disease (CWD) was found in White-tailed Deer on a game farm which borders the Menominee Reservation.  Southeast Menominee Reservation falls within the 10 Mile Radius of Apple Creek Whitetails and should be tested for CWD.   The White-tailed deer sampled will determine whether CWD may have spread from captive deer to wild deer in Menominee.  Wild deer in this area are not known to have CWD.  15 deer were sampled during the MITW hunting season in FY23. All 15 deer tested were negative for CWD.  The ESD encourages tribal members to get their deer tested for CWD.

**2023 Gray Wolf Research**
In winter 2023, the Environmental Services Department applied for funding from the Bureau of Indian Affairs Endangered Species Funding Program. The ESD has captured and is monitoring 4 GPS Radio-collared wolves, to continue research on the eastern Timber Wolf, to determine use of critical habitat, examine existing forage base on the Menominee Forest, determine home ranges, locate den sites, and conduct population assessment of gray wolves present on the Menominee Reservation, Wisconsin.

**2023 Wild Rice Management Project**
In winter 2023, the Environmental Services Department and the Menominee Agriculture Department combined support services to try and manage the wild rice resources from the tribe. Activities included raising water depth, stocking wild rice seed in Southeast Pine Lake and gathering wild rice seed from surrounding tribes.  This will be a four-year project.

# Facilities

James Corn, Director

The focus of the Menominee Tribal Facilities Department during the 2023 Fiscal Year has been to improve and up keep the conditions of Tribal Facilities throughout the Menominee Indian Reservation. These facilities house multiple departments that serve the Menominee People. The Facilities Department staff provide clean, comfortable, safe and functional spaces for the tribal employees and the community members being served. The Facilities Department performs routine maintenance of all the building mechanicals, grounds keeping, and daily housekeeping services. The Facilities staff is available upon request to tribal departments for equipment and minor office space repair, moving of office furniture and adjusting the workspace to fit departmental needs.

We processed approximately 1000 work orders in 35 tribal facilities. Work orders such as office moves, maintaining doors and windows, HVAC equipment maintenance, lawn care, tree removal, snow & ice removal, flooring replacement and general maintenance at all Tribal facilities. A few notable projects this year were as follows:

Ended the CleanPower contract for cleaning services for Family and Community Engagement Center. This facility provides areas for the Menominee Tribe to host events, fitness area, walking track, large gymnasium and Youth Development Office space. We have two fulltime housekeepers that clean five days a week as well as needed on the weekends to keep up with daily and event cleaning that is needed with a building of this size.

Facilities was able to put together a bid propane bid package for Tribal buildings. FY2023 propane bid was awarded to Ferrellgas for $2.17/gallon. Ritchie propane was awarded the propane bid for FY2024 for $1.28/gallon. Enrolled members and descendants living on the Menominee Reservation are also able to get this price.

Utilized rebate program from Focus on Energy to update lighting at Tribal Offices and the FIC building. A water heater was replaced at South Branch Community Center at no cost to Facilities; we were able to utilize Oconto Electric credits. Replaced front door at the Lending & Tax building. Worked on cost saving measures such as programming multiple buildings to "go to sleep" when they aren't being occupied.

# Family Services

Carol Corn, Director

Menominee Tribal Family Services is located at the lower level of Maehnowesekiyah Wellness Center at N2150 White Cedar.  MTFS consists of a Director, Assistant Director, Child Welfare Assistant, Family Preservation worker, Lead Social Worker, two (2) ICWA Social Workers, and two (2) Child Protection Social Workers. These positions are all paid though BIA funding and supplemented with Tribal funds. Positions paid with other funding: Access worker (tribal funds), two (2) Investigators (tribal funds), Social worker through a CTAS grant, two (2) wraparound workers through a Federal Victim Set-aside grant, two (2) Crisis Response workers through a Federal Opioid grant, a Coordinated Services Team worker (state grant), a Kinship Care/Independent Living worker (state grants), A Youth Mentor Manager and two (2) Youth Mentors (tribal funds) and a Youth Prevention worker paid through a CTAS PA9 grant.

The philosophy of MTFS is to provide services and to prevent the breakup of families.  Both child protection services and youth justice services offer early intervention and support.  Court intervention sought only when necessary.  MTFS is building prevention services and collaborations within the community.

ICWA: Two (2) Indian Child Welfare workers provided case management to an average of 80 children per month under circuit court orders and provided services to an additional ten (10) children through voluntary services.  There were twenty (20) reunifications with a parents, two (2) adoptions, six (6) guardianships and one youth aged out.  The Lead Social worker/access worker responded to a combined one hundred thirty-six (136) inquiries and monitored twenty-seven (27) protective plans off reservation. There were one hundred ninety-two (192) CPS reports received off-Reservation.

Child Protection: There were 199 referrals that were screened in for either investigation or offer of services.  Two investigators completed one hundred-twenty-five (125) investigations and entered into forty-seven (47) protective plans.  Two child protection workers average twelve (12) families under court orders.  We are adding an additional worker for ongoing services. Eleven (11) children were reunified with parents after successful completion of court conditions.  Nine (9) children moved to permanence through guardianship to relatives and one (1) youth aged out.  That youth was accepted into Mount Mary College for secondary education.

Juvenile Justice: Three juvenile justice workers processed two hundred twenty-four (224) referrals in FY23.  This number is up 61% from last year.  As a result of the steep increase, we were able to add another juvenile justice worker.  There were numerous referrals involving AODA and mental health.  We continued a contract with Corrisoft for electronic monitoring.  This service assists us reducing the time individuals are placed in secure detention.  We had two youth successfully complete Rawhide and receive their High School Diploma's.  We have one youth currently enrolled in the Wisconsin Challenge Academy.   We actively working with Independent Living worker for those youth placed out of home.  We are working with Job Corps and the Wisconsin Challenge Academy to help youth with high school diplomas and job training.

The Family Preservation worker position provides in person supports to youth experiencing trauma.  The Family Preservation worker has been accredited in Triple P Parenting and trained in Positive Indian

Parenting. MTFS will be collaborating with local agencies to sponsor bi-monthly parenting classes in the community.  Individual referrals are accepted as well.

Coordinated Services Team Grant: Five (5) families participated in CST in FY23 receiving services and supports.  In addition, the CST worker provided Positive Indian Parenting classes.  Parenting was provided in a combination of virtual and in-person sessions.  Parenting has transitioned to the Family Preservation worker as of June of 2023.

Yacehtawak Program: Two crisis response positions support clients in need of Alcohol or other Drug Abuse services. One full time and one emergency after hour's worker.   The workers reach out to Maehnowesekiyah, Menominee Tribal Clinic and Menominee County Health and Human Services to provide timely assessments and coordinate treatment services. The workers assist with transportation to the assessment and to treatment if needed. They have provided clients with emergency clothes/hygiene and other needs to assist them in moving forward with treatment services. One hundred and eight (108) individuals received assistance with AODA services in FY23, nearly double from last fiscal year.

Netāēnawemākanak Services: Two wraparound positions coordinate supports for families. The goal to ensure families re-assume primary responsibility, with guidance from the Department, concerning children's safety and well-being to eliminate the need for Court intervention. The services place the child or youth and family at the center of services and support. The family's needs drive all of the work with support from a team of professionals and natural supports.  Sixty-five (65) children received support during FY23.

Kinship Care:  Kinship Care averaged 108 children/month for FY23.  This was a significant increase from last year.  90% of the cases are court ordered placements.  Kinship Care is a state grant for individuals who provide primary care to a relative child.  If eligible, the individual can receive a monthly financial stipend to assist with the needs of the child.

Independent Living:  This grant is for youth who are in out of home care and 14 or older. We are able to work with and support youth who stay actively engaged in our programming until they are 21.  MTFS serves Menominee children off and on the Reservation.  We average have twelve (12) to fourteen (14) youth enrolled.  Independent Living Services provides support in education, employment, housing, health & well-being and community connections.  We also include culture. The worker collaborates with other IL programs including the Regional IL worker. Significant accomplishments this year are two youth receiving high school diplomas, three youth enrolled/attending college. One youth enrolled in technical college courses.  We contract with Wade Fernandez to teach flute classes via zoom to our youth support group.  This has been extremely well received, as we can reach out to our older youth off reservation to participate as well.

Menominee Family Services (MTFS) has assisted families with short-term immediate needs through a prevention grant in FY23.  We have assisted with diapers and wipes 266 times.  We have assisted 30 families with car seats for safe transportation of their children. We have provided 8 pack and plays for safe sleeping of infants.  Other uses for the flex funds were to assist families with gas cards (14) to get their children to specialized medical appointments.  We have assisted with emergency groceries to 55 families, especially for formula, as WIC is a supplement.  The families are not always able to access emergency food provisions or they apply and have to wait on their application to be processed.  We assisted four families for a night or two hotel stay during the winter months when a furnace went out and could not be addressed until the next business day.  Three families needed emergency assistance for a utility bill so that they could get onto a budget plan.  We have assisted two families with safety devices to help with young children in the home.  These flex funds have been instrumental for staff to be able to support the families that are on the verge of frustration to not being able to meet basic needs of their children timely.  We have an average of ten families a month that access the community clothes closet for their children.  When they come to the clothes closet and we are able to let them know that we have other resources to address safety needs.

MTFS is approved to license foster homes.  The Tribal Legislature approved a Foster Care Coordinator who was hired in November 2022.  She was trained in the SAFE home study.  We have three (3) foster homes licensed this year.  MTFS applied for and have approved for a state grant to use for incentives and assistance to license foster homes.  This includes a financial stipend as well as assistance in purchasing extra beds, smoke detectors and other items needed to provide a safe home for children to remain in the community.  Please look to community announcements for these opportunities.

# Food Distribution

Vacant, Program Manager

Program goal is to distribute commodity food items to all **eligible** families/persons living on or near the Reservation/County who desire them. We provide nutrition information on program food items and recipes to clientele. We also provide Pantry (TEFAP) foods to Menominee County/Reservation residents whom desire extra foods for their household.

Our program distributes USDA, TEFAP Pantry, Badger Boxes, Tribal Elder Food Boxes and Feeding America produce food items. USDA purchases all food items for Food Distribution; we are currently involved in a 638 Pilot Project with USDA. They provided us with the funding to purchase our own Ground Beef, Ground Bison, Beef Roasts, Apples, White Fish, Walleye and Wild Rice from the vendors we choose. We are currently working with Oneida Farm, Red Lake Fish Co, and Spirit Lake vendors. TEFAP purchases all the foods for the TEFAP portion of the Pantry. We apply for an annual grant from Menominee County to help purchase foods for the pantry as well. Wisconsin Department of Public Instruction administers the TEFAP Program.  We are very thankful to Menominee County because we are able to add more food items to the pantry with the funding. We also pick up food through Feeding America from Antigo and Shawano Wal-Mart stores. We must weigh and tally the pounds and report them to Feeding America and in the TEFAP report, then we are able to distribute to our food pantry participants. SAFPARC of Shawano, Keshena Save a Lot and Stockbridge Munsee Food Distribution donate food items when they have excess products.

This is some of the 638 foods we receive under the 638 pilot project:



Our Food Distribution Program Nutrition Education Grant (FDPNE) is going well. The one-part time Nutrition Educator conducts video cooking classes, the classes can be found on MITW-Multimedia you tube. The Nutrition Ed recipes that are done on the videos are packaged up and delivered for our no contact taste-testing portion of the grant. The Nutrition Educators, Francisco Alegria and Leah Husby, call the clients to set up appointments to home deliver a taste-testing sample to leave on their porch and have them call to complete the surveys. There was a lot of positive feedback. The Nutrition Educators are working with our home-delivery clients, letting them know of all of the services offered at FDP and let them know that we are here to serve them. They include the telephone numbers and email addresses for the FDP personnel and ask them to feel free to contact us if there is anything that we can do to assist them.

We have been able to collaborate with many departments and community functions now that we are open more to the public. We will continue to support all community needs and work diligently to bringing resources to our community.



# Gaming Commission

**Lynnette Miller, Executive Director**

**Mission Statement:**  The Menominee Tribal Gaming Commission (Commission) shall act to promote and ensure integrity, security, honesty and fairness of the gaming operation.

**Commissioners:**  The following are the current Gaming Commissioners and their terms:

|  |  | Term Expires: |  |
|---|---|---|---|
| Brooke Demarce | Chairperson | August | 2025 |
| Kathy Pamonicutt, | Vice Chairperson | August | 2024 |
| Orrin D. Waupoose | Secretary | August | 2024 |
| Kenneth Johnson | Commissioner | August | 2025 |
| Mitchell Oshkeshequam | Commissioner | July | 2026 |

**Commission Staff:**

| Lynnette Miller | Executive Director | December | 1993 – present |
|---|---|---|---|
| Lisa Gast | Internal Auditor | July | 1996 – present |
| Patricia Hesse | Sr. Background Inv. | February | 1996 – present |
| Rose Ponfil | Background Inv. Spec. | July | 2002 – present |
| Wade Waupekenay | Staff Auditor | March | 2015 – present |
| Russell Wilber | Compliance Auditor | November | 2017 – present |

**History:**  The Menominee Tribal Gaming Commission was established in 1992 and has been in existence for 30 years. The first Gaming Commissions were:  David Waupoose, Davey Jean Peters, Duane Waukau, Joan Maskewit, Jonathan Wilber, Dr. Verna Fowler, and Wilmer Peters Sr.  The Gaming Commission originally started out with five Commissioners, no office and no staff, then in December of 1993 an Executive Director was hired and an office was opened at the Neopit Fire Station.  Shortly after that an Administrative Assistant was hired and we were moved to the Boivin home on the side of the Tribal Offices.  Since then the Gaming Commission staff grew and we moved four more times.  Currently we are located in the old Loan Fund area in the Tribal Office building with five Commissioners and six staff members.

**Responsibility:**

The Menominee Tribal Gaming Commission was established pursuant to the Menominee Tribe's Chapter 347, Article III - Gaming Code.  This code allows the Gaming Commission to perform regulatory oversight and to monitor compliance with tribal, federal and applicable state regulations and the Gaming Compact. Included with these oversight duties, the Gaming Commission also serves as the licensing authority for individuals employed in the gaming operation and who work in the gaming areas, we monitor compliance with the tribal internal control standards for the gaming operation in tracking revenues, we promulgate regulations and we investigate any suspicious wrongdoing associated with any gaming activities.

In alignment with the Tribe's mission statement, the Gaming Commission practices responsible leadership to ensure that the integrity of the Menominee Casino Resort (MCR) is intact so we can assist in promoting, protecting, and reserving our rights, resources and culture.  This is accomplished by ensuring that the MCR is regulated in a manner that adequately protects the revenue flowing through the gaming areas and as a result the transfers are sent to the Tribe and utilized as the Indian Gaming Regulatory Act intended them to be, which is:

- To fund tribal government operations or programs;
- To provide for the general welfare of the Indian tribe and its members;
- To promote tribal economic development;
- To donate to charitable organizations;

- To help fund operations of local government agencies.

**Services:**

The following are some of the services we provide on behalf of the Tribe and we make every effort to ensure they are adhered to:

:

- An annual independent audit of the gaming operation,
- Class II and class III gaming facilities are constructed, maintained and operated in a manner that adequately protects the environment, the public health and safety,
- MCR and Thunderbird facilities are properly licensed.
- All mandatory audits and follow up audits are conducted in a timely manner,
- Due diligence is completed on all key employees and primary management officials by conducting an investigation sufficient to make a licensing determination.
- Tribal property and gaming assets are properly segregated, safeguarded, the property and assets are not used for unauthorized activities and;
- Waste, fraud, abuse and corruption are disclosed to appropriate authorities.

**Successes:**

In the Menominee Tribal Gaming Commission's efforts to keep the criminal element out of the MCR and to ensure that the integrity, security, honesty and fairness remain intact, the following are some of our successes for this past fiscal year; all gaming licenses have been completed on time, all mandatory audits have been completed on time with no material audit findings, and self-regulation continues to be maintained for 23 years.

The services and the successes of the Menominee Tribal Gaming Commission align with the Vision of the Tribe to ensure we are a strong, healthy and a proud nation living in accordance with our culture and beliefs, and that we possess the resources to be successful in achieving our own mission statement.

I would like to say **Thank You** to the Commissioners and to the staff of the Gaming Commission for a job well done this past year.


# Historic Preservation/Logging Museum

David J. Grignon (Nahwahquaw), Tribal Historic Preservation Officer

**NATIONAL REGISTER OF HISTORIC PLACES-SIXTY ISLANDS, MENOMINEE RIVER**

The National Register of Historic Places Nomination ANAEM OMOT was finally approved by the National Park Service.  The National Park Service recommendation was to place ANAEM OMOT, the name of the nomination, on the State Register of Historic Places.  It took several years and meetings with both Wisconsin and Michigan Historical Societies and Review Committees to get their approval before it was sent to the National Park Service.  We would like to thank Dr. David Overstreet for writing the nomination along with our department.  Hopefully the designation will afford some protection of the burial sites, mounds, dance rings, archaeological sites, raised garden beds and sacred sites included in the nomination.  The ANAEM OMOT boundaries are near the proposed Back Forty Mine.  The nomination was given the name ANAEM OMOT OR THE DOGS BELLY by Menominee living on the river in reference to "river otters" that were prevalent at Sixty Islands.

**REPATRIATION OF MENOMINEE ANCESTORS FROM RIVERSIDE CEMETERY, MENOMINEE, MICHIGAN AND SHAWANO LAKE**

The Menominee Tribal Historic Preservation Office, the official NAGPRA designee for the Menominee tribe repatriated several Menominee human remains from the Riverside Cemetery located on the Menominee River and human remains from a mound group on Shawano Lake.  The University of Michigan at Ann Arbor held the Menominee River remains and associated funerary objects and the tribe wrote a Cultural Affiliation claim as proof that the remains were solely Menominee.  With the approval of the Cultural Affiliation repatriation request it proves the Menominee were part of the "Old Copper Culture" because funerary objects from the Riverside site were dated to the Archaic Period. The Wisconsin State Historical Society held the Shawano Lake remains and in both cases several Native American Graves Protection and Repatriation Act "consultation" meetings were held prior to receiving approval to repatriate.  Repatriation ceremonies were held for Menominee ancestors at the Menominee Logging museum and officials from the University of Michigan and State of Michigan were in attendance.  The Menominee ancestors were reburied at the Menominee Repatriation Burial Grounds at Crow Settlement.

**CHIEF OSHKOSH MEMORIAL REDEDICATION CEREMONY**

On June 16, 2023, a Chief Oshkosh Memorial Rededication Ceremony was held at Menominee Park in Oshkosh, Wisconsin.  The City of Oshkosh has been meeting with the tribe and our department to come up with a better recognition of Chief Oshkosh than what is inscribed on the memorial that "Chief Oshkosh's legacy was of him giving name to the city of Oshkosh".  Meetings between the tribe and City took place to come with a better rendition of his legacy and six plaques were decided upon to be placed around the memorial depicting Menominee history and the true legacy of Chief Oshkosh.  It took several meetings between the City of Oshkosh and the tribe to have the writings approved on the plaques, however the Oshkosh City Council unanimously approved the plaques.  Several attended the rededication ceremony at Menominee Park including Governor Tony Evers, Oshkosh City Officials, State Legislators and leaders from the Menominee Tribe including Chairwomen Gina Kakkak who spoke at the dedication.  There were descendants of Chief Oshkosh at the Ceremony as well.  It was a good day for the City of Oshkosh and the Menominee Tribe.  Special thanks goes out to Dr. Pascale Manning of UW Oshkosh, Pershing "Sport" Frechette, Dr. David Overstreet, and Arnold Chevalier for their dedication to the project by attending meetings and helping to write the wording of the plaques and also to the Veterans of the Menominee Nation and Wolf River singers and dancers.

**MENOMINEE CULTURAL MUSEUM INTERPRETIVE PLAN**

With funding from a grant given to the tribe by the Institute of Museums and Library Services (IMLS), the department as able to hire a museum consultant to help develop a Museum Interpretive Plan.  The department was able to hire the museum consulting firm of AUGA and Associates, LLC to help write the plan.  Part of the plan was to develop questions of what the community wanted to see at the cultural museum as a survey.  The survey was sent out via all group to all departments and employees of the tribe to answer the questions and give input.  Several meetings were held with the museum consultant along with Tribal Archivist, Monae Warrington, Tribal Researcher, Becky Alegria and Archaeologist Dr. David Overstreet and Jean Cox to help develop the plan.

**PROPOSED BACK FORTY MINE**

Opposition continues to the proposed Back Forty Mine that would be located on the banks of the Menominee River.  The department is working in conjunction with archaeologist Dr. David Overstreet and with consultants from Dartmouth College conducting a computer generated mapping LIDAR project on state lands near the mine and with an Ethnobotanist who is testing the raised garden beds to see what was historically grown in the garden beds.  Both projects are ongoing.  The department will be monitoring any developments of the proposed mine and any new proposed "ground disturbance" near Anaem Omot that was recently placed on the National Register of Historic Places.

