

Kurt Rozelsky
Direct Dial: 864.695.5202
krozelsky@spencerfane.com

File No. 5501750.23

July 18, 2024

**VIA ECF**

Honorable Judge Sarah E. Geraghty
United States District Court, Northern District of Georgia
2321 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:   Madelaine Matthews, on behalf of herself and all others similarly situated, Plaintiff v. Eagle Lending, LLC, et al. Defendants; Case 1:24-cv-02524-SEG

Dear Judge Geraghty:

Our firm represents Defendants Eagle Lending, LLC, Wolf River Development Company, Gena Kakkak, Dana Waubanascum, Spencer Gauthier, Joey Awonohopay, Myrna Warrington, Douglas Cox, Rachel Fernandez, Daynell Grignon, Rebecca Brunette, and Crystal Chapman- Chevalier (collectively referred to as "Defendants") in the above-referenced matter. On July 15, 2024, I filed an Application for Admission of Patrick Jerome McAndrews Pro Hac Vice (Dkt. No. 8). On July 16, 2024, the Application for Admission was returned with the reason for return "Local counsel must maintain an office in the Northern District of Georgia. Please correct and resubmit" (Dkt. Text only).

In reviewing Local Rule 83.1(B)(4), I understand that unless good cause exists, "the designated local counsel must maintain an office in this district and be a member in good standing of the bar of this Court and the State Bar of Georgia." I am writing because I believe that good cause exists to allow me to serve as local counsel even though my office is outside the geographical boundaries of the district. Specifically, I have been admitted to the State Bar of Georgia, and the United States District Court, Northern District of Georgia since 1994; I regularly appear in court in the State of Georgia, including the federal courts of the Northern and Middle Districts; and, I practice out of Spencer Fane's Greenville, South Carolina office, which is only 145 miles from the Richard B, Russell Federal Building & United States Courthouse in Atlanta, Georgia. I am in good standing with both the State Bar of Georgia and the United States District Court, Northern District of Georgia. Furthermore, judicial economy and efficiency will be promoted if I am allowed to serve as local counsel. For these reasons, I respectfully request for the Court to find good cause to allow me to serve as local counsel and allow the Applications for Admissions Pro Hac Vice[1] in the above-referenced matter.

---

[1] At this time, I am aware of only two attorneys from Spencer Fane LLP who would seek pro hac vice.

Honorable Judge Sarah E. Geraghty
July 18, 2024
Page 2



Respectfully Submitted,

Spencer Fane LLP

*s/ Kurt Rozelsky*

Kurt Rozelsky

KR/re

cc:     All Counsel of Record *(via ECF)*