# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Madelaine Matthews, *on behalf of herself and All other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Eagle Lending, LLC et al.<br><br>Defendants. | Civil Action No.: 1:24-cv-02524-SEG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS CLASS ACTION COMPLAINT

Defendants Eagle Lending, LLC, Wolf River Development Company, Gena Kakkak, Dana Waubanascum, Spencer Gauthier, Joey Awonohopay, Myrna Warrington, Douglas Cox, Rachel Fernandez, Daynell Grignon, Rebecca Brunette, and Crystal Chapman-Chevalier (collectively referred to as "Defendants"), by and through their attorneys, pursuant to Fed. R. Civ. P. 6(b) and the Court's Standing Order Regarding Civil Litigation (Dkt. 4), respectfully move for an enlargement of the deadline to file their response to Plaintiff's Class Action Complaint (Dkt. No. 1, "Complaint"). Specifically, Defendants are seeking an extension through October 17, 2024. In support of this motion, Defendants state as follows:

1. On June 10, 2024, Plaintiff filed its Complaint against Defendants. (Dkt. No. 1).

2. Defendants' response is currently due on September 17, 2024.

3. Pursuant to Fed. R. Civ. P 6(b), the court may, for good cause, extend the time to respond to a Complaint upon request from a party prior to the expiration of the original deadline. Fed. R. Civ. P. 6(b)(1)(A). Further, Section III.C of the Court's Standing Order Regarding Civil Litigation (Dkt. No. 4) the Court may provide an extension of time if the parties demonstrate that an extension is necessary.

4. Here, the parties have been engaging in discussions to narrow the scope and issues in the case. These discussions will significantly impact Defendants' ultimate response to Plaintiff's Complaint, and Defendants believe additional time is necessary to further these conversations prior to submitting their response.

5. Defendants have sought and received one prior extension of this deadline.

6. Plaintiff's counsel consents to the relief sought by this motion. Defendants' request will not impact any other deadlines in the case or slow the litigation of this matter.

7. There is good cause to grant the motion because the extension is not sought for a dilatory purpose and would serve the interests of justice.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for an extension of time to and through October 17, 2024, to file their response to Plaintiff's Complaint and enter the proposed Order filed herewith.

**SPENCER FANE LLP**

By**:** */s/ Kurt M. Rozelsky*
Kurt M. Rozelsky (Bar #617932)
27 Cleveland Street, Suite 201
Greenville, South Carolina 29601
(864) 695-5200
(864) 695-5201(facsimile)
krozelsky@spencerfane.com

Patrick J. McAndrews (*Pro hac forthcoming*)
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 474-8100
(816) 474-3216 (facsimile)
pmcandrews@spencerfane.com

And

Ariel K. Lierz (*Pro hac forthcoming*)
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 268-7000
(612) 268-7001 (facsimile)
alierz@spencerfane.com

*Attorneys for Defendants*