## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Madelaine Matthews, *on behalf of herself and all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Eagle Lending, LLC et al.<br><br>Defendants. | Civil Action No.: 1:24-cv-02524-SEG |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Before the Court are Defendants Eagle Lending, LLC, Wolf River Development Company, Gena Kakkak, Dana Waubanascum, Spencer Gauthier, Joey Awonohopay, Myrna Warrington, Douglas Cox, Rachel Fernandez, Daynell Grignon, Rebecca Brunette, and Crystal Chapman- Chevalier (collectively referred to as "Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint, filed on June 10, 2024 (Dkt. No. 1).  The Court finds that Defendants Unopposed Motion is **GRANTED.** Defendants response shall be due on or before October 17, 2024.

2

It is so ordered this _____ day of _____, 2024

_____
Judge Sarah E. Geraghty
United States District Court Judge