**SECTION 106 OF THE NATIONAL HISTORIC PRESERVATION ACT**

The department received the designation of Tribal Historic Preservation Office in 1999 as a result of creating the Menominee Cultural Resource Management Plan.  The plan was approved by the National

Park Service and with the designation came an annual grant to help operate the department, so we are not totally dependent on tribal dollars.  The department reviews "federal undertakings" that are sent to the tribe taking place on the Menominee Reservation, and ceded and ancestral territory.  The department also is a signatory on all Menominee Tribal Enterprises forestry prescriptions that contain proposed Menominee forestry management activities to make sure they are in compliance with Section 106.

## WisDOT DUAL LANGUAGE SIGNING PROGRAM

In 2019, Governor Tony Evers issued executive Order 18 of which the State cabinet agencies are directed to work cooperatively with Wisconsin Tribes on any policies, programs or issues that have the potential to impact tribal communities.  WisDOT worked with the WisDOT Inter-tribal and Wisconsin Tribal Historic Preservation Officers to develop this signing program.  The program initiative was to develop road signs on reservation with both Native Languages and English interpretations.  The department works in collaboration with the Menominee Language and Culture Commission Office on the signs.  You will see these signs in Menominee and English at the main entrances of the reservation, the five villages and waterways crossing highways.  Governor Tony Evers came to the reservation along with Wisconsin DOT officials to commemorate the sign project at a ceremony held at the Menominee casino last December.

## ARCHAEOLOGICAL SURVEYS AND MONITORING

Contract archaeologist Dr. David Overstreet and his staff conducted several archaeological surveys on the reservation and monitored ground disturbing activity in culturally sensitive areas of construction projects here on the reservation.  We are helping our Land Management Department clear lots archaeologically so they can be made available to tribal members.  Prior to this, Dr. Overstreet and his staff have surveyed several lots in the Legend Lake area that have become available for this purpose.  Dr. Overstreet has also surveyed the proposed casino site in Kenosha.  Dr. Overstreet and staff continue to monitor the work of the Indian Health Service in the Zoar and Neopit area and the placement of electrical cable in the ground and taking out the above ground wires and telephone poles by Alliant Energy. They are also monitoring the work of Spectrum and Oconto Electric (South Branch) that are putting in electrical cable in the ground throughout the reservation

## MENOMINEE YOUTH CULTURE CAMP

Now that the pandemic has slowed down somewhat the department received the go ahead to have the Menominee Youth Culture Camp this year.  There was a planning group that started to meet in March of last year to plan the camp.  The camp took place at the Wayka Falls camp ground at the confluence of the West Branch of the Wolf River on July 23-28th.  We had twenty-nine youth at camp from ages 12-17 and most of them were the younger age group.  There was an array of cultural activities along with prevention presentations by our tribal departments.  The week ended with a traditional lacrosse and shinny games at the historical lacrosse fields at the Keshena fairgrounds.

## STURGEON FEAST AND POW-WOW

The department coordinated the Menominee Sturgeon Feast and Pow-wow in April of this year.  We received 15 ceremonial sturgeon from the Wisconsin Department of Natural Resources for the feast.  The event took place at the Omaeqnomenewak Wetohkatikamek Family Center on April 15, 2023.  There were eight drums in attendance with the Wolf River Singers being the host drum this year.  Several Menominee traditional dances were performed with the highlight being the "fish dance" in honor of the return of the sturgeon to the Menominee Reservation.  This year's master of ceremonies was Mark Denning, arena director Gary Besaw and Veterans of the Menominee Nation were the color guard.  Veteran Luis Kakkak had the honor of taking a plate of food including smoked sturgeon to the river as an offering to spirits of the river prior to the feast.

**MENOMINEE LUMBERJACK BREAKFAST AND CULTURAL HERITAGE DAY**

We were able to have our Menominee Lumberjack Breakfast and Cultural Heritage Day this year.  The event took place at the Menominee Logging Museum. We had several volunteers this year to help cook the breakfast and serving of the breakfast.  We received several donated items from tribal departments and other entities for our basket raffle and community members donated pies for our pie auction.  The cultural heritage day activities included Wild Rice processing by Jonesy Miller, Menominee language instruction by Menomini You-Richard Oshkeshequom, Black Ash processing log for strips by Dan Grignon and folk music by Skip Jones and Jacob Grignon.  Some members of the Menominee High School football and volley ball teams helped serve the food and thanks to Justin Fischer for bringing them.  I wanted to say Maec Waewaenen to everyone who helped and volunteered to make this fundraiser a success.  Proceeds from this fundraiser will be used for the Annual Sturgeon Feast and Pow-wow.

**ARCHAEOLOGICAL EXCAVATION AT MENOMINEE PARK-PRATT TRAIL, OSHKOSH, WISCONSIN**

The department is involved in consultation with the City of Oshkosh in reference to work being done on Pratt Trail (road) in Menominee Park.  This summer an archaeological survey was completed on Pratt Trail by archaeologists from the University of Wisconsin-Milwaukee.  They found an ancient village that dates back to 900 A.D. and 1600 A.D.  The UW-Milwaukee team is ensuring the archaeological find remains preserved for further study and historical documentation.  Historically, the Menominee and other Wisconsin tribes inhabited the area and left significant prehistoric occupation sites in the Lake Winnebago area.  The department will continue to monitor the archaeological excavation and consult with the City of Oshkosh for the protection of the site.

**MENOMINEE CULTURAL AND LOGGING MUSEUM**

Since the pandemic there have been more tours of both museums.  School groups especially have toured the museums some bring their lunches and eat on museum grounds.  Some groups ask for a cooked meal and we can do this but must charge the group to have someone cook the meal.  The tour of the logging museum last about an hour with a shorter time to tour the cultural museum.  Several dignitaries have toured the museum including Congressman Michael Gallagher's staff.  The cultural museum has a unique gift shop where mostly Menominee made items are for sale.  We also have Arts and Crafts Fairs at the museum before the holiday season.

# Housing

Wayne Wilber, Director

**Summary of Services:**

Housing's primary responsibility is to provide safe and healthy housing to Tribal members living within the exterior boundaries of the Reservation.  The goal is to do this in a professional and courteous manner, keeping the needs of the community and the Tribal organization prominent in the decision-making process.

Department staff includes 45 Team Members- Director, Maintenance Manager, two (2) Planner/Grant Writer, Private Homes Initiative Manager, Home Ownership Coordinator,  Accounts Receivable Technician, Secretary/Receptionist, four (4) Resident Service Team Members, Occupancy Clerk, Compliance Officer, two (2) Inventory Team Members, Maintenance Secretary/Receptionist, Inspector, two (2) Cleaning Team Members, eight (8) Maintenance Team Members, eight (8) Home Rehab Team Members, two (2) Landscaping/Maintenance Team Member and seven (7) Eagle's Nest Program Assistants.

Our department provides housing services to Tribal members on a multitude of levels; we have eight (8) different tax credit projects consisting of 179 single family units; 84 low-rent single family units; 66 various elderly/mixed apartments;  and  we  assist  Tribal  members  with  Rental  Assistance  in  surrounding

communities.  We also offer temporary homeless services through the Eagle's Nest, as well as two (2) transitional units for assisting with moving eligible applicants towards more permanent housing solutions.

We have rental units in the communities of Zoar, South Branch, Middle Village, Neopit and Keshena.  MTHD offers a variety of programs ranging from rental units to assistance with home repairs.  Below is a list of the programs we currently offer and the requirements for each.  Applications for the programs are available on-line through the Tribe's website, at the Housing offices or you can contact Housing and we can have one mailed or emailed to you.

**MTHD Programs Offered:**

**202/Elderly: (Active)**
This rental program provides one or two bedroom apartments for qualified elderly or disabled applicants who meet the requirements.  The program requires an application; has minimum age requirement of at least 62 years or proof of disability; a background check; and a source of income.  A waiting list exists for placement in units under this program and applicants are awarded units based on this list, although some immediate occupancy is available in select areas such as Zoar & South Branch.

**515 Apartment Program: (Active)**
This is a rental assistance program for low/very low income families, including the elderly. These are two bedroom units located in Middle Village. Each of the three buildings contains four apartment units. Qualified applicants pay a reduced rent rate based on their adjusted income. There are three handicap accessible apartments and preference for these units will be given to applicants who demonstrate the need from these modifications.  The program requires an application; a background check; and a source of income.   A waiting list exists for placement in units under this program and applicants are awarded units based on this list.

**Single Family/ Low Rent/ Tax Credit: (Active)**
Provides low income families with affordable rental housing.  This program offers a wide variety of single family detached homes with 2, 3, 4 or 5 bedrooms and 1 bedroom apartments (only located in Neopit) to lease on a month to month basis to qualified applicants.  The program requires an application; a background check; and a source of income.  A waiting list exists for placement in units under this program and applicants are awarded units based on this list.

**Elderly/Disabled Assistance: (Active)**
The Elderly Assistance and Disabled Assistance Programs offer assistance to help fund home improvements and repairs for enrolled members age 55 and above who reside in Menominee, Shawano, Oconto or Langlade counties and would not otherwise be able to afford them on their own.  The program offers assistance with one repair/service item up to $10,000; has an application; income guidelines; and program requirements, which must be completed and approved prior to any service work to be completed.

**Elderly Home Preservation Program: (Active)**
The program provides enrolled Menominee elders age 55 and above who own their own home and are ineligible for other assistance programs, the help they need to ensure their homes are safe and healthy.  The program offers assistance with one repair/service item up to $15,000.   The program requires an application; and has guidelines for approval based on income, family size and type of improvement requested, approval is required prior to any service work to be completed.

**Housing Improvement Program (HIP): (Active)**
Home Improvement Program for enrolled Menominee members who reside within the Menominee Reservation service area.  The program offers assistance for home repairs or in some cases a new home.  The program requires an application; has income guidelines; land ownership/lease requirements and no other resources for housing assistance for approval.  The program restrictions are very difficult for our Tribal members to be approved for service.  The program restrictions are very difficult for our Tribal members to be approved for service, but applications are still submitted each year.

**Home Repair Loan Program: (Active)**
Home Repair Loan program offers assistance with home repair projects located within Menominee, Langlade, Oconto and Shawano Counties.  The loans are available to enrolled members who own their own homes and have the ability to repay the loan over a period of time.  Loans are available up to $7,500. The program requires an application, pre-approval of the project and a wage assignment, except for those on social security, as part of the repayment.

**Indian Health Services (IHS): (Active)**
This program offers assistance with sewer & water infrastructure including well, water hook-ups, septic/drain field or septic/mound system.  The program requires an application; has guidelines for approval, including proof of enrollment, must live in the home you are requesting service and no mobile homes older than five (5) years.  Completed applications are forwarded to the IHS office in Rhinelander for further processing and approval.  The process can be a lengthy one, so please plan accordingly.  The service area for this project is within the boundaries of the Reservation.

**IHBG- Rental Assistance: (Active)**
Provides low income families with an opportunity to find housing in units not managed by MTHD. Vouchers from this program can be used in the following counties: Menominee, Shawano, Oconto, and Langlade. A "Shared Rent" arrangement is established (based on income) for 12 months where MTHD helps qualified applicants meet rent expenses.  The program requires an application and income verifications.  Approved applicants for the program are only eligible to receive services once under the program guidelines.

**IHBG- Security Deposit Assistance: (Active)**
Provides assistance to low income families with either a Security Deposit or first month's rent in units not managed by MTHD.  The assistance can be used in the following counties: Menominee, Shawano, Oconto, and Langlade.  The program requires an application and income verifications.

**Market Based Rentals: (Active)**
The program provides opportunities for Tribal members to rent homes at a market rate.  The rental units are available for Tribal members whose household income is above the program limits of the NAHASDA programs.  Currently, MTHD has purchased/acquired fourteen (14) rental units for use in the program.  The program requires an application, background check and proof of income for the program.   MTHD is accepting applications; has waiting lists and a process in place for awarding the units when they are ready for occupancy.  MTHD will continue the program with more units in the future as funding and opportunities become available.


**IHBG- ARPA- Down Payment Assistance/Closing Costs: (Expired)**
Provided (10) assistance grants of $5,000 to enrolled perspective homeowners.  The program assisted with providing funds for closing costs or towards down payment.  The program required an application and mortgage verifications.

**IHBG- ARPA- Elderly/Disabled Assistance: (Expired)**
The Elderly Assistance and Disabled Assistance Programs offer assistance to help fund home improvements and repairs for enrolled members age 55 and above who reside in our service area and would not otherwise be able to afford them on their own.  The program offered assistance with one repair/service item up to $12,000; had an application; income guidelines; and program requirements, which must be completed and approved prior to any service work to be completed.

**Emergency Rental Assistance (ERA): (Expired)**
U.S Treasury funding provided for low income families with an opportunity to find housing in units not managed by MTHD. Assistance for this program was available for enrolled Tribal members living within the reservation boundaries and anywhere externally.  We were able to assist Tribal members from several states as part of the funding.  The funding assisted with rent, utilities, internet, security deposits and any arrears balances they accrued.  The program had income guidelines along with other funding requirements, but this was one of our more successful programs over the past 12 months.  The program required an

application and income verifications.  Approved applicants for the program were eligible to receive services for one calendar year under the program. The program expired in December of 2022.

**Homeowners Assistance Fund (HAF): (Active)**
U.S Treasury funding provided for low income families with an opportunity to assist with stabilizing private homes not managed by MTHD. Assistance for this program was available for enrolled Tribal members living within the reservation boundaries and within our surrounding counties of Shawano, Langlade and Oconto. We were able to assist Tribal members with mortgage, utilities, internet and any arrears balances they accrued.  The program had income guidelines along with other funding requirements, but this was another one of our more successful programs over the past 12 months.  The program required an application and income verifications.  Approved applicants for the program were eligible to receive services for one calendar year under the program, with application reviews needed if income changes occurred in the home.

**Menominee County Homelessness Assistance: (Expired)**
MITW received $20,000 of Emergency Homeless Assistance from Menominee County to manage.  MTHD assisted homeless individuals with avenues for emergency shelter, such as hotel stays at MCR & other hotels in the Shawano area; and rental payments for apartments or monthly hotels.  The program worked though the local 911 Dispatch & through recommendations from Menominee County and MITW.

**MITW- ARPA- Home Repair Program: (Active)**
The Program offer assistance to help fund home improvements and repairs for enrolled members who reside in Menominee, Shawano, Oconto or Langlade counties and would not otherwise be able to afford them on their own.  The program offers assistance with up to $15,000 worth of repairs; has an application; and program requirements, which must be completed and approved prior to any service work to be completed.  The program is operating under a category system for preference, with category one being enrolled elders age 65 and older; category 2, enrolled elders age 55-64; and category 3, enrolled elders below age 55.  At the moment, we continue to be working in category 1, the program has been dealing with challenges to supplies, availability of contractors and internal issues with systems.  We hope to continue working into category 2 &3 this year and continue to assist Tribal members under this ARPA program.

**MITW- ARPA- Home Replacement Program: (Active)**
The Program offers assistance to replace dilapidated homes for enrolled members who reside on the Reservation.  The program offers a replacement of primarily mobile homes under the program which must be selected and approved by the Housing Committee.  The program is operating under a category system for preference, with category 1 being enrolled elders age 65 and older and applications deemed handicap; category 2, enrolled elders age 55-64; and category 3, enrolled elders below age 55.  At the moment, we continue to be working in category 1 and are starting into category 2 this year.
<u>**Eagle's Nest – Emergency Shelter**</u>

The past year, the Eagle's Nest Emergency Shelter had a year where it transitioned back to more normal operations, as we made some adjustments to policies taking into account things learned through the primary Covid Emergency.  Due to this, our numbers for the year continued to be lower as we continue to move back towards "normal" operations.  While some were able to move on and find a permanent place to stay, others were not able to find permanent places and continued to work with programs they were referred to. Five major barriers our Residents face when looking for a permanent place to live are: no income, lack of credit, past criminal history, evictions, and basically cannot afford to pay the full rent by themselves; low income.

While at the Eagle's Nest, Residents are provided many resources to assist them with finding permanent housing, securing food services and employment.  For example, they are provided referrals to TANF, W-2, Food Share, JTP, Vocational Rehab Program, and UMOS; transportation for job interviews and to look at apartments/housing; a monthly Transit Card for utilizing DOTS; assistance with fees for background checks or other documents.  These resources assist the Resident with moving toward a more independent life and finding permanent housing.

Each Resident's case is assigned to a Program Assistant who they meet with to address their needs. Improvements are made at the Shelter based on the needs of the Resident. The ultimate goal is to assist them while at the Shelter with finding permanent housing solutions, budgeting, and securing employment/income.

We work with the following programs to assist residents with finding the resources necessary to move into a home or apartment:

> New Cap, Inc. - they assist with housing counseling services, rental assistance, shelter programming, loans for homebuyers and vehicles among their tenant based programming;

> Forward Services, Inc. - they will pay for an apartment for up to one year's time, providing the person has an income;

> Rural Housing, Inc. - will assist residents with Security Deposits or 1st month's rent, providing the person has an income;

> Menominee Tribal Housing Department's Rental Assistance Program.

Many donations come into the Eagle's Nest during the year and utilized for assisting residents with no income with obtaining birth certificates or criminal background checks in order to apply for Housing or other programming.

The Eagle's Nest Manager and Housing Director receive the complaints and concerns regarding the Eagle's Nest and they investigate and take corrective action when necessary.

We have two (2) transitional units for providing families with temporary housing. As with the EN, we are working with the families in the transitional units to secure more stable housing and as we move back to "normal" operations, we will be going back to the maximum length of stay of six (6) months; Residents are required to actively secure a more permanent housing solution while in the units. Tenants in these units are required to pay the utility costs to Alliant Energy and Menominee Tribal Utility; rent, which is one flat rate, not including heat and are required to save $100 per month while in the Transitional Unit.

**Department Accomplishments:**

MTHD assisted in funding the following community events: North American Indigenous Games (NAIG), Addiction Education Forum, New Year Sobriety Pow-Wow, Sturgeon Feast Pow-Wow; Post Prom Party, 3-3 Basketball, Community Fireworks, back to School Events, Woodland B&G Golf event, MTPD Golf Event, Color Run, Veteran's Pow-wow sponsor, multiple youth collaborations with Youth Services Department, plus youth teams including Neopit Little League, Babe Ruth, Softball, Keshena Little League & T-Ball. MTHD promotes to be very active in supporting community activities on many levels, from youth to elders, we try to help if we can.

Under the Home Repair Loan Program, MTHD continues to assist private home Tribal members with loans for various improvements, repairs or renovations made to their homes. The past year, MTHD assisted Tribal members with emergency furnace replacements, roof replacements, interior remodeling, appliance replacements, window replacements, siding replacements, outdoor woodstove additions, sewer/septic repairs, electrical repairs, flood damage repairs and hot water heater replacements. Overall, with the expansions made in this program, we are able to assist most Tribal members either through programming or through this loan program when they need assistance.

Through the ERA Program, MTHD assisted over 1200 Tribal members with rental, utility and security deposit costs. Under the HAF program, we assisted 250 homeowners with mortgage, utility and stabilization costs. These programs have brought hundreds of Tribal members through our doors this year and we hope to continue serving them in these areas as funding permits.

**Final Thoughts:**

Overall, the mission for the department will remain the same; we need to continue offering safe and healthy housing opportunities to Tribal members.  Within this mission, we will be looking at various improvements to increase efficiency and effectiveness in our delivery of services to Tribal members.  Yearly, our residential staff assists hundreds of tenants in their daily activities and will look at how we can move toward improving relationships with tenants and relating in a trauma informed care approach; some things will remain the same, our maintenance staff will continue to complete thousands of maintenance repair/work orders from tenants, our maintenance staff is very busy and we are looking at improving our training program to increase their performance and efficiency to better handle the workload required.

In programming, MTHD will continue to look at better ways to serve Tribal members through departmental policy changes which make sense for both the department and the tenant.  The staff will continue to look at ways to balance the requirements from funding sources with the needs of Tribal members.  Our service delivery will continue to evolve as we continue to learn and utilize the trauma informed care in our programs.

Being accountable to both the Tribe and Tribal members is a goal of the department, we must continue with making strides to operate efficiently and effectively for the betterment of the Department and the Tribe.

# Human Resources

Vacant, Director

**General Overview**

The mission of the Human Resources Department is to:

- Partner with all departments and programs to recruit, select, and retain high quality employees.
- Provide individual employees access to every resource and opportunity available to help them achieve the highest level of success in their position.
- Work as a team to develop and apply policies, benefits, training and development opportunities and employee recognition strategies that foster a spirit of success, knowledge, cooperation and satisfaction with all departments.

**COVID-19**

The Human Resource department has evolved since covid-19 and we are now reevaluating how, when, and where work will be done. The transition from remote work back to the office has revealed the need for flexibility in the work place and has also changed the focus form production to employee wellbeing. HR will be promoting a healthy work-life balance to drive results.

**HRIS**

The Human Resource, IT and Finance Department continue working on the implementation of the   new Human Resource information system.  The system will integrate the records and files for employees that are currently maintained separately by both HR and the Insurance Department. This also included a change on how applicants were notified for interviews and the process has become an electronic notification via email.

**Staffing**

Reorganization of the HR department includes the following positions: Director, Personnel Manager, 3 HR Generalist, 2 Data Entry Technician, 1 Administrative Assistant, 1 Occupational Wellness & Safety Coordinator and 1 Employee support Counselor. This new structure should allow HR to better serve other departments of the Tribe and the Community.

The following graph depicts the gross annual salary for fiscal year 2022 ending September 30, 2022 and to include the previous year as well.  This provides an estimate concerning the gross payroll growth and/or stabilization throughout the previous two years.  This also reflects the total employee count at the

end of each fiscal year.  Please note this data is calculated as of the end of September 30, 2021. This does not indicate that we had started with 1020 employees at the start of the fiscal year.

| Fiscal Year | 10/01/2021 – 09/30/2022 | 10/1/2020 – 9/30/2021 |
|---|---|---|
| Payroll | 39,589,564.51 | $ 40,162,755.72 |
| Employee Count | 1114 | 1020 |

**Human Resources Vacancy, Recruitment & Retention Efforts**
The information depicted below details the current year ending September 30, 2022 and that for comparison the year ending September 30, 2021 concerning job openings, interviews, resignations, discharges and layoffs.

| Fiscal Year | 10/01/2021 – 09/30/2022 | 10/01/2020 – 09/30/2021 |
|---|---|---|
| Job Openings – First | 244 | 125 |
| Job Openings – Second | 256 | 170 |
| Applicants – Menominee | 877 | 895 |
| Applicants – Desc, Other | 212 | 104 |
| Interviews – Menominee | 240 | 407 |
| Interviews – Desc, Other | 189 | 104 |
| Hires Made – Menominee | 228 | 58 |
| Hires Made – Desc, Other | 59 | 36 |
| Transfer – Director Request Menominee | 71 | 49 |
| Transfer – Director Request Desc, Other | 14 | 3 |
| Transfer – by Interview Menominee | 78 | 30 |
| Transfer – by Interview Desc, Other | 6 | 13 |
| Emergency Hire (OCT –JAN) | 30 | 20 |
| Resignations | 186 | 112 |
| Discharges | 117 | 81 |
| Layoff/leaves | 55 | 54 |

*format for reporting change requested in February and April is reason for NA on report*

**Drug-Testing Program**
The Tribe conducts drug testing of tribal employees.  The Human Resources Department utilizes two different sites for urinalysis collections; Menominee Tribal Clinic and Maehnowesekiyah Wellness Center. All test results are verified by Cordant Forensic Solutions.  We also use Fastest Labs for any hair follicle testing that can be used in conjunction with our urinalysis testing.

We use a ten panel testing process that can detect the presence of amphetamines, barbiturates, benzodiazepines, buprenorphine, cocaine, MDMD/ecstasy, Methamphetamine, Methadone, Oxycodone, PCP/Phencyclidine, THC/Marijuana, Morphine/Opiates.  Employees may be subject to disciplinary actions as severe as termination in some cases, due to regulatory requirements.  This graph represents the number of positive tests that we had for the current year ending September 30, 2022.

| Positives - Drug Testing | 10/01/2021 – 09/30/2022 | 10/01/2020 – 09/30/2021 |
|---|---|---|

| Alcohol | 1 | 6 |
|---|---|---|
| Synthetic | 0 | 0 |
| Marijuana | 18 | 14 |
| Cocaine | 3 | 4 |
| Other (Prescription Drugs) | 31 | 18 |
| Total | 53 | 42 |
| | | |
| Total Tests Administered | 629 | 445 |

**Employee Assistance Program**
The Employee Assistance Program is a benefit offered to employees of the Tribal Organization.  This program can be used by employees to assist them in addressing areas of concern that may have a negative impact on their personal or work life. The program offers assessment, short term counseling, and referral services for a wide range of concerns such as; gambling problems, mental health issues and substance abuse.

| Employee Assistance Program | 10/01/2021 – 09/30/2022 | 10/01/2020 – 09/30/2021 |
|---|---|---|
| Administrative Referral | 16 | 4 |
| Self-Referral | 24 | 13 |

**Background Process**
Many positions within the Tribal Government structure require background certification and/or licensure. These are determined by the essential functions, span of control, and direct-contact with sensitive/vulnerable populations, which are required by law.  The Tribe fulfills these requirements by conducting background checks at the local, Tribal, State, and Federal levels.  The Human Resources department processes a large quantity of background checks, confirmation of licensure, and finally review/verification of Driver's License and Sexual Offender Registry records.  Background Investigation and Adjudication are required for many positions and serve to fulfill our obligations.  Below is a list of the background checks the Human Resources Department conducted annually. ***Please note this report was changed in February and no longer tracked for this fiscal year****.*

| Background Checks | | **10/01/2020 – 01/30/2021** |
|---|---|---|
| Local | | 82 |
| State | | 131 |
| Federal | | 75 |
| Motor Vehicle | | 16 |
| Sex Offender | | 74 |

**Appeals (Employment related)**

The Menominee Indian Tribe's Appeals process is the method that affords Tribal employees due process concerning employment actions pertaining to Disciplinary/Termination of employment with the Tribe, Unemployment Compensation Challenges, and Tribal Preference Appeals.  This table represents the total number of hearings that were either conducted/participated in by the Human Resources Department during the fiscal year ending 2022.

- The Tribe's Appeals process incorporates two levels of mediation; the first level involves a hearing conducted by a three-person panel.  The hearing officers must meet eligibility requirements to serve in the Hearing Officer Pool.  In the case of terminations, either party may contest the determination of the hearing panel to the Tribe's Administrative Committee.  The Administrative Committee may determine to move the contested decision to the final administrative step.  In the second level, the Administrative Committee selects two hearing officers to review the information presented in the first hearing, to include documents and recording of the first hearing.  A determination is rendered and is the final Administrative step.
- The Unemployment Compensation Hearing is an external hearing process and is based on the decisions made for Unemployment Compensation benefits by the State of Wisconsin.
- The Tribal Preference Appeals hearing is a process conducted by the Tribal Preference Board.  The Human Resources Department serves in a role to review & approve hiring decisions; if an appeal is filed by an eligible tribal member, the HR Department provides information to the Tribal Preference Hearing Board for the hearing process in accordance with Chapter 170 of the Code of the Menominee Indian Tribe of Wisconsin.

Below is a summary of the Appeals cases for the fiscal year, ending September 30, 2022.

|  | 10/01/2021 – 09/30/2022 | 10/01/2020 – 09/30/2021 |
|---|---|---|
| Appeals | 1 | 11 |
| Resolutions/Management | NA | NA |
| Resolutions/Employee | NA | NA |
| Unemployment Compensation Hearings | 5 | 2 |
| Tribal Preference Appeals | 0 | 0 |

**Insurance**

**General Overview**

The Human Resources Department administers and manages employee benefits for Menominee Tribal Government, Menominee Casino Resort and College of Menominee Nation.  Employee benefits provided include health, dental, vision and prescription drug coverage; short and long term disability; worker's compensation; the Return to Work Program; life insurance including voluntary life; and the 401k retirement plan.  The Human Resources handles the burial benefit program providing burial assistance for enrolled Tribal members; the property and casualty insurance programs for Tribal entities; Family Medical Leave. The Human Resources provides wellness education, information and opportunities to employees. All benefit plans are subject to the Employee Retirement Income Security Act (ERISA) and are audited annually.

**Healthcare Plan**

Menominee Indian Tribe of Wisconsin provides a self-funded health care plan to employees. A self-funded plan allows the Tribe to design its own plan and benefits, better control costs, supervise collection of premiums and payment of claims and allocate surplus funds for future medical costs.

**Dental**
Employees are provided dental insurance from Delta Dental.  In FY2022, the annual maximum benefit was $2000.

**Life Insurance**
Life insurance and Accidental Death and Dismemberment coverage is provided by the Tribe at no cost to all full-time employees at one times their annual salary.  Employee spouse coverage is $2,000 and dependent children coverage is $1,000 per child. Employees have the option of purchasing up to an additional $100,000 in life insurance for themselves, spousal coverage of $25,000 and dependent children coverage of $5000 per child. Tribal life insurance benefits are administered by The Hartford.

**Disability**
Short term disability (STD) is provided to Tribal employees at no cost.  The benefit pays 67% of an employee's wages for a maximum of 26 weeks. In addition, employees may purchase long term disability coverage up to 60% of their income with a maximum of $6000 per month.

**Workers Compensation Plan**
MITW provides worker's compensation coverage through a self-funded plan administered by Tribal First Management.

**401k Retirement Plan**
MITW maintains a 401k retirement plan for employees with Alerus Retirement Solutions providing plan administration services and Nicolet Bank acting as plan trustee.  Employees are allowed to begin 401(k) contributions and receive matching contributions at the time of their employment with no waiting period. The plan covers Tribal and Casino employees however CMN employees are covered by their own retirement plan. The Tribal Investment Committee works together with Nicolet Bank to monitor investment performance throughout the year and to evaluate funds offered.  Alerus Retirement Solutions mails quarterly participant statements directly to employees and information can be accessed through Alerus Retirement Solutions' secure website or through meetings with Nicolet Bank.  Investment meetings providing information and education are held on-site biannually during the plan year.  The Human Resources Department coordinates the enrollment, distribution and loan processes for the 401k plan.

**Burial Benefit**
The burial insurance benefit is a self-funded benefit managed and administered by the HR Department. Under this benefit, a $3,500 burial assistance benefit and $200 wake assistance benefit are provided to families of deceased enrolled Tribal members.  Funds for the burial benefit and wake assistance benefit are provided through Tribal appropriations including the Burial Assistance endowment fund.

**Flexible Spending Accounts**
IRS Section 125 (Flexible Spending Reimbursement) is available as an employee benefit of Menominee Indian Tribe. Flexible spending allows you to pay for certain expenses through a pre-tax payroll deduction which can result in significant tax savings. There are three types of eligible expenses: Health Plan Premiums (automatically deducted on pre-tax basis); Medical/Dental Expenses; Dependent Care Expenses.

**Employee Wellness Benefits**
The Healthy Lifestyle Benefit pays 50% up to $150 per person or $300 per family for approved healthy lifestyle activities which are supervised by a licensed professional.  This can include health club memberships, dance classes or Weight Watchers among other activities.

# Information Technology

Jeffrey West, Director

## Our Mission:

*"Using technology to enable the organization we serve to succeed."*

The Information Technology (IT) Department is an internal services department within the Menominee Tribal structure that is 100% funded by the Indirect Cost Pool. Staffed by a team of seventeen full time professionals, the department consists of two logical areas Technical Service and Application Development/Software Support. Technical Services is comprised of a Helpdesk Specialist, two Desktop Support Specialists, an IT Support Specialist, two Network Specialists, a Network Administrator, a Network Engineer and a Service Manager. Application Development/Software Support has an Applications Manager, three Developers, a Multimedia Specialist, a Content Development Specialist, and a Software Application Specialist as well as an Office Manager for the entire department.

IT supports all the hardware (PCs, printers, phones, servers, switches, cameras, card access), and software (Word, Excel, email, applications, databases, web sites, digital signage) that the organization uses across twenty-six different sites. We also handle inventory tracking and provide bulk printing services.  Support is available for the day-to-day business and on call for operations that run 24x7.

## Year in Review

- This year focused on security upgrades, supporting remote workers, and providing information to Tribal members through various avenues.
- Began implementation of a Cyber Security program to better protect the tribe's data.
- Assisted with the deployment of a distribution portal for assistance payments to tribal members.
- Continue to upgrade dozens of forms and in-house build applications to newer tech formats to better suit the needs of the organization.
- Installed and configured a new email security system with anti-phishing technology.
- Implemented a new Timecard system along with the Vista program for HR.
- Integrated a new Unified Communications system called 8X8.  In doing so we were able to consolidate the existing phone system as well as, a meeting platform and Instant Message service. In doing so we were able to eliminate one piece of software that was end of life as well as multiple subscription services.  In doing so we are now able to manage all services in one console and all MITW employees that have an assigned number are able to host virtual meetings with no restrictions along with many other features to assist with a partially mobile/virtual workforce.
- Completed a complete overhaul of all of physical security and fire systems at all MITW managed facilities.  All buildings have been standardized with same equipment and vendor to help manage costs as well as ease of use for all MITW employees.
- Continue to assist the Tribal Police department as well as Conservation with getting the mobile network streamlined in their vehicles.
- Several infrastructure upgrades including immutable back up servers to further strengthen our Cyber Security posture.
- Filled several vacant positions to start working through the back log of service calls.
- Several updates completed to our network infrastructure including hardware and software to ensure Tribal data is protected.

- Basic Technology replacements continue year round per the IT Technology Policy. Lead times when ordering equipment has stabilized, with most equipment arriving in less than 30 days as the technology supply chain/market has rebounded to near pre-covid levels.
- Began rewriting and designing the MITW website with completion in spring of 2024
- IT received and responded to 7,183 support calls.

## Year Ahead

- Continue upgrading tribal cyber security systems as budgets allow to protect Tribal assets, and provide a safer working environment.
- Begin planning for the rollout of Microsoft SharePoint Document Management System.
- Continue working with HR to get all modules of the Vista program fully operational.
- Basic Technology upgrades will continue to prevent downtime for any departments of the Tribe.
- Continue Network security upgrades to better protect us from outside threats.
- Implement end user security assessment along with training on an annual basis.
- Continue to try and staff open positions
- Several infrastructure upgrades including several new data servers.
- UPS upgrades to main IT Server room as well as disaster recovery site.
- Upgrade Microsoft Office to newest non cloud version
- Upgrade all servers to newest version of Microsoft Server to strengthen security of our data.
- Continue working and supporting the all Departments in their technical needs.

IT does not consider itself so much a separate department but as an extension of all the departments we serve. One third of our budget goes directly back to departments in terms of hardware and software. IT staff fill needs that would be hard for a single department to afford but which are still needed throughout the organization. We strive to make technology accessible and easy to use for everyone involved.

# Internal Audit

Vacant, Director

*Mission Statement*

*The mission of the Internal Audit Department is to provide independent, objective assurance and consulting services designed to add value and improve the operations of the Menominee Indian Tribe of Wisconsin.  Internal Audit helps the Tribe accomplish its objectives by bringing a systematic, disciplined approach to evaluate and improve the effectiveness of governance, risk management, and control processes.*

Simply, that means that Internal Audit:

- Helps to protect the funds that a department or program receives by reviewing compliance with the terms and conditions of its funding sources
- Works with programs and departments to help them find ways to operate as efficiently and effectively as possible
- Seeks to help departments and programs maximize the services that they are able to provide with the resources that they have in order to maximize benefits to those whom they serve
- Provides consulting and advice on various topics in order to help identify opportunities to improve processes and reduce exposure to risk
- Leads individual and group training sessions on topics such as internal controls, procedures, risk management, policy development, and accounting concepts

**<u>Fiscal Year 2023 Highlights</u>**

During Fiscal Year 2023, Internal Audit completed the following assignments:

- ✓ Attended eight director meetings
- ✓ Attended two General Councils
- ✓ Attended 18 Administrative Committee meetings
- ✓ Attended 17 meetings of the Menominee Tribal Legislature
- ✓ Attended two meetings of the Addiction Education Forum
- ✓ Attended four Community Engagements
- ✓ Two internal investigative engagements
- ✓ 15 agency reviews
- ✓ Tracking, review, and resolution of eight improper activity reports
- ✓ 13 Child and Adult Care Food Program compliance reviews of Daycare, Wapatam Head Start, and DKB Head Start
- ✓ Completed annual CACFP training for food program compliance
- ✓ Preparation of monthly packets for the Chair's Office Oversight Committee and consultation to that committee
- ✓ Preparation of Menominee Nation News quarterly report for the Menominee Tribal Legislature credit card review, time on task, Legislature meeting payments and Legislature Committee meeting payments
- ✓ Completion of the Powwow Reconciliation for 2023
- ✓ Compilation of the Chairman's Office Annual Expenditure and Variance Report
- ✓ Monthly review and quarterly reporting of Menominee Tribal Legislator credit card use
- ✓ Facilitated the external audit process for FY2022 401K Audit with the Tribe's external audit firm, RSM-US, LLP.  Attended five meetings with RSM.
- ✓ Attended eight meetings with Insurance for 401k updates
- ✓ Attended four meetings with Alerus for 401k compliance
- ✓ Uploaded all files for 401k late contributions
- ✓ Facilitated FY2022 external audit process for the Compliance and Financial Audit with the Tribe's external audit firm, RSM-US, LLP.
- ✓ Completion of the FY2021 Action Plan for the Audit Finding
- ✓ Completion of SEFA Creation Procedures for Finance
- ✓ Completed Powwow Policies and Procedures and forms for gate workers
- ✓ Trained all Chair's Executive Assistants in completion of legislator credit card expense reports
- ✓ Completed Policy on Payroll Overpayments and Underpayments
- ✓ Assisted three departments with policy development
- ✓ Completed IA new legislator orientation
- ✓ Attended two <u>Train the Trainers</u> sessions
- ✓ Attended one Director's Retreat
- ✓ Assisted in completion of DHS Review and final report with Clinic Contract Health
- ✓ Completed one Indian Housing Block Grant-Housing and Urban Development Voluntary Compliance Agreement
- ✓ Completion of BIE Review with management responses
- ✓ Consulted for Insurance and Human Resources
- ✓ Completion of Arrangement Letter for Housing review for FY21 and FY22 for uploads into the REAC reporting system
- ✓ Completion of USDA Annual Report with Administration
- ✓ Completion of timecard detail evaluation for payroll errors 1/1/22-6/30/22
- ✓ Completed HUD Voluntary Compliance Agreement
- ✓ Collected bids and participated in four home bid openings
- ✓ Provided information to Finance to solve the 2021 discrepancies in dollars reported for IHBG SEFA expenditures, APR expenditures, and SF425 report expenditures
- ✓ Consulted with Housing on their short inventory issues.  Led a skype meeting with Housing on where to look for inventory issues
- ✓ Consulted with Youth Services and wrote their cash handling procedures.

✓ Consulted with three Tribal members for their individual questions
✓ Prepared a draft update to IA Policies and Procedures with changes highlighted for meeting with Administration
✓ Completed Voluntary Compliance Agreement for HUD due to late FY22 Audit
✓ Completed response letter to DCF due to late FY22 Audit
✓ Submitted '23-'24 schedule of values form for insurance coverage to Cottingham-Butler

### Single Audit FY2022

As the facilitator of the external audit process, Internal Audit worked closely with the Tribe's external audit firm, RSM-US, LLP, on the review and near completion of the Fiscal Year 2022 Single Audit.  Internal Audit assistance included:

- Grant, debt, cash, and investment confirmations
- Control risk assessments for Type B Tribal programs to help identify programs which require an audit
- Provided assistance in gathering backup for items selected for audit
- Facilitate the correct department completes internal control worksheets for eight internal functions such as budgeting, payroll, and financial reporting
- Updates to the Management Discussion and Analysis for the full financial statements
- Review of other external audits completed for chartered entities and programs of the Tribe

### Internal Audit Fiscal Year 2023 Budget Summary

| Category Description | TOTAL BUDGET |
|---|---|
| Personnel Costs | 174,539 |
| Fringe Benefits | 70,833 |
| Travel | 500 |
| Training | 6,000 |
| Supplies | 1,000 |
| Contractual | 162,000 |
| Space Lease/Rental | 4,706 |
| Cell phone | 180 |
| Dues & Memberships | 1,500 |
| Totals → | $      421,078 |

**Internal Audit Observations and Highlights:**

❖ Any time we are able to assist with review of procedures, development of policies, reconciliation of accounts, or other forms of consultation engagements is a step forward in our mission to improve operations in the departments of the MITW. Internal Audit wants all of the departments to know that we are available and will gladly provide training or consulting activities.

❖ We continue to make changes within the department to create a friendly and inviting atmosphere. Our new conference table and chairs makes meeting with clients or department heads

comfortable and productive. We want department staff to come see Internal Audit if there is anything we can do to help their department.

❖ Internal Audit continues to improve our service approach by listening to the clients who approach us for assistance. Instead of sending them to other departments for the "General Complaint Form", we now hold a copy of all the forms in the office. If they need assistance, we will help them to fill out the forms with their information. Sometimes it may be looking at their frustration in a different way. If they just talk about it, they may decide not to file a complaint.

❖ When clients have questions for Internal Audit via phone, in-person or email, Internal Audit provides them with direction to whom they can approach when we are unable to help. Through collaboration with other departments, clients feel satisfied with their initial contact.

❖ Similar to much of the business world and likewise at our External Audit Firm RSM-US. LLP, at the time in November that I write this report, our department is without a Director due to retirement and without a second Staff Auditor due to other pursuits.  It is understood how vitally important it is to fill both positions in order for Internal Audit to get back out into the departments to assist, to audit, and to ensure continued funding through compliance.


# Judiciary

Bridget Long, Chief Justice

**Responsibility and Authority**
The Menominee Tribal Court is established by Article V of the Menominee Tribal Constitution and exercises its authority consistent with Article III, Section 2 and Section 3 of the Constitution. Menominee Tribal Court has general and original jurisdiction of criminal matters and civil matters arising within the boundaries of the Menominee Indian Reservation between individual's subject to tribal jurisdiction. Menominee Tribal Court is a separate and equal branch of the Menominee Tribal Government.

The Menominee Tribal Judiciary consists of a Supreme Court and a Lower Court.  The Supreme Court is seated with a Chief Justice and two Associate Supreme Court Justices which make up the Court of final appeal. The Chief Justice is responsible for the over-all administration of the Judiciary and has the authority, along with the two Associate Justices, to hear all appeals of decisions and orders of the lower court. The two lower court Judges have the authority to hear lower court cases, issue decisions and orders in those cases, compel witnesses to appear, conduct trials, take testimony, issue warrants and bonds as well as other authority that arises in their duty as a Judicial Officer of the Menominee Tribal Court.

**Court Support Staff**
The Menominee Tribal Clerk of Courts Office is supervised by one Clerk of Court, Ms. Reynel "Penny" Tucker, who has worked in the Menominee Tribal Court for thirty-six years. Penny began her career in the Tribal Court as a Deputy Clerk and has experienced many changes over the years.  This institutional knowledge gained over thirty-six years is highly valuable to the future of the Clerk's Office and overall operations of the Judiciary as we strive to adapt and change into this new era.  In addition to her Supervisory role, Penny also maintains the master calendar for the Court and all Court dockets, manages all appeals filed in the Court, and is responsible for all Court records.

The Menominee Tribal Clerk of Courts Office consist of four full-time Deputy Clerks that are responsible for managing twenty-eight docket types.  Each docket requires specific case management based upon the Tribal code and the rules of civil or criminal procedure.  Each Clerk is efficient in management of each of the twenty-eight different docket types, including knowing the legal requirements to process the case from start to final disposition.  Administratively, every case requires data entry, scanning and filing both of

paper copy files as well as electronic files.  The Deputy Clerks also process all fines, fees and wage assignments. In 2023, all four Deputy Clerks received specialized training and passed all testing and are now certified as a Masters Level Clerk. This is a huge success for each one of them as they put in the hard work of doing their daily duties while studying and attending the training.

Security for Menominee Tribal Court consists of a Court Bailiff and Security Officer.  The security officer position was added in 2023 to enhance security for all court visitors and employees in the Wilmer J. Peters Judicial Center.  The Bailiff and Security Officer work together to secure the Wilmer J. Peters Judicial Center and maintain a safe environment.  The security officer is responsible for the overall safety of common areas in and around the Judicial Center.  The Court bailiff is responsible for the courtroom security of the Judges, Court staff and Jurors and is the key control person for the Judicial Center.  The Court Bailiff and Security Officer have received security training in their respective fields and will continue to any training and/or certification in the necessary areas.

The Office Manager is responsible for maintaining and processing of all financials under the Judiciary. Responsibilities include oversight of the budgets, inventory, and equipment for the Judiciary.  The Office Manger plays a key role in the management of the Judiciary budgets and coordination of financial reports that assist the Chief Justice in meeting the needs of the Judiciary as well as the planning for every fiscal year.  The Officer Manger also coordinates with the Court Administrator in the planning and organizing of all trainings and meetings held by the Court.

The Court Administrator serves as a liaison between various governmental entities and provides representation in matters of interest to the Court. Other responsibilities include collecting and reporting data for various tribal agencies that have court involved services.  The Court Administrator also maintains all Court employee, such as hire dates, evaluation dates and maintains a record of any training certificates received by employees.  The Court Administrator is also tasked with managing all office space within the Wilmer J. Peters Sr. Judicial Center to ensure the most efficient use of the limited office space in the building.

## COVID-19 Adaptations

In the continuing efforts to maintain a safe and healthy environment for all visitors to the Court, the building undergoes regular enhanced cleaning as provided by the maintenance department.  To further ensure safety, all visitors have access to personal safety items such as face masks and hand sanitizer.

If there should be a resurgence of a pandemic, the judicial building will follow all emergency orders as issued by the Menominee Indian Tribe.  However, the Court will still function in a limited capacity to maintain the judicial process for community safety.

## Accomplishments

The Court and Probation and Parole department both transitioned from the former case management system into the new case management system.  The transition went smoothly and all Court and Probation Department employees completed training and now utilize the new case management system.

The court implemented a new cash handling policy to ensure a standard procedure for the collection and transfer of fines and fees to the Tribal finance department.  And to provide convenience to all customers paying fines or fee's, a new ATM machine has been installed in the Courts lobby.  Also, a budget wise payment schedule was developed and implemented for all wage assignments.

With the Probation and Parole department being placed under the supervision of the Chief Justice, rebuilding of the relationship to the community has been prioritized along with focusing on the rehabilitation of offenders to minimize recidivism.

The Court operates a diversion program called "Kakaecec" (Empowering Oneself). This program is grant funded and is a resource for low to moderate risk offenders who have plead guilty or no contest in a

deferred prosecution agreement to an offense where drugs and/or alcohol were a predominant factor. The program is managed by the Probation Director and is staffed with a Diversion Coordinator who operates the day to day functions in the program.  Participants of the program who are successful in completing all treatment requirements and maintaining full sobriety are allowed to withdraw their plea by Motion of the Prosecutor and have their case dismissed by the Court.

To address the need for representation for individuals seeking Counsel in Court, the Court organized a free lay advocate training.  Those that attended the training became eligible to apply to be on the Menominee Tribal Bar as a Lay Advocate and to represent people in Menominee Tribal Court.

To address the unmet needs of many of the juvenile cases being filed, the Court organized a training for community members to become educated in the practice of being a Court appointed Guardian Ad Litem. The training has increased the pool of Guardian Ad Litems for the Court to appoint to cases that require it under Tribal Code.

The Court also updated the billing procedures for Attorneys, Lay Advocates and Guardian Ad Litems. The updated pay rates are now equal and promote a standard of best practices for those Attorneys, Lay Advocates and Guardian Ad Litems who offer services in the Court.

Along with the billing procedures being updated, the Court also updated the procedures and requirements for people to apply to be on the Menominee Tribal Bar.  All Attorneys and Lay Advocates who wish to practice in Menominee Tribal Court must complete an application, pay a fee and pass a background check to be admitted to the Menominee Tribal Bar.  Those who were previously admitted to the Menominee Tribal Bar, were "grandfathered" in, but new applicants are subject to the new application process, background checks and a moderately increased fee.

In July of 2023, the Clerk of Courts and the Menominee Tribal Court hosted a two-day meeting and training for the Wisconsin Tribal Clerk of Courts Association and the Wisconsin Tribal Court Judges Association.

### **Planning for the Future**

Create career pathways for all staff with the purpose of retaining Menominee Tribal court systems institutional knowledge.

Request technical assistance for creating new policies and updating existing policies.

Review and update the Criminal, Civil and Appellate Rules of Procedure.

Create a template bank for documents used by Pro Se Litigants along with reference guides.

Provide E-filing access for a limited case type.

Monitor the strengths and weaknesses of the current drug court diversion program.

Collect data for an additional need for a higher risk level Drug Court.

Create training opportunities on various subject matters specific to Menominee Tribal Court and offer training to the members of the Menominee Tribal Bar.

Upgrade the Court recording system and court room speaker system.

Organize the Appeals cases into a more accessible and searchable format.

Create a dedicated space for the Juvenile/Family Court matters.

Expand office space into the lower level of the Court building.

Create a security station in the main lobby for the Security Officer and Bailiff.

**Case Numbers**

| Civil Cases Filed<br>(10/1/2022 – 9/30/2023) | 1205 | Criminal Cases Filed<br>(10/1/2022 – 9/30/2023) | 328 |
|---|---|---|---|
| Civil Court Hearings<br>(10/1/2022 – 9/30/2023) | 2668 | Criminal Court Hearings<br>(10/1/2022 – 9/30/2023) | 2399 |

The court hearing numbers are higher than the cases filed numbers for each the civil and criminal court cases for two reasons:

1. Cases have multiple court appearances after the initial filing of the civil petition/citation or after the filing of a criminal complaint. A court hearing is when a Judge goes on record with a case and the parties involved appear in Court. Thus, criminal and civil court held over 2,000 hearings, respectively, in FY 2023.
2. For both civil and criminal matters, a case filed only means certain documents were filed with the court. For instance, a criminal complaint will be filed only once, but the same complaint may have multiple hearings.

# Land Management

Douglas Cox, Director

**Items of High Priority:**

The Land Management Department for the Tribe began in December 2020 and we are now in our third full year. We are continuing to move ahead with this great opportunity to serve the Tribal Members with quality service dedicated solely to lands issues. Many requests come in from Tribal Members inquiring about the availability of leasable lands with the Reservation. Calls received are addressed by the Director and the Real Estate Coordinator when related to land lease and land use questions. The priority has not changed, which is to assure that the Tribal Members are being responded to and that they are provided explanations as how we are here to assist them and proceeding forward with getting them into leasable lands.

We continue to work on how our process can grow and how we make more lots available to our Members. Chapter 138 enactment has clear requirements for archeological and environmental approvals and this had resulted in a more thorough process. We are in regular communication with the THPO and continue to get leases done as efficiently as we are able.

Since getting the large amendment through in 2022, we are now moving on leasing the available Agricultural lands available to interested Tribal Members. During FY-23 we have completed 3 Ag Leases and also have made available leasable Ag lands that have been unused for many years. This effort is being coordinated with the MITW Ag and Food Systems Department.

The Department is now funded under three separate Federal Contracts that include Real Estate and Aid to Tribal Government as well as a Tribal allocation. During the FY- 23 budget development Land Management requested a position to support our Administrative work. That request was not funded, so the department continues to operate with our existing 3 staff.

The LMD has now added the tasks of managing home sales and purchases with the assistance of Administration. This year we have successfully sold available homes and were able to remove others

that were debilitated and not in livable condition. We are continuing with offering other homes for bids and will be sold in the upcoming year.

The Department is actively participating in the renewed strategic planning effort and has worked on review of the previous goals and objectives as part of the Natural Resources workgroup. We have also brought forward goals that may have not been worked on in past years or are now new goals that we will be moving forward.

**Department Organizational Items:**

Land Management is located at the existing Community Development Department (CDD) building and it has suited the needs for the Staff and especially the public needs, as most of the public is now aware that Land Office is within the CDD building. This has aided in our goal of Trauma Smart Service for Tribal Members that are searching for information or have appointments on land transactional issues.

LMD has the capability to take payments directly from member that come in looking to secure their land leases and also for renewals of recreational land assignment leases. This is a big step forward in providing better service to Tribal Members, where they previously would have to travel to multiple stops in order to get their leases paid and processed. There are still a few growing pains with this, but the response is mostly positive from the membership.


**I.DAILY OPERATIONS OF LAND MANAGEMENT**

**Coordination with Community Development:**

- LMD continues coordinating with CDD and Environmental regarding clean ups of abandoned properties. Files were provided to the Department from CDD, so that we could assist with management of the project. Environmental Services handled the contract management with remaining budgeted funds and there were several properties that were cleared and eventually became a viable for leasing. LMD continues to utilize its direct budget allocation from ARPA and will have the remainder of those funds expended in FY-24.
- LMD is coordinating with CDD Project Manager on right of ways project for the installing of Broadband projects as well as electric service. GIS work was also conducted on confirmation of line placement and potential to create a CSM type of document.
- We continue to coordinate and assist with various projects depending on the issues. LMD provides GIS support on a regular basis for many types of projects.


# Language and Culture

## Joey Pakaȟcekaew Awonohopay, Director

Pōsōh Nēc Omāēqnomenēwak! I am honored once again to share some of the success, the program, and our story from the Language and Culture Department. It has been 8 years since Menominee Tribal Legislature supported and funded the first Menominee Immersion Trainee Program. During the fall of 2015 MTL fully supported the great change in how we train and prepare our teachers with the initial start date for January 4th, 2016. Since that time, we have successfully prepared and trained over 36 Menominee tribal members to be Immersion Teachers and Classroom Teachers. An important distinguishing difference between our Menominee Teachers is: Immersion Teachers teach everything in the language while our Bilingual Classroom Teachers teach our language and specific aspects about the language.  Language & Culture is very proud to report in the early summer of 2023 we have certified 18 Menominee tribal members during the annual testing process in June! Again, this is a large group of

Classroom Bilingual Teachers and Immersion Teachers being certified and capable of teaching in an immersion setting, bilingual classroom setting or community class setting.

On a daily basis our beautiful language can be heard through speech, songs, stories, games and activities with our babies. This is very different than the traditional bilingual language rooms in our existing schools. In Immersion, our language is the medium of instruction and communication. You will hear our original language, Omāēqnomenēweqnaesen spoken in any of our Immersion rooms. Since that time we have opened multiple Menominee Language Immersion rooms to keep up with the growing needs of our Menominee babies. In the fall of 2021, the need for expansion was great and we opened our final room in Head Start at the Delores K Boyd Center. The new room created space for more Menominee children to enter the Immersion program. It has been an amazing journey and we have no plans to slow down any time soon as we are continuing to build capacity.

In the Fall of 2022 we opened **Kaehkēnawapahtāēq**, our very first Menominee Immersion Charter School partnering with Menominee Indian School District. We have obtained our short term goals of creating multiple Immersion speaking rooms at Tribal Daycare and Tribal Head Start and now a Charter School, but much more needs to be done. Now our focus turns to our long range 10-year plan to continue building and expanding rooms in Kaehkēnawapahtāēq. We continue to work very diligently to build Immersion programing and unique opportunities for our Menominee children as they grow. Through the hard work and determination of many in our tribal structure, and also strong grassroots programs, we will see some of our first Menominee speakers in over 80 years with our Menominee Immersion babies.

We continue to assess our goals on an annual basis, and again, we continue to examine the way we are preparing our Bilingual Teachers for the classroom by using the proper professional development to make them classroom-ready now and in the future. Not only do we assist with language development, but also with classroom management, curriculum designing, lesson plan writing, and many other key skills to ensure they will be successful. We restructured the testing process in 2016 so the material is a reflection to the Menominee Language & Culture Code Chapter 395. These testing procedures give the learner the opportunity to showcase their strengths, and yet, pin point their specific weakness for more effective development. Our main focus is to promote, preserve, and protect our beautiful Menominee Language, Culture, and traditions for future generations.

The revitalization of our language is key to the success of our tribe and the rearing of successful, knowledgeable Menominee speaking youth who will one day take their place in the work force as Menominee leaders and employees. Our Menominee children deserve the best and we must work tirelessly to ensure they get the best from all Menominee Language Teachers licensed through this department. The program continues to change and evolve for the betterment of all our Menominee people. We have had to make many tough decisions when it came to keeping the dreams of our elders alive. We are now seeing the comprehension and fluency of all our Teachers blossom along with their knowledge and passion for our language.
Menominee Language & Culture Commission consists of 9 enrolled Menominee Tribal members from Menominee Language Teachers to eminent elder persons (elders knowledgeable in Language, Culture, Traditions, History and Spirituality). We assist, help, guide, educate, and oversee any issues or concerns pertaining specifically to our Indigenous Language, history, culture, traditions, and spirituality along with our partners at Historic Preservation.

**Dictionaries & Books for purchase-**
Berry Picking Story- $10
Beginners Dictionary $15
Intermediate Dictionary- $20

*Māēc Wāēwāēnen Ketāēnenemuaw*
*Pakāhcekaew*

# Legal Division (formerly Department of Legal Services)

Toni Caldwell, Director

Pōsōh nēc Omāēqnomenēwak. The Legal Division is made up of two practice areas: the Civil Practice Area and the Criminal Practice Area and both are currently managed by the Legal Division Director/Tribal Attorney, Toni Caldwell. The Legal Division-Civil Practice Area ("LD-Civil") is currently comprised of following staff: John Wilhelmi, Tribal Attorney (Gaming Emphasis); Forrest Gauthier, Assistant Tribal Attorney; Jeffrey Jazgar, Assistant Tribal Attorney (Child Support/Social Services Emphasis); Lynelle John, Paralegal II- Legislation and Policy Emphasis, and Camille Graham, Legal Secretary. The Legal Division-Criminal Practice Area ("LD-Criminal") is currently comprised of the following staff: Scott Wilson, Tribal Prosecutor, Taniquelle Thurner, Domestic Violence/Sexual Assault Prosecutor, Sharon Sullivan, Legal Secretary, and Kayteshia Wescott, Legal Secretary.

The LD-Civil is located on the first floor of the main Tribal Office Building, on Tribal Office Loop Road in Keshena, Wisconsin. The LD-Criminal is located in the Wilmer Peters, Sr Judicial Center on Wolf River Road in Keshena, Wisconsin.

**Description of Services Provided by the Department**

The LD-Civil provides legal assistance to the Tribal Government and Tribal Programs funded by tribal, state and federal dollars. These legal services and representation include: attending and advising the Tribal Legislature and Tribal Committees in their regular and special meetings.  The LD-Civil drafts ordinances, resolutions, memoranda of agreements, contracts, and other legal documents for the Tribal Government and Tribal Legislative Committees.  The LD-Civil represents the Tribal Government and the Tribal Programs in litigation in tribal, state and federal courts.

The LD-Civil provides legal services to the Tribal Government by attending all regular meetings of the Tribal Legislature and by attending Special Tribal Legislature meetings of the various Legislative Committees when required.  In addition to providing legal advice to the Tribal Government at meetings, the Department drafts ordinances, resolutions, agreements, and provides both formal and informal written legal opinions for the Tribal Government.

The LD-Civil also spends considerable time providing professional legal services to the various Tribal programs in the form of legal advice, legal research, litigation, contract assistance and other legal work.

The LD-Civil represents and/or oversees outside counsel who defend the Menominee Tribe in civil lawsuits filed in Menominee Tribal and other courts.  Representation in civil lawsuits include filing legal documents necessary to commence a lawsuit, as well as filing answers and motions necessary to defend a lawsuit. Legal work may include writing legal briefs, and conducting discovery in anticipation of trial.  While a civil trial is always anticipated, most civil matters are concluded during motion practice or by settlement.

Additionally, the Department also provides representation to select chartered entities of the Tribe. Those entities include:  Wolf River Development Company (WRDC), Menominee Indian Gaming Authority (MIGA), Menominee Casino Resort (MCR) and Menominee Kenosha Gaming Authority (MKGA).  The Department provides legal assistance and representation to these entities to meet the specific legal needs of each entity.

The LD-Criminal represents Menominee Indian Tribe in Menominee Tribal Court on criminal matters, motor vehicle violations, probation revocations, conservation, truancy and underage drinking forfeitures, extraditions, children's protection and juvenile justice matters. The LD-Criminal also provides legal assistance and training when needed to tribal law enforcement.

**Recruiting/Hiring/Training a Priority in FY2023**

Recruiting, hiring and training continued to be a priority in fiscal year 2023. The new fiscal year started with the office having two attorney positions vacant. Throughout the year three more staffing changes occurred. These vacancies and staffing changes have required current staff to pick up extra job duties to assure that

basic services were still being provided. These efforts to recruit, hire and orientate employees take away from time that could be spent on providing legal services to MITW.  Work continues to alleviate the underlying issues that caused the staffing changes which include: creating a better relationship with UW Law School for recruiting purposes, actively seeking out Menominee law students for internships, and increasing pay for all positions to make them competitive. While the year ended with the Legal Division still having vacant positions, staffing is beginning to stabilize.

**Goals in FY23**

The two goals set for fiscal year 2023 were to understand and learn the tribal systems and internal departmental procedures that are currently in place and to create/improve the current file and case management systems.

Understanding Current Systems

Fiscal year 2023 was spent learning and understanding the current system in place not only in the division but in the tribe as well. At this moment in time the tribe's well established systems are in flux because a new administration is leading the tribe and many new department heads are leading programs. By the end of the fiscal year this division is becoming accustomed to the new and adjusting culture within the tribe.

Create/Improve File and Case Management Systems

Work continued in fiscal year 2023 by hiring a tribal member consultant who had been assisting LD-Civil with creating a file management system to include an electronic database and organize the current paper files that would allow for ease of access to the attorneys for enhanced research. The project got waylaid because the underlying software system was no longer available. The cause of this was the flux mentioned in the above goal. This goal is currently on hold until the underlying software system can be obtained.

The LD-Criminal is in need of replacing its case management system. The search for a new system led to two very different systems. At the end of year, long term funding was an issue with one system and short term funding was an issue with the other.

**Goals for FY24**

The two goals for next year include continuing to create/improve the file and case management system and working on written policies and procedures for the division. These goals will increase the effectiveness of the attorneys in their day to day work on projects, and cases, assist in reporting out accurate statistics and support the division to better weather staff changes in the future.

**Services Provided to the General Public**

The Department provides notary services to the general public, free of charge.  The attorneys in the department are notary public officials, and are able to provide this service to tribal members, as well as tribal government officials and employees, at no cost.


# Lending & Tribal Tax

Eva Johnson, Director

The Lending and Tribal Taxes Department consists of three operations.  The Tribal Loan Fund, Tax Commissioners Office and the Tribal Consumer Financial Services Regulatory Authority.  The department has three employees:  Eva Johnson, Director, Michael Wescott Jr., Assistant Loan Officer, and Doris Latender, Lending/Tax Specialist.  The Lending and Tribal Tax Department is located at N559 Library Road behind the Culture Building in Keshena, Wisconsin.  The department is open 8:00 a.m. to 4:30 p.m. with the exception of designated tribal holidays.

**Loan Fund**

The Menominee Loan Fund provides a means for eligible applicants to obtain financing for personal/emergency, home Improvement, home down payment and business revolving loans as specified with authority delegated through its Plan of Operation. The department presents and submits monthly reports to the Budget and Finance Committee and is supervised by Tribal Administration.

The Loan Fund has an oversight committee and is responsible for reviewing credit history and assuring the Director operates within the Plan of Operations. The Loan Fund Committee consists of five enrolled tribal members:  Brianne Tepiew, Yvette Ducane, Karla Kitson, Barbara Caldwell, and Gwendolyn Shawano.

The Loan Fund Committee approves or denies Revolving Business, HUD/CDBG, and Housing Down Payment loans on a monthly basis.  The Director has administrative authority to approve emergency and personal loans on a weekly basis.  The Loan Activity is submitted and reported to the Loan Fund Committee on a monthly basis.

The objective of the Menominee Loan Fund is to provide a means for eligible members to obtain financing for personal items and purposes. Only one (1) personal loan is allowed per customer.  The Menominee Loan Fund issued 829 personal loans with a cumulative total of $1,331,750.00 for FY2023.  The maximum loan level is $2,500.

The Revolving Loan Fund is a loan program, which offers business loans to Menominee Tribal Members or entities of the Tribe where the business is located on the Menominee Reservation.  Business proposals for loans are reviewed and forwarded for action by the Loan Fund Committee monthly.  There were no business loan inquiries made for FY2023.

The HUD/CDBG is a loan program intended for the repair, renovations or improvement of a Menominee Tribal Member's residence in which is their property.  Fifteen (15) loans were issued for a collective amount of $124,100.00.  Applicants must show home ownership, home owner's insurance along with quotes for which how the proceeds of the loan will be used.  The maximum loan amount for this loan type is $10,000.

The Emergency Fuel Fund (EFF) purpose is to assist Menominee Tribal Members during the heating season.  Funds become available from October 1st to March 31st.  The applications must be completed within the department by the applicant.  The EFF loans are only available during this time or until the fund has been expended for the season. There were 229 loans issued for a total of $270,100.00 for FY2023.  The maximum loan for this loan type is $1,000.

The Housing Down Payment Fund offers loans to Menominee Tribal Members who are in the process of purchasing a home.  There were 2 loans issued for a total of $4,100.00 for FY2023. The maximum amount for this loan type is $7,500.

All inquiries regarding individual eligibility should be referred to the department at 715-799-5139 to ensure policies and procedures are communicated and understood.

**Tax Commissioner**

The Tax Commission is responsible for assessing and collecting the following Tribal taxes: Menominee Casino Resort Hotel tax, Construction Materials Tax, Fireworks, Gas Excise Tax, Cigarette and Tobacco Tax.  Along with Tribal tax collection, the department is required to file various State and Federal refunds. These refunds are based on a State Agreement between the Tribe and the Department of Revenue.  As per an agreement with the State of Wisconsin, the Tax Commissioner files for and receives a refund of 70% of the State Cigarette Excise Tax ($25.20/carton) and 50% of the State Tobacco Excise Tax (100% chewing tobacco and 71% other tobacco products of the manufacturer price).  These refunds are submitted on a bi-monthly basis.

Cigarettes are taxed at $13.75/carton and tobacco products (cigars, loose tobacco, etc.) are taxed at 56% and moist snuff is taxed at 75% of the manufacturer price.  Deliveries of the products occur twice weekly on Monday and Thursday.

The Hotel Lodging Tax is collected monthly based on the Casino hotel occupancy.  The Federal Excise Gas Tax Refund is a tax that is included in the price per gallon on gas purchased through various department vehicles.  The Fireworks Tax is assessed to local vendors.  The Construction Materials Tax is assessed on construction materials consumed by a commercial project.  MTL has the authority to waive construction tax.

The Director is responsible for monitoring the Menominee preference for contracting.  The primary functions of the Tribal Code 25: Contracting is promoting business opportunities, economic development and self-sufficiency to Menominee Tribal business owners by providing preference in contracting opportunities provided by the Tribe and its chartered entities.  The Director monitors the contract/bid process to ensure Menominee Tribal business owners are receiving preference pursuant to the ordinance and enforcing the provisions of the ordinance within the contract/bid process

**Volunteer Income Tax Assistance (VITA) Program**
The Lending and Tribal Tax Department participates as a Volunteer Income Tax Assistance (VITA) program for the community since 2015.  The program started originally in 2005 with the Menominee Tribal Housing Loan Coordinator as a result of a study the Wisconsin Council on Children and Families who found that nearly 52% of Menominee County Residents filing for the Earned Income Tax Credit (EITC) in 2003 also filed for a refund anticipation loan (RAL) through their tax preparer.  The devastating result was that while families were getting their refunds faster, there was a big cost as the average total cost to prepare per family was well over $275 in addition to an average state tax return of $175.

The VITA Program provides free income tax preparation services to tribal members, local community members, and provides over flow services for surrounding communities.  The site reduces the cost of tax preparation for low-income families and helps them avoid expensive products such as high-cost loans that are made against tax refunds.  The VITA program also assists taxpayer's access to Earned Income Tax Credit (EITC) and other credits.  The EITC is a refundable tax credit for low- and moderate-income individuals and families.  In FY23, the VITA Site Coordinator and three staff completed 600 federal tax returns with a total of $1,201,003 in federal refunds and earned income credit of $390,289.00, as well as other tax credits and stimulus recovery payments.

VITA sites are an essential service in the promotion of asset building among individuals and families within Native Communities.  Individuals who utilize VITA services may also need to coordinate with other asset-building services or to public benefits for assistance to improve their economic situations.  If interested in volunteering to become a tax preparer for the program, the program training and certification is free.  Please call the department for more information.  Training begins mid-January and can be done at your own pace.

**Tribal Consumer Financial Services Regulatory Authority**
The Tribal Legislature enacted Chapter 22 of the Menominee Tribal Code entitles Tribal Consumer Financial Services Regulation. The Regulatory Authority is charged with the implementation and enforcement of the Tribal Consumer Financial Services Regulatory Chapter and all other regulations promulgated by the Authority of the Tribe relating to Consumer Financial Services activities and associated licensing requirements.

**Goals for FY2024**

1.   Implement SSBCI Loan Participation Program for small businesses.

# License and Member Services
**(formerly Enrollment/License & Permits)**

Franny Kitson, Director

Mission:  The Licensing and Member Services Department provides service to Menominee people, residents and those conducting business on the Menominee Indian Reservation.  Our primary goal is to ensure that residents and businesses comply with licenses and permits as specified through Tribal Codes.  The Member Services Department keeps the membership rolls of the Menominee Indian Tribe of Wisconsin as accurate and up to date as possible.

**New Menominee Nation License Plate Design** Beginning February 2022 Licensing and Members Service began to issue the new plate design and began full mandatory replacement beginning August 2022. As of August 2023 almost all plates have been converted over to the new plate design. Also, there has been a new motorcycle plate design that has been replacing the old plates due to confusion with plate numbers with Law Enforcement. All new motorcycle plates start with a number and end with the letter C.

**Service Area** Licensing and Member Services has created a service area that offers information and applications for numerous services around the reservation. Collaborative efforts are taken place with Community Resource Center, Tribal Housing, College of Menominee Nation, Food Distribution, Vocational Rehabilitation, Family Services, as well as more local and out of the area services that can be provided to members in need. This area is located in the bottom of the FIC building where all information for certain programs throughout the tribe can be obtained. The service area also includes new informational boards where you can learn about the activities, job postings and services provided throughout the Tribe. License & Member Services is excited to be able to offer all of these services in one location for community members.

**License & Member Services** License & Member Services understands that a major resource for community members is obtaining identification cards for numerous permits, licenses, tax exempt benefits and personal reasons. This year the department decided to replace and upgrade the old ID card machine to better provide this service to community members due to the high demand in this area.


The following report contains information and data compiled within License and Permit department for the months of October 2022 through September 2023:

**License & Permit Activity**

Vehicle plates renewed / registered: 2135

ATV stickers 10

Concealed Carry ID: 0

Conservation ID: 0

Department Gas ID: 24

Tribal Member Gas Cards:5

Gas Card/ Tribal ID: 649

Tribal ID: 238

Ginseng ID:59

Hunting/Fishing/Gathering ID: 59



The following report contains information and data compiled within Member Services Department for the months of October 2022 through September 2023:

**<u>Enrolled Member Activity:</u>**

Living Enrolled Members – 8,909

Approved 73 applicant(s) for Tribal Membership

4 Tribal member(s) relinquished

119 Tribal member(s) passed on

1,430 are minor enrolled members

2,428 members are over the age of 55

7,333 of our Tribal members are eligible voters

Living Descendants – 2,919

Approved 83 applicant(s) for descendant registration

11 descendants passed on



License & Member Services Department generated $174,970.67 in revenue which means we are over the projected amount of revenue by $18,646.67. The spike in revenue for this year is possibly from the LWA program through unemployment, child tax credit increase or tribal funding programs.

License & Member Services Department allocated with a Tribal Budget of $257,474.00; expenditures totaled approximately $255,840.77 which is $1,633.23 under our expenses projected. The department continues to follow the cost containment measures implemented in 2021.

# Maehnowesekiyah Wellness Center
## Addie Caldwell, Treatment Center Administrator

**MISSION:** To provide culturally sensitive client-centered services and treatment in the areas of alcohol and other drug abuse, prevention and domestic violence, responsive to community needs to develop and maintain healthy lifestyles for our community. To continue to maintain and develop positive relationships between Maehnowesekiyah Wellness Center, other service providers and the community.

**VISION:** To serve as a resource for our community by providing services that encourage a healthy family lifestyle; respect and preserve tribal values and instill hope for the future, thereby eliminating violence, ending alcohol and drug related problems and death.

**HISTORY:**
Maehnowesekiyah ("We Will All Feel Better") Wellness Center was founded in 1986 in Middle Village at the site of the former Volland's farmhouse. Its vision was to provide alcohol and other drugs abuse (AODA) services to community members and their families. Renovations of the property occurred quickly to accommodate the increasing demand for services from the community. The renovations that were completed resulted in additional guest rooms, bathrooms and a large meeting room. This paved the way to opening the property as a 16 bed Community Based Residential Facility.  The building was officially

dedicated to the memory of Mary Jane Cox (1919-1989), citing her efforts in assisting community members lead healthy and chemical-free lives.

**SERVICE OVERVIEW:**

Maehnowesekiyah Wellness Center provides several different levels of care to the community which are always delivered in a trauma informed and culturally relevant manner.  All clinicians at the agency are trained in American Society of Addiction Medicine (ASAM) Criteria, which assists in providing an accurate and detailed assessment and treatment plan for all clients.  The ASAM criteria correlates to the level of care system in place at the agency and places individuals in different programs based on their reported/observed needs.

Maehnowesekiyah Wellness Center's lowest level of care is individual counseling and psychotherapy for both addiction and mental health. Once recommended for this level of care, a counselor/therapist is assigned who will develop a personalized client-centered treatment plan and an outline of session content. Generally, individual services will run anywhere between 6-8 sessions for chemical concerns and potentially longer for co-occurring or mental health based needs. The agency also offers an intensive outpatient program which consists of 6 weeks of 4 hour groups, 4 times a week. If an individual's needs exceed what the Intensive Outpatient Program can offer, a residential referral may be made.

The agency also offers a 24-week Batterer's Intervention Program for domestic violence offenders. This group offers an extensive amount of education, reflection, assessment and aims to increase accountability in all offenders. The Batterer's Intervention Program has two running groups, one for males and another for females. These groups have both a male and female facilitator to exemplify a positive relationship between the two and to offer both gender perspectives to participants.

The agency is not able to offer residential treatment at this time due to staff shortages; however in lieu of this inability, we are providing referrals, at no cost to tribal members. An ASAM based assessment will be completed to assign the level of care. From there, the agency will work with the client to create a personalized treatment plan and find the most fitting placement. Once an individual has completed residential treatment, a recommendation of continued treatment (aftercare) is made with outpatient services and/or a transitional/sober living arrangement. Giving individuals the option to continue treatment after residential has yielded better success rates at sustained recovery.

**SERVICE DELIVERY CHANGES/IMPROVEMENTS:**

Maehnowesekiyah Wellness Center has undergone some great improvements both for clients and staff over the last year. When looking at enhancing client services, the agency has put some effort in enhancing the clinical environment to be comfortable and safe. Recent re-design work has occurred in group and individual spaces to incorporate comfortable seating, décor, lighting and multiple coping options available within the spaces. Much of the redesign was completed in an attempt to give the agency less of a "clinic feel" and more of a therapeutic/calming space.

Another significant change occurred within our residential treatment house. The house has not been renovated in some time and had very outdated rooms. With the arrival of ARPA funding the agency was able to paint all existing rooms, purchase new windows, beds, dressers, décor, etc. for the house. The downstairs was also renovated completely which now will be utilized as a Men's wing and has the ability to accommodate up to 8 adults. The renovations also made space for a new commons area, storage room and male bathroom which includes a shower. These new changes at the residential house have created a more open and healing feel to the house.

A large and significant change the agency has recently made pertains to enhancing services for our community. Through the use of peer based recovery, we have shifted our focus of service delivery to being more personalized and available at any stage of change. Through the use of Peer Support Specialists and Recovery Coaches we have been able to meet people within multiple settings and also at any time within the community. The goal of integrating these positions into our employee workforce is to provide lived experience in decision making and improving the availability of addiction assistance.

The Recovery Coaches within our community have been a driving force behind an increasing movement called MITCAAP. The Menominee Indian Tribe Community Addiction Assistance Program is a response based program which provides a 24/7 hotline for support and resources to those who may be

struggling or know someone struggling with addiction. MITCAAP also is able to provide case management, support and linkage to community resources for tribal members looking for assistance with addiction. Having both Peer Supports and Recovery Coaches as part of the team at Maehnowesekiyah has been able to strengthen our response, enhance advocacy and provide timely and integral support to community members when they need it.

The agency has also been working hard to break down silos and make treatment easier to access for those who need it. One of the biggest changes associated with access this year resulted in removing all substance use and mental health assessment fees.  The agency continues to work on providing services from a co-occurring perspective, which helps create a treatment plan that looks at all issues instead of just one.  With an emphasis on co-occurring approach, the agency has also undergone continued training in Indigenous based treatment modalities. Maehnowesekiyah Wellness Center's clinical staff began looking for newer programming in an attempt to align it to be evidence based but more importantly, culturally appropriate. The role of culture within treatment is crucial to the services offered at the agency and creates meaning, purpose and strength in the roles we play within our families, community and tribe as a whole. Culture is prevention, connection and helps us learn and continue to be resilient. Several clinical staff have undergone training to deliver Generation Red Road curriculum within programming at the agency. Generation Red Road is a cognitive and experiential curriculum on Indigenous Philosophies which has a primary purpose of understanding the impacts of alcohol and drugs on the mind, body and spirt. Through use of the curriculum, cultural teachings and opportunities within the community, the programming for treatment has been changed to be more Indigenous Specific. In the long run it is the agency's hope to work collaboratively with other community agencies to bring program participants closer to their roots and a greater understanding of who are as Menominee/Indigenous People.

The agency continues to be actively involved within multiple settings/programs in order to enhance care and dissemination of information. Of critical importance is the need to work collaboratively with other agencies to ensure that individuals are connected to the right programs/resources. Maehnowesekiyah continues to work very closely with Menominee County, Menominee Tribal Clinic, Menominee School District and others to ensure that services are coordinated efficiently and when needed.  Along with local partners, Maehnowesekiyah also recognizes that in order to continue to offer the needed services to the community, partnerships with outside agencies is just as critical. This is why Maehnowesekiyah continues their relationship with UW Milwaukee and the Counseling Psychology Program. Although this year's services have come to an end with the UW Milwaukee, we look forward to having interns placed at the agency again in Fall 2024.  These internships have allowed the agency to expand mental health services and allow for psychological evaluations.  With continued lack of clinical staff available in our area for hire, these educational partnerships have helped out tremendously with not only the community but also have provided an opportunity to learn cultural competence/learning experience for future PH.D's.

**FUTURE:**

Maehnowesekiyah Wellness Center hopes to continue to expand services beyond what is currently being offered.  One of our largest areas we hope to continue to grow lies within our recovery coach community. Our Recovery Coaches aim to walk with individuals and support through non-clinical means and our hope is to be able to create a recovery community space where those looking for meetings, support or other resources could go. Over the next year, we hope to create this space and open it to the community as a resource but most importantly as a source of hope.

Another area the agency hopes to open within the next year is residential treatment. Since COVID-19 and closures associated with the pandemic, the residential treatment program has been shut down. With the new renovations and hiring attempts, the agency is excited to hopefully re-open its doors for residential treatment. We recognize the need and will continue to work on recruitment for the program. New programming updates have been made to include volunteer work, experiential opportunities within the community, land based learning and restorative practices to help with reintegration back into the community.

**CURRENT STAFF:**
Addie Caldwell- Director of Wellness Programs
Kristi Arnold- Business Manager
Lisa Kelley- Client Records Specialist
April Webster – Receptionist
Julie O'Kimosh-Temp Billing Specialist
Jennifer Wilber- AODA Treatment Supervisor
Teresa Juga- Clinical Therapist
Chantelle Panske-Clinical Therapist
Natalie Cornelius- Substance Abuse Counselor
Ronaele Clasen- Substance Abuse Counselor
Mindi Thunder- Peer Support Specialist
Shaulise Collins- Peer Support Specialist
Leah Pamonicutt- Drug Intervention/OFR Coordinator
Lydi Vele- MITCAAP Coordinator
Michael Bartosch- Batterer's Intervention Facilitator
Warren Warrington- Zero Suicide Survivor Liaison
Pamela Sporleder- Registered Nurse
Lyle Tucker-House Supervisor
Wayne Connahvichnah- Facilities Technician
Apryl Kelley-Recovery Specialist
Yvonne Pyawasay- Recovery Specialist

**MEDICAL COLLAGE OF WISCONSIN PARTNER:**
Mara Pheister-Psychiatrist

# Communications

## Devan Erdmann, Director

The MITW Communications Department is responsible for leading and implementing the tribal communication plan, ensuring consistent brand, flow of information and messaging for the Menominee Indian Tribe.

### BACKGROUND INFORMATION

The Menominee Nation News department has transitioned into more of a Government Communication function as described in the Menominee Action Plan-Strategic Pillar #1: Engagement and Communication. Among the goals for this pillar was to develop a communication strategy and be consistent and reliable in reporting information to the public. To assist with meeting these goals, the first action was to establish a Tribal Communications Function or department to provide information to Tribal/community members using existing, new and creative methods.

In February 2022, a team was formed consisting of staff from Menominee Nation News, Tribal Administration, Tribal Chairman's Office, Intergovernmental Affairs and the IT department with the goal of developing a Tribal wide communication plan aimed at improving communication between Tribal government and Tribal members, Tribal employees, the community and other stakeholders.

The team began working with Leonard and Finco Communications in the development of the plan in April of 2022. A goal of the plan is to provide information stakeholders want to receive from Tribal Government

in ways that will reach them. To help determine what that is, a communications survey was conducted in July of 2022, with a total of 1,223 respondents. The results of the survey were incorporated into the communication plan, which was approved by the Administrative Committee in September 2022 and by the Governmental Affairs Committee in October 2022.

The plan reorganizes all the communication functions of the tribe into one department, Menominee Nation News and renames the department Menominee Tribal Communications Department. The department will lead and implement the tribal communications efforts, ensuring consistent brand, flow of information and messaging for the Menominee Indian Tribe.

In December 2022 we began the initial stages of department reorganization. The department moved/swapped offices with the Member Services (Enrollment) Department in the lower level of the FIC Building on December 6, 2022. This allows for easier access to the Member Services Department for tribal members, and also provides more office space for Communications to accommodate the additional staff/equipment. The two Multi-Media staff from IT transferred to the Communications Department in January 2023.

The department has six staff members, which includes the previous staff (4) from Menominee Nation News and (2) from IT: Director-Devan Erdmann; Administrative/Design Assistant-Katie Isham; Reporter-Patrick Delabrue; Reporter-Christopher Anderson; Content Development Specialist-Gary Dodge and Multimedia Specialist-Sheena Waupoose.

On February 23, 2023 the Menominee Tribal Legislature approved 1st Consideration of Ordinance 23-01 amending in part Chapter 98 Government Plan, which officially renames the department from Menominee Nation News to Communications Department to align with the Communications Plan. The amendment moved on for public hearing and received final approval on March 2, 2023.

## SERVICES PROVIDED

The department is responsible for managing several mediums through which the tribe communicates with its members. This includes the Menominee Nation News, e-Newsletters, social media, podcasts, digital signage such as Brightsigns and community billboards, as well as the MITW app. In addition, the department also provides printing and design services, video production, and livestreaming of events and meetings for various tribal departments/government. The department's efforts ensure that the tribe's message is effectively conveyed to its members through various channels, both traditional and modern.

**Menominee Nation News**

The Menominee Nation News is the official newspaper of the Menominee Indian Tribe of Wisconsin, providing media coverage of a variety of events that take place in and around the Menominee Indian Reservation. Topics range from governmental, political, educational and community-oriented events that occur throughout the year. The Menominee Nation News is a bi-monthly publication that offers advertising, subscriptions, and sales of the newspaper to all interested parties.

• *Local News Coverage:* The reporters attend events/meetings, conduct interviews, take photos and compile information for articles. To request coverage or submit story ideas, please call (715) 799-5167 or email derdmann@mitw.org.

• *Advertising:* We offer display ads, thank you ads, happy ads, memorials, wedding/birth announcements, special holiday wishes. Individual submissions must be paid for in advance. For more information, please call (715) 799-5167 or email derdmann@mitw.org.

• *Subscriptions:* We offer 1st class and 3rd class subscriptions on a quarterly and yearly basis. There is a 1st class requirement for subscribers who are incarcerated in a correctional facility. This ensures that inmates receive their subscription.

The subscription rates are as follows:

| 1st class | 3rd Class |
|---|---|
| 3 months: $16.00 | 3 months: $13.00 |
| 6 months: $25.00 | 6 months: $20.00 |
| 9 months: $34.00 | 9 months: $27.00 |
| 12 months: $42.00 | 12 months: $32.00 |

The option to mail a single paper is also available for $3.00/paper. If interested in subscribing to the Menominee Nation News, send your name and address, along with your payment, to Menominee Nation News, P.O. Box 910, Keshena, WI  54135 or stop by our office located in the Gordon Dickie Building. Credit/debit card payments are also accepted by calling (715) 799-5167 or online at www.menominee-nsn.gov and clicking on the pay online button at the top of the page.

Subscriptions start at the beginning of the month.

• *Non-Subscription Sales:*  As of October 2023, there is a total of sixteen (16) distribution sites where the newspaper can be purchased.

| **Keshena:** | **Shawano:** |
|---|---|
| Communications Office/FIC Building | Charlie's County Market |
| Menominee Casino Gift Shop | 3-Midwest Oil sites |
| Save-A-Lot | Shawano Mini Mart |
| Standing Cedars | Shawano Pawn Shop |
| Standing Pines | |
| Wolf River Express | **Bowler:** |
| | Little Star Convenience Store |
| **Neopit:** | |
| Kenah Mecem | **Gresham:** |
| Ponfil's Groceries | Gresham Town Mart |

The cost for a paper is $1.00. Complimentary copies of the newspaper are provided for our elders at the meal sites in Neopit and Keshena and for the residents of the CBRF in Middle Village. The complimentary copies are to stay on site, so all can enjoy reading the paper.

• *Other:* We also offer customers the opportunity to purchase digital files of the photos published in the paper, taken by Menominee Nation News. The cost is $1.00 each.  We offer our customers the option of paying an extra $0.50 if they prefer to have their personal photos (happy ads, memorials, etc.) used for publication mailed back to them. We also receive money for NSF checks that are returned.

**Newsletters**

• *Menominee Nation e-News*

As a compliment to the Menominee Nation News, emails containing summaries of news and stories featured in the newspaper are sent on same schedule as the newspaper.

To sign up to receive the Menominee Nation e-Newsletter please visit: https://lp.constantcontactpages.com/su/9NxbL7Z/MenomineeNationeNews

•*Menominee Community Announcements*

Stay up-to-date with the latest news, events/meetings, and other opportunities in our community with the Daily Community Announcements newsletter. This newsletter is emailed Monday-Friday (excluding holidays).

To sign up to receive the Menominee Community Announcements newsletter please visit: https://lp.constantcontactpages.com/su/AkYo2RP/CommunityAnnouncements

**Podcasts:**

The MITW Podcast serves as another outlet for our Tribal Government and Departments to share information with our tribal members and community. The podcast episodes cover a wide range of topics from department updates to Drug Intervention and Strategic Planning information. The podcast can be found at:

www.menominee-nsn.gov/CommunityPages/Podcasts.aspx

The MITW Podcast is also available on Apple Podcasts, Spotify, and more.

**MITW App**

As part of the increased communication efforts, the Communication Team rolled out the Tribe's first ever app in September of 2022. The app development began in April 2022 and was led by the Communication Team working with Native Reach, a division of Kat & Company, a Native owned firm from Bismarck, North Dakota.

Results of the communication survey were also incorporated into the design of the app, which provides easy access to information including Tribal events and meetings, Menominee Nation Newsletters, social media, and other pertinent information.

The free MITW app is available at the Apple Store (Apple devices) or Google Play (Android devices).
Apple Store: https://apps.apple.com/us/app/mitw/id1641574403
Google Play: https://play.google.com/store/apps/details?id=com.n4a81c199e1e.www&pli=1

**Social Media**
•www.facebook.com/MNN.MITW
•www.youtube.com/c/MITWMultimedia

The department is committed to keeping everyone informed of the latest news and announcements. As part of this effort, we ensure that all platforms are updated throughout the day to provide timely and accurate information. Whether it's social media, newsletters, or our app, we strive to keep everyone in the loop. We believe that communication is key, and we are dedicated to making sure everyone has easy access to the latest updates.

# Operation of Tribal Government

## Gena Kakkak., Tribal Chairwoman

The operation of Tribal Government is the executive and legislative division of our Menominee Nation and embodies a diversity of administrative offices and committees, commissions, and task forces.

The governing body of the Menominee Nation is the Menominee Tribal Legislature, which consists of nine (9) members.   The Tribe maintains several standing committees, commissions, and task forces to help inform and guide decisions made by the Menominee Tribal Legislature.

The Chairman's Office is the administrative unit comprising the Chairman and the Chairman's direct support staff.  Chairman provides strategic direction for the Tribe, oversight of government departments, coordination of internal and external relations, and tribal member responses.  Chairman's office staff provide support services to Menominee Tribal Legislature, legislative committees, Boards, commissions, and task forces; respond to tribal members inquiries and concerns; maintain the records of the legislative action; coordinate internal and external communications and public relations; provide legislative analysis and organize consultations with government agencies; and coordinate certain activities, projects, meetings, initiatives that extend tribal wide and to external partners.

Chairman's Office support staff provides significant administrative support to meetings, activities, and

events led by the governing body of the Tribe.  The Chairman's office is the official keeper of Tribal Government records and staff maintain all tribal legislative records and their dissemination to relevant and interested parties.

**Operation of Tribal Government Budget**

The Tribal Government operates annually to fund our tribal programs and departments. The Tribal Government receives funds through three major sources: (1) Tribal Revenues generated through a variety of sources, with the Menominee Casino being the largest revenue source for the Operation of Tribal Government and third party revenue generated by our Menominee Tribal Clinic programs; (2) funds from contracts and grants awarded by federal, state, private, and other entities, and (3) funds assessed by the Tribes (indirect cost assessment, administrative overhead, and the like) for administering compacts, contracts, grants, and other funds that operate the Tribal Government. The operating budget for the Tribal Government is made up of these three major funding sources as approved by the Tribal Legislature.

The Tribal Government works diligently to improve the lives of the Tribal Membership, through the direction of Tribal Leadership and within the parameters put forth by our governing documents. Tribal members are encouraged to learn more and get involved in Tribal Government through a multitude of methods including the Tribal Members Only portal, Committee Community Member appointments, and meeting attendance and participation offered both in person and virtually.

# Probation/Parole

Norman Shawanokasic, Director

The Probation and Parole Department is physically located in the Wilmer J. Peters Sr. Judicial Center. The staff consists of a Director and Probation Officer that manages 265 Cases. The total number of charges and counts for the clients equals 581. Added to this case load is 113 individuals who have absconded from the program and have been on the absconder list ranging anywhere from 1 -5 years.

Of these caseloads Battery ranks the highest, second to that is Domestic Violence and third would be possession of a controlled substance.

The Menominee Tribal Probation and Parole Department shares a GSA vehicle with Menominee Tribal Courts and Menominee Tribal Detention Center.

The Menominee Probation and Parole Department also has expanded communications with employers in the local areas to assist clients in getting employment positions. Referrals to treatment centers, mental health facilities.

The Probation Director is also on the Bay Area Workforce Development Board and NEWCAP Board representing Menominee. These resources also assist clients in the areas of transportation, housing and childcare for single parents.
Other resources include UMOS Project, MITW Vocational Rehabilitation Project and College of the Menominee Nation.

New implemented programs this year is the addition of electronic monitoring devices which include;

**\*Ankle Bracelet** Alcohol Monitoring (SCRAM CAM) provides 24/7 monitoring for your higher-risk/higher-need alcohol clients. Optional RF curfew monitoring to your alcohol testing protocol.
**\*Remote Breath** is a handheld, mobile, wireless breath alcohol device for scheduled, random, and on-demand tests. For your lower-risk clients or those who have earned less intensive testing.

\***GPS - Location tracking technology**. A combined superior location accuracy, an industry-leading strap design, the industry's best battery life, tamper detection, and user-friendly software tools that help officers quickly identify and address issues in their caseload.

\***Drug Patch** by Pharm Chem, Inc. is worn on the skin for up to 10 days or longer and uses sweat as the specimen source. Pharm Check not only acts as a deterrent to continued drug use, but also offers the following advantages: Increased window of detection, can be used as both a reward or a sanction, detects parent drug and drug metabolite, tamper Evident, 10-14 days of wear time, Reliable, non-occlusive, hypoallergenic collection device and used for used for the detection of Cocaine, Opiates (codeine, morphine, heroin), Amphetamine, Methamphetamine, Marijuana, and Phencyclidine#

\***Ignition Interlock** device is installed in a vehicle and prevents that vehicle from being started if alcohol is detected. The driver is required to submit a passing BRAC (Breath Alcohol Concentration) sample for the vehicle to start.

As per ordinance 23-44 Fiscal year 2024 Appropriations, the budget has been reduced by $21,000.00 we will have to monitor to see how this will affect the services that is currently being provided to clients.

The Probation Director also manages the **Kakaecec Diversion Program** as well. Information obtained from May 1, 2023 when I took over that program includes;

15 total participants:
Active:   (1)
Abscond:  (1)
Terminated:   (3)
Graduated:   (4)
Referrals:   (6)

Diversion Coordinator's role and responsibilities:

- Administer Ohio Risk Assessment System (**ORAS**) Screening Tool/Assessment to determine eligibility
- Attend Kakaecec Court Hearings and bi-weekly Reviews/Status Hearings
- Facilitate Moral Reconation (**MRT**) Therapy (MRT) group 2x weekly
- Monitor participant's progress through weekly in-person office meetings, alcohol/drug screens, and collaboration with referral contacts.
- Provide support and case management to participants (employment, education, housing, transportation, AODA/Behavioral Health, etc.)
- Attend Treatment Alternative and Diversion Program (**TAD**) meetings, Kakaecec Team meetings, trainings/conferences
- Record Keeping and Case Management
- Assist with quarterly reports and budgeting of the **TAD** Grant.

# Prosecutor's Office

Scott Wilson, Prosecutor

## Purpose

The Office of the Tribal Prosecutor promotes the sovereignty of the Menominee Indian Tribe by prosecuting violations of the Menominee Tribal law and working cooperatively with other criminal justice agencies and jurisdictions in order to protect the Menominee Indian Tribe and its members and the community.

**Duties and Responsibilities**

The primary objective of the Prosecutor's Office is to provide prosecutorial services in a fair, just and effective manner to the residents of the Menominee Indian Reservation, through the prosecution of both civil and criminal violations of Menominee Tribal law, which includes:

- Processing adult and juvenile criminal and civil matters through the Tribal court system;
- Complying with due process and equal protection requirements set forth in the ICRA of 1968 (25 USC secs.1301-1302);
- Representing the best interests of the Tribe in matters before the lower courts and through the Supreme Court appeals process;
- Attending necessary trainings; and
- Assisting Menominee Tribal Police Department with training and consultation.

**Staffing**

The current staff includes the Tribal Prosecutor, Assistant Tribal Prosecutor, Domestic Violence Prosecutor and two Legal Secretaries.

**Accomplishments**

The Prosecutor's Office continues to take into account the principles of trauma informed.  This past year, the Prosecutor's Office continued referrals to the KĀKĀĒCEC treatment diversion program for non-violent drug offenders who struggle with addiction.  This has resulted in dozens of referrals to the program for individuals who would otherwise be facing jail and a criminal record.

**Statistical Data**

Top 20 Charges Added

| | |
|---|---|
| 159 | 290-12 ~ Disorderly Conduct |
| 132 | 550-1 346.57(5) ~ Speed Restrictions - Zone and Posted Limits |
| 126 | 550-1 343.05(3)A ~ Oper wo Valid DL |
| 120 | 550-1 343.44(1)A ~ Oper While Suspended |
| 118 | 550-1 346.63(1)A ~ OWI |
| 97 | 120 Att. 11.73 ~ Disobedience to Lawful Orders of Court |
| 84 | 550-1 343.44(1)B ~ Oper while Revoked |
| 74 | 290-35 ~ Resisting or Obstructing Officers |
| 71 | 550-1 341.04(1) ~ Non Registration |
| 66 | 290-2(a) ~ Battery |
| 58 | 550-1 346.63(1)B ~ PAC |

| 57 | 306-18 ~ Drugs and Drug Paraphernalia - Possession of a Controlled Substance or Controlled Substance Analog |
| 54 | 250-2 125.07(4)(b) ~ Alcohol Beverage Control-125.07(4)(b)-Underage Drinking |
| 44 | 120 Att. 11.51 ~ Malicious Mischief |
| 41 | 306-23 ~ Drugs and Drug Paraphernalia - Possession of Drug Paraphernalia |
| 35 | 550-1 344.62(1) ~ Motor Vehicle Liability Insurance Required |
| 29 | 290-74 ~ Theft |
| 29 | 550-1 344.62(2) ~ Motor Vehicle Liability Insurance Required - Operating Without Proof of Insurance |
| 28 | 368-43 ~ Child Neglect |
| 28 | 550-24(A) ~ Seat Belt Requirements |

**Total Cases Added by Case Type**

| 689 | Prosecutor Motor Vehicle |
| 489 | Prosecutor Criminal |
| 195 | Prosecutor Ordinance |
| 113 | Prosecutor Domestic Violence |
| 91 | Prosecutor Juvenile |
| 24 | Prosecutor Commitment |
| 19 | Prosecutor CHIPS |
| 9 | Prosecutor Guardianship |

# Public Defender's Office

Martina Gauthier, Director

*Nătamowekowikamek – A place where people help; where the helpers are*



The Menominee Public Defender's Office provides legal representation to those charged criminally in the Menominee Tribal Court System. Eligibility relies on the passing of an income and assets test. We reach out and coordinate with multiple attorneys and legal organizations to provide client representation, as well as providing direct representation with the attorney on staff.  Due to conflicts of interest in working with the population and the very small pool of contract attorneys, securing representation immediately is difficult. Attorneys also have ethical considerations when deciding to accept a case. Outreach efforts will be made to recruit an additional attorney which would allow many more clients to receive services.  The time span between application approval and representation has shrunken tremendously and there are continuous efforts to improve and facilitate communication between all parties.

When fully staffed, MPD is able to hold applications at the office, court, and over the phone. We now schedule meetings with clients at our office following any Tribal COVID-19 guidelines.

The Department continues to practice trauma-informed care and seeks education regarding holistic service provision and best practices in regards to trauma-informed care. We are aware of the effect that trauma can have on a community, and in what ways that can affect the ability applicants have to reach out or complete select tasks. MPD does not make assumptions of any kind regarding schooling, physical/mental/emotional health, etc. and relies on self-disclosure from clients to identify any barriers to communication.  Our office continually seeks to establish a trust level with clients and empower them to participate in their defense.

When looking at trauma we also look deeper into our own system at the MPD office, and where there may be room for improvement. We've made a handful of new letters and resources to provide to applicants, including a contact sheet of paid attorneys working in the area. Depending on availability, MPD will go to greater lengths than done previously to ensure an applicant's initial application is complete. We have frequent discussions on what points of the process may be unnecessary or where work can be combined. We take great care to see that any clients in vulnerable or difficult situations are offered the most support our department can offer.  Additionally, MPD seeks to recognize secondary trauma that may be experienced by staff and to encourage self-care as an employee retention and productivity increase tool.

We have a few completed goals from 2023 that help the department to gain a stronger structure within the community:

+ Increased Community Outreach: We provide brochures and contact information while giving information on what we do and how to apply in a low-stress environment.  These outreach materials and efforts will be again reviewed and redesigned with the new Office manager in an effort to promote team work.

+ Lightened COVID restrictions allowing for higher rate of applicants. In person applications and a greater time spent in court allow for more interaction with prospective clients. This also allows for MPD to re-establish our presence at court once fully staffed.

We receive many requests for representation in non-criminal/civil matters which are not covered by this Office. We will take information and statistics to demonstrate and document the need for such services. Additionally, for the first time the Department applied for and was awarded funds from the Tribal

Legislature and is in the process of setting up a new, more accurate budget to meet the actual needs of the Department, as well as an actual functional law office.

The MPD has fully engaged in the Strategic Planning process this year for the first time and has been able to devote time to administrative tasks necessary to ensure ongoing service provision. Participation increases awareness and networking opportunities within the Menominee Tribal governmental structure and offices.

In fulfilling the objectives of 2018-AC-BX-0005 successfully, the MPD has secured 5 year CTAS funding, which brings a level of stability for staffing and service provision planning. MPD has provided representation for over 250 cases. Although we had an initial goal of 250 within the end of our three-year grant, the pandemic and employee turnover led to sizable gaps in service. The majority of the cases without representation are ineligible or hire private counsel while on the wait list. There have been over 250 applications (this amount is an underestimate, if the applicant never provided a case number or criminal complaint we cannot store it in our data system). MPD received an additional final extension, essentially making the funds last an additional 2 years, to allow use of any remaining funding as well as modifications which require granting source approval.  These are valuable lessons learned in the actual operation of the Department.

MPD has received inquiries regarding interns and has one Spring '24 JD candidate who will be researching defenses in the law, which has been identified as a main weakness of the Menominee Tribal Code.

CHALLENGES

The main challenge at this time is securing stable office/administrative staff, as well as increasing service provision, mainly by hiring a staff attorney who is mainly dedicated to direct service provision. Efforts will continue to be made regarding this task.

# Transit Services

## Gary Pyawasay, Director

Menominee Department of Transit Services (MDOTS) provides transportation services for Menominee Regional Public Transit along with the following established partnerships:

- Tribal Clinic
- Early Childhood Services-Head Start
- Tribal School
- Aging & Long Term Care
- Community Resource Center
- Housing-Eagles Nest
- Menominee County
- Menominee County Health and Human Services
- Langlade County
- Shawano County Department of Social Services
- City of Shawano Taxi Service (City Cab)
- Inclusa
- Lakeland Care District
- IRIS

In addition to transportation services, MDOTS also assists MITW Departments and community agencies with transportation needs, vehicle maintenance/repair and snow plowing/salting services.

**Department of Transit Services Mission Statement:**
To provide safe, efficient and reliable transportation services to our customers so that they can access opportunities for employment, health care, recreation, education and public services in a professional environment while sustaining the mission, vision and value of the Menominee People.

**Transportation Services**
MDOTS provided 144,688 passenger trips in FY2023 logging 56,564 service hours and traveling 1,041,632 miles in public transit services. This is a 14,106 or 10.8% increase in the number of passenger trips compared to the previous year. Driver shortage led to a continued reduction in route offerings where all fixed and fixed/flex routes to areas outside the Reservation and City of Shawano being temporarily halted. The specific routes affected are the Green Bay, Fox Cities and Milwaukee routes and these routes continued on pause as of the end of FY2023. Tentative plans are in place to restart some of these routes shortly after the start of calendar year 2024 (see later in this report for details). Individuals were able to reach these areas as Medical and ADA/Para-transit routes remained unaffected in FY2023; Medical and ADA/Para-Transit transportation services continued to service throughout Wisconsin and part of Minnesota. In addition, the Department's dispatch centers fielded 96,386 calls across all public transit services areas which is an 8.5% increase over the previous year. The department once again provided school bus services for Early Childhood Services-Head Start and Tribal School in FY2023. MDOTS provided a total of 55,110 student rides to/from school, field trips and athletics trips logging 6,361 service hours and traveling 128,272 miles.

Combining public transit and school bus services, MDOTS provided the following in FY2023:
- Passenger trips:          199,798
- Service Hours:            62,925
- Miles:                  1,169,904

| Public Transit Ridership History | | | | | |
|---|---|---|---|---|---|
| | **FY2019** | **FY2020** | **FY2021** | **FY2022** | **FY2023** |
| **Passenger Trips** | 236,972 | 137,290 | 101,949 | 130,582 | 144,688 |
| **Service Hours** | 81,300 | 58,360 | 52,006 | 54,150 | 56,564 |
| **Miles** | 1,711,465 | 1,128,362 | 926,302 | 978,443 | 1,041,632 |

| Agency Breakdown - FY 2023 | | | | |
|---|---|---|---|---|
| | **MITW** | **Langlade Co.** | **Shawano Co.** | **Shawano-City Cab** |
| **Passenger Trips** | 68,140 | 17,685 | 11,400 | 33,357 |
| **Service Hours** | 32,738 | 4,884 | 4,657 | 11,871 |
| **Miles** | 661,255 | 75,964 | 117,005 | 124,219 |

| School Bus Services - FY 2023 | | | |
|---|---|---|---|
| | **Head Start** | **Tribal School** | **Total** |
| **Passenger Trips** | 23,606 | 31,504 | 55,110 |
| **Service Hours** | 2,526 | 3,835 | 6,361 |
| **Miles** | 36,312 | 91,960 | 128,272 |

| Phone Calls Processed - FY2023 | | |
|---|---|---|
| **MITW** | **Langlade Co.** | **Shawano-City Cab** |
| 54,179 | 6,918 | 35,289 |

**Vehicle Maintenance**

MDOTS employs six full time mechanics who are Automotive Service Excellence (ASE) certified in numerous areas such as automotive maintenance, medium truck, bus repair and paint /body repair. The department offers a variety of services including towing and road side assistance available to all MITW and community departments. Mechanics are able to work on anything from lawn mowers and small engine repair to motor replacements and transmission repair all the way to semi and front end loader repair. Our most recent hire has a background in body work and paint which allowed MDOTS to add that to the list of things available through the vehicle maintenance service area. Staff are also able to arrange warranty work for vehicles under the factory warranty and MDOTS is an authorized service center for General Services Administration (GSA) vehicles.  Vehicle maintenance hours are from 5:00 AM until 10:30 PM on Monday thru Thursday and 5:00 AM to 5:00 PM on Friday; weekend on-call services are available as needed. Staff currently maintains the MDOTS fleet of 71 vehicles (30 transit buses, 14 school buses, 24 vans, and three trucks); we have updated with three new CDL transit buses and two new transit vans, as well as changing two of our spare school buses into school tripper buses to transport kids to and from Shawano schools. We also service several Tribal and non-Tribal department vehicles such as the Tribal Police, Housing, Maintenance, Tribal Clinic-EMS, Community Development, Community Resources Center, Menominee Indian School District, MTE-Forestry, Menominee County, Menominee County Sherriff Dept., Menominee Post Office, Shawano Ambulance, and Stockbridge Police Dept. vehicles. The following notable projects/purchases were made in FY23: purchased a new vehicle diagnostic scanner to keep up with the new technology that is coming out; purchased a new tool box for our body technician that is equipped with body tools and paint guns as well as a paint booth to prep and paint damaged vehicles; upgraded the tow truck with tow dollies so we can tow four wheel and all-wheel drive vehicles; and played a major role in the radio upgrade (see later in this report for more information).

| FY23 Work Order Count | |
|---|---|
| **Agency** | **Work Orders** |
| Shawano City Cab | 103 |
| General Service Administration | 384 |
| Langlade County | 52 |
| MDOTS | 662 |
| Outside Departments | 368 |
| Shawano County Human Services | 80 |
| TOTAL | 1649 |

**Fleet & Inventory Management**

The Fleet & Inventory Manager has the responsibility of maintaining and monitoring the vehicle fleet and supply/equipment inventory of MDOTS. This position ensures that all vehicles are properly registered, insured, inspected, and decaled along with having all the appropriate safety equipment installed before being placed on the road. A quarterly inspection process is completed to ensure these items are in all vehicles operated by MDOTS along with checks on body damage and the vehicle safety equipment is properly working.  We have performed four inventory checks on mechanic parts and supplies, inventory checks are completed every four months to improve overall efficiency and to ensure accurate financial reporting. Other functions of this position include leading the department's vehicle GPS tracking program and entering mechanic parts/supplies into the Transportation Database. The Fleet & Inventory Manager also has the responsibility of overseeing the MITW fleet. This entails invoice payments, setting up WEX PINs for fuel cards, ordering new vehicles, and assisting departments with disposal of old vehicles. Registering and insuring the new vehicles is also the responsibility of the Fleet & Inventory Manager.

With our camera systems becoming obsolete in MDOTS school busses, we upgraded and installed new Digital Video Recorders and HD systems in all the school busses in FY23. In January 2023, we switched to a different radio system in all Transit and school bus vehicles and in the dispatch area to help insure adequate communication coverage in all areas of the reservation (see later in this report for more details).

**Facility Maintenance**
The MDOTS Facility Maintenance/Housekeeping service area has the responsibility of maintaining the Transit Facility and vehicles in a clean and safe manner for all customers.  Staffing includes one full-time Maintenance staff, two full-time Housekeepers and one full-time Maintenance Supervisor. Staff is onsite Monday through Friday from 7:00 AM to 10:30 PM with Maintenance staff on-call for the weekend shift to assist Transit staff and visitors with any issues related to the facility.  In addition to the normal maintenance and cleaning of the facility and vehicles, staff provided assistance to other departments as follows:

- Assisted MITW Departments and Menominee Indian High School with plowing and salting of parking lots.
- Assisted Keshena Animal Help and Rescue by hosting a semiannual pet clinic in the garage bay.
- Collaborated with Menominee Tribal Police to hold some of their staff trainings in the bus garage.

FY2023 Notable Projects Completed:
- Fleet Housekeeper cleans 15-20 vehicles per week.
- Any vehicle used for a positive COVID transport is disinfected with chemicals and sterilized with UV lighting before put back into service.
- Postage signage at Safety Data Sheets Stations for better view from a distance.
- Replaced lighting wire circuits in bus canopy.
- South parking lot retrofitted to LED lighting.
- GEO Thermal exterior loops flushed and filtered with Glycol (brought up to 30%).
- GEO Thermal Mixing tank butterfly and ball valve installed to isolate Y strainer.
- Replaced in floor radiant loops and glycol feeder tank auto pressure valves.
- Replaced cabinet heating loop on actuator.
- Replaced south exit long range reader and gate DELTA controller.
- Server room unit filter drier replaced and refrigerant evacuation to remove moisture and air.
- Certified License Technician Inspection for summer and fall completed for all HAVC equipment.
- Server room roof top coil cleaned.
- Roof gutter drains cleaned.
- GEO Thermal fluid routes labeled with fluorescent tags.
- Purge valve replaced for the in floor mixing tank.
- Catch Basin drains and holding tanks flushed and cleaned.
- Apex Fire completed their Inspections along with fire extinguisher training for employees.

**Staffing:**
At full staff MDOTS has 122 employees which includes:
- <u>Transportation Operations:</u> Shift Supervisors (2), Langlade Site Area Supervisor (1), Full-Time Drivers (21), Part-Time Drivers (46), On-Call Drivers (2), Bus Monitors (11), and Transit Aides (2)
- <u>Dispatch Operations:</u>  Mobility Manager/Dispatch Supervisor (1), Lead Dispatcher/Scheduler (1), Scheduling Assistant (1), Full-Time Dispatchers (5), Part-Time Dispatchers (10) and Receptionist/Clerical Assistants (2)
- <u>Mechanics:</u> Mechanic Supervisor (1) and Full-Time Mechanics (6)
- <u>Facility Maintenance:</u> Facility Maintenance Supervisor (1), Facility Maintenance Worker (1) and Full-Time Housekeepers (2)
- <u>Administration:</u> Transportation Director (1), Transportation Coordinator (1), Business Manager (1), Fleet and Inventory Manager (1) and Account Technician (1)

**Other Notable Items from Fiscal Year 2023**

**Drivers Retention:**  In an effort to retain and incentivize drivers to pursue the ability to drive all departmental buses, the MDOTS Director worked with the Human Resources Director to re-classify drivers by the type of license (CDL and non-CDL) and endorsements (P and S) they hold. MDOTS has four types of driver positions:  Bus Driver Level 1, Bus Driver Level 2A, Bus Driver Level 2B and School Bus Driver-Level 3. At the time of implementation eight individuals employed as Bus Driver-Level 2B met the qualifications to be school bus drivers and were either driving school bus routes daily or are backups to those drivers for school bus services due to shortage in that area.  We moved forward with promoting these individuals to School Bus Driver-Level 3 (which is a move of two grades on the pay scale) and compensated each at their previously earned step. This practice allows any of our drivers that obtain new driver's license qualifications/endorsements to move to higher level driving positions and receive an increase in hourly rate (and vice versa if those license or endorsements lapse).

**Vehicle Replacements:** MDOTS continues to make fleet upgrades a priority. Late in FY23 the department received notification that we won an award from a competitive grant application to the Federal Transit Administration's Tribal Transit Discretionary fund to replace public transit passenger vans that have reached the end of their useful life. MDOTS will receive $540,000 in funding to purchase six ADA-certified vans to replace vans in the current fleet that are high in mileage. The plan is to purchase Ford Transit vans off of the WisDOT bid package with an anticipated delivery date of late spring/early summer depending on the FTA grant funding process. The department was able to replace two passenger vans in FY23 through savings created in its Tribal funds along with the use of a separate FTA Tribal Transit funding source.  Four shuttle buses from previous FTA awards were received in FY23 and others should arrive by the end of calendar year 2023. The latest award increases the number of public transportation vehicle replacements in 2023 and 2024 to 17 (9 shuttle buses and 8 passenger vans).

**Radio Communications Upgrade:**  MDOTS upgraded the transportation radio communication system in FY2023 for both public transit and school bus operations. The new HALO system runs off cellular data towers and has tested out well in all areas of service including those that are known by drivers and dispatchers as being dead spots with the previous WISCOM setup. There is a monthly data cost associated with the new radio system, however we were able to discontinue the use of our previous vehicle GPS tracking system as the HALO system provides that capability at no additional charge. The superior coverage and overall cost savings when compared to the cost of the previously used GPS vehicle tracking and WISCOM systems made this a great move for MDOTS.

**Items for Fiscal Year 2024:**

**Restarting Green Bay Express Flex Routes:** With our partnership with the City of Shawano for City Cab coming to an end on in 2023, MDOTS aims to restart the Green Bay Express flex routes early in calendar year 2024. The most likely implementation scenario for this route is providing one early morning route and one late afternoon route in an attempt to satisfy employment needs along with one mid-day route aimed at helping with some of the trips to medical providers in Green Bay. This is made possible thanks to a majority of the current Shawano City Cab Drivers intention to stay with the department after that contract ends and at that time all move to Menominee Regional Public Transportation services. An anticipated start date of these routes is 2/1/2024 and if this goes well and we are able to attract additional drivers, MDOTS could restart the Fox Cities flex routes in some format in 2024.

**Employee Recruitment:**  Recruitment for Drivers and other hard-to-fill positions such as Dispatchers and Bus Monitors is an area that will again be a focus for MDOTS Administration in FY2024.  As of the date of this report we have the following hard-to-fill positions open: 20 drivers, three dispatchers and five bus monitors. Some progress was made as reported earlier MDOTS made a change to increase driver wages by classifying positions by type of driver's license and endorsement as we have a number of public transit drivers completing school bus routes on a regular basis. However, MDOTS still has room to improve and in order to be competitive with area transportation providers and other employment industries, MDOTS will continue to prioritize seeking new employee recruitment avenues and searching for new partnerships, grants and other funding sources to supplement wages, in hopes of attracting new employees and retaining those currently on board.  Work will also be done with Human Resources to determine if current wages for all positions in the department are at competitive levels when compared to other employers in the area.

**City Cab Services Partnership Ending:**  On December 31, 2023 the five-year contract between MDOTS and the City of Shawano for City Cab Taxi Services comes to an end.  MDOTS chose not to submit a proposal when the City put out their Request for Proposals for these services for 2024 and beyond.  There are two reasons for this: 1. The first call-first serve nature of City Cab services cannot line up with current Menominee Regional Public Transit routes to and from Shawano which does not benefit those using our Shawano flex routes; and 2. The labor market is such that recruiting and retaining drivers and dispatchers can be difficult.  This decision frees up drivers and dispatchers currently providing working in City Cab to move to Menominee Regional Public Transit services and should allow for other routes to resume.

**WisDOT Management Performance Review Draft Report Results:** As of this report submittal MDOTS received only the draft report from the WisDOT Management Performance Report assessment done in FY23.  We are pleased to report that MDOTS did not have any areas or procedures that were insufficient and scored well in the areas of transportation operations and vehicle and facility maintenance.  Comments were provided and accepted by the reviewer and added to the report so we have decided it is ok to move forward with the recommendations where possible.  A few notable recommendations that are under consideration for implementation in FY24 are: 1. Consider increasing starting pay and offering hiring bonuses to attract and retain staff, including part-time employees; 2. Create a more uniform, simplified fare structure across routes and services; along with this we are looking at fare increases with a partial aim at having riders use flex routes over ADA/Demand Response when feasible. 3. Staff should clearly define quantifiable annual goals (e.g., strategic planning, performance measures). Staff should measure progress and report to committee and supervisor on a quarterly basis; and 4. Establish a bus shelter plan for fixed and flex route stops at highly used pick-up locations.

# Tribal School

Lori Corn, Principal/Administrator

MTS is a Bureau of Indian Education (BIE) School servicing K-8 students and the Wapatam Early MTS is a Bureau of Indian Education (BIE) School servicing 4K to 8th grade students. MTS is accredited, through Cognia School Improvement and Accreditation Network. MTS receives guidance from the MTS Board of Education, the BIE, and the Menominee Indian Tribe of Wisconsin.

**Our Vision**; Using our Menominee Language and Culture, which are gifts from the creator, the Menominee Tribal School is dedicated to nurturing a sense of belonging and wellbeing of our students, families, and staff to create lifelong learning.

**Our Mission**: To provide the best educational experience that addresses our students' individual needs by integrating Menominee language and Culture to promote success. There are 183 Bureau-funded elementary and secondary schools across the United States, 53 are BIE-operated and 130 are tribally-controlled. The BIE provides school improvement and professional development support for MTS to increase the proficiency levels for Indian children. A school wide goal for MTS is to maintain a 92% student daily attendance rate. Maintaining regular school attendance has been a struggle post pandemic. In efforts to support our school goal MTS is working to increase the student connection to the school by expanding course offerings to include additional enrichment classes. Enrichment classes include; Daily Living Skills, Book Club, Fitness, Yoga, Mindfulness, Native Crafts, Sewing, Shop, STEM, Diamond Painting, Tending the Earth and Cheerleading. Student focus groups conducted by BIE indicate students have a favorable perception of the new enrichment opportunities. The BIE has approved MTS to become a BIE Family and Child Education (FACE) School. The FACE Program is implemented through a collaborative effort of BIE, Parent as Teacher National Center (PAT) and the National Center for Families. Face is an integrated model for American Indian Early Childhood Education/Parental Involvement Program. The MTS FACE Program has the potential to serve families with children prenatal to 5 years of age by providing early childhood, parent and adult education services. Goals of the FACE Program

include: 1) Supporting parents/primary caregivers in their role as their child's first and most influential teacher. 2) Strengthen family-school-community connections. 3) Increase parent participation in their child's learning and expectations for academic achievement. 4) Support and celebrate the unique cultural and linguistic diversity of each American Indian Community served program. 5). Promote school readiness.

MTS is working with the WI Office of School Safety who is affiliated with the WI Department of Justice to provide Standard Response Protocol and Standard Reunification Method Training called "I love you guys." I love you guys consist of 2 parts; Standard Response Protocol and Standard Reunification Method. The nonprofit organization was created by parents that lost their daughter in a school shooting and wants schools to be trained to respond more effectively and reunify families in an organized way. The Standard Response Protocol (SRP) consists of 5 strategies that can be used to respond to all situations in schools. This includes active shooters, sick or injured students, locker checks, fights and gas leaks. The Standard Reunification Method is a process that ensures that school reunifies students with the correct adults in a calm and organized way. SRP Training is free and open to the public on December 1st at MTS.

**Funding-** The BIE provides Indian School Equalization Program (ISEP) funding for MTS students who are enrolled in a federally recognized tribe or have a combination of ¼ blood degree quantum from federally-recognized tribes.

**Customers and clients – how are you helping tribal members and positively impacting lives?** MTS is implementing Breathe for Change Curriculum. This model focuses on the wellness of students, educators and the family. Teachers are using mindful classroom management techniques such as Yoga and breathing. MTS will be featuring wellness techniques for families, yoga and breathing sessions will be open for families.

**Changes in service delivery in order to respond to the effects of trauma in our community?** MTS Social Worker is attending the community initiative to become a trainer for the ACES and Trauma Informed Care practices.

**Improvements made during the past year to make access to services easier for Tribal members**. The MTS Early Childhood Program in the Neopit area, this is especially convenient for families with siblings attending MTS. The MTS Early Childhood program is open 5 days a week with the same hours as our K-8 students, this makes our program convenient for working parents.

**New programming you are considering to expand services.** MTS opened a new Science Center for Middle School. Students learn scientific principles by doing laboratory and field work. The science center also serves as our STEM lab.

**Participation in Community Engagement efforts aimed at improving community health.** MTS is an active member of the Drug Addiction Intervention Team. MTS will get important information and literature out to families quickly and can get students in crisis counseling quickly.

**How you are using the goal and objectives from the strategic plan to improve service delivery.** MTS is working in partnership with Tribal entities to generate discussion and possible solutions which allow school efforts to better serve the educational and family needs of the community.

**How you have responded to resolve concerns or complaints received from Tribal members.** MTS follows a complaint policy created by our school improvement team, community stakeholders of parents, grandparents and MTS Board Members to guide toward finding a resolution. The complaint policy is located in the Student-Parent Handbook.

**Notable statistic or other data you to share with the general membership.** The Woodland Boys and Girls Club honored multiple MTS Teachers with a Hero Award. The Hero Award is for having big hearts that shape little minds, Influence imagination to create great character and passing down wisdom to sustain future leadership.

# Youth Services

Joyce Wayka, Director

**DESCRIPTION OF THE DEPARTMENT:** The Youth Services Department (YS) offices are located at the Omaeqnemenewak Wetohkatikamek center. The YS consisted of employees: Administrative Assistant, Adolescent Health Educator, Youth Advocate, Native Connections Coordinator, Youth Prevention Worker, J.O.M. Coordinator, three J.O.M. Youth Outreach Workers, Prevention Specialist, and Director of Youth Services. The Youth Services Department strives to help strengthen youth and families by providing prevention & awareness activities. To accomplish this, all departmental & collaborative activities & events are healthy, safe, & AODA free. This allows for youth and parents to engage in activities together that promote a safe and healthy atmosphere so that families can strengthen their relationships with each other and as well as themselves.

FY2023 Program Areas
Build Healthy Individuals & Families, Stabilize and Reunify Families, Reduce Instances of Juvenile Delinquency – Increase Youth/Family Knowledge, Continue Collaboration, Partnerships & Meetings.
FY2023 Strategic Plan Areas
Increase and Improve Culture and Educational Awareness, form Partnerships with Community Educational Institutions, Promote and Ensure Community and Individual Responsibility.

**DEPARTMENT HIGHLIGHTS:** It has been a full year since Youth Services department has been in the Omaeqnomenewak Wetohkatikamek Center.  The following is a list of some of the many events and activities that have been hosted within the first year of being open: Elder Social Hours, Youth/ community dances, Blood Drives, Basketball and Volleyball camps and leagues, MIHS 2023 Graduation, College Graduate Recognition Ceremony/50 years Menominee Strong, Chem Free, Post Prom Spa Day, Back to School Free Hair Cuts, Mental Health Fair, Culture Well-Being, Back to School Community events, Veterans of Menominee Nation monthly meetings, NA meetings, Traditional Craft Classes, Toys for Tots Distribution, Movie Nights, Haunted Hay Ride, Hip hop night, Community Craft Activities, Breakfast with Santa, and sobriety pow-wow. The building was utilized by over 106,845 community members/visitors. YS collaborated with the Menominee Indian School District & the Menominee Tribal School to provide prevention programming during the school year. YS continues to work collaboratively with fellow MITW Departments, Menominee County, Menominee Tribal School, Menominee Indian School District, Woodland Boys & Girls Club, Menominee Tribal Police Department and other local agencies.

**DESCRIPTION OF SERVICES PROVIDED BY THE DEPARTMENT:** The Youth Services Department also provides the following programs: **Youth Alliance** Group is comprised of middle school & high school that are interested in sponsoring and volunteering at various community activities and events. Each member is expected to be a positive role model in the community and staying alcohol & drug free. **Adolescent Parent Self-Sufficiency, and Adolescent Pregnancy Prevention** programs focus on youth ages 10 & older to address puberty, hygiene, self-esteem, career goals, and education to all youth regarding teen parenting pregnancy, and sex education, **Advocacy Program** is for youth ages 11-19. This program is one-on-on and focuses on helping the youth overcome obstacles they are faced with (i.e. habitual truancy, school attendance, low grades, and family relationships), **Truancy Reduction Program** is a truancy program to help increase school attendance and academic performance for youth ages 11-17. Youth also address peer pressure and long-term & short-term goal setting, **Mentoring** for youth ages 4-17 to help give youth support, guidance, and to also engage them in positive and healthy activities, **Native Connections** supports mental health and Suicide awareness for the Menominee community through family, community, and school based activities. Monthly Mental Health workgroup meetings are held to provide networking within community agencies in an effort to plan more mental health centered activities and events. **Native American Life Skills** is a youth suicide prevention curriculum that was facilitated throughout the 2021-2023 school year to students in the 6th and 8th grades. The **Substance Abuse Prevention Program** focuses on providing AODA prevention & awareness education and activities. This program also works with the Menominee Tribal Court system to implement and teach prevention curriculum to underage drinking violators.

**Appendix A: Financial Report**

**Appendix B: Administrative Flowchart**

**Appendix C: Committee Flowchart**

# Appendix A: Financial Report
Stephanie Awonohopay, Financial Manager

The' Finance Department is responsible for establishing and maintaining the accounting system, internal controls, and developing the accounting procedures manual for the Tribe as well as assisting with the audit of tribal accounts on an annual basis. Under the Government Plan, the Finance Department duties include but are not limited to:

- Enforce or implement directives or initiatives received from the Chairperson or Administrative Committee
- Provide technical and professional assistance to the Legislature, Chairperson, and Administrative Committee in the development and implementation of government-wide policies and initiatives
- Provide and coordinate periodic training to directors and program managers on financial administration

The Department structure includes the Accounting Group, Accounts Payable, Accounts Receivable, Property Management and Acquisition and Payroll. The full staff consists of a director, an accounting supervisor, six accountant/fiscal monitors, an accounts payable coordinator, two accounts payable clerks, an accounts receivable coordinator, two accounts receivable specialists, one accounts receivable technician/cashier, a payroll coordinator, two payroll technicians, PMA coordinator, two procurement inventory officers and an office manager.

**Significant events:**

RSM US LLP is the tribe's current external auditor and conducts a full financial audit each year. The annual audit for FY2022 has not been submitted due to unexpected management changes within RSM. RSM anticipates to have the Tribes single audit submitted by January 2024. In addition to the external audit, the Tribe has various site and desk reviews and audits conducted by various funding agencies throughout the year.

Included below is the unaudited financial information for Fiscal Year 2023. The Finance Department is still working on the final close of the Fiscal Year, so the information contained is preliminary. The Tribe receives funding from Tribal, Federal, State, and Other Non-Major funding sources.

The following reports are included:

> Balance Sheet:
   o Includes Investments (Reserve, Burial, Education, Healthcare Judgment Funds).
  > Fiscal Year 2023 Budgets by Ordinance Format
   o Tribal Non-Restricted Budget
   o Program and Restricted Use Budget
  > Indirect Cost Report
  > Summary Expenditure Report by Funding Source

**General Funds Balance Sheet**

**September 30, 2023**

**Assets**

**Cash and Investments:**

| | |
|---|---:|
| Cash and Cash Equivalents | 6,958,956 |

**Investments:**

| | |
|---|---:|
| Reserve Account | 4,735,802 |
| Burial - Judgement Funds | 2,341,091 |
| Education -Judgement Funds | 4,758,920 |
| Health - Judgement Funds | 2,976,290 |
| Total Cash and Investments | 21,771,058 |

**Accounts Receivable:**

| | |
|---|---:|
| Individuals | 4,828 |
| Operating Lease | 140,459 |
| Suspense Account | (2,026,366) |
| Interest Receivable | - |
| FY Accounts Receivable | 681,000.00 |
| **Total Accounts Receivable** | (1,200,079) |
| **TOTAL ASSETS** | **20,570,980** |

**Liabilities and Fund Balance**

| | |
|---|---:|
| Accounts Payable General Fund | 5,168 |
| Accounts Payable Judgement Fund | - |
| **Total Liabilities** | 5.168 |

**Fund Balance**

| | |
|---|---:|
| Restricted Judgement Funds | 10,076,300.50 |
| Retained Earnings | 7,505,510 |
| Net Profit | 2,984,001 |
| **Fund Balance** | 20,565,812 |
| **Total Liabilities and Fund Balance** | **20,570,980** |

**2023 TRIBAL BUDGET ORDIANCE NO. 22-42**
**REVENUE [September 2023]**

| DEPARTMENT | APPROVED BUDGET | YEAR TO DATE REVENUE | BUDGET BALANCE |
|---|---|---|---|
| **TRIBAL NON-RESTRICTED FUNDS** | | | |
| Aging - CBRF | 359,219 | 215,183 | 144,036 |
| Aging - Program Services | 125,000 | 139,401 | (14,401) |
| Community Development | 6,730 | 4,645 | 2,085 |
| Consolidated Gaming / Hotel | 1,500,000 | 1,200,000 | 300,000 |
| Court Fines and Fees | 106,044 | 114,876 | (8,832) |
| Detention | 9,200 | 2,539 | 6,661 |
| Enrollment / License & Permits | 156,003 | 193,229 | (37,226) |
| Environmental Services | 20,850 | 5,638 | 15,212 |
| Gaming Commission | 23,500 | 25,325 | (1,825) |
| Historic Preservation / Logging Museum | 3,000 | 1,408 | 1,592 |
| Interest Income (CD) | 56,000 | 248,779 | (192,779) |
| Land Management | 36,912 | 18,047 | 18,865 |
| Law Enforcement | 1,200 | 1,175 | 25 |
| Legal Services | 81,600 | 81,850 | (250) |
| Lending & Tribal Tax (1,129,500) | | | |
| *Cigarette Tax | 735,776 | 722,079 | 13,697 |
| *Construction Tax | 15,000 | 52,384 | (37,384) |
| *Financial Service Application Fees | - | - | - |
| *Fireworks Tax | - | 180 | (180) |
| *Gas Tax Refund | 24,500 | 34,161 | (9,661) |
| *Hotel Room Tax | 50,300 | 70,205 | (19,905) |
| *Tobacco Tax | 106,869 | 116,431 | (9,562) |
| *LLC Filing Fees | 500 | 330 | 170 |
| *LEC Annual Report Fees | 375 | 400 | (25) |
| Menominee Nation News | 33,563 | 44,127 | (10,564) |
| Human Resources/Payroll | 24,804 | 32,756 | (7,952) |
| Pow Wow Menominee Nation Annual | 50,600 | 58,150 | (7,550) |
| Wolf River Development | 536,778 | 536,778 | 1 |
| **SUB-TOTAL** | **4,064,323** | **3,920,075** | **144,248** |
| **SUPPLEMENTAL FUNDS** | | | |
| Transfer from Reserves | 133,008 | | 133,008 |
| Carryforward Funds | 3,407 | | 3,407 |
| 3rd Party Health Reimbursement | 960,000 | | 960,000 |
| Transfers from Clinic | 2,869,063 | 2,546,603 | 322,460 |
| Tribal 3rd Party for Community E Center | - | | - |
| American Rescue Act Funds-Revenue | 7,207,641 | 7,207,641 | - |
| American Rescue Act Funds | 900,000 | | 900,000 |
| Local Assistance & Tribal Consistency Funds | 2,984,786 | | 2,984,786 |
| **SUB-TOTAL** | **15,057,905** | **9,754,244** | **5,303,661** |

| DEPARTMENT | APPROVED BUDGET | YEAR TO DATE REVENUE | BUDGET BALANCE |
|---|---|---|---|
| **RESTRICTED USE (JUDGEMENT FUNDS)** | | | |
| Burial | 96,363 | 96,363 | - |
| Education | 411,519 | | 411,519 |
| Health Care | 223,251 | | 223,251 |
| **SUB-TOTAL** | **731,133** | **96,363** | **634,770** |
| **OTHER RESTRICTED FUNDS** | | | |
| Aging - Long Term Care | 1,135,737 | 915,640 | 220,097 |
| Casino Found Monies | 10,000 | - | 10,000 |
| Child Support | 10,000 | - | 10,000 |
| Compact Credits | - | | - |
| *County Interlocal | 100,000 | 100,000 | - |
| *Community Services (Utilities and/or Transit) | 200,000 | 200,000 | - |
| Early Childhood Services | 702,388 | 471,687 | 230,701 |
| Family Services | 290,000 | 214,774 | 75,226 |
| Historic Preservation | - | | - |
| Housing - Non-Program and Restricted | 523,345 | (1,841) | 525,186 |
| Lending & Tribal Tax (234,754) | - | | - |
| *Loan Fund | 75,989 | 143,780 | (67,791) |
| *Revolving Loan Fund | 12,000 | 18,425 | (6,425) |
| *HUD / CDBG - Home Repair | 20,000 | 17,451 | 2,549 |
| *Down Payment Loan | 1,900 | 2,834 | (934) |
| *Emergency Fuel Loan | 7,000 | 15,079 | (8,079) |
| Maehowesekiyah | 156,520 | 190,542 | (34,022) |
| Postage | 60,000 | 38,126 | 21,874 |
| Pow Wow - Menominee Nation Annual | 62,600 | 78,753 | (16,153) |
| State Gaming Compact Funds | 610,400 | - | 610,400 |
| Transportation | 2,152,602 | 1,988,390 | 164,212 |
| Tribal Facilities - Space Rent | 834,853 | 573,214 | 261,639 |
| Utilities | 756,325 | 942,704 | (186,379) |
| **SUB-TOTAL** | **7,721,659** | **5,909,558** | **1,812,101** |
| **GRAND TOTAL** | **27,575,020** | **19,680,240** | **7,894,780** |

## 2023 TRIBAL BUDGET ORDINAN NO. 22-42

### EXPENSES [September 2023]

| DEPARTMENT | APPROVED BUDGET | YEAR TO DATE EXPENDITURES | BUDGET BALANCE |
|---|---|---|---|
| **TRIBAL NON-RESTRICTED FUNDS** | | | |
| Advocacy Support Services | 47,881.00 | 43,616.59 | 4,264.41 |
| Aging - CBRF | 1,155,942 | 814,637 | 341,305 |
| Aging - Program Services (non-CBRF) | 498,691 | 461,835 | 36,856 |
| Agriculture & Food Systems | 121,008 | 96,341 | 24,667 |
| Burial Assistance | 218,137 | 315,499 | (97,362) |
| Child Support | 187,929 | 161,852 | 26,077 |
| College of Menominee | 198,667 | 198,667 | - |
| Community Development | 552,623 | 514,442 | 38,181 |
| Community Funding Requests | 16,000 | 11,200 | 4,800 |
| Community Resource Center | 44,058 | - | 44,058 |
| Conservation - Supplement | 306,356 | 198,822 | 107,534 |
| Contingency | 12,160 | 10,500 | 1,660 |
| Courts - Professional Fees | 40,000 | 43,119 | (3,119) |
| Courts - Supplement | 250,000 | 26,091 | 223,909 |
| Detention Program | 800,000 | 451,865 | 348,135 |
| Early Childhood Services | 919,659 | 919,659 | - |
| Education | 201,000 | 201,000 | - |
| Election Commission | 95,902 | 43,304 | 52,598 |
| Emergency Management | 199,270 | 103,470 | 95,800 |
| Enrollment / License & Permits | 257,474 | 255,841 | 1,633 |
| Environmental Services - Supplement | 251,590 | 183,502 | 68,088 |
| Family Services | 1,670,869 | 1,156,253 | 514,616 |
| Finance | 59,934 | - | 59,934 |
| Fire Protection-Tribe | 38,192 | 23,571 | 14,621 |
| Food Distribution | 115,153 | 113,878 | 1,275 |
| Gaming Commission | 714,077 | 680,958 | 33,119 |
| Historic Preservation | 285,200 | 285,200 | |
| Human Resources | - | - | - |
| Intergovernmental Affairs | 165,949 | 131,417 | 34,532 |
| Land Management | 92,338 | 35,975 | 56,363 |
| Language & Culture Commission | 723,744 | 428,474 | 295,270 |
| Law Enforcement | 1,150,000 | 448,793 | 701,207 |
| Legal Services | 1,023,473 | 593,677 | 429,796 |
| Lending & Tribal Taxes | 50,000 | 48,531 | 1,469 |
| Maehnowesekiyah Wellness Center | 1,418,406 | 649,067 | 769,339 |
| Menominee Boxing Club | 29,729 | 20,710 | 9,019 |
| Menominee Nation News | 408,739 | 385,027 | 23,712 |
| Menominee Police Commission | 34,123 | 25,187 | 8,936 |
| Neopit Community Center | 7,585 | 3,793 | 3,793 |
| Operation Tribal Government | 654,886 | 509,767 | 145,119 |
| OTG - No Back Forty Mine Legal Efforts | 25,000 | - | 25,000 |
| OTG - Interlocutory & IBIA Appeal | 5,000 | 43,333 | (38,333) |

| DEPARTMENT | APPROVED BUDGET | YEAR TO DATE EXPENDITURES | BUDGET BALANCE |
|---|---|---|---|
| Pow Wow - Menominee Nation Annual | 34,983 | 110,408 | (75,425) |
| Probation - Supplement | 178,359 | 65,052 | 113,307 |
| Public Library | 31,000 | 19,178 | 11,822 |
| South Branch Community Center | 7,585 | 7,358 | 227 |
| Tribal Consumer Financial Services | 61,800 | 44,140 | 17,660 |
| Tribal Facilities - Courthouse | 78,974 | 42,257 | 36,717 |
| Tribal Facilities - Repairs & Maintenance | 22,000 | | 22,000 |
| Tribal School | - | | - |
| Utilities | 690,912 | 66,908 | 624,004 |
| Veterans of Menominee Pow-Wow | 5,542 | 5,542 | - |
| Veterans Service Officer | 15,000 | 3,750 | 11,250 |
| Woodland Boys & Girls Club | 183,900 | 229,875 | (45,975) |
| Woodland Women's Regalia Circle | 7,045 | 3,553 | 3,493 |
| Youth Services Department | 168,553 | 214,157 | (45,604) |
| Zoar Ceremonial | 6,996 | 8,822 | (1,826) |
| Zoar Community Center (Fire Station) | 5,140 | 3,837 | 1,303 |
| **SUB-TOTAL** | **16,544,533** | **11,420,090** | **5,124,443** |
| **RESTRICTED FUNDS** | | | |
| Aging - CBRF | - | | - |
| Aging - Elder Activities & Assistance | 3,407 | 750 | 2,657 |
| Aging - Long-Term Care | 1,135,737 | 993,978 | 141,759 |
| Burial Assistance | 96,363 | 96,363 | |
| Child Support | 10,000 | - | 10,000 |
| Early Childhood Services | 1,113,907 | 574,113 | 539,794 |
| Elderly Activities | 5,000 | - | 5,000 |
| Family & Community Center Designs | - | - | - |
| Family Services | 290,000 | 280,940 | 9,060 |
| Family Services-Excess Compact | 305,200 | 114,818 | 190,382 |
| Historic Preservation | - | | - |
| Housing - Non-Program & Restricted | 523,345 | 362,344 | 161,001 |
| Land Acquisitions | 2,800,000 | 473,119 | 2,326,881 |
| Law Enforcement | 100,000 | 100,000 | - |
| Lending & Tribal Taxes | 116,889 | 93,897 | 22,992 |
| Maehnowesekiyah | 154,060 | 190,541 | (36,481) |
| Maehnowesekiyah-Excess Compact | 305,200 | 400,963 | (95,763) |
| Postage | 60,000 | 35,742 | 24,258 |
| Pow Wow - Menominee Nation Annual | 62,600 | 59,200 | 3,400 |
| Transportation | 2,152,602 | 942,436 | 1,210,166 |
| Tribal Facilities - Space Rent | 834,853 | 717,194 | 117,659 |
| Utilities | 956,325 | 956,325 | - |
| Youth Activities | 5,000 | | 5,000 |
| **SUB-TOTAL** | **11,030,487** | **6,392,723** | **4,637,764** |
| **GRAND TOTAL** | **27,575,020** | **17,812,813** | **9,762,207** |
| **TOTAL PROFIT (LOSS)** | | **1,867,427** | |

INDIRECT COST REPORT

Stephanie Awonohopay, Finance Manager

Indirect cost consists of (11) departments that provide services to all departments of the Tribal Government.

| Menominee Indian Tribe of Wisconsin<br>Fiscal Year 2023<br>Indirect Cost Consolidated Budget | | |
|---|---|---|
| **APPROVED**<br><br>**DEPARTMENT** | **BUDGET** | **YEAR-TO-DATE**<br><br>**EXPENSES** | **BUDGET BALANCE**<br><br>**(OVER)/Under** |
| Administration | 939,012.00 | 1,524,425.67 | (585,413.67) |
| Communications (MNN) | | 29,001.97 | (29,001.97) |
| Enrollment | 132,778.00 | 139,052.27 | (6,274.27) |
| Emergency Management | | 75,164.92 | (75,164.92) |
| Finance | 1,673,698.00 | 1,690,155.10 | (16,457.10) |
| Human Resources | 1,474,141.00 | 2,189,857.06 | (715,716.06) |
| IT - Information Technology | 2,056,351.00 | 2,252,325.20 | (195,974.20) |
| Internal Audit | 421,078.00 | 423,610.76 | (2,532.76) |
| Legal Services | 369,936.00 | 199,668.60 | 170,267.40 |
| Facilities (Maintenance) | 1,098,897.00 | 928,732.22 | 170,164.78 |
| Tribal Government | 425,694.00 | 371,366.49 | 54,327.51 |
| **TOTAL** | **8,591,585.00** | **9,823,360.26** | **(1,231,775.26)** |

| Menominee Indian Tribe of Wisconsin | |
|---|---|
| Fiscal Year 2023-Non Audited | |
| Funding Sources Summary | |
| | WIMIIIP**IEMMEIIMIEM** |
| **Source** | **Total Expenditures** |
| | |
| **Tribal** | |
| Tribal Restricted | 6,392,723 |
| Tribal Clinic 3rd Party | 11,055,739 |
| **Total Tribal** | 43,290,280 |
| **Total Federal** | 71,468,010 |
| **Total State** | 6,274,936 |
| **Total Local & Other** | 2,974,431 |
| **Grand Total** | **124,007,658** |

## Appendix B: Administrative Flowchart



# Appendix C: Committee Flowchart







# *Omaeqnomenewak*

## Mission

**The mission of the Omaeqnomenewak
(People of the Wild Rice) is to promote, protect,
and preserve our rights, resources, and culture by
utilizing responsible leadership and judicious
exercise of our sovereign powers.**

## Vision

**We envision the Omaeqnomenewak
(People of the Wild Rice) as a strong, healthy, and
proud nation living in accordance with its culture
and beliefs, and possessing the resources
necessary to be successful in achieving our goals.**

## Value

**As Omaeqnomenewak (People of the Wild Rice),
we value our children, elders and each other,
preserving our language, tradition,
history and culture**

## *People of the Wild Rice*

